AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00660 |
| JAMES BEEKS | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 11/18/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES BEEKS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2) (obstruction of Congress) and 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds)

Date: 11/18/2021

Robin M. Meriweather
2021.11.18 19:03:34 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather,  United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/23/2021 , and the person was arrested on *(date)* 11/23/2021
at *(city and state)* MILWAUKEE, WI .

Date: 11/23/2021

*Arresting officer's signature*

SA  JUSTIN  MOSIMAN
*Printed name and title*