James Delisco Beeks



## AFFIDAVIT OF STATUS

I, James Delisco Beeks, a man, am over the age of consent, am an essence of the Divine Father, The Supreme Being, and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Gospel of Thomas 3). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law

97-280, 96 Stat. 1211 - "Whereas the Bible, the scriptures, the Word of God, the Father, has made a unique contribution in shaping The United States of America as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of The United States of America" and "Whereas, the Logos of the Father of Heaven is "the rock on which our Republic rests"". I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual, lawful, and legal liabilities of, "Thou shalt not bear false witness against thy neighbor".

1. I am a man, and one of the People of these United States of America, being a creation of the Father (God) and domiciled in one of the several States.

2. I am, a living, breathing, sentient being on the land, a Natural creation of the Father (God) and therefore am not and cannot be any ARTIFICIAL PERSON and, therefore, am exempt from any and all identifications, treatments, and requirements, as such pursuant to any process, law, code, or statute, or any color thereof.

3. In these United States of America, the authority of any and all governments resides in the People of the land, for government is a fiction of the mind and can only be created by the People, affected by the People, overseen by the People, for the benefit of the People, and to secure the individual God-given rights of the People.

4. I reserve, claim all, and waive none of my God-given, secured and guaranteed Rights, pursuant to the Declaration of Independence and the Constitution of The United States of America as ratified in 1791 with the Articles of the Amendments.

5. Pursuant to the Constitution of The United States of America as ratified in 1791 with the Articles of the Amendments, Article VI paragraph 2, *"This Constitution and the Laws of The United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of The United State, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".*

6. As a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any public capacity, in return for the trust of the People, are granted limited delegated authority by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. The only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all Officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only in "Trial by jury", in accordance with all aspects of due process of law.

8. Pursuant to the supreme Law of the Land and the God-given Rights secured and guaranteed therein, this Constitution is established to ensure the dominion granted by God to all People, on this land, shall endure, and ensure forever that the People on this land be free from any and all slavery, indenture, tyranny, and oppression under the color of any law, statute, code, policy, procedure, or of any other type.

9. Pursuant to this Constitution, I cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced or so affected, under the color of law by any Natural Person, who individually, or in any capacity as, or under, any Artificial Person, agency, entity, officer, or party, into waiving of any of my Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted to me by God, nor can I be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity. Anyone using any process, not in accordance with the Constitution, causing injury to me, thereby commits numerous crimes, requiring lawful punishment therefrom.

10. I am not a citizen, resident, subject, taxpayer, et al., of the municipal corporations and private corporations doing business as the County of Orange, or of any other municipal corporation; nor does my physical location or the physical location of my Private Property, create duties and obligations upon me to the foregoing municipal corporations, which are Fictions of Law that cannot make claims against a man and his Private Property.

11. I am the sole responsible party and holder in due course for the Private Properties known as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12. The municipal corporations or private corporations doing business as the County of Orange, possess no interest in my Private Property, possess no authority to make claims against my Private Property, and possess no authority or rights, whatsoever, over myself, or my Private Property.

13. I am not an expert in the law however I do know right from wrong. If there is any man damaged by any statements herein, if he will inform me by facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within ten (10) days from receipt hereof, providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son, be done on Earth as it is in Heaven.

Reserving ALL my Natural God-Given Unalienable Rights, Waiving None, ever.
Pursuant to 28 USC § 1746(1)

"...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this the 18th day, of the 11th month, in the year of our Lord and Savior, two thousand twenty-one.

*James Delisco Beeks* ©
James Delisco Beeks, Affiant

Notary used without prejudice to my rights:

BE IT REMEMBERED, that on this __18th__ day of __November 2021__ in the year of our LORD, two thousand and twenty-one, personally appeared before me, the Subscriber, a Notary Public for the State of Florida, James Delisco Beeks, party to this Document, known to me personally to be such, and he acknowledged this Document to be his act and deed. Given under my hand and seal of office, the day and year aforesaid. *Or has provided ID. one FL Drivers License*

_____
Notary Public Sitting in, and for, The State of Florida

Notary Public State of Florida
Padraic Finn Roop-Eckart
My Commission HH 031885
Expires 08/13/2024

**Notice of special appearance**

Notice to agent notice to principal:

To whom it may concern:

This notice is to inform the court that I :james beeks: will be making a special appearance in court at the appointed time and date whether in physical form or in virtual form.

I am a man and one of the people of these United States of America, a living breathing sentient being on the land, a natural creation of the Father (God).

Let the record reflect that I can only come to court by special divine appearance.

Thank you very much,

:james-delisco beeks: ©

All rights reserved

*James Delisco Beeks*

A living man on land and soil.