UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                          Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

---

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 44.5, notice and disclosure is hereby provided that, the individual defendant in the above-referenced matter, is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2021.

                                      Respectfully submitted,

                                      */s/ Joshua D. Uller*
                                      Joshua D. Uller, WI Bar #1055173
                                      Federal Defender Services
                                          of Wisconsin, Inc.
                                      517 E. Wisconsin Avenue – Room 182
                                      Milwaukee, WI  53202
                                      Tel.  (414) 221-9900
                                      Email:  joshua_uller@fd.org

                                      *Counsel for Defendant, James Beeks*