NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  21-cr-28-APM

**James Beeks**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jessica Arden Ettinger (D00483)
*(Attorney & Bar ID Number)*

Federal Defender Services of Wisconsin, Inc.
*(Firm Name)*

22 East Mifflin Street, Suite 1000
*(Street Address)*

Madison, Wisconsin 53703
*(City)          (State)          (Zip)*

608-260-9900
*(Telephone Number)*