UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                      Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

## ORDER PERMITTING TRAVEL

Beeks's motion to modify release conditions to travel is granted. He may travel from the Middle District of Florida to the Western District of North Carolina from January 23 to January 28. All other conditions of release remain in place.

January __, 2022                               _____

                                                     Judge Amit P. Mehta, District Judge