UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                          Case No. 21-cr-28

JAMES BEEKS,

    *Defendant.*

---

**JOINT STATUS REPORT**

On December 22, 2021, the Court directed the parties to file a joint status report with a proposed briefing schedule for motions to be filed on behalf of James Beeks. The parties have consulted and agree on the following schedule for filing any motion for a bill of particulars or motions under Rule 12:

    Defense motions: Friday, March 4, 2022

    Government responses: Friday, March 25, 2022

    Defense replies, if any: Monday, April 4, 2022

The parties respectfully request that the Court enter this proposed schedule.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin, this 21st day of January, 2022.

        Respectfully submitted,

        */s/ Jessica Arden Ettinger*
        Jessica Arden Ettinger (D.D.C. Bar No. D00483)
        FEDERAL DEFENDER SERVICES
          OF WISCONSIN, INC.
        22 E. Mifflin Street, Suite 1000
        Madison, WI 53703
        Tel.  (608) 260 9900
        Email:  jessica_ettinger@fd.org

        */s/ Joshua D. Uller*
        Joshua D. Uller (WI Bar No. 1055173)
        FEDERAL DEFENDER SERVICES
          OF WISCONSIN, INC.
        517 E. Wisconsin Avenue – Room 182
        Milwaukee, WI  53202
        Tel.  (414) 221-9900
        Email:  joshua_uller@fd.org

        *Counsel for James Beeks*

**CERTIFICATE OF SERVICE**

On this 21st day of January 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger