UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                              Case No. 21-cr-28

JAMES BEEKS,

    *Defendant*.

---

**ORDER**

Upon consideration of the parties' Joint Status Report, it is this \_\_\_\_ day of _____, 2022, hereby

ORDERED that the schedule proposed in the Joint Status Report for the filing of any motion for a bill of particulars or motions under Rule 12 of the Federal Rules of Criminal Procedure, on behalf of James Beeks, shall be and hereby is adopted:

- Defense motions: Friday, March 4, 2022
- Government responses: Friday, March 25, 2022
- Defense replies, if any: Monday, April 4, 2022

 

_____
The Honorable Amit P. Mehta
United States District Judge