UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                              Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

## MOTION TO MODIFY CONDITIONS OF RELEASE: PERMISSION TO TRAVEL OUTSIDE THE DISTRICT

James Beeks, by counsel, moves the Court for permission to travel outside the Middle District of Florida, where he resides on pretrial release. Beeks seeks to travel to the Western District of North Carolina from January 23, 2022 to January 28, 2022. The purpose of the travel is twofold. First, he wishes to visit his family (which he didn't get to do over the holidays) and spend a couple days with them. Second, they are leaving town for a couple days and need Beeks to watch their house and five dogs while they go away. Mr. Beeks's plan is to spend time with them before their departure and upon their return. They reside at ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Beeks has conferred with both pretrial services and the government. Beeks is under intensive pretrial supervision in the Middle District of Florida. He is

subject to GPS monitoring and a curfew. According to his pretrial supervision officer, Charles Sweat, Beeks "has had no compliance issues to report since he's been supervised" in Florida, but pretrial services doesn't take a position on Beeks's request. The government, by AUSA Jeffrey Nestler, has indicated that it opposes Beeks's request, but also noted that it did not intend to file a written opposition.

Beeks seeks to provide the Court with some information about the family he is visiting, as it may bear upon the Court's decision. In order to protect their privacy, Beeks submits this motion under seal. ███████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████

After his arrest in this matter, Beeks contemplated moving to North Carolina ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, instead of Florida. But Beeks was able to secure housing and employment in Orlando and elected to stay there. Beeks did not get to spend the holidays with ▓▓▓▓▓▓▓▓▓▓ this year. They have asked Beeks to visit them and also housesit and watch their dogs while they're gone for a couple days. ▓▓▓▓▓▓▓▓▓▓ aware of Beeks's case and bond conditions. He will ensure that Beeks continues to abide by the conditions. ▓▓▓▓▓▓▓▓▓ owns a firearm and will remove it from his home when Beeks visits. ▓▓▓▓▓▓▓▓▓▓ have no affiliation with the Oath Keepers or any other militia. ▓▓▓▓▓▓▓▓▓ is available to address any concerns that the Court or pretrial services may have, and the defense is happy to provide his contact information to pretrial services so that there is an additional line of communication available for pretrial services to check in on Mr. Beeks. All other conditions of Beeks's release, including the GPS monitoring, would remain in place during the travel.

A few other points are worth highlighting. First, Beeks was originally arrested in the Eastern District of Wisconsin, where he was performing as a lead actor in the travelling Broadway production of the musical, Jesus Christ Superstar. He was released and ordered to appear in the Middle District of Florida. Beeks drove himself back to Florida as ordered. And since his return to that district, has been in full compliance with all bond conditions. He's a 49-year old man with no

prior criminal record. He's not alleged to have engaged in any violence in this case. And he is not considered a leader or organizer of the Oath Keepers or those charged in this and its related cases.

For the reasons herein, Beeks respectfully asks that the Court enter an order permitting him to travel to the Western District of North Carolina from January 23 to January 28, 2022.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2022.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
    of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger (D.D.C. Bar No. D00483)
FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

*Counsel for Defendant, James Beeks*