UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       *Plaintiff*,

       *v.*         Case No. 21-cr-28

JAMES BEEKS,

       *Defendant*.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AS TO JAMES BEEKS

On January 24, 2022, the Court entered a briefing schedule in this matter for the filing of any motion for a bill of particulars or motions under Rule 12 as to James Beeks. *See* Order, ECF No. 593. Those motions are due Friday, March 4, 2022.

The defense respectfully requests a one-week extension of that deadline. Competing professional obligations, including two oral arguments before the Seventh Circuit (*United States v. Kawleski*, No. 21-1279; *United States v. Olson*, No. 21-2128), delayed the drafting of Mr. Beeks's pretrial motions. A one-week extension will allow the defense to file a better quality work product for our client and this Court. In addition, there is no risk that the change in schedule will prejudice the Government or delay proceedings in this case, as the Government's discovery productions remain ongoing, no trial date has been set, and the earliest trial date available is in late November. *See* Govt.'s Status Rpt., ECF No. 620; Minute Order (Feb. 19, 2022).

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

If the Court grants this motion, then the defense requests that the previously entered briefing schedule be shifted by one week, with new deadlines as follows:

- Defense motions: Friday, March 11, 2022

- Government responses: Friday, April 1, 2022

- Defense replies, if any: Monday, April 11, 2022

The parties have conferred, and the Government does not oppose this motion.

Dated at Madison, Wisconsin, this 2nd day of March, 2022.

           Respectfully submitted,

           */s/ Jessica Arden Ettinger*
           Jessica Arden Ettinger (D.D.C. Bar No. D00483)
           FEDERAL DEFENDER SERVICES
              OF WISCONSIN, INC.
           22 E. Mifflin Street, Suite 1000
           Madison, WI 53703
           Tel.: (608) 260 9900
           Email:  jessica_ettinger@fd.org

           */s/ Joshua D. Uller*
           Joshua D. Uller (WI Bar No. 1055173)
           FEDERAL DEFENDER SERVICES
              OF WISCONSIN, INC.
           517 E. Wisconsin Avenue – Room 182
           Milwaukee, WI  53202
           Tel.: (414) 221-9900
           Email:  joshua_uller@fd.org

           *Counsel for James Beeks*

**CERTIFICATE OF SERVICE**

On this 2nd day of March 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.