UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                          Case No. 21-cr-28

JAMES BEEKS,

    *Defendant.*

---

## PROPOSED ORDER

Upon consideration of James Beeks's Motion to Dismiss Counts Five and Seven of the Seventh Superseding Indictment, the opposition thereto, and the entire record herein, it is this ____ day of _____, 2022, hereby

    ORDERED that the motion shall be and hereby is GRANTED; and

    FURTHER ORDERED that Counts Five and Seven be dismissed.

 

_____
The Honorable Amit P. Mehta
United States District Judge