UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

        *vs.*                          Case No. 21-cr-28

JAMES D. BEEKS,

        *Defendant.*

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

    James Beeks, by counsel, moves the Court to modify his conditions of release. Specifically, Beeks seeks to modify the condition that he reside in the Middle District of Florida, to a condition that he reside in the Northern District of Ohio. After his arrest in this matter, Beeks's employer put him on unpaid leave. He has since struggled financially, and is no longer able to afford housing in the Orlando area. He plans to move in with a longtime friend just outside Cleveland, Ohio. He plans to leave Florida by car on March 9 or 10, 2022. He plans to stop in Robinsville, North Carolina and spend a few days with his family, ███████ before continuing on to Ohio. He plans to be in Ohio by March 16, 2022.

In Ohio, Beeks will reside at ██████████████████████████ ████████ with his friend ████████████.[1] Beeks will reside in the home's spare bedroom, rent free, through the remainder of the case. ██████████████ is a single parent who owns and operates a landscaping company. He owns a firearm but has agreed to remove it from his home while Beeks resides with him. ████ ████████████ has no criminal history or connection to the Oath Keepers or any other similar organization or militia.

Beeks has provided all of this information to both pretrial services and the government. Neither opposes Beeks's request to move to the Northern District of Ohio or stop in the Western District of North Carolina from approximately March 9 to March 16. Beeks will remain on location monitoring throughout, and continue on location monitoring once in Ohio.[2]  The pretrial services office in Florida has submitted a request to the pretrial office in the Northern District of Ohio for courtesy supervision.

For the reasons herein, Beeks respectfully asks that the Court enter an order modifying his release conditions to permit him to reside in the Northern District of Ohio. He further seeks permission to travel to the Western District of North Carolina from March 9 to March 16, on his to the Northern District of Ohio.

---

[1] Due to the inclusion of personal identifying and address information, Beeks files this motion under seal. The defense can provide a redacted copy of the motion on the docket.
[2] Beeks intends to seek removal of location monitoring once he's settled in Ohio.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2022.

Respectfully submitted,

*/s/  Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger (D.D.C. Bar No. D00483)
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

*Counsel for Defendant, James Beeks*