UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*　　　　　　　　　　　　　　　　　Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

## ORDER MODIFYING RELEASE CONDITIONS

Beeks's unopposed motion to modify release conditions is granted. His conditions of release are modified as follows. The condition that he reside in the Middle District of Florida is modified to a condition that he temporarily reside in the Western District of North Carolina. All other conditions of release remain in place.

_____                      _____
Date                                           Judge Amit P. Mehta, District Judge