# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides

Telephone 414-221-9900
Facsimile 414-221-9901

April 12, 2022

Honorable Amit Mehta
United States District Court
333 Constitution Ave.
Washington D.C. 20001

RE:   *United States v. James Beeks*
      Case No. 21cr28

Dear Judge Mehta,

Yesterday, the Pretrial Services Office submitted a pretrial violation report to the Court regarding Mr. Beeks. R. 649. Apparently, in the rural area of North Carolina where he is temporarily residing, the GPS monitor does not receive a signal. After consulting with the government and pretrial services, the parties have agreed that while Mr. Beeks is in North Carolina, he will check in with the Pretrial Services office every night by 8pm using FaceTime. We anticipate updating the Court on Mr. Beeks's permanent arrangements later this week. If the Court has any concerns with this arrangement, or would like the defense to file a formal motion to modify his release conditions as just described, please let us know.

Sincerely,

*/s/ Joshua Uller*
*/s/ Jessica Ettinger*

cc: AUSAs Jeffrey Nestler and Kathryn Rakoczy, Pretrial Services

Milwaukee · Madison · Green Bay