UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                     Case No. 21-cr-28 (APM)

JAMES D. BEEKS,

    *Defendant.*

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

James Beeks, by counsel, moves the Court to modify his conditions of release. On March 31, 2022, the Court granted Beeks' unopposed motion to temporarily reside in the Western District of North Carolina. R. 644. At Beeks's request, that Order also provided that all other conditions of release were to remain in place. *Id.* One of those conditions was GPS monitoring. On April 11, 2022, pretrial services filed a violation report with the Court explaining that the GPS device doesn't function in the remote area of North Carolina where Mr. Beeks is temporarily residing. For the past week, Mr. Beeks has been checking in with Pretrial Services nightly by FaceTime.

Mr. Beeks is currently working on a more stable and permanent living arrangement. The defense anticipates having that arrangement in place in

approximately one month. But for the time being, Beeks doesn't have any other living options. That predicament conflicts with the Court's GPS-monitoring condition. For that reason, Mr. Beeks asks that while he is temporarily residing in the Western District of North Carolina, the GPS-monitoring condition be removed from his conditions of release. In lieu of GPS monitoring, Mr. Beeks will check in daily with Pretrial Services in a manner mutually agreed upon, including FaceTime or Google Duo.  The defense has conferred with counsel for the government, Assistant United States Attorney Katheryn Rakoczy, who indicated that the government does not oppose this motion, given the temporary circumstances. Pretrial services defers to the Court.

    For the reasons herein, Beeks respectfully asks that the Court enter an order granting the same.

    Dated at Milwaukee, Wisconsin, this 14th day of April, 2022.

Respectfully submitted,

/s/ Joshua D. Uller
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
   of Wisconsin, Inc.
411 E. Wisconsin Avenue – Room 2310
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

/s/ Jessica Arden Ettinger
Jessica Arden Ettinger (D.D.C. Bar No. D00483)
FEDERAL DEFENDER SERVICES

OF WISCONSIN, INC.<br>
22 E. Mifflin Street, Suite 1000<br>
Madison, WI 53703<br>
Tel. (608) 260 9900<br>
Email: jessica_ettinger@fd.org

*Counsel for Defendant, James Beeks*

## CERTIFICATE OF SERVICE

On this 14th day of April, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Joshua D. Uller*
Joshua D. Uller