UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                         Case No. 21-cr-28 (APM)

JAMES D. BEEKS,

    *Defendant.*

## ORDER MODIFYING RELEASE CONDITIONS

Beeks's unopposed motion to modify release conditions is granted. His conditions of release are modified as follows. While Beeks is temporarily residing in the Western District of North Carolina, the condition that he be subject to GPS monitoring is vacated. Instead, Beeks is to check in with pretrial services daily, using FaceTime, Google Duo, or other communication program that is mutually agreed upon. All other conditions of release remain in place.

_____                                       _____

Date                                                                 Judge Amit P. Mehta, District Judge