UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                Case No. 21-cr-28 (APM)

JAMES BEEKS,

    *Defendant*.

## NOTICE OF UNAVAILABILITY

A status conference is scheduled in this matter for tomorrow, May 5, 2022, at which the Court may wish to discuss the pretrial motions that James Beeks filed. Late last night, Jessica Arden Ettinger, counsel for Mr. Beeks, tested positive for COVID-19 and will not be able to attend tomorrow's videoconference. Mr. Beeks will be represented at the status conference by his lead counsel, Joshua Uller. However, because Ms. Ettinger was the primary author of Mr. Beeks's pretrial motions, the defense requests that the Court defer argument on those motions to a later date. The defense regrets any inconvenience this causes the Court and opposing counsel.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin, this 5th day of May, 2022.

    Respectfully submitted,

    */s/ Joshua D. Uller*
    Joshua D. Uller (WI Bar No. 1055173)
    FEDERAL DEFENDER SERVICES
      OF WISCONSIN, INC.
    517 E. Wisconsin Avenue – Room 182
    Milwaukee, WI  53202
    Tel.:  (414) 221-9900
    Email:  joshua_uller@fd.org

    *Counsel for James Beeks*

**CERTIFICATE OF SERVICE**

On this 5th day of May, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Joshua D. Uller*
Joshua D. Uller