UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*      Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

## STATUS REPORT

James Beeks, by counsel, files this Status Report to provide the Court with an update concerning his efforts to obtain employment and permanent housing. Counsel for Mr. Beeks consulted with counsel for the Government and Pretrial Services prior to filing this Status Report.

Mr. Beeks presently is in Orlando, Florida and actively searching for a job. This Court previously granted Mr. Beeks's motions to modify his release conditions to allow him to reside temporarily in the Western District of North Carolina, without GPS monitoring, while he looked for permanent housing and employment (ideally, in his home state of Florida). *See* R.644; R.655. Mr. Beeks had an in-person job interview at a technology company in Orlando, Florida, on June 16, 2022 and traveled to Florida for the interview. He is staying at a friend's home, where he has represented that no firearms are present. His friend presently is on vacation. He is abiding by his curfew condition and

has checked-in with Pretrial Services every day, as required, without incident. Pretrial Services is aware of the address where Mr. Beeks is staying.

Mr. Beeks intends to stay in Orlando until July 9, 2022. As far as Mr. Beeks is aware, he did not receive the job for which he interviewed last week, and he actively is searching for new employment. In the interim, he is able to earn some money as an Uber driver—something he cannot do in the Western District of North Carolina, where, he reports, there is substantially less demand for Uber in the (non-metropolitan) area surrounding his family members' home. Mr. Beeks is able to stay in Orlando rent-free at his friend's home through July 9, 2022, when his friend returns from vacation.

The parties have met and conferred. Pretrial Services has represented to defense counsel that, absent an order from the Court, it cannot conduct a home visit of the residence where Mr. Beeks presently is staying in Orlando. The Government requests that Pretrial Services conduct a home visit of any home at which Mr. Beeks is permitted to stay. It further requests that, until Mr. Beeks has a stable residence, Pretrial Services monitor Mr. Beeks with, at a minimum, weekly in-person check-ins in addition to daily phone check-ins. The defense does not object to either of the Government's requests.

The hope is that Mr. Beeks can obtain employment and housing in Orlando and remain there on a permanent basis. If, prior to July 9, 2022, Mr. Beeks has secured employment and housing, then counsel for Mr. Beeks will file a motion to modify Mr. Beeks's conditions of release, requesting that Mr. Beeks be permitted to remain in Florida. If, prior to July 9, 2022, Mr. Beeks has not secured employment and housing in Florida, then he will return to his family members' home in the Western District of North

Carolina on July 9, 2022 (and no motion to modify conditions of release will be filed).

Under either scenario, all other conditions of release will remain in place.

Dated at Milwaukee, Wisconsin, this 29th day of June, 2022.

                                    Respectfully submitted,

                                    */s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

Jessica Arden Ettinger (DDC No. D00483)
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

*Counsel for James Beeks*

## CERTIFICATE OF SERVICE

On this 29th day of June, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Joshua D. Uller*
Joshua D. Uller

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.