UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      *Plaintiff,*

      *v.*                           Case No. 21-cr-28

JAMES D. BEEKS,

      *Defendant.*

## STATUS REPORT

    James Beeks, by counsel, files this Status Report to provide the Court with an update concerning his efforts to obtain employment and permanent housing. Last week, Pretrial Services conducted a home visit of the residence where Mr. Beeks is staying in Florida. Per Pretrial Services, there were no firearms, weapons, or signs of illegal activity. Mr. Beeks continues to actively search for employment in the Orlando area. He also continues to work as a driver for a rideshare service.  Mr. Beeks's plan is to remain in Florida for an additional two weeks to search for employment and earn money driving.

    The hope continues to be that Mr. Beeks can obtain employment and housing in Orlando and remain there on a permanent basis. If, prior to July 25, 2022, Mr. Beeks has secured employment and housing, then counsel for Mr. Beeks will file a motion to modify Mr. Beeks's conditions of release, requesting that Mr. Beeks be permitted to remain in Florida. If, prior to July 25, 2022, Mr. Beeks has not secured employment and housing in Florida, then he will plan to return to his family members' home in the Western District

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

of North Carolina. Under either scenario, all other conditions of release will remain in place.

The defense has conferred with counsel for the government, who indicated that two additional weeks of the current arrangement is acceptable to the government. The defense has also shared this report with Pretrial Services.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2022.

Respectfully submitted,

/s/ Joshua D. Uller
Joshua D. Uller, WI Bar #1055173
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

Jessica Arden Ettinger (DDC No. D00483)
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

Counsel for James Beeks

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

## CERTIFICATE OF SERVICE

On this 11th day of July, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

/s/ Joshua D. Uller
Joshua D. Uller

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.