UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      *Plaintiff,*

      *v.*                                    Case No. 21-cr-28

JAMES D. BEEKS,

      *Defendant.*

## STATUS REPORT

James Beeks, by counsel, files this Status Report to provide the Court with an update concerning his efforts to obtain employment and permanent housing. Mr. Beeks is close to obtaining full-time employment in the Orlando area. In the meantime, he plans to stay in the Orlando area for the next three weeks and work part-time while staying in a hotel. The hope continues to be that Mr. Beeks can obtain employment and housing in Orlando and remain there on a permanent basis. If, prior to August 15, 2022, Mr. Beeks has secured employment and housing, then counsel for Mr. Beeks will file a motion to modify Mr. Beeks's conditions of release, requesting that Mr. Beeks be permitted to reside in Florida. If, prior to August 15, 2022, Mr. Beeks has not secured employment and housing in Florida, then he will plan to return to his family members' home in the Western District of North Carolina. Under either scenario, all other conditions of release will remain in place.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

The defense has conferred with counsel for the government, who indicated that the arrangement proposed herein is acceptable to the government. The defense has also shared this report with Pretrial Services.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2022.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  joshua_uller@fd.org

Jessica Arden Ettinger (DDC No. D00483)
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

*Counsel for James Beeks*

2

**CERTIFICATE OF SERVICE**

On this 25th day of July, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

_/s/ Joshua D. Uller_
Joshua D. Uller

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.