UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                          Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

**STATUS REPORT**

James Beeks, by counsel, files this Status Report to provide the Court with an update concerning his efforts to obtain employment and permanent housing. Mr. Beeks continues to stay in a hotel while working part-time and aggressively seek full-time employment in the Orlando area. The hope continues to be that Mr. Beeks can obtain employment and housing in Orlando and remain there on a permanent basis. To that end, Mr. Beeks will remain in the Orlando area for the next month continuing that search. If, prior to September 16, 2022, Mr. Beeks has secured employment and housing, then counsel for Mr. Beeks will file a motion to modify Mr. Beeks's conditions of release, requesting that Mr. Beeks be permitted to reside in Florida. If, prior to September 16, 2022, Mr. Beeks has not secured employment and housing in Florida, he will update the Court as to whether he will return to his family members' home in the Western District of North Carolina or remain in Florida to continue his search for employment and housing. Under either scenario, all other conditions of release will remain in place.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

The defense has provided this information to the government in attempt to include the government's position on Mr. Beeks's status report, but has not received a response. The defense has also shared this report with Pretrial Services.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2022.

        Respectfully submitted,

        */s/ Joshua D. Uller*
        Joshua D. Uller, WI Bar #1055173
        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        517 E. Wisconsin Avenue – Room 182
        Milwaukee, WI  53202
        Tel.  (414) 221-9900
        Email:  joshua_uller@fd.org

        Jessica Arden Ettinger (DDC No. D00483)
        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        22 E. Mifflin Street, Suite 1000
        Madison, WI 53703
        Tel.  (608) 260 9900
        Email:  jessica_ettinger@fd.org

        *Counsel for James Beeks*

## CERTIFICATE OF SERVICE

On this 16th day of August, 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Joshua D. Uller*
Joshua D. Uller