UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                  Case No. 21-cr-28

JAMES D. BEEKS,

    *Defendant.*

---

## ORDER MODIFYING RELEASE CONDITIONS

Beeks's unopposed motion to modify release conditions is granted. His conditions of release are modified as follows. Beeks is permitted to reside in the Middle District of Florida. He is to report to Pretrial Services in that district. And Pretrial Services is to conduct a home visit to confirm the home's suitability for Beeks's pretrial supervision. All other conditions or release currently in place shall remain.

 

_____

Judge Amit P. Mehta, District Judge