UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>        v. )<br>)<br>JAMES BEEKS, )<br>)<br>        Defendant. )<br>) | Criminal No. 21-cr-28 (APM) |

## ORDER FOR COMPETENCY SCREENING

In light of the hearing held on December 7, 2022, and the Feretta Motion filed by Defendant James Beeks, the court hereby orders Defendant be examined to determine his competence to represent himself at trial. *See* 18 U.S.C. § 4241.

Defendant James Beeks shall be examined by the relevant entity in the Middle District of Florida and, after such examination, a report shall be submitted to this court. The report shall indicate whether Defendant is competent, incompetent, or whether further evaluation is needed. The report also shall answer the following questions:

1. Is Defendant mentally competent to understand the proceedings against him and to represent himself at a trial?

2. If the answer to the preceding question is negative, then does the examining psychiatrist/psychologist believe Defendant should be transferred to a mental health facility for further examination and treatment?

Dated: December 9, 2022

Amit P. Mehta
United States District Court Judge