IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 21-CR-028 (APM) |
| | ) | |
| JAMES D. BEEKS, | ) | |
| Defendant. | | |

## NOTICE OF APPEARANCE

COMES NOW Nicole Cubbage and enters her appearance as court appointed standby counsel for James Beeks in the above captioned case.

Respectfully Submitted,

By: Nicole Cubbage

_____/s/_Nicole Cubbage_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C. 20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for James Beeks

1

<u>Certificate of Service</u>
I certify that a copy of the forgoing was filed electronically for all parties of record on this 3rd day of January, 2023

_____/s/_____
Nicole Cubbage
Standby Attorney for James Beeks