IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) ) ) ) | CRIMINAL NO. 21-CR-028 (APM) |
| JAMES BEEKS, | ) | |
| Accused. | | |

MOTION TO APPEAR REMOTELY FOR PRETRIAL CONFERENCE

COMES NOW, Accused, James Beeks, a man, presenting his own action, and requires this Court to accommodate him to appear via Zoom at the pretrial conference currently scheduled in this matter on January 20, 2023 at 9:00am. James Beeks has standby counsel, Nicole Cubbage, who can appear in person for this hearing. If the Court grants this motion, James will give Ms. Cubbage authority to appear in person on his behalf for this limited purpose. He requires that he is to appear by zoom at this same hearing and consult with her via email or text during the hearing, if needed. The financial burden of paying for travel and lodging for this one-day hearing is a great hardship for James. He is currently attempting to secure funds to attend, drive to D.C., and stay there for his own trial, which is estimated to last several weeks. The cost and time of travel from Florida for this one-day hearing would pose a financial burden on James only to be

1

repeated less than ten days later for trial.

The government was consulted and defers to the Court on the defense's request to have James Beeks appear via Zoom for the pretrial conference. The government notes, however, that given James' lack of legal training and the fact that he has not yet been physically present in court in D.C., it may be advisable for him to be physically present in advance of the commencement of the trial.

Respectfully Submitted


____/s/_James Delisco Beeks___
James-Delisco:Beeks
Sui Juris



Filed by: Nicole Cubbage


_____/s/_Nicole Cubbage_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for James Beeks

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this12th day of January, 2023

____/s/_____

Nicole Cubbage

Standby Attorney for James Beeks