IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

COMMON LAW JURISDICTION

UNITED STATES OF AMERICA   )
                                   )
   v.                         )   CRIMINAL NO. 21-CR-028 (APM)
                                   )
                                   )
JAMES BEEKS,             )
   Accused

## NOTICE TO JOIN MOTION FOR TRIAL CONTINUANCE

COMES NOW, Accused, James-Delisco:Beeks, a man, presenting his own action, requires this Court to accommodate him to join the motion to continue filed by Defendant Michael Greene in the above captioned matter (Doc. 819). Specifically, James adopts the arguments made in the motion and additionally argues that a continuance is even more important to him as an accused Sui Juris due to the enormous obstacles placed on the accused Sui Juris's defense and access to their own discovery. James has a limited ability to review this additional newly disclosed highly sensitive discovery as he is prohibited from access to highly sensitive discovery unless he works to see it through his standby counsel pursuant to the Protective Order required by the government in this case. (Doc. 828).

Though James has standby counsel, and she can facilitate this access on a reasonable basis, such counsel has only recently been appointed and cannot effectively help James with obtaining and reviewing the discovery fully prior to the current trial date. The most recent untimely disclosure of a large quantity of highly sensitive material creates prejudice for James and greatly impairs his ability to prepare for his own defense.

Additionally, James notes that additional security footage from the January 6, 2021 events is purportedly scheduled to be released publicly.1 There is no indication whether this footage will duplicate the footage that has previously been made available to the accused through government discovery or if it will contain previously undisclosed camera footage from the events of January 6, 2021. If and when these videos are made public, James will then be allowed to possess the highly sensitive materials. His ability to possess the newly public, but

---

1 Numerous news outlets are now reporting that more January 6 tapes will be released publicly by House Speaker Keven McCarthy. (See https://www.politico.com/minutes/congress/01-12-2023/mccarthy-jan6-footage/, https://www.washingtontimes.com/news/2023/jan/12/kevin-mccarthy-prepared-release-all-capitol-footag/ , https://www.thegatewaypundit.com/2023/01/huge-matt-gaetz-reveals-republicans-will-release-14000-hours-j6-tapes-hidden-video/.)

2

previously highly sensitive materials, will allow James to prepare for trial, create his own exhibits, timeline, and work product. He is currently prohibited from possessing highly sensitive materials, even as he presents his own action. The release of highly sensitive materials to the public will allow James to possess this discovery and produce work product, free from the restrictions of the Protective Order, and use it in a meaningful way to present his own action. For these reasons James seeks more time to review the discovery and produce work product from materials that have been recently provided by the government and additional materials that may soon be released to the public.

Respectfully Submitted

\_\_\_\_/s/ *James Delisco Beeks*\_\_\_
James-Delisco:Beeks ©
Sui Juris Capacity

Filed by: Nicole Cubbage

_____/s/ *Nicole Cubbage*_____
Nicole Cubbage

        DC Bar No. 999203
        712 H. Street N.E., Unit 570
        Washington, D.C.  20002
        703-209-4546
        cubbagelaw@gmail.com
        Standby Attorney for James Beeks

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 12th day of January, 2023

____/s/_____

Nicole Cubbage

Standby Attorney for James Beeks