IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Dun & Bradstreet #611934746

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Dun & Bradstreet # 052714196 | ) | |
| -- | ) | CRIMINAL NO. 21-CR-028 (APM) |
| | ) | |
| | ) | |
| :james beeks:, | ) | |
| Accused. | | |

## NOTICE OF FILING DOCUMENTS

COMES NOW, Accused, James Beeks, a man, by special appearance presenting his own action, and notifies this Court of documents to be electronically filed on the record in the above captioned matter. Registered copies of the same have been sent to the Court.

                                                Respectfully Submitted

                                                ____/s/_*James Delisco Beeks©*
                                                James-Delisco:Beeks
                                                Sui Juris

                                                Filed by: Nicole Cubbage

                                                _____/s/_*Nicole Cubbage*
                                                Nicole Cubbage
                                                DC Bar No. 999203
                                                712 H. Street N.E., Unit 570
                                                Washington, D.C.  20002
                                                703-209-4546

cubbagelaw@gmail.com  
Standby Attorney for James Beeks

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 19th day of January, 2023

_____/s/_____  
Nicole Cubbage  
Standby Attorney for James Beeks
