# Notice of Intent & Cost Schedule:

Orlando, Florida

Near Postal Code Extension [32835]

<u>The</u> united States of America (unincorporated)

Let it be known to all this _18th_ day of _January_, Two-Thousand and Twenty-Three, establish Costs to be instated and mandated in any and all attempts to engage any Lawfully and Properly declared Americans, be they American State Nationals or American State Citizens, in any and all non-voluntary business, non-volitional or unconscionable contracts, compelled performance, or any and all other non-voluntary, coercive, threatening, or non-consensual transactions whatsoever.

Costs are due and payable on demand in lawful money (United States Silver Dollars), at face value of coinage as designated herein at the conclusion of each transaction.

Costs enumerated herein are applicable per-occurrence, and includes any and all third party(s), agency(s) by estoppel, any and all Territorial United States District and State and County Courts, their agents, officers, clerks, bailiffs, sheriffs, deputies, and employees and all Municipal Appointees including their "DISTRICT COURTS", "STATE OF STATE COURTS", and "COUNTY COURTS", their "OFFICERS" and "EMPLOYEES" of same that wish to engage the aforementioned American State Nationals or American State Citizens in non-volutional actions.

**Furthermore, all aforementioned are hereby given Lawful Due Notice and full disclosure of the following**, and shall be liable severally and jointly, without benefit of Corporate Veil/Immunity/Indemnification to this Cost schedule as an Asservation of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real, personal and movable property, malpractice insurance and performance bonds of any such violators and is **not dischargeable** in bankruptcy court or subject to any probate claim:

Hourly rate of exchange, accrual 24 hours per day, 7 days a week, 365 days per year, at $90,000.00.

Any undesired action upon, to, for, or against Americans within the physical borders of Florida, including interference, obstruction, embezzlement, extortion, impediment, coercion, theft, threat, duress, assault, intimidation, abuse, battery, stalking, harassment, detainment, kidnapping, press-ganging, defamation, resistance, inland piracy, trespass or otherwise causing harm or loss, hourly rate of exchange is doubled.

Any above action that is deemed to be punitive or particularly egregious, **hourly rate of exchange is trebled.**

The minimum cost for any and all non-voluntary transactions is one-hour ($90,000.00). Any other action, trespass or instance of harm or damage not listed below is subject to designation or modification of hourly cost.

In addition to the above costs, further penalties will be assessed **_In Addition_** to the hourly rate of exchange as follows:

Private Easements Schedule:
    Penalty for Unauthorized Private Use      $ **300,000.00**

Public Easements Schedule:
    Penalty for Unauthorized Public Use      $ **300,000.00**

The following costs will _Additionally_ be mandated upon the trespassing party and/or informant listed on the traffic citation(s) or information(s), bill(s), complaint(s), levy(s), lien(s), fine(s), arrest warrant(s), search warrant(s), bond(s), detention order(s), seizure order(s), and/or any and all other orders not adhering to the Public Law of the land and soil of the several states, per each instance:

**Demand to Produce, or Theft of Trade Name Materials:**

| | |
|---|---:|
| a. Trade Name | $ 100,000.00 |
| b. "Driver's License" or "Driver's License" Number | $ 100,000.00 |
| c. Proof of Insurance | $ 20,000.00 |
| d. Registration of Private Automobile | $ 20,000.00 |
| e. Retinal or other Ocular Scans | $ 900,000.00 |
| f. Fingerprinting | $ 3,000,000.00 |
| g. Photographing | $ 900,000.00 |
| h. "DNA " | |
|   1. Mouth Swab(s) (per instance) | $ 5,000,000.00 |
|   2. Blood Sample(s) (per instance) | $ 5,000,000.00 |
|   3. Urine Sample(s) (per instance) | $ 500,000.00 |
|   4. Hair Sample(s) (per instance) | $ 1,000,000.00 |
|   5. Skin Sample(s) (per instance) | $ 5,000,000.00 |
|   6. Produce Samples Under Threat, Duress, and Coercion (per instance) | $ 10,000,000.00 |
| i. Clothing Sample(s) (per instance/article) | $ 500,000.00 |
| j. Breathalyzer Testing (per instance) | $ 250,000.00 |
| k. Attempt to Perform Unauthorized/Non-Consensual Medical Procedures (Per Attempt) | $ 800,000,000.00 |

