# Notice

Notice to Court Clerk: The minute you receive any affidavit or paperwork to be filed, it is recorded.

Title LXX.---CRIMES.---CH. 4. CRIMES AGAINST JUSTICE (Destroying, &c., public records.)SEC. 5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408,5411,5412.1]

Title LXX.---CRIMES.---CH. 4. CRIMES AGAINST JUSTICE (Conspiracy to defeat enforcement of the laws.) SEC. 5407.If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1

Title LXX.---CRIMES.---CH. 4. CRIMES AGAINST JUSTICE (Destroying record by officer in charge.) SEC.5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

Title 18 USC 2071:

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Dun & Bradstreet #611934746

COMMON LAW JURISDICTION

Notice of default #1 (proof of US citizenship) #1

01/18/2022                                                                                  Case# 1:21-cr-28 APM

Dear Magistrate,

i, man, james delisco beeks sent an Affidavit and Declaration counter claim on 12/28/2022 via email communication and by Certified mail # 70222410000142599521 on 12/29/2022 with a three (3)-day time frame for a response from the court with proof, on the record, that i, james beeks, am a 14th Amendment US Citizen based on the presumption of Magistrate Mehta in a hearing on December 23, 2022

As of the above date, i have not received any response or rebuttal to my counterclaim(s) and requirement(s) and this is a formal notice of default.

i, man require that the court respond with proof of my informed consent of US citizenship status on the court of record.

You have 3 more days from receipt of this default notice to respond or a default judgment notice will be in effect.

_____
Man

_____
Magistrate

_____
clerk

# Citizenship Evidence Asservation

I, James-Delisco: Beeks, being of sound mind and lawful age do solemnly declare:

1. The 1st clause of the 14th Amendment states: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."
2. The 1st clause of the 14th Amendment does **not** say: "All persons born or naturalized in the United States, are subject to the jurisdiction thereof . . . ."
3. The 1st clause of the 14th Amendment contains two requirements for United States citizenship: (a) that a person be born or naturalized in the United States and (b) that a person be subject to the jurisdiction of the United States.
4. I am not restricted by the 14th Amendment, because I receive no protection from it and I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty. Thus, I owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898). Thus, I am not "subject to the jurisdiction thereof . . . ."
5. The Department of State document, "Certificates of Non-Citizen Nationality," located at https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term 'national' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."
6. I, hereby, declare that I am a national but not a citizen of the United States.
7. This Asservation is submitted to rebut the fraudulent legal presumption legally and lawfully, that I am a "citizen of the United States" under the scope and purview of the 14th Amendment's Federal citizenship and that such Federal citizenship grants me "civil rights."
8. I am "non-resident" to the "residency" of the 14th Amendment and "alien" to the "citizenship" thereof; therefore, I am not subject to the jurisdictional statements of the United States Code.
9. As the tax imposed in 26 U.S.C. 1, pursuant to 26 C.F.R. 1.1-1 is on "citizens" and "residents" as contemplated in the 14th Amendment, it is not applicable to me, as I am neither a "citizen" nor a "resident."
    a. Notwithstanding the fact that I may have, previously, filed U.S. Individual Income Tax Returns, such filings were done by mistake as I was unaware that these filings were mandated only for citizens and residents of the United States as contemplated by the 14th Amendment.
10. Furthermore, I am not a "resident" of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit, or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the 14th Amendment.
11. I reiterate that I have made the above determinations and made this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.
12. At any time, I reserve the right to amend and correct wherever necessary or to rescind and revoke this document.

13.     I invite any individual who has reason to believe that I am in error in my facts and conclusions above to file an affidavit stating the contrary facts and conclusions, signed under penalty of perjury before a person authorized by law to administer and witness an oath.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Signature: *James-Delisco Beeks*©   Date: 01/06/22

Printed Name: *James-Delisco: Beeks*

# FLORIDA NOTARIAL CERTIFICATE
## (JURAT)

STATE OF FLORIDA
COUNTY OF __SEMINOLE__

Sworn to (or affirmed) and subscribed before me this __6th__ day of __January__, 20__23__, by __James D. Becks__ (Name of Person Making Statement).

(Seal)

_____
Signature of Notary Public

__EZRA M. PALAFOX__
Print, Type or Stamp Name of Notary

**EZRA M. PALAFOX**
Notary Public
State of Florida
Comm# HH304997
Expires 8/24/2026

Personally Known: ____
OR Produced Identification: ✓
Type of Identification Produced: __FL Driver's License__



Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.