# NOTICE: Common Law Court: Invoice

In regard to case no. (s) 1:21-cr-28

Invoice no. 0004

i, man require 24,193.54 oz. of silver or the equivalent of lawful money for a gag order to not share jury pool info on January 17, 2023.

This price is based on my Cost Schedule on the public record.

i, man require this payment within 15 days of receipt of this invoice.



_____
man

_____                    _____
Magistrate                                                     Prosecutor

                              _____
                                       Court Clerk