UNITED STATES DEPARTMENT OF JUSTICE

Attn: Assistant Attorney's office:

D & B number # 072526021

COMMON LAW JURISDICTION

Notice of default #2

01/18/2022                                          Case# 1:21-cr-28 APM

Dear Prosecution,

i,  sent a Bill of particulars on 11/29/2023 with a 30-day timeframe via email communication and to the UNITED STATES DISTRICT COURT (D & B #611934746) certified mail number 70222410000142599613 and again with a notice of default on 1/9/23 via email communication and certified mail number 70222410000142560422.

I have waited over a month and 18 days for a response.

i,  realize you are busy, but i require that you and/or your team answer the questions in my Bill of Particulars so that i can properly prepare for my defense for the upcoming trial.

i will extend to you three (3) more days to answer these questions so please get these back to me as time is of the essence; or a default judgement will be in effect.

Thank you very much,



_____

man