IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dun &Bradstreet No. 611934746

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| (Delaware File #2193946,  Dun & Bradstreet No. 052714196) | ) | |
| v. | ) | CASE NO. 21-CR-028 (APM) |
| | ) | |
| | ) | |
| :james beeks:, | ) | |
| Accused | | |

NOTICE OF FILING

COMES NOW, Accused, James-Delisco:Beeks, a man, by special appearance presenting his own action, and requires this Court to accept as filed this Citizenship Evidence Asservation attached as exhibit A.

.

                Respectfully Submitted


                ____/s/_James-Delisco:Beeks___
                James-Delisco:Beeks ©
                Sui Juris Capacity



                Filed by: Nicole Cubbage



                _____/s/_Nicole Cubbage_____
                Nicole Cubbage
                DC Bar No. 999203
                712 H. Street N.E., Unit 570

Washington, D.C. 20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for James Beeks

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 4th day of February, 2023.

\_\_\_/s/\_\_\_*Nicole Cubbage*\_\_\_\_

Nicole Cubbage
Standby Attorney for James Beeks