# **Citizenship Evidence Asservation**

I, James-Delisco:Beeks, being of sound mind and lawful age do solemnly declare:

1. The 1st clause of the 14th Amendment states: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."
2. The 1st clause of the 14th Amendment does not say: "All persons born or naturalized in the United States, are subject to the jurisdiction thereof . . . ."
3. The 1st clause of the 14th Amendment contains two requirements for United States citizenship: (a) that a person be born or naturalized in the United States and (b) that a person be subject to the jurisdiction of the United States.
4. I am not restricted by the 14th Amendment, because I receive no protection from it and I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty. Thus, I owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898). Thus, I am not "subject to the jurisdiction thereof . . . ."
5. The Department of State document, "Certificates of Non-Citizen Nationality," located at *https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html* says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term 'national' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."
6. I, hereby, declare that I am a national but not a citizen of the United States.
7. This Asservation is submitted to rebut the fraudulent legal presumption legally and lawfully, that I am a "citizen of the United States" under the scope and purview of the 14th Amendment's Federal citizenship and that such Federal citizenship grants me "civil rights."
8. I am "non-resident" to the "residency" of the 14th Amendment and "alien" to the "citizenship" thereof; therefore, I am not subject to the jurisdictional statements of the United States Code.
9. As the tax imposed in 26 U.S.C. 1, pursuant to 26 C.F.R. 1.1-1 is on "citizens" and "residents" as contemplated in the 14th Amendment, it is not applicable to me, as I am neither a "citizen" nor a "resident."
    a. Notwithstanding the fact that I may have, previously, filed U.S. Individual Income Tax Returns, such filings were done by mistake as I was unaware that these filings were mandated only for citizens and residents of the United States as contemplated by the 14th Amendment.
10. Furthermore, I am not a "resident" of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit, or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the 14th Amendment.
11. I reiterate that I have made the above determinations and made this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.
12. At any time, I reserve the right to amend and correct wherever necessary or to rescind and revoke this document.

13.     I invite any individual who has reason to believe that I am in error in my facts and conclusions above to file an affidavit stating the contrary facts and conclusions, signed under penalty of perjury before a person authorized by law to administer and witness an oath.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Signature: *James-Delisco Beeks©*    Date: 01/06/22

Printed Name: *James-Delisco: Beeks*

## FLORIDA NOTARIAL CERTIFICATE
## (JURAT)

STATE OF FLORIDA
COUNTY OF SEMINOLE

Sworn to (or affirmed) and subscribed before me this 6th day of January, 20 23, by James D. Becks (Name of Person Making Statement).

(Seal)

_____
Signature of Notary Public

EZRA M. PALAFOX
Print, Type or Stamp Name of Notary

EZRA M. PALAFOX
Notary Public
State of Florida
Comm# HH304997
Expires 8/24/2026

Personally Known: ____
OR Produced Identification: ✓
Type of Identification Produced: FL DRiver's License

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.