# UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

## COMMON-LAW JURISDICTION

UNITED STATES OF AMERICA INC.,
(Delaware corporate file #2193946) (D & B no. 05271496)

Plaintiff,

vs.

:james beeks:

Accused

Case No.(s): 1:21-cr-28; 21-cr-18-19



LET THIS BE FILED

Signature

1/11/23

NOTICE OF FILING

Comes now defendant :james beeks: (the Accused) by special appearance hereby gives notice of filing documents as exhibit(s) numbered as follows:

1.  Affidavit-Notice of Intent sent to Court Clerk and Court Administrator, GOVERNMENT Counsel.

    All documents were sent via electronic communication or by registered mail, Certified return receipt, or both.

    12/12/2022



:james beeks: © All Rights Reserved Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris. My Hand and Mark as Subscriber.

RECEIVED
Mail Room

DEC 19 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

On this 12th day of DECEMBER, 20 22, before me, the undersigned, a Notary Public in and for FLORIDA (state), personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____  STATE SEAL

Printed Name:
BETH WHITE

Date: 12/12/2022

My Commission Expires: 01/11/2026

Notary Public State of Florida
Beth White
My Commission
HH 211497
Exp. 1/11/2026

1

2      **UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA**

3                          **COMMON LAW JURISDICTION**

4      UNITED STATES OF AMERICA INC.,            Case No.(s): 21-cr-18-19; 1-21-cr-28

5      (DELAWARE FILE # 2193946)

6                          Claimant,                   AFFIDAVIT-NOTICE OF INTENT

7      v

8                     :james beeks:

9                          Affiant

10

11

12                      **AFFIDAVIT-NOTICE OF INTENT**

13     Comes now :james beeks: (the Affiant) by special appearance, an

14     Aborigine Autochthon, 5/5ths realized <u>Free</u> <u>Qualified</u> Inhabitant, and

15     <u>Private Citizen</u> of Turtle Island/Amaru-Inca (now known as

16     America); who upholds the Great Law of Peace, a lawful de jure, jus

17     sanguinis Preamble Citizen of the Florida Republic *{1861-1865}* in

18     his own proper person sui juris pursuant to the *unpurviewed 6th*

19     *Article of the Bill of Rights, the 9th Article of Amendment* to the

20     *Constitution for the United States {1787-1791}* and other applicable

21     provisions of law, present this annexed Notice of Intent – Fee

22     schedule of mandatory fees instated by the Security Party Creditor,

23     James Delisco Beeks ©, Authorized Representative on behalf of

24     JAMES BEEKS ©, JAMES D. BEEKS ©, and JAMES BEEKS ©, Ens

25     Legis, James Delisco Beeks do hereby set forth fees to be instated in

26

27

28



any transaction(s) dealing with JAMES DELISCO BEEKS, JAMES D. BEEKS, and JAMES BEEKS, for any commerce conducted relevant to this schedule. Fees are due and MUST be paid before said commerce can commence. In the event said fees are not met, it is the right of the Secured Party Creditor, James Delisco Beeks, to refuse or void any form of 'business' interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, James Delisco Beeks, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

**Birth Certificate** The adjoined birth certificate was issued in my name in error, but I have now reached the age of majority and I do not elect to be franchised. Droit! Droit!

**Deed of re-conveyance** As the adjoined deed of re-conveyance shows, I was presumed to be lost, but now I am found alive and standing on land and soil of my birthright. I am the original possessor and entitlement holder of the missing tradename, and I am owed all beneficial revisionary Trust interest in it and in any derivatives thereof.

**Certificate of assumed name:** As the adjacent recorded certificate of assumed name shows I have seized control of all assumed names related to my trade name and corrected their domicile to as of the date shown which is June 7th 1993, my 21st birthday.

**Indemnity Bond** I and my vessel are all private persons engaged in peaceful international trade and any other presumption is made in error. Adjoined is the indemnity bond on file with the United States treasury, demonstrating our private capacity.

