IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Dun & Bradstreet # 611934746

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Delaware file #2193946, D & B # 052714196) | )<br>) | |
| v. | ) | CRIMINAL NO. 21-CR-028 (APM) |
| | )<br>)<br>) | |
| :JAMES BEEKS,<br>    Accused | ) | |

## NOTICE OF FILING

COMES NOW, Accused, James-Delisco:Beeks, a man, by special appearance, presenting his own action, and requires this Court to accept as filed these documents:

1. Amended Cost Schedule (redacted)

2. Notice of Absence of Subject Matter Jurisdiction (redacted)

3. Notice of Intent Affirmation (redacted)

4. Notice of Intent Affirmation Exhibits (redacted)

.

Respectfully Submitted


____/s/_James Delisco Beeks___
James-Delisco:Beeks ©

1

Sui Juris Capacity

Filed by: Nicole Cubbage

_____/s/ Nicole Cubbage_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for James Beeks

<u>Certificate of Service</u>
I certify that a copy of the forgoing was filed electronically for all parties of record on this 7th day of February, 2023
____/s/_____
Nicole Cubbage
Standby Attorney for James Beeks