IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Dun & Bradstreet #611934746

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Delaware File # 2193946, Dun & Bradstreet # 052714196 | ) | |
| | ) | |
| -- | ) | CASE NO. 21-CR-028 (APM) |
| | ) | |
| | ) | |
| :james beeks: ©, | ) | |
| Accused. | | |

## Notice to Object to Joinder Motion.

This notice to Object to join with the defendants in the Oath Keepers trials are for the same reasons set forth by my original motion to sever that was never filed but sent on 12/8/22 by email communication and certified mail return receipt #70212720000110660169 received on 12/19/22 along with a notice of filing (see attached).

It was widely known at the time that the Oath Keepers were supposedly there for security reasons and that was what my thoughts on what their intentions were on that day. Furthermore, in the GOVERNMENTS' (Delaware file #2193946 and Dun & Bradstreet #052714196) original affidavit states that JAMES BEEKS © followed Kelly Meggs on a Parler account which was inactive and there was no communication whatsoever between i and the others mentioned beforehand or after the event and now in this latest affidavit/motion it states that JAMES BEEKS © followed them on Twitter; which is it?

There is scant evidence that JAMES BEEKS © was part of any conspiracy as even stated by the FBI (Dun & Bradstreet # 878865674) in Reuters article via docs.House.gov (see attached) that there is scant evidence of a coordinated attack on that day; and therefore i, man, require a stand-alone trial as i do not know these people mentioned and have nothing to do with them except for a one-time payment.

Therefore, i object to a joint trial and wish for a stand-lone 'trial by jury' according to the rules of the Common Law (7th Amendment of the Constitution for the United States of America).

Respectfully Submitted,

_____/s/_James Delisco Beeks ©___
James-Delisco:Beeks ©
Sui Juris

Filed by: Nicole Cubbage

_____/s/_Nicole Cubbage_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for James Beeks ©

<u>Certificate of Service</u>
I certify that a copy of the forgoing was filed electronically for all parties of record on this 3rd day of March, 2023
____/s/_____
Nicole Cubbage
Standby Attorney for James Beeks