# U.S. DISTRICT COURT FOR D.C.

## COMMON-LAW JURISDICTION

| | |
|---|---|
| UNITED STATES OF AMERICA INC., (Delaware corporate file #2193946) (D&B no. 05271496), | Case No.(s): 1:21-cr-28; 21-cr-18-19 |
| Plaintiff, | NOTICE OF FILING |
| vs. | |
| :james beeks: | |
| Accused | |

### NOTICE OF FILING

Comes now defendant :james beeks: (the Accused) by special appearance hereby gives notice of filing documents as exhibits numbered as follows:

1. Motion to Sever sent to Court Clerk, court Administrator, GOVERNMENT Counsel
2. Motion to Mistrial sent to Court Clerk, Court Administrator, GOVENRMEMT Counsel

All documents were sent via electronic communication or by registered mail, return receipt, or both.

12/8/2022

*James Beeks* (signature)

:james beeks: © All Rights Reserved
Principal, by Special Appearance, in
Propria Persona, proceeding Sui Juris.
My Hand and Mark as Subscriber.

CERTIFICATE OF SERVICE

On this 8th day of DECEMBER, 2022, before me, the undersigned, a Notary Public in and for JAMES DELISCO BEEKS (state), personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____   STATE SEAL

Printed Name:
EZRA M. PALAFOX

Date: 12/08/2022

My Commission Expires: 08/24/2026



EZRA M. PALAFOX
Notary Public
State of Florida
Comm# HH304997
Expires 8/24/2026