Welcome to the Reuters.com BETA. Read our Editor's note on how we're helping professionals make smart decisions.

Read more

 Sign In  Register



August 20, 2021 10:43 PM EDT Last Updated 13 days ago

United States

# Exclusive: FBI finds scant evidence U.S. Capitol attack was coordinated - sources

By Mark Hosenball and Sarah N. Lynch

5 minute read



1/3   Pro-Trump protesters storm into the U.S. Capitol during clashes with police, during a rally to contest the certification of the 2020 U.S. presidential election results by the U.S. Congress, in Washington, U.S, January 6, 2021. REUTERS/Shannon Stapleton

WASHINGTON, Aug 20 (Reuters) - The FBI has found scant evidence that **the Jan. 6 attack** on the U.S. Capitol was the result of an organized plot to overturn the presidential election result, according to four current and former law enforcement officials.

Though federal officials have arrested more than 570 alleged participants, the FBI at this point believes the violence was not centrally coordinated by **far-right groups or prominent supporters** of then-**President Donald Trump**, according to the sources, who have been either directly involved in or briefed regularly on the wide-ranging investigations.

"Ninety to ninety-five percent of these are one-off cases," said a former senior law enforcement official with knowledge of the investigation. "Then you have five percent, maybe, of these militia groups that were more closely organized. But there was no grand scheme with Roger Stone and Alex Jones and all of these people to storm the Capitol and take hostages."

Stone, a veteran Republican operative and self-described "dirty trickster", and Jones, founder of a conspiracy-driven radio show and webcast, are both allies of Trump and had been involved in pro-Trump events in Washington on Jan. 5, the day before the riot.

FBI investigators did find that cells of protesters, including followers of the far-right Oath Keepers and Proud Boys groups, had aimed to break into the Capitol. But they found no evidence that the groups had serious plans about what to do if they made it inside, the sources said.

**Harrowing scenes from the U.S. Capitol siege**



1/42    Pro-Trump protesters storm the U.S. Capitol to contest the certification of the 2020 U.S. presidential election results by the U.S. Congress, at the U.S. Capitol Building in Washington, D.C., U.S. January 6, 2021. Picture taken January 6, 2021. REUTERS/Ahmed Gaber - RC263L9P157M

Read More

Prosecutors have filed conspiracy charges against 40 of those defendants, alleging that they engaged in some degree of planning before the attack.

They alleged that one Proud Boy leader recruited members and urged them to stockpile bulletproof vests and other military-style equipment in the weeks before the attack and on Jan. 6 sent members forward with a plan to split into groups and make multiple entries to the Capitol.

But so far prosecutors have steered clear of more serious, politically-loaded charges that the sources said had been initially discussed by prosecutors, such as seditious conspiracy or racketeering.

The FBI's assessment could prove relevant for a congressional investigation that also aims to determine how that day's events were organized and by whom.

Senior lawmakers have been briefed in detail on the results of the FBI's investigation so far and find them credible, a Democratic congressional source said.

The chaos on Jan. 6 erupted as the U.S. Senate and House of Representatives met to certify Joe Biden's victory in November's presidential election.

It was the most violent attack on the Capitol since the War of 1812, forcing lawmakers and Trump's own vice president, Mike Pence, to scramble for safety.

Four people died and another died the following day, and more than 100 police officers were injured.

TRUMP'S SPEECH

**Trump made an incendiary speech** at a nearby rally shortly before the riot, repeating false claims that the 2020 election was stolen and urging supporters to march on the Capitol to pressure lawmakers to reject Biden's victory.

In public comments last month to the Democratic-led congressional committee formed to investigate the violence, police officers injured in the mayhem **urged lawmakers to determine**

**whether Trump helped instigate it.** Some Democrats have said they want him to testify.

But the FBI has so far found no evidence that he or people directly around him were involved in organizing the violence, according to the four current and former law enforcement officials.



Reuters
@Reuters

Lawmakers were forced to evacuate the Capitol building after pro-Trump protesters stormed it and breached security reut.rs/38mXYEJ

7:35 PM · Jan 6, 2021

♡ 353   💬 75   ↑ Share this Tweet

Tweet your reply

More than 170 people have been charged so far with assaulting or impeding a police officer, according to the Justice Department. That carries a maximum sentence of 20 years.

But one source said there has been little, if any, recent discussion by senior Justice Department officials of filing charges such as "seditious conspiracy" to accuse defendants of trying to overthrow the government. They have also opted not to bring racketeering charges, often used against organized criminal gangs.

