## Notice of Copyright Claim

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

This notice is to inform all that the diverse text JAMES DELISCO BEEKS ™©, JAMES BEEKS ™©, JAMES D BEEKS ™©, James Delisco Beeks ™©, James D. Beeks ™©, James Beeks ™©, Mr. Beeks ™©, and all derivatives thereof including, but not limited to, stylings, abbreviations, nicknames, auditory sounds of the trademarked text related to the name JAMES DELISCO BEEKS ™© is copyright protected under the Berne Convention.

The Berne Convention, adopted in 1886, deals with the protection of works and the rights of their authors. It provides creators such as authors, musicians, poets, painters etc. with the means to control how their works are used, by whom, and on what terms. It is based on three basic principles and contains a series of provisions determining the minimum protection to be granted, as well as special provisions available to developing countries and organizations that want to make use of them.

Please see the enclosed/attached certificate of proof of copyright for your perusal.

Please be advised that the use of this name without prior permission from the owner and beneficiary: James-Delisco:Beeks, who is of the age of majority and no longer a minor, is strictly prohibited.

All rights reserved re: common-law copyright of tradename/trademark JAMES DELISCO BEEKS ™©, JAMES D BEEKS ™©, JAMES BEEKS™©, Mr. Beeks™©, DELISCO JAMES™©,James D. Beeks™©, James Beeks™© James Delisco Beeks™©, including any and all derivates and variations in the spelling, i.e.- Common Law Copyright© 2023 by James-Delisco:Beeks. Said Common-Law tradename/trademark, DELISCO™©, may neither be used or reproduced without the prior express written permission of Secured Party Creditor JAMES DELISCO BEEKS™© See Fee Schedule user fees apply.

# NOTARY CERTIFICATE

Dated this __17th__ day of the month of __March__ Two Thousand and Twenty- __Three__

All Rights Retained

By: __James-Delisco:Beeks__ ©

FOR: JAMES DELISCO BEEKS

Grantor/Executor/Beneficiary of the Estate Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of this document.

State of Florida

County of __SEMINOLE__ }SS.

Subscribed and sworn to (or affirm) before me on this __17th__ day of __March__ 20__23__.

__FL DRIVER'S LICENSE__ proved to me on the basis of satisfactory evidence to be the man/woman who appeared before me.

_____
NOTARY'S SIGNATURE

EZRA M. PALAFOX
Notary Public
State of Florida
Comm# HH304997
Expires 8/24/2026

PLACE NOTARY SEAL IN ABOVE SPACE

My Commission expires: __08-24-2026__



Serial Number
23-00947W

**West Orange Times**
Published Weekly
Winter Garden, Orange County, Florida

COUNTY OF ORANGE

STATE OF FLORIDA

Before the undersigned authority personally appeared <u>Lindsey Padgett</u> who on oath says that he/she is Publisher's Representative of the West Orange Times a weekly newspaper published at Winter Garden, Orange County, Florida; that the attached copy of advertisement,

being a <u>Notice of Copyright</u>

in the matter of <u>JAMES DELISCO BEEKS</u>

in the Court, was published in said newspaper by print in the

issues of 3/9/2023

Affiant further says that the West Orange Times complies with all legal requirements for publication in chapter 50, Florida Statutes.

*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

Notice of Copyright
This notice is to inform all concerned that the diverse text JAMES DELISCO BEEKS ™©, JAMES BEEKS ™©, JAMES D BEEKS ™©, James Delisco Beeks ™©, James D. Beeks ™©, James Beeks ™©, Mr. Beeks ™©, and all derivatives thereof including auditory sounds of the trademarked text related to the name JAMES DELISCO BEEKS ™© is copyright protected under the Berne Convention.
Copyright number 0007872-1
Please be advised that the use of this name without prior permission from the, author, owner, and beneficiary James-Delisco:Beeks, who is of the age of majority and no longer a minor since June 7, 1990 (his 18th Birthday), is strictly prohibited.
March 9, 2023          23-00947W

_Lindsey Padgett_ (signature)

Sworn to and subscribed, and personally appeared by physical presence before me,

9th day of March, 2023 A.D.

by Lindsey Padgett who is personally known to me.

Notary Public, State of Florida
(SEAL)

KIMBERLY S. MARTIN
MY COMMISSION # HH 282034
EXPIRES: July 25, 2026

**First name**      James

**Last name**      Beeks

**City**      .....

**Country**      United States of America



## Copyright number

## 00078782-1

**Received on**

2023-02-25 04:09:26

**Sole Author**

Yes

**Category**

Literary > Diverse texts

**Title**

JAMES DELISCO BEEKS

**Description**

JAMES DELISCO BEEKS/JAMES BEEKS and all derivatives thereof including stylings, Capitis Diminutio Minima, Capitis Diminutio, Capitis Diminutio Maxim, Diminutio., titles, auditory sounds, abbreviations or any other form related to this name is the sole ownership of James-Delisco:Beeks.

Manage services    11