IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
|     Complainant | ) | |
| | ) | Case No. 1:21-CR-00028-APM-19 |
| v. | ) | |
| | ) | |
| James Beeks | ) | The Honorable Amit P. Mehta |
|     Defendant | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

Counsel hereby asks the Clerk to note his appearance as Standby Counsel for the Defendant, James Beeks.

Respectfully Submitted,

_____/S/_____
Gregory T. Hunter, Esquire
Virginia State Bar Number 45489
Standby Counsel for the Defendant
2111 Wilson Boulevard
8th Floor
Arlington, Virginia 22201
(703) 966-7226 telephone
(703) 527-0810 facsimile
greghunter@mail.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 6$^h$ day of April, 2023, an exact copy of the foregoing Appearance of Counsel was filed with the Clerk of the Court using the CM/ECF system, causing a Notice of Electronic Filing to be served upon all counsel of record.

                                                           _____/S/_____
                                                       Gregory T. Hunter, Esquire
                                                       Virginia State Bar Number 45489
                                                       Standby Counsel for the Defendant
                                                       2111 Wilson Boulevard
                                                       8th Floor
                                                       Arlington, Virginia 22201
                                                       (703) 966-7226 telephone
                                                       (703) 527-0810 facsimile
                                                       greghunter@mail.com