Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant James Beeks*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-00028-APM-19 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF LODGING PRO SE DOCUMENTS** |
| JAMES BEEKS, | |
| Defendant. | |

Defendant James Beeks, through standby counsel, Ben W. Muse, Assistant Federal Defender, submits three attached documents:

    Attachment 1.  Notice of Special Appearance
    Attachment 2.  Notice Formal Challenge to the Twelve Presumptions of Law
    Attachment 3.  Corpus Delicti

Mr. Beeks hereby requests the documents be lodged with the Court.

DATED this 6th day of April, 2023.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    DISTRICT OF ALASKA

    */s/ Ben W. Muse*
    Ben W. Muse
    Assistant Federal Defender

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 6, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Ben W. Muse