# IN THE UNITED STATES DISTRICT COURT, FOR DISTRICT OF COLUMBIA
Dun & Bradstreet # 611934746

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Delaware File # 2193946 & Dun & Bradstreet #052714196<br><br>v.<br><br>James-Delisco:Beeks<br>Authorized representative<br>for JAMES DELISCO BEEKS ©<br>c/o 8815 Conroy-Windermere Rd.#296<br>Orlando, Florida [32835] | )<br>) Case No: 1:21-Cr-0028 APM<br>)<br>)<br>)<br>) NOTICE OF SPECIAL APPEARANCE<br>)<br>)<br>)<br>) Magistrate Amit P. Mehta<br>) |

## NOTICE OF SPECIAL APPEARANCE

*NOTICE TO: THE ABOVE DE FACTO GOVERNMENTAL SERVICES CORPORATE AGENCIES*

NOW COMES: James Delisco Beeks, a man by special appearance declares that:

My written word constitutes as my presence in court.

### Corpus Juris Secundum, Appearances S21 states (in part):

*"The Physical Presence of a Party or his attorney in court is not necessary to an appearance, and such presence does not in and of itself constitute an appearance." [Gulf View Apartments v. City of Venice 145 So. 842, 108 Fla.]*

### Special Appearance

If I choose to be physically or virtually present in a commercial court, it **can only be by special appearance.**

*"Special appearance is a tool defendants can use to challenge the court's jurisdiction over them. If a court does not have personal jurisdiction or there are other errors like for service of process, many states allow defendants to challenge the lawsuit without submitting to a court's jurisdiction. For federal courts, defendant does not have to make a special appearance, but they are required to challenge the given error before addressing the claim itself as one would in a general appearance."*
**Wex Definitions Team L.I.I**

This notice is to inform the court that my written word serves as my special appearance in court.

## MY MISSION STATEMENT

"We The People of The United States, in Order to form a more perfect Union, establish Justice, insure Domestic Tranquility, provide for the Common Defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.

---

## NOTARY CERTIFICATE

Dated this __22__ day of the month of __March__ Two Thousand and Twenty- __Three__

All Rights Retained UCC 1-308

By: *James-Delisco: Beeks* ©

FOR: JAMES DELISCO BEEKS ©

Grantor/Executor/Beneficiary of the Estate Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of this document.

State of Florida

County of __Seminole__ }SS.

Subscribed and sworn to (or affirm) before me on this __22ND__ day of __March__ 20__23__.

__James Delisco Beeks__ proved to me on the basis of satisfactory evidence to be the (man)/woman who appeared before me.

Notary Public State of Florida
Beth White
My Commission
HH 211497
Exp. 1/11/2026

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

My Commission expires: __01/11/2026__