U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA

D-U-N-S 611934746

| | |
|---|---|
| UNITED STATES OF AMERICA INC.,<br>(Delaware corporate file #2193946) (D&B no. 052714196),<br><br>Plaintiff,<br><br>--<br><br>James Beeks, man © by special invitation of the tradename<br>JAMES BEEKS ©<br>Accused | Case No.: 1:21-cr-28:19<br><br>MOTION TO SEVER |

### MOTION TO SEVER

Comes now James Beeks (the Accused) man, Child of God (The Father, Source), by special appearance, and <u>Private Citizen</u> who upholds the Great Law of Peace, a lawful de jure, jus sanguinis Preamble Citizen of the Florida Republic *{1861-1865}* in his own proper person sui juris pursuant to the *unpurviewed 6th Article of the Bill of Rights, the 9th Article of Amendment* to the *Constitution for the United States {1787-1791}* and other applicable provisions of law, requires an order to sever the Accused from the other codefendants in the above-mentioned case in order to retain a fair "trial by jury" of my peers under the rules of "common law" Amendment VII of the constitution for the United States; for the following reason(s):

1. I, man, the Accused does not understand nor claim to be pro se but is in Propia Persona capacity. The accused repudiates and does not consent to being termed as pro se in this matter.

2. I, man the Accused does not understand nor claim to be a defendant but declare that I am the "Accused" or 'aggrieved party' operating in Sui Juris capacity. The

accused repudiates and does not consent to being termed as a defendant in this matter.

3. I am a living man, as stated in my Affidavit "proof of Life" filed in this court with constitutionally protected rights and is not a 14th amendment Federal employee i.e., U.S. citizen, slave as delineated in my unrebutted "Evidence of Citizenship Asservation". (*See. Certified Judgement attachment filed on the county record*)

4. This case is in the improper venue for the Accused, as this Article I court, with limited jurisdiction, is prohibited in dealing with Article III subject-matters.

5. I, the Accused have no association with the other "defendants" other than a one-time membership payment.

6. I, the accused was never in any meetings, trainings, or chats before or after the alleged commercial 'crime' occurred.

7. Before and after the date of the incident the accused had never met with the co "defendants".

8. The accused was under the impression that the "co-defendants" were in place to be peacekeepers on the day of the incident (security).

9. Alleged association with 'codefendants' in media and public opinion has irreparably tarnished 'the Accused' impeccable reputation as a standup and respectable citizen in society.

10. I, the accused has disavowed any pre-planned violence of any kind and there is no evidence that that Accused premediated any conspiracy to engage in the alleged crimes charged to the Accused.

> Misjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party. FRCP Rule 21 (As amended Apr. 30, 2007, eff. Dec. 1, 2007)

WHEREFORE James Beeks ©, the Accused, man, requires, moves, demands the court to enter an order to sever from the above-mentioned case to a stand-alone trial by jury of my peers under common law according to the rules of common law Amendment VII of the Constitution for the United States of America.

04/01/23

Respectfully Submitted,

_____/s/  James-Delisco:Beeks ©_____

:james beeks: © All Rights Reserved Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.