# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| | : | |
| v. | : | |
| | : | |
| **JAMES BEEKS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

On May 4, 2023, Defendant James Beeks filed a Motion to Dismiss Invoking the Declaration of Independence. ECF No. 926. In support of his motion, the defendant cites the Declaration of Independence, a history of alleged tyrannical acts by the United States government, and his claims of his own innocence. *Id.* None of these are bases for dismissal at this stage. *See* Fed. R. Crim. P. 12. To the extent that Defendant contends that he is being prosecuted solely for his political views, *id.* at 13, the Indictment alleges facts about his conduct—irrespective of political beliefs—that, if proven, would "state an offense." *See* Fed. R. Crim. P. 12(b)(3)(B)(v). Therefore, this argument for dismissal also fails.

WHEREFORE, Defendant Beeks' motion to dismiss should be DENIED.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994559
Troy A. Edwards, Jr.
Alexandra Hughes

Jeffrey Nestler
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530