UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Criminal No. 21-cr-28 (APM) |
| ) | |
| **DONOVAN RAY CROWL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Defendant James Beeks, who is proceeding *pro se*, did not appear for the pretrial conference held on this date. His stand-by counsel was present. During the conference, the court suggested that Defendant could be tried *in absentia* should he fail to appear for the start of trial. He cannot be so tried. *See* FED. R. CRIM. P. 43(a)(2); *Crosby v. United States*, 506 U.S. 255, 262 (1993) ("The language, history, and logic of Rule 43 support a straightforward interpretation that prohibits the trial in absentia of a defendant who is not present at the beginning of trial."). Defendant's actual, in-person appearance in court is therefore required to start the trial against him. The trial is scheduled to begin with jury selection on July 10, 2023, at 9:30 a.m. in Courtroom 10 of the United States District Court for the District of Columbia, E. Barrett Prettyman United States Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001. If Defendant is not present for the start of trial, the court may take steps to compel his appearance.

Date: June 26, 2023

Amit P. Mehta
United States District Court Judge