THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA
D-U-N-S 611974786

UNITED STATES OF AMERICA )
Delaware file# 2193946, D-U-N-S # 052714196 )
) Case no. 1:21-cr-0028-19
)
)
) AFFIDAVIT: PROOF OF SERVICE
James Delisco Beeks © )
By special invitation & authorized representative )
for JAMES BEEKS © )

Signature _____
Date  6/23/23

LET THIS BE FILED

## Affidavit: Proof of Service

**NOTICE: ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE: CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE: DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL: PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE: UNANSWERED BILL OF PARTICULARS, NOTICE: POTENTIAL LIABILITY, AND AFFIRMATION**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

**SILENCE OR CONTINUED RETENTION OF CLAIMANT'S BIOLOGICAL PROPERTY AS SURETY WITHOUT VERIFIED EVIDENCE OF HARM, LOSS OR INJURY, PROOF OF INTENT CONSTITUTES AGREEMENT AND ASSENT TO PROPOSED TERMS**

**THIS IS A SELF-EXECUTING CONTRACT**

**FROM:**

James Delisco Beeks, a man, sui juris, by special appearance. In the care of 8815 Conroy-Windermere Road. #296 Orlando, Florida [32835]

Claimant,

**TO:**

Robin M. Meriweather as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746
333 Constitution Ave NW [20001]

Beryl A. Howell as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746

333 Constitution Ave NW  [20001]

Amit P. Mehta as the living man and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746
333 Constitution Ave NW  [20001]

Jimmy S. Park as the living man and as agent, employee, or contractor of the corporation THE FEDERAL BUREAU OF INVESTIGATIONS [FBI] (Dun & Bradstreet # 878865674) 601 4th Street NW, Washington, DC 20535

Josh Uller as the living man and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746, and Federal Defender Services of Wisconsin, Inc. 411 E. Wisconsin Ave., Milwaukee, WI 53202, Email address: Joshua Uller <Joshua_Uller@fd.org>;

Jessica Ettinger as the living woman and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746, and Federal Defender Services of Wisconsin, Inc. 22 East Mifflin Street, Suite 1000 Madison, WI 53703, Email Address; Jessica Ettinger <Jessica_Ettinger@fd.org>;

Nicole Cubbage as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746 333 Constitution Ave NW  [20001], and The Law Office of Nicole Cubbage 712 H St. NE, Unit# 570Washington, DC 20002, Email Address: <cubbagelaw@gmail.com>;

Jeffery Nestler as the living man and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, 601 D Street NW  Washington DC [20530], Email Address: <Jeffrey.Nestler@usdoj.gov>;

Kathryn Rakoczy as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, 601 D Street NW Washington DC [95076-5139], Email Address: <Kathryn.Rakoczy@usdoj.gov>;

Respondents.

**Corporate Ref. Nos.** 21-MJ-533, 21-sw-397, 21-sw-296, 1:21-mj-0060, 21-cr-18-19, & 1-21-cr-0028 APM

1. This Affidavit of service verifies the delivery of service of process to the respondents from the Claimant in the Notice: Default & Imminent Liability.

2. The attached exhibits are proof of service to each respondent on 03/08/23, 03/21/23, and 03/23/23. Please see enclosed attached exhibits.

3. The specified time frame to respond has expired and there has been no response from the respondents as laid out in the original notice and contract.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

I, James Beeks, Claimant herein, as the living man do herewith affirm and declare under my unlimited commercial liability that I am competent and of lawful age to state the matters set forth hereinabove, and state that the above and foregoing statements are true, correct, complete, not intended to be misleading, that they constitute admissible evidence, and are in accordance with my best firsthand knowledge, understanding and belief.

Dated this 16th day of May in the Year Two Thousand Twenty Three

Subscribed and sworn, without prejudice, and with all rights retained, Without Prejudice UCC 1-308

By: Claimant

_James Delisco Beeks_
**Living Soul.**                                    Seal

IN WITNESS WHEREOF, James Delisco Beeks, having first been duly sworn upon his oath, autographed the above and foregoing document in my presence on

_Pinellas_ County, Florida on this 16th day of May in the Year Two

Thousand and _Twenty-Three_.

