THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA
D-U-N-S 611974786

UNITED STATES OF AMERICA )
Delaware file# 2193946, D-U-N-S # 052714196 )
) Case no. 1:21-cr-0028-19
)
) Affidavit: Statement of TRUTH
)
JAMES BEEKS )     LET THIS BE FILED
By special invitation james delisco ) Signature _____
House of the lineage of edwards )
) Date _____ 6/23/23

## Affidavit: Statement of TRUTH

I, affiant, James-Delisco:Beeks, asked the court to verify if the status hearing on 6/8/23 was for me the living man or for the legal fiction. The court, through its authorized representative, Cheryl Wilson, verified that I, the living man, am not expected to be in DC or on a zoom call for the hearing(s). (See attached exhibit).

As per judge Mehta's instructions his implication is that I, James DeLisco of the lineage of Edwards, the living man, does not have to attend said hearing. As pursuant to the judge's communication he said that I, the living man, have a right to be there which also implies that I have a right not to be there.

I asked the judge and the court the following questions:

1. Who is the man or woman coming forth that has a contract with me, the living man?
2. Can you please provide me with the living breathing man's or woman's, hard copy contract, with wet ink signature who is filing the claim?
3. Who is the man or woman coming forth that has a contract with the corporation aka UNITED STATES OF AMERICA [Duns & Bradstreet # 052714196] that represents that I am in contract with them; that I am property?
4. Who claims that I am property in this matter?
5. Why are you sending me a zoom link for a matter that has nothing to do with the living breathing man?

The judge refused to answer these questions and chose to pursue the legal fiction in this matter and willfully acts in dishonor. It is my belief that the reason he refuses to answer the questions is that he would incriminate himself and reveal the fallacies of the court. He, judge Mehta is bound by the court not to disclose the myth, which is why he refuses to answer my questions, because he cannot. Otherwise, he would be fined and/or imprisoned and that is what he is trying to do with innocent men and women in the façade of the January 6th orchestrated event.

There is ample evidence of the January 6th event being a false flag, entrapment operation spearheaded by the GOVERNMENT and other foreign actors through exposure by the Congress, FBI Whistleblowers, News outlets, and even admission from the DOJ. And for him, the judge, to

participate in this scheme he is consciously complicit in the criminality of an orchestrated red flag event that is declaring war against the American people.

Be it known that the legal fiction person has arrived by way of the Birth Certificate and has surrendered itself into custody of the court.

I recognize judge Mehta as Trustee and the authorized representative, Cheryl Wilson, to be the co-Trustee in this matter and qualified immunity as well as absolute immunity is hereby rebutted. I'd like to remind the Trustee, respectfully, to not confuse the living breathing man; in which the court has recognized me to be; with any sort of legal fiction or dead entity.

I, James DeLisco of Edwards, affiant herein, as the living man do herewith affirm and declare that I am competent and of lawful age to state the matters set forth hereinabove, and state that the above and foregoing statements are true, correct, complete, not intended to be misleading, that they constitute admissible evidence, and are in accordance with my best firsthand knowledge, understanding and belief.

If I am wrong then please provide substantial evidence that is backed by true law in fact and clarify what does this have to do with me, the living man. If my statements are not rebutted within seven (7) days then the statements above stand as truth in Law.

Respectfully submitted,

Dated this 8th day of June in the Year Two Thousand Twenty Three

Subscribed and sworn, without prejudice, and with all rights retained, Without Prejudice
UCC 1-308

By: Affiant
*James-DeLisco: Beets*
**Living Man.**
**Beneficiary**

Seal

**From:** Cheryl Wilson
**Sent:** Monday, June 5, 2023 3:34 PM
**To:** James Justis; greghunter_mail.com; chernan7_aol.com
**Cc:** Kathryn.Rakoczy@usdoj.gov; Aldredge, Horatio (FD); Jeffrey.Nestler@usdoj.gov; Troy.Edwards@usdoj.gov; Alexandra.Hughes@usdoj.gov; Louis.Manzo@usdoj.gov; Jean Claude Douyon
**Subject:** RE: Juror Questionnaire for July 10 trial

James,

We will be holding a hearing to discuss the juror questionnaires on Thursday, 6/8. You, the living man, are not expected to travel to D.C. for the hearing; we will instead provide a Zoom link so that you can join the hearing remotely from your home.

Thanks,
Cheryl

**From:** James Justis <jamesthejust99@outlook.com>
**Sent:** Monday, June 5, 2023 3:28 PM
**To:** Cheryl Wilson <Cheryl_Wilson@dcd.uscourts.gov>; greghunter_mail.com <greghunter@mail.com>; chernan7_aol.com <chernan7@aol.com>
**Cc:** Kathryn.Rakoczy@usdoj.gov; Aldredge, Horatio (FD) <Horatio_Aldredge@fd.org>; Jeffrey.Nestler@usdoj.gov; Troy.Edwards@usdoj.gov; Alexandra.Hughes@usdoj.gov; Louis.Manzo@usdoj.gov; Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>
**Subject:** RE: Juror Questionnaire for July 10 trial

**CAUTION - EXTERNAL:**

Hi there,

I apologize for the late response it has been an intense and busy week/end dealing with personal (family) issues.

To be clear, I am not a Mr. as I do not hold any titles of nobility so please do not refer to me as Mr. I do not recognize that title, thank you. You may simply call me James, or James-DeLisco, or James-DeLisco of the lineage of Edwards and I do not recognize the term 'defendant' I would be better suited as the accused or beneficiary.

Finally, I do not understand the offer for the zoom hearing. Is this for the living man or for the legal fiction?

Please confirm.

Thank you very much,

**James** © All Rights Retained

Landing page