# THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

D-U-N-S 611934746

UNITED STATES OF AMERICA )
Delaware file# 2193946, D-U-N-S # 052714196 )
) Case no. 1:21-cr-0028-19
- )
) Conditional Acceptance Offer
JAMES BEEKS )
By special invitation james delisco of edwards ) Magistrate Amit P. Mehta

Signature _____ [signature]
Date _____ 6/23/27

LET THIS BE FILED

## CONDITIONAL ACCEPTANCE OFFER

I, James DeLisco of the lineage of Edwards, child of God, stands before this court by special appearance and declares that I conditionally accept the charges against the legal fiction JAMES BEEKS in the above-mentioned case number if the court and/or prosecution can prove that the Law doesn't state the following:

1. "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." *US v Minker, 350 US 179 at 187(1956) Supreme Court of the United States 1795*

2. "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his

business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State" and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights."   *HALE v. HENKEL 201 U.S. 43 at 89 (1906)*

3. "We could go on, quoting court decision after court decision, however, the Constitution itself answers our question. Can a government legally put restrictions on the rights of the American people at any time, for any reason? The answer is found in Article Six of the U.S. Constitution: Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603 "Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them." *Sherer v. Cullen, 481 F 946.*

4. "The claim and exercise of a Constitutional right cannot be converted into a crime." *Miller v. U.S., 230 F.2d. 486, 489.*

5. "Statutes that violate the plain and obvious principles of common right and common reason are null and void". Would we not say that these judicial decisions are straight to the point –that there is no lawful method for government to put restrictions or limitations on rights belonging to the people? Other cases are even more straight forward: "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of practice." *Bennett v. Boggs, 1 Baldw 60,*

6. "For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. Sherer v. Cullen 481 F. 945; US v. Tallmadge 829 F2d 767;

7. "State must produce corroborating evidence of "corpus delecti," showing that injury or harm constituting crime occurred and that injury or harm was caused by someone's criminal activity." *Jorgensen v. State, 567 N.E.2d 113, 121.*

8. "To establish the corpus delecti, independent evidence must be presented showing the occurrence of a specific kind of injury and that a criminal act was the cause of the injury." *CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70*

9. "The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." *S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),*

10. "The courts are not bound by an officer's interpretation of the law under which he presumes to act." *Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803)* "... in part

11. *"The particular phraseology of the constitution for the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". "All law (rules and practices) which are repugnant to the Constitution are VOID". Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional. " Hoffsomer v. Hayes, 92 Okla. 32, 227 F. 417*

12. *"By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect. The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."* Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)

13. "As a member of a corporation, a government never exercises its sovereignty."

*Bank of United States v. Planters' Bank of Ga. - 22 U.S. (9 Wheat.) 904 (1824)*

I, the living man, am not an expert in legalese, but I do recognize the law. If the court and/or prosecutor can prove that the law doesn't state the above mentioned cites, I will graciously accept these charges against the legal fiction in this matter. If there is no response within seven (7) days then you implicitly agree that the supreme law does state these things and I will expect a discharge of this matter and a remedy to be made whole.


Respectfully Submitted,


James-DeLisco of Edwards
Beneficiary

## Certificate of Service

I, the living breathing man, along with my two witness signatures below, certify that a copy of Conditional Acceptance Offer was served on the following on 06/26/2023, via method of service indicated below:

To: Amit P. Mehta (Magistrate) and Angela D. Caesar (Clerk)

333 Constitution Ave NW Washington D.C. 20001

**Method of Service:** Courier Delivery (Hand Delivered)

Courier Deliverer's Autograph _____

Witness Autograph _____

James-DeLisco of Edwards
Beneficiary