# THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA
D-U-N-S 611934746

UNITED STATES OF AMERICA )
Delaware file# 2193946, D-U-N-S # 052714196 )
) Case no. 1:21-cr-0028-19
)
) NOTICE: RESCISSION OF ALL SIGNATURES
**JAMES BEEKS** )
by special invitation james-delisco: )
house and lineage of edwards )

*LET THIS BE FILED*
*Amit [signature]*
*6/23/23*

## NOTICE: RESCISSION OF ALL SIGNATURES

I, James-DeLisco Beeks, man, child of God, , Union State Citizen as defined in Article 4 Section 2 of the Constitution for the united states of America., by special invitation and special appearance to notify the court that I, beneficiary, hereby revoke, rescind, cancel all signatures from any and all documents, orders, and or contracts implied or otherwise from all appointed attorneys, public defenders, clerks, arresting officers, or any judicial officer in the matter of in the above-mentioned case number and all case numbers in regard to JAMES BEEKS.

> DISCLAIMER: The use of codes, statutes, rules, regulations, formats, and court citations on any document past, present, or future and filed with this court, by me, the living man, is only to notice that which is applicable to government officials and is not intended nor shall it be construed that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Respectfully Submitted,

*James-DeLisco: Beeks* [signature with thumbprint]

James-DeLisco: Beeks *Beneficiary*

# NOTARY CERTIFICATE

Dated this  6th  day of the month of  June  Two Thousand and Twenty- Three.

All Rights Retained

By: James Delisco Beeks

FOR: JAMES DELISCO BEEKS

Grantor/Executor/Beneficiary of the Estate Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of this document.

State of Florida

County of  Pinellas  }SS.

Subscribed and sworn to (or affirm) before me on this  6th  day of  June  20 23.

 James Beeks  proved to me on the basis of satisfactory evidence to be the man/woman who appeared before me.

Haley Hamilton

NOTARY'S SIGNATURE

HALEY HAMILTON
Notary Public - State of Florida
Commission # GG 985054
My Comm. Expires May 5, 2024
Bonded through National Notary Assn.

PLACE NOTARY SEAL IN ABOVE SPACE

My Commission expires: May 5th, 2024