**Issuance of Traffic Citations or Information(s):**

| | |
|---|---:|
| a. Citation (per instance) | $ 50,000.00 |
| b. Warning Issued on Paper Ticket | $ 10,000.00 |

Appearance In Court Due To Traffic Citation(s) or Information(s)

| | |
|---|---:|
| a. Time Spent In Court (Per Hour, Minimum One Hour) | $ 100,000.00 |
| b. If Fine(s)/Judgment(s) Is/Are Levied | $ 250,000.00 |

**Personal Property Trespass/Carjacking/Theft/ Interference With Trade:**

| | |
|---|---:|
| a. Agency by Estoppel | $ 60,000.00 |
| b. Color of Law | $ 60,000.00 |
| c. Implied Color of Law | $ 40,000.00 |
| d. Criminal Coercion | $ 60,000.00 |
| e. Criminal Contempt of Court | $ 100,000.00 |
| f. Estoppel by Election | $ 40,000.00 |
| g. Estoppel by Laches | $ 40,000.00 |
| h. Equitable Estoppel | $ 40,000.00 |
| i. Fraud | $ 250,000.00 |
| j. Fraud Upon the Court | $ 200,000.00 |
| k. Larceny | $ 500,000.00 |
| l. Theft of Arms/Arms Accessories/Ammunition (Per Attempt/Item) | $ 1,000,000.00 |
| m. Larceny by Trick | $ 350,000.00 |
| n. Obstruction of Justice | $ 50,000.00 |
| o. Obtaining Property Under False Pretenses | $ 1,000,000.00 |
| p. Simulating Legal Process | $ 100,000.00 |
| q. Larceny By Extortion | $ 250,000.00 |
| r. Vexatious Litigation | $ 100,000.00 |
| s. Trespass Upon/Unauthorized Search of Private Automobile | $ 250,000.00 |
| t. Unauthorized Displacement/Relocation of Private Automobile | $ 250,000.00 |
| u. Damage To/Seizure of Private Automobile | $ 500,000.00 |
| v. Removal of Property From Private Automobile | $ 500,000.00 |

| | |
|---|---:|
| w. Unlawful Lien Upon Private Automobile | $ 250,000.00 |
| x. Failure of Agent(s) to Produce Valid Warrant/Negotiable Instrument Upon Demand | $ 500,000.00 |
| y. Interrogation (Per 10 Minute Intervals) | $ 20,000.00 |
| z. Unauthorized Search of Living Being | $ 900,000.00 |
| aa. Personation/Impersonation | $ 10,000,000.00 |
| bb. Levying War Upon Non-Combatant (**American State National/Citizen**) | $ 100,000,000.00 |
| cc. Failure to Provide **Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, OMB Number** 1124-0001 Upon Demand | $ 1,000,000.00 |
| dd. Seizure/Failure to Honor Private Automobile **Credential Plaques** | $ 5,000,000.00 |

**Unlawful Use of Trade Name Materials Under Threat, Duress and Coercion:**

| | |
|---|---:|
| a. Trade Name or Variation Written By The Informant | $ 50,000.00 |
| b. "Driver License" Number Written By The Informant | $ 50,000.00 |
| c. Miscellaneous Material Written By The Informant | $ 25,000.00 |

**Produce Any Private Property or Information During Business Interaction:**

| | |
|---|---:|
| a. Financial Information | $ 1,000,000.00 |
| b. Private Property/Belongings/Cargo Within Private Automobile | $ 500,000.00 |
| c. Any Other Documents Produced (Per Document) | $ 180,000.00 |

**Court Appearance Schedule:**

These fees accrue 24 hours per day, 7 days per week, 365 day per year from the time and date of the demand to appear and are due upon conclusion of business in the court. Failure to remit payment in full and on demand will result in automatic summary default and forfeiture of any and all bonds, insurance policies, and personal property of any and all Officers of the Court or third parties involved, directly, incidentally, or peripherally in the business transaction, as well as non-dischargeable liens placed upon any/all real and movable property of same.