**Revocation of all powers of attorney** Also adjoined is my revocation of all powers of attorney. I am the only attorney in fact, and I object to any and all other presumptions of this court and its officers.

**Tax Exempt** I serve notice on this court that I am tax exempt and that all vessels related to my name are tax prepaid.

**Law of Peace** I serve notice to this court that I am owed the law of peace in all military venues.

**Right to Soil** I serve to this court that my vessel are permanently domiciled on the land and soil of Florida.

**Public Law** I serve notice on the court that my vessels are owed the general session law and public law and are not subject to any private statutory or municipal law administered by this court.

### Affiant claims and states all of the following:

The Constitution for the united States of America, unincorporated with the Bill of Rights is the supreme law of the land. Marbury v. Madison: 5 US 137 recorded at Vol.5.

Inclusive: United States Statutes-at-Large and Organic Law, Published upon the Congressional Record. I claim all rights, titles, interests, and choses in action as expressly reserved ab initio and

Nunc pro tunc.

Affiant was exiled without cause from his birthright as an American on the land as an infant via a naked collateral administrative registration of my private birth and I have since expatriated from being a US corporate, British territorial and Municipal citizen and have taken back my true birthright as an American on the land via recorded Public Record No: 2021-FIHQNU-qjaY; on 04/21/2021 on Orange County, Florida. (see. https://verify.americanincorporated.org/qr/az9RKuSwfkRNstJxEI0o).

Furthermore, I claim ownership in the **name** James Beeks, James Delisco Beeks, and all derivatives thereof and the **NAME**, JAMES BEEKS, JAMES DELISCO BEEKS and all derivatives thereof including but not limited to the sound of the **name/NAME** and hereinafter the **name(s) NAME(S). This public record acts in the same capacity, nature, and character of a Habeas Corpus.**

**Maxim of Law: The status of a person is his legal position or condition.**

Affiant states that the sovereignty lies with and within We the People and that I am one of the people.  Furthermore, there has never been full disclosure pursuant to the Laws of Letter Patent of any patent that backs and or underwrites the (case no(s). 1:21-cr-28, 21-cr-18-19 re: JAMES BEEKS) and or the process.

I claim my God given name, in vivo, James Beeks and any and all derivatives thereof, was constructively converted to the ALL-CAPS NAME of JAMES BEEKS, JAMES DELISCO BEEKS and any and all derivatives thereof, nor a   Letter Patent backing and or underwriting the conversion and process of the **name/NAME**.

The (case no(s). 1:21-cr-28, 21-cr-18-19 re: JAMES BEEKS) represents a judgment void of informed consent, an undisclosed quasi- forfeiture of Affiants rights, titles, interests, and choses in action without a Letter Patent or any constitutional authority of the naked administrative process used.

Affiant cannot see any record, public or private or notice given to the Affiant of any Letter Patent and or an original Judicial Warrant of Commitment that has put the Affiant under constructive custody of the patent monopoly jurisdiction i.e., the extraordinary civil law jurisdiction.

Affiant has never knowingly or willingly chosen to be naturalized into that extraordinary jurisdiction and has not seen or has been noticed of any judicial process on any public or private record of making that choice.

Affiant formally **impeaches** the UNITED STATES OF AMERICA INC., (Delaware file # 2193946) for lack of exhibited authority from the original Patent of Creation, the JAMES DELISCO

BEEKS, JAMES BEEKS tradename – either subject as a subdivision of the estate or to a mere franchise either expressed or implied, patent infringement......a footing of a felony nor how the UNITED STATES OF AMERICA INC., (Delaware file # 2193946) acquired that privilege of authority pertaining to the JAMES DELISCO BEEKS Application, License and Certificate patent process.

Affiant further claims that every public office and Involved Parties in the UNITED STATES OF AMERICA INC., (Delaware file # 2193946) is a conception of a trust account without disclosure, laundering Affiants good name thru trust accounts without privilege collecting an undisclosed monetary bounty via an unconstitutional process and at the same time subjugating two living souls into an undisclosed extraterritorial jurisdiction.