Senior officials had discussed filing such charges in the weeks after the attack, the sources said.

Prosecutors have also not brought any charges alleging that any individual or group played a central role in organizing or leading the riot. Law-enforcement sources told Reuters no such charges appeared to be pending.

Conspiracy charges that have been filed allege that defendants discussed their plans in the weeks before the attack and worked together on the day itself. But prosecutors have not alleged that this activity was part of a broader plot.

Some federal judges and legal experts have questioned whether the Justice Department is letting defendants off too lightly.

Judge Beryl Howell in July asked prosecutors to explain why one defendant was allowed to plead to a misdemeanor charge carrying a maximum sentence of six months, rather than a more serious felony charge.

Spokespeople for the Justice Department and U.S. Attorney's office in Washington, which is leading the Jan. 6 prosecutions, declined to comment.

The congressional committee investigating the attack will talk with the FBI and other agencies as part of its probe.



Reporting By Mark Hosenball; Editing by Andy Sullivan, Kieran Murray and Daniel Wallis

Our Standards: **The Thomson Reuters Trust Principles.**

**More from Reuters**



Psaki pressed on leaked Biden-Ghani call

Angelina Jolie wants kids to 'fight back' with rights book

U.S. investigating bans on school mask mandates

U.S. leaves Afghanistan after 20-year war

Illinois issues mask mandate, vaccine order



### Sign up for our newsletter

Subscribe for our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Sign up

## Sponsored Content



**Home Depot billionaire: Big problem for America**
Sponsored by Stansberry Research



**9 Questions to See If You'll Retire Comfortably**
Sponsored by smartasset



**Earn up to a $1,500 cash bonus with Citigold®. Limited-Time required activities.**
Sponsored by Citigold®



**We're "All In" on This One Stock.**
Sponsored by The Motley Fool

**United States**

United States · 1:01 PM EDT

# Republican Cheney to be vice chair of U.S. House panel on Jan. 6 attack

U.S. Representative Liz Cheney will serve as vice chair of the congressional select committee investigating the deadly Jan. 6 assault on the U.S. Capitol, an appointment likely to draw the ire of some of her fellow Republicans.

United States
**Biden enlists White House counsel to fight Texas abortion law**
1:40 PM EDT

United States
**Sept. 11 victims' families push U.S. watchdog to investigate FBI's 'lost' evidence**
9:12 AM EDT

United States
**Louisiana towns still crawling out from Ida's destruction**
6:09 AM EDT

United States
**Theranos judge requires COVID shots for jurors, but will that skew the jury pool?**
2:08 PM EDT

## Sponsored Content

Dianomi


**We help you impress the one person who matters most: your client**
Sponsored by MassMutual Investments


**Find An Trading Platform With Automated Investing Options**
Sponsored by Yieldstreet


**Home Depot billionaire says look out**
Sponsored by Stansberry Research


**9 Questions to See If You'll Retire Comfortably**
Sponsored by smartasset

## Sponsored Content

Dianomi


**10 Lessons to Take From Millionaires Who Are Really Good With Money**
Sponsored by The Penny Hoarder


**Refi rates at 1.89% APR. Do you qualify?**
Sponsored by LendingTree


**The Only Card that Rounds Up to the Nearest 10 Points**
Sponsored by Citi Rewards+®


**The Business Credit Card That Makes Spend Control Easy And Integrated.**
Sponsored by Brex

## Sponsored Content

Dianomi


**Earn up to a $1,500 cash bonus with required activities.**
Sponsored by Citigold® Limited-Time Offer


**Find the Next Tech Unicorn**
Sponsored by OurCrowd


**What Would You Do With More Cash Back? See 2021's Best Credit Cards**
Sponsored by Wallet


**Get up to $5,000* + commission-free equities & options trades**
Sponsored by TradeStation

<-->

| Latest | Browse |
|---|---|
| Home | World |
|  | Business |
| Media | Legal |
| Videos | Markets |
| Pictures | Breakingviews |
| Graphics | Technology |
|  | Investigations |
|  | Lifestyle |

About Reuters

About Reuters

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Stay Informed

Download the App

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Eikon**

**Refinitiv Data Platform**

**World-Check**

Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface.

Access to real-time, reference, and non-real time data in the cloud to power your enterprise.

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**    **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**   **Terms of Use**   **Privacy**   **Corrections**   **Site Feedback**

© 2021 Reuters. All rights reserved