_____
Notary Public for _Florida_

My Commission expires _Oct 6, 2024_

SARAH ELIZABETH PARRISH
Commission # HH 050839
Expires October 6, 2024

Proof of Service by Registered Mail

**Registered No. RF234345730US**

Postage $ $12.65
Extra Services & Fees
☐ Registered Mail $15.90
☐ Return Receipt (hardcopy) $ $3.35
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $21.70
Customer Must Declare Full Value $100.00
Received by 03/09/2023
Date Stamp: MAR 9 2023 ALTAMONTE SPRINGS FLORIDA

FROM: James B. Beeks
c/o 8815 Conroy Windermere Rd #296
Orlando, Florida [32835]

TO: Clerk of the Court
US District Court of District of Columbia
333 Constitution Ave NW
Washington DC 20001

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

---

**Registered No. RF234345743US**

Postage $ $10.65
Extra Services & Fees
☐ Registered Mail $15.90
☐ Return Receipt (hardcopy) $ $3.35
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $
Customer Must Declare Full Value $100.00
Received by 03/09/2023
Date Stamp: MAR 9 2023 ALTAMONTE SPRINGS FLORIDA

FROM: James B. Beeks
8815 Conroy-Windermere Rd #296
Orlando Florida [32835]

TO: Federal Bureau of Investigation
601 4th St NW
Washington DC 20535

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

---

**Registered No. RF234345200US**

Postage $ $2.46
Extra Services & Fees
☐ Registered Mail $15.90
☐ Return Receipt (hardcopy) $ $3.35
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $21.71
Customer Must Declare Full Value $10.00
Received by 02/08/2023
Date Stamp: FEB 8 2023 LONGWOOD FL 32750 USPS

FROM: James-Daniel: Beeks
c/o 8815 Conroy Windermere Road #296
Orlando, Florida [32835]

TO: Federal Bureau of Investigation
c/o Washington Metro 5053 Park
601 4th Street
Washington DC 20535

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

# USPS Tracking®

FAQs >

*Notice · Fault & Opportunity to Cure*

Remove ✕

**Tracking Number:**
**RF234345743US**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/?
_gl=1*990nzx*_ga*MTc3OTgxMjczMi4xNjczMDU4NDQ4*_ga_3NXP3C8S9V*MTY4MjM3OTQzNi4yLjEuMTY4MjM3OTU1NC4wLjAuMA..)

### Latest Update

Your item was picked up at a postal facility at 4:21 am on March 21, 2023 in WASHINGTON, DC 20535.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20535
March 21, 2023, 4:21 am

See All Tracking History

**Text & Email Updates**                        ⌄

**Product Information**                         ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



Notice Proof of Service





Notice of Fault + CURE

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE: FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE: ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE: CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL: PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE: UNANSWERED BILL OF PARTICULARS, NOTICE: POTENTIAL LIABILITY, AND AFFIRMATION</u> was served on the following on 03/08/2023, via email at the email address indicated below:

To: Nicole Cubbage

Email: **cubbagelaw@gmail.com**

Respondent

/s/ James-Delisco:Beeks©

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u> was served on the following on 03/09/2023 postmark, via method of service indicated below:

To: Amit P. Mehta

333 Constitution Ave NW Washington D.C. 20001

Respondent

**Method of Service:**

U.S. Postal Office by first class mail Registered return receipt #RF 234 345 195 US

*James-Delisco: Beeke*

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL´S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u>

was served on the following on 03/08/2023, via email at the email address indicated below:

To: Jessica Ettinger

Email: **Jessica_Ettinger@fd.org**

Respondent

/s/ James-Delisco:Beeks©

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u>

was served on the following on 03/08/2023, via email at the email address indicated below:

> To: Josh Uller
> Email: <u>Joshua_Uller@fd.org</u>
> Respondent

/s/ James-Delisco:Beeks©

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u>

was served on the following on 03/08/2023, via email at the email address indicated below:

To: Jeffery Nestler

Email: **Jeffrey.Nestler@usdoj.gov**

Respondent

/s/ James-Delisco:Beeks©

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u>

was served on the following on 03/08/2023, via email at the email address indicated below:

To: Kathryn Rakoczy

Email: **Kathryn.Rakoczy@usdoj.gov**

Respondent

/s/ James-Delisco:Beeks©

Sui Juris, man

Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION.</u>

was served on the following on 03/09/2023 postmark, via method of service indicated below:

To: Beryl A. Howell

333 Constitution Ave NW Washington D.C. 20001

Respondent

**Method of Service:**

U.S. Postal Office by first class mail Registered return receipt #RF 234 345 730 US

*James-Delisco: Beeks*

Sui Juris, man

Claimant

# Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, **NOTICE OF DENIAL OF AUTHORITY OF RESPON**DENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL´S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u> was served on the following on 03/09/2023 postmark, via method of service indicated below:

    To: Robin M. Meriweather

    333 Constitution Ave NW Washington D.C. 20001

    Respondent

    **Method of Service:**

    U.S. Postal Office by first class mail Registered return receipt #RF 234 345 730 US