**Attempt to Summon or Demand For Appearance In Court:**

a. **The Appearance:**

| | |
|---|---|
| 1. Under Protest, Duress, Threat, Coercion | $ 900,000.00/hr |
| 2. Voluntarily | $ 500.00/hr |
| b. Unauthorized Administration of Trade Name/Vessels By Court | $ 8,000,000.00 |
| c. Barratry | $ 3,000,000.00 |
| d. Personage/Impersonation | $ 10,000,000.00 |
| e. Bottomry | $ 3,000,000.00 |
| f. Failure to Produce Public Official Bond Upon Demand | $ 500,000.00 |
| g. Failure to Produce Performance Bond Upon Demand | $ 250,000.00 |
| h. Failure to Produce Oral/Written Oath(s) of Office Upon Demand | $ 250,000.00 |
| i. Failure to Produce UBI Number Upon Demand | $ 250,000.00 |
| j. Failure to Produce Relevant Uniform Securities Number(s) Upon Demand | $ 250,000.00 |
| k. Denial of Right of Subrogation Upon Demand | $ 1,000,000.00 |
| l. Failure to Produce Proof of Malpractice Insurance/Bond Upon Demand | $ 100,000.00 |
| m. Failure to Honor Written/Oral Oath(s) | $ 250,000.00 |
| n. Failure to Honor or Lack of Bond(s) | $ 250,000.00 |
| o. Failure to State a Claim Upon Which Relief Can Be Granted | $ 250,000.00 |
| p. Failure to Present a Living Harmed/Damaged Party Upon Demand | $ 500,000.00 |
| q. Failure to Produce Valid International Maritime Contract Upon Demand | $ 3,000,000.00 |
| r. Failure to Produce 1099OID or Other I.R.S. Documents Upon Demand | $ 250,000.00 |
| s. Default by Non-Response or Incomplete Response | $ 500,000.00 |
| t. Probate Fraud | $ 10,000,000.00 |
| u. Racketeering | $ 10,000,000.00 |

| | |
|---|---:|
| v. Theft of Public Trust Funds | $ 10,000,000.00 |
| w. Perversion of Justice Judgment | $ 1,000,000.00 |
| x. Use of Trade Name After One Warning (Per Instance) | $ 100,000.00 |
| y. Forced Psychiatric Evaluation (Per Day) | $ 9,000,000.00 |
| z. Failure to Produce Proof That Living Being Is "Subject Matter" | $ 10,000,000.00 |
| aa. Failure to Produce Valid Military Enlistment Papers For Trade Name Upon Demand | $ 3,000,000.00 |
| bb. Breach of Trust/Fiduciary Trust Fraud | $ 25,000,000.00 |
| cc. Failure to Provide Jury of Peers (Peer Defined as American State National/American State Citizen), Fee Assessed Per Non-Peer Jury Member) | $ 900,000.00 |
| dd. Demand For Living Soul To Be "Re-Presented" by Foreign Agent/B.A.R. Member | $ 25,000,000.00 |
| ee. Failure to Provide **Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, OMB Number** 1124-0001, Upon Demand | $ 1,000,000.00 |
| ff. Use of Dog Latin/Glossa In Court Documents (Per Instance) | $ 100,000.00 |
| gg. Failure to Produce Valid Commissioning Papers Showing Living Being/Trade Name Is An Officer In Merchant Marine Service | $ 3,000,000.00 |
| hh. Failure to Prove/Declare Jurisdiction When Challenged | $ 25,000,000.00 |
| ii. Use of Private and/or Commercial Code(s) | $ 25,000,000.00 |
| jj. Failure to Produce Valid True Bill/Failure to Show Cause Upon Demand | $ 10,000,000.00 |
| kk. Use of Nonsense Term/Pejorative "Sovereign Citizen" (Per Instance) | $ 250,000.00 |
| ll. Press-Ganging | $ 15,000,000.00 |
| mm. Distraint | $ 3,000,000.00 |
| nn. Failure to Honor Exemptions and Immunities of Lawful Person/Trade Name | $ 20,000,000.00 |
| oo. Mis-Addressing Living Being/Trade Name as Territorial "U.S. Citizen" or Municipal "citizen of the United States" | $ 1,000,000.00 |
| pp. Any issuance of Miller Act Bonds in this matter; Each: | $ 10,000,000.00 |