**Affiant, giving up no rights, titles and interests, law worthy-clothed in law, the one whom all powers are inherit in, with no informed consent established on the record voluntarily without prejudice and of his own freewill rescinds, voids, annuls, redacts and cancels any and all of his signatures and endorsements in their entirety ab initio and Nunc pro tunc on any Application, License and/or Certificate pertaining to the above subject matter *for cause.***

**Option Two**: In the event that Option One is dishonored without notice as silence is acquiescence under the law and said silence can only be equated with fraud, all involved parties will stipulate to the following: **(1)** Present to the Affiant in five (5) days an official and certified copy of the Letter Patent used for the process: **(2)** A charge of twenty (20) million dollars in lawful money payable to the Affiant from the UNITED STATES OF AMERICA INC., (Delaware file no. 2193946) for the unlawful use of my good name that I own with full allodial title: **(3)** A charge of ten (10) thousand dollars of lawful money per day paid to the Affiant for UNITED STATES OF AMERICA INC., (Delaware file # 2193946) maintaining a fraudulent JAMES DELISCO BEEKS, JAMES BEEKS on the public record: **(4)** A monetary claim of an unknown amount at this time to the bonds of the statutes used in the process with a filed claim to the fiduciary for the united States of America, unincorporated for the impoundment of all surety bonds and subsequent liquidation of said bonds pertaining to this instant matter. Furthermore, Affiant may file at his leisure an administrative process with the United States Treasury, Internal Revenue Service/IRS/Criminal Investigation Division (CID) to perform a forensic audit on all trusts associated with the Affiants name/NAME in association with this instant matter.

### Dismissal of all charges with prejudice

It is to be expected  a complete elimination of all claims and dismissal of all charges with prejudice, eliminated from the record ab initio related to this matter forthwith.

### Property illegally seized

In the interim I wish to have my personal property that was stolen off my person, my work trunk, and storage unit returned to me within (10) days, which includes but not limited to (1)passport, (3) laptops (1) iPhone (1) Samsung tablet, (1) taser phone, (1) arm shield, (1) rifle, approx. 500 rounds of ammunition, journals, shoes, etc.

I wish for the court administrator to properly discipline court personnel to prohibit the bringing of such false claims against me in the future and do not expect to be further misaddressed.

Additionally, please find the adjoined schedule of fees for your perusal as related to the intended remedy for this matter.

I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or

obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

I am not an expert in the law however I do know right from wrong. If there is any man damaged by any statements herein, if he informs me by facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained, and proceedings justly determined.

If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me in WRITTEN AFFIDAVIT FORM within five (5) days from receipt hereof, providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.

---

*In the Laws of Commerce, the eternal and unchanging principle of the law are:*

1. *A workman is worthy of his hire.* Authorities: Exodus 20:15; Lev. 19:13; Matt. 10:10; Luke 10:7; II Tim. 2:6. Legal maxim: "It is against equity for freemen not to have the free disposal of their own property."
2. *All are equal under the law* (God's Law-Moral and Natural Law). Authorities: Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. Legal maxims: "No one is above the

law."; "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few."

3. *In commerce, truth is sovereign.* See *Exodus 20:16*; *Psalm 117:2*; *John 8:32*; *II Cor. 13:8*. Legal maxim: "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

4. *Truth is expressed in the form of an Affidavit.* See *Lev. 5:4-5*; *Lev. 6:3-5*; *Lev. 19:11-13*; *Num. 30:2*; *Matt. 5:33*; *James 5:12.*

5. *A matter must be expressed to be resolved.* See *Heb. 4:16*; *Phil. 4:5*; *Eph. 6:19-21*. Legal maxim: "He who fails to assert his rights has none."

6. *An unrebutted affidavit stands as truth in commerce.* See *1 Pet. 1:25*; *Heb. 6:13-15*. Legal maxim: "He who does not deny, admits."