*James-Delisco:Beeks*

                                                   Sui Juris, man

                                                      Claimant

## Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of <u>NOTICE OF FAULT & OPPORTUNITY TO CURE, AFFIDAVIT OF NON-REPLY, AFFIDAVIT OF SERVICE, (EXHIBITS A-I), NOTICE OF ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE OF CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE OF DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE OF UNANSWERED BILL OF PARTICULARS, NOTICE OF POTENTIAL LIABILITY, AND AFFIRMATION</u> was served on the following on 03/09/2023 postmark, via method of service indicated below:

To: Jimmy S. Park

601 4th Street NW, Washington, DC 20535

Respondent

**Method of Service:**

U.S. Postal Office by first class mail Registered return receipt #RF 234 345 743 US

*James-Delisle: Leeks* ©

Sui Juris, man

Claimant

## PROOF OF SERVICE BY EMAIL COMMUNICATION

I, James-Henry:Smith am a witness to the fact that James-Delisco:Beeks electronically served **NOTICE: ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE: CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE: DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL'S PROCESS, NOTICE: UNANSWERED BILL OF PARTICULARS, NOTICE: POTENTIAL LIABILITY, AND AFFIRMATION, NOTICE: FAULT & OPPORTUNITY TO CURE, AFFIDAVIT: PROOF OF SERVICE, AFFIDAVIT: NON REPLY"**, via email communication as my email address jameshsmith23@icloud.com was cc'd/bcc'd on the communication on or around 03/09/23 to the men and women in the following email addresses:

Josh Uller as the living man and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No. 611934746, Email address: Joshua Uller <Joshua_Uller@fd.org>;

Jessica Ettinger as the living woman and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746, 53703, Email Address: Jessica Ettinger <Jessica_Ettinger@fd.org>;

Nicole Cubbage as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746 Email Address: <cubbagelaw@gmail.com>;

Jeffery Nestler as the living man and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, Email Address: <Jeffrey.Nestler@usdoj.gov>;

Kathryn Rakoczy as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, Email Address: <Kathryn.Rakoczy@usdoj.gov>;

Respectfully Submitted,

/S/James-Henry:Smith (c)     Date: 5/15/2023

Witness Autograph

PROOF OF SERVICE BY EMAIL COMMUNICATION

I, Michael-Charles:School am a witness to the fact that James-Delisco:Beeks electronically served "**NOTICE: ABSENCE OF SUBJECT MATTER JURISDICTION, NOTICE: CONDITION PRECEDENT, ACCEPTANCE OF OATHS OF OFFICE, NOTICE: DENIAL OF AUTHORITY OF RESPONDENT ULLER, CUBBAGE, AS LEGAL REPRESENTATIVE, REBUTTAL OF PRESUMPTIONS OF CONSENT TO *DE FACTO* TRIBUNAL´S PROCESS, NOTICE: UNANSWERED BILL OF PARTICULARS, NOTICE: POTENTIAL LIABILITY, AND AFFIRMATION, NOTICE: FAULT & OPPORTUNITY TO CURE, AFFIDAVIT: PROOF OF SERVICE, AFFIDAVIT: NON REPLY**". via email communication as my email address Deluxemike@yahoo.com was cc'd/bcc'd on the communication on or around 03/09/23 to the men and women in the following email addresses:

Josh Uller as the living man and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No. 611934746, Email address: Joshua Uller <Joshua_Uller@fd.org>;

Jessica Ettinger as the living woman and as agent, employee, or contractor of the corporation FEDERAL DEFENDER SEVICES OF WISCONSIN INC. D & B # 031664720, and UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746, 53703, Email Address; Jessica Ettinger <Jessica_Ettinger@fd.org>;

Nicole Cubbage as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA CIRCUIT, Dun & Bradstreet No.611934746 Email Address: <cubbagelaw@gmail.com>;

Jeffery Nestler as the living man and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, Email Address: <Jeffrey.Nestler@usdoj.gov>;

Kathryn Rakoczy as the living woman and as agent, employee, or contractor of the corporation UNITED STATES DEPARTMENT OF JUSTICE, Dun & Bradstreet No. 072526021 and/or THE U.S. ATTORNEY OFFICE, Dun & Bradstreet No. 048158793, standing in for THE UNITED STATES OF AMERICA Dun & Bradstreet No. 052714196 and corporate Delaware File # 2193946, Email Address: <Kathryn.Rakoczy@usdoj.gov>;

Respectfully Submitted,

Michael-Charles

*michael-charles' School* (signature)

Witness Autograph

05/19/2023