## -General Trespass Schedule-

Trespass perpetrated against Living Being and/or Trade Name(s)/vessel(s). Costs are per-instance unless otherwise noted:

| | |
|---|---:|
| a. Kidnapping **(If Living Being Is Moved Against His/Her Will More Than Five (5) Feet From His Private Abode, To Include Private Automobile, It *Is* Kidnapping)** | $ 900,000,000.00 |
| b. Interference/Harm/Obstruction to Any Family Members/Friends/Pets of Living Being | $ 800,000,000.00 |
| c. Unsolicited Contact By Whatever Means (Post, Telephonic, Electronic) | $ 250,000.00 |
| d. Unauthorized Participation In Private Correspondence (By Any Means) | $ 500,000.00 |
| e. Theft of Private Correspondence Materials (Post, Telephonic, Electronic) | $ 1,000,000.00 |
| f. Obstruction, Tampering, or Interference With Private Correspondence | $ 900,000.00 |
| g. Solicitation of Trade Name(s) For Criminal/Fraudulent Purposes | $ 250,000.00 |
| h. Extortion | $ 950,000.00 |
| i. Fraudulent Conversion | $ 1,000,000.00 |
| j. Unlawful Conversion | $ 1,000,000.00 |
| k. Unauthorized Use of Living Soul Autograph/Trade Name Signature | $ 1,000,000.00 |
| l. Forgery/Counterfeiting of Trade Name(s) | $ 10,000,000.00 |
| m. Receipt/Conveyance/Transfer of Stolen Trade Name Property | $ 5,000,000.00 |
| n. Fraud In The Inducement | $ 500,000.00 |
| o. Promissory Fraud | $ 5,000,000.00 |
| p. Fiduciary Fraud | $ 2,000,000.00 |
| q. Mail/Wire Fraud | $ 2,000,000.00 |
| r. Embezzlement of Public Trust Funds | $ 10,000,000.00 |
| s. Detainment/Restraint Under Threat, Duress, Coercion (Per Hour) | $ 750,000.00 |
| t. Incarceration (Per Hour) | $ 900,000.00 |
| u. Harm/Damage To Living Being | $ 1,000,000,000.00 |
| v. Failure to Return Stolen Trade Name Property/Funds (Per Hour) | $ 3,000,000.00 |
| w. Aggravated Seizure of Trade Name Assets | $ 5,000,000.00 |
| x. Failure To Produce Public Official Bond Upon Demand | $ 750,000.00 |
| y. Distraint | $ 3,000,000.00 |
| z. Attempt to Perform Unauthorized or Non-Consensual Medical Procedures (Per Attempt) | $ 800,000,000.00 |
| aa. Failure to Honor/Confiscation of Lawful State Assembly Issued Travel Credentials | $ 3,000,000.00 |

| | | |
|---|---:|---:|
| bb. Trespass upon private Land and Soil/Homestead (per instance per man/woman) | $ | 1,000,000.00 |