7. *An unrebutted affidavit becomes a judgment in commerce.* See Heb. 6:16-17. Any proceeding in court, tribunal, or arbitration forum consists of a contest, or "duel," of commercial affidavits wherein the points remaining unrebutted in the end stand as the truth and the matters to which the judgment of the law is applied.

8. *He who leaves the field of battle first (does not respond to Affidavit) loses by default.* See Book of Job; *Matt 10:22.* Legal maxim: "He who does not repel a wrong when he can occasions it."

9. *Sacrifice is the measure of credibility.* One who is not damaged, put at risk, or willing to swear an oath on his commercial liability for the truth of his statements and legitimacy of his actions has no basis to assert claims or charges and forfeits all credibility and right to claim authority. See Acts 7, life/death of Stephen. Legal maxim: "He who bears the burden ought also to derive the benefit."

10. *A lien or claim, under commercial law, can only be satisfied by one of the following actions.* See *Gen. 2: 3*; *Matt 4*; *Revelation.* Legal maxim: "If the plaintiff does not prove his case, the defendant is absolved."

The use of notary below is for identification only, and such use does

NOT grant any jurisdiction to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved, Without Prejudice UCC 1-308,

12/12/2022

*James Beeks*

James beeks: © All Rights Reserved Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris. My Hand and Mark as Subscriber.

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. ● HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER:                    DATE ISSUED:

                                       DATE FILED:

CHILD'S NAME:          **JAMES   DELISCO   BEEKS**

DATE OF BIRTH:

SEX:                   **MALE**

COUNTY OF BIRTH:       **DUVAL COUNTY**

MOTHER'S NAME:
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME:

*Ken Jones*          , STATE REGISTRAR

                                                       REQ:

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:**  THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT
SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-
MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND. GOLD EMBOSSED SEAL, AND
THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT, THE DOCUMENT WILL NOT PRODUCE
A COLOR COPY.

DH FORM 1946 (03-13)



**CERTIFICATION OF VITAL RECORD**

* 4 2 3 8 5 7 4 3 *



F148-2021-t06d4-cckk0

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living man, James Delisco Beeks, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, James Delisco Beeks to the land and soil of Florida, my native state, together with all derivative names, including  James D. Beeks, James Beeks, Beeks, James Delisco, James Delisco Beeks, JAMES DELISCO BEEKS, JAMES D. BEEKS, JAMES BEEKS, BEEKS, JAMES DELISCO, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the soil and land of Florida.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday June 07, 1972, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on June 07, 1993.

So said, so signed, and so sealed by my living hand this 21st..... of April in the year 2021:

By: ..*James Delisco Beeks*........ © James Delisco Beeks, Living Soul

All Rights Reserved, Without Prejudice

### Witness Verification by Public Notary or State Recording Secretary

Florida State              )

Orange County              )

I, a Public Notary or Recording Secretary, was visited by one of the people James Delisco Beeks whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this ........ day of April in the year of 2021.

By: *Stanley Ronald Barabas*........ ©; My commission expires at end of life.