Services to Others/Corporate Entities

| | | |
|---|---:|---:|
| a. Studying (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| b. Analyzing (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| c. Research (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| d. Preparing Documents (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| e. Answering Questions (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| f. Providing Information (Per Hour) | $ | 500.00 |
| 1. While Under Threat, Duress, and Coercion (Per Hour) | $ | 180,000.00 |
| g. Acting As Unwilling Revenue Withholding Agent (Per Hour) | $ | 270,000.00 |
| h. Gag Order(s) | $ | 750,000.00 |

Payment of all Costs is due upon demand, or if invoiced, payment is due within 15 days after receipt of invoice with a 15% penalty per day of delinquency. Costs are stated in terms of United States Silver Dollars, each of which is defined as .7735 troy ounce of .999 fine silver. If payment is to be made in Federal Reserve Notes/"FRN"/"United States Dollars" or similar, payment will be made at Par Value to the metallic silver value of the United States Silver Dollars as set forth by The United States Mint, with One Dollar being equal to the market value of .7735 Troy ounces of .999 fine silver on the day the cost was payable. As a courtesy, costs and invoices will be assessed in both USD and troy ounces of .999 fine silver.

All payments to be made and tendered to:

James Delisco Beeks


Near Postal Code Extension [32835]

**The *u*nited States of America, (unincorporated)**

Note: This Notice of Intent- Cost Schedule is not meant, designed or intended to frighten, terrify, or threaten anyone in any way. It is simply an expression of my lawful right to stipulate Fair Compensation for Willful and Deliberate Acts initiated against I by others, and the Lawful right of all Americans to be Made Whole from any/all resultant harm, loss, or damage to their Living Bodies, Property, or Lawful Persons resulting from such Acts.

I, *James Delisco Beeks*, in good faith, full standing, honor, and peace, do hereby attest, certify, Witness, affirm, and Establish upon the Public Record this Notice of Intent- Cost Schedule, this 15 day of *January*, Two-Thousand and Twenty-One, upon and for Orange County, Florida, ***The United States of America (unincorporated)***, from without and non-domestic to the Territorial "United States of America" and the Municipal "UNITED STATES", Notice To Agent Is Notice To Principal, Notice To Principal Is Notice To Agent, further I saith not

All Rights Retained

By: *James-Delisco:Beeks*

©

FOR: james-delisco:beeks house of Edwards.

Grantor/Executor/Beneficiary

Witness Jurat

&lt;State&gt;       ) *Florida*
&lt;County&gt;   ) *Orange*

Today I, *Leroy R. Beam* a Public Notary, was visited by the Living Being known or properly identified to me to be James-Delisco:Beeks and he did place his autograph upon multiple copies of, Execute and Issue this Notice of Intent- Cost Schedule as shown, and he also affirmed his testimony as shown before me this 18 day of Jan in the Year Two-Thousand and Twenty Two, in Witness whereof I set my Signature and Seal:

by: *Leroy R Beam*                                                                 Seal.

My commission expires on 4-1-26.

Notary Public State of Florida
Leroy R Beam
My Commission
HH 248467
Exp. 4/1/2026

**The certification or witness must be placed at the end of the document to "contain" everything that came before]**

## Administrative Process;

Constitution for The US of A, 1787, as amended to 1819.

Article VI para 2... Supremacy clause, Their employment contract

Article I Aec.10 Cls.1 Gold and silver coin....State of Florida is in commerce and not a state.

Article IV, Sec. 4... The State Republic Guarantee Clause

Article I Sec. 8 Cls. 17 10sq mile exclusive legislation... Is not on our land and soil.

Amendment XIV Citizen of the US and subject... is not Florida Man or Women

UCC 1-103(b) ...Law,... principal and agent, estoppel, fraud, misrepresentation, duress,..

UCC 1-201(b) (1) "Action", (2) "Aggrieved party", (3) "Agreement"

UCC 1-202(d) Notice; Knowledge


Day 31+ a Notice of Default Judgment in Dishonor will be sent along with an Invoice in the Form of a True Bill from the attached Cost Schedule for trespassing.