**Official Seal**
Stanley Ronald Barabas
Affirmation # F128-2021-y3tde-z9765b
Commission expires at end of life.

F148-2021-406d4-cckk0

# CERTIFICATE OF ASSUMED NAME
## NOTICE OF TRANSFER OF RESERVED NAME

**Returnee – BEEKS, certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME: SESSIONS LAW 145; 1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT PROVIDING THAT WHEN ANY BUSINESS OTHER THAN A CORPORATION(S) OR LIMITED PARTNERSHIP, IS CONDUCTED UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL PARTIES IN INTEREST SHALL BE FILED WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINISTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO DOES NOT PROPERLY IDENTIFY THEMSELVES UPON REQUEST BY PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THIS CERTIFICATE ARE FINED ON THE SPOT FOR $ 500.00 IN CONSIDERATION. FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA INCLUDING CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law Rights" AND AS 10.35.030 (1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as James Delisco Beeks invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to JAMES DELISCO BEEKS, JAMES D. BEEKS, JAMES BEEKS, BEEKS, JAMES DELISCO, James Delisco Beeks, James Delisco Beeks, James D. Beeks, James Beeks, Beeks, James Delisco, James Justice, DELISCO INC., Delisco Inc., DELISCO INCORPORATED, James The Just, DELISCO JAMES, Lil' James, Delisco, J.D., J. Beeks, JDB, Jimmy Beeks, Delisco Beeks, Jahmael and any other styles, punctuations, orders, abbreviations or variations of my Trade Name.

REGISTRATION REASON:

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED JAMES DELISCO BEEKS AS OF JUNE 07, 1972.

F148-2021-10044-cckk0

rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States. This Foreign Sovereign, James Delisco Beeks retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

ISSUED THIS 21st DAY OF APRIL IN THE YEAR 2021 ON AND FOR THE COUNTY OF ORANGE ON THE STATE OF FLORIDA; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

By: *James Delisco Beeks*   ©, © James Delisco Beeks

**All Rights Reserved, Without Prejudice**

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201, 1-308: c/o James Delisco Beeks TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: JAMES D. BEEKS, JAMES BEEKS, BEEKS, JAMES DELISCO and ALL DERIVATIVES INCLUDING JAMES DELISCO BEEKS at IN THE CARE OF: 8815 Conroy-Windermere Road #296, ORLANDO, FLORIDA [POSTAL CODE EXTENSION 32835]. RETURNEE: BEEKS.

These provisions and copyrights are in effect from June 07, 1972 ab initio onward and the Name/NAMES are re-venued and permanently domiciled on the land and the soil of the United States and upon soil and land of Florida.

**Witness Verification by Public Notary or State Recording Secretary**

Florida State            )

Orange County          )

I, a Public Notary or Recording Secretary, was visited by one of the people James Delisco Beeks whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this 21st day of April in the year of 2021.

By: *Stanley Ronald Borden*            ©; My commission expires at end of life.

**Official Seal**
Stanley Ronald Borden
Affirmation # 648-202 - 348-28700
Commission expires at end of life.

FILED 2021 00644 c/kkO

## ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

Whereas JAMES DELISCO BEEKS, is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure JAMES DELISCO BEEKS, willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Florida and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Beeks, James Delisco, a living man, In the Care of: 8815 Conroy-Windermere Road #296, Orlando, Florida [Postal Code Extension 32835].

I am indemnified against claims or losses under the sovereign usu Private Registered Indemnity Bond AMR100001 RA393427640US – Florida.

This action, I validate, certify, Witness, and affirm this 21ˢᵗ day of April, 2021:

By: _James Delisco Beeks_ © James Delisco Beeks

All Rights Reserved, Without Prejudice

### Witness Verification by Public Notary or State Recording Secretary

Florida State              )

Orange County              )

I, a Public Notary or Recording Secretary, was visited by one of the people James Delisco Beeks whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this 21ˢᵗ day of April in the year of 2021.

By: _Stanley Ronald Barabas_ ©; My commission expires at end of life.



**Official Seal**
Stanley Ronald Barabas
Affirmation # F128-2021-y3ldx-z978b
Commission expires at end of life.

F14H-2021-106d4-crkk0

## Cancellation of All Prior Powers of Attorney

All prior Powers of Attorney granted by James Delisco Beeks are removed, cancelled, and permanently revoked effective June 07, 1972 ab initio.

James Delisco Beeks is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: James Delisco Beeks, In the Care of: 8815 Conroy-Windermere Road #296, Orlando, Florida [Postal Code Extension 32835].

By: *James Delisco Beeks*                    © James Delisco Beeks

All Rights Reserved, Without Prejudice

On this 21st of April, 2021.

### Witness Verification by Public Notary or State Recording Secretary

Florida State          )

Orange County          )

I, a Public Notary or Recording Secretary, was visited by one of the people James Delisco Beeks whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this 21st day of April in the year of 2021.

By: *Stanley Randel Beeks*                    ©; My commission expires at end of life.

Official Seal
Stanley Randel Beeks
Attorney at Law ...
Commission expires at end of life

Fl48-2021-t06d4-cckk0

**Private Easements Schedule**

    Penalty for Private Use                             $     250,000

**Public Easements Schedule**

    Penalty for Public Use                               $     250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Driver's License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
|     1. Mouth swab | $ | 5,000,000 |
|     2. Blood samples | $ | 5,000,000 |
|     3. Urine samples | $ | 5,000,000 |
|     4. Breathalyzer testing | $ | 5,000,000 |
|     5. Hair samples | $ | 5,000,000 |
|     6. Skin samples | $ | 5,000,000 |
|     7. Clothing samples | $ | 5,000,000 |
|     8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Citations | $ | 60,000 |
| b. Warning issued on Paper Ticket | $ | 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ | 500,000 |

Fl48-2021-t06d4-cckk0

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

|     |                                              |     |           |
| --- | -------------------------------------------- | --- | --------- |
| a.  | Agency by Estoppel                           | $   | 50,000    |
| b.  | Color of Law                                 | $   | 150,000   |
| c.  | Implied Color of Law                         | $   | 150,000.  |
| d.  | Criminal Coercion                            | $   | 500,000   |
| e.  | Criminal Contempt of Court                   | $   | 500,000   |
| f.  | Estoppel by Election                         | $   | 350,000   |
| g.  | Estoppel by Laches                           | $   | 350,000   |
| h.  | Equitable Estoppel                           | $   | 500,000   |
| i.  | Fraud                                        | $   | 1,000,000 |
| j.  | Fraud upon the Court                         | $   | 2,000,000 |
| k.  | Larceny                                      | $   | 250,000   |
| l.  | Grand Larceny                                | $   | 250,000   |
| m.  | Larceny by Extortion                         | $   | 1,000,000 |
| n.  | Larceny by Trick                             | $   | 1,000,000 |
| o.  | Obstruction of Justice                       | $   | 100,000   |
| p.  | Obtaining Property by False Pretenses        | $   | 1,000,000 |
| q.  | Simulating Legal Process                     | $   | 1,000,000 |
| r.  | Vexatious Litigation                         | $   | 5,000,000 |
| s.  | Trespass upon Motor Conveyance               | $   | 100,000   |
| t.  | Unauthorized Relocation of Motor Conveyance  | $   | 100,000   |
| u.  | Seizure of Motor Conveyance                  | $   | 100,000   |
| v.  | Theft of License Plate                       | $   | 10,000    |
| w.  | Unlawful Lien on Motor Conveyance            | $   | 50,000    |

**Use of trade name protected material under threat, duress, and/ or coercion:**

|     |                                          |     |         |
| --- | ---------------------------------------- | --- | ------- |
| a.  | Name written by the informant            | $   | 250,000 |
| b.  | Driver's License written by informant    | $   | 150,000 |

FI48-2021-t06d4-cckk0

| | | | |
|---|---|---|---|
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | | |
|---|---|---|---|
| a. | Financial Information | $ | 100,000 |
| b. | Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

| | | | |
|---|---|---|---|
| a. | 30 minutes minimum | $ | 5,000 |
| b. | 60 minutes | $ | 10,000 |
| c. | 90 minutes | $ | 15,000 |

**Court Appearance Schedule**

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in Court:**

a. My Appearance

| | | | |
|---|---|---|---|
| a. | Under Protest and Duress | $ | 75,000/hour |
| b. | Voluntarily | $ | 10,000/hour |

**Use of Trade Name Material**

a. Name

| | | | |
|---|---|---|---|
| a) | Under Protest and Duress | $ | 25,000 |
| b) | Voluntarily | $ | 10,000 |

b. Driver's License

| | | | |
|---|---|---|---|
| a) | Under Protest and Duress | $ | 25,000 |
| b) | Voluntarily | $ | 10,000 |

c. Social Security Number

| | | | |
|---|---|---|---|
| a) | Under Protest and Duress | $ | 25,000 |
| b) | Voluntarily | $ | 10,000 |

| | | | |
|---|---|---|---|
| d. | Miscellaneous Material | $ | 25,000 |

**Produce any Personal Information for Any Kind of Business Interaction:**

Fl48-2021-t06d4-cckk0

a.  Financial Information $ 10,000

b.  Driver's License $ 10,000

c.  Social Security Number $ 250,000

d.  Any Documents Produced by Me $ 10,000 / doc

**Time usage for court appearances:**

    a.  30 minutes

        a.  Under Protest and Duress $ 33,500

        b.  Voluntarily $ 10,000

    b.  60 minutes

        a.  Under Protest and Duress $ 75,000

        b.  Voluntarily $ 20,000

    c.  90 minutes or more

        a.  Under Protest and Duress $ 100,500

        b.  Voluntarily $ 30,000

**Trespass-Fee Schedule**

    Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

    a.  Failure to honor God Given Rights $ 20,000

    b.  Failure to honor Oath of Office $ 50,000

    c.  Failure to honor Constitutional Oath $ 50,000

    d.  Failure to honor Written and/or Oral Word $ 5,000

    e.  Silence/Dishonor/Default $ 5,000

    f.  Failure to honor /No Bond $ 5,000

    g.  Phone call to telephone number used by Secured Party including from alleged debt collectors $ 5,000 each

    h.  Telephone message left on Secured Party phone Service or equipment $ 5,000 each

    i.  Use of Street Address/Mailing location of Secured Party $ 5,000 each

FI48-2021-t06d4-cckk0

| | | | |
|---|---|---|---|
| j. | Time Waiting for Scheduled Service | $ | 1,000 min/hr |
| k. | Detention from Free Movement and/or cuffed | $ | 75,000 min/hr |
| l. | Incarceration | $ | 75,000 min/hr |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ | 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100,000* |
| r. | Default by Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ | 50,000 Each |
| z. | Forcing psychiatric evaluations | $ | 500,000 / day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ | 50,000 / day |
| bb. | Refusal to provide proper exercise while incarcerated | $ | 50,000 / day |
| cc. | Refusal to provide proper dental care while Incarcerated | $ | 50,000 / day |
| dd. | Forced giving of body fluids | $ | 5,000,000 / day |
| ee. | Forced injections/inoculations, vaccines | $ | 5,000,000 / day |

FI48-2021-t06d4-cckk0

| | | |
|---|---|---|
| ff. Forced separation from marriage contract | $ | 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 1,600,000 / day |
| ii. Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ | 6,000,000 per count or charge |
| jj. Attempted extortion of signature | $ | 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ | 6,000,000 per count or charge |

*Per Occurrence and Includes any Third-Party Defendant.

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**     $    **50,000**

**Services to others and/or Corporation(s):**

| | | |
|---|---|---|
| a. Studying | $ | 500 per hour |
| while under threat, duress, coercion | $ | 75,000 per hour |
| b. Analyzing | $ | 500 per hour |
| while under threat, duress, coercion | $ | 75,000 per hour |
| c. Research | $ | 500 per hour |

### CERTIFICATE OF SERVICE

On this 12th day of DECEMBER 2022, before me, the
undersigned, a Notary Public in and for FLORIDA
(state), personally appeared the above-signed, known to me to be the
one whose name is signed on this instrument, and has acknowledged
to me that s/he has executed the same.

Signed: _____ STATE SEAL


Printed Name:
BETH WHITE
Date: OT/T BW 12/12/2022
My Commission Expires: 01/11/2026

Notary Public State of Florida
Beth White
My Commission
HH 211497
Exp. 1/11/2026