LET THIS BE FILED
Signature _____
Date 6/27/23



James DeLisco of the House of the lineage of Edwards

Child of God

Grantor of Original Jurisdiction and Beneficiary of the Resultant Trust

American Freeman

America Republic

Thursday June 8, 2023

James DeLisco of the house and lineage of Edwards

American Free Man

Grantor in Original Jurisdiction and Beneficiary of the resultant Trust

Near,                                              Florida America Republic

Everything is Trust and there is nothing that is not Trust.

No Trust can fail for want of a Trustee One of the primary responsibilities of the Trustee is to protect and defend the Trust.

Amit P. Mehta
US District Court Administrator
333 Constitution Ave NW
Washington D.C. 20001

Regarding File number: 1:21-CR-0028-19

PLEASE TAKE NOTICE that I, James DeLisco of Edwards, near
Florida am coming to this matter specially by way of visitation, as a friend of the Court, to acknowledge the Trust and the Trustee.

After the birth of James DeLisco of Edwards, on June Seventh, Nineteen Seventy-two, my mother, Grantor, Co-Trustee and Fiduciary, made application to the STATE OF FLORIDA for a Birth Certificate, which is a license to operate in Commerce.

The STATE OF FLORIDA, on or about 15 days later, specifically June 22,1972, created a new Trust, JAMES DELISCO BEEKS which then allowed James DeLisco of Edwards to participate in Commerce. The STATE OF FLORIDA as Grantor of the newly formed Trust, assigned Trustees for the JAMES DELISCO BEEKS TRUST.

I repent of all sin I have committed against the Trust. Forgive me.

It is well established that, "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and contracts between them."

No qualified immunity is granted.

Claims of mistaken identity will not be tolerated.

With education and understanding of the matter, I, James DeLisco of Edwards, Child of God, declare that I am Beneficiary and not the surety for the COMMERCIAL Trust, JAMES DELISCO BEEKS. I, therefore, acknowledge the COURT Trustee for JAMES DELISCO BEEKS and, as a friend, I encourage said court to perform the duties of Trustee and protect the Trust from Unsubstantiated claims. Please audit the claimant for standing to bring a claim and the claim for authenticity. If the claimant and the claim are found to be bona fide, please pay the debt of the Trust out of the proceeds of the Trust.

Please note change of address for the trust. All future pleadings or papers are to be served upon UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA, 333 CONSTITUTION Avenue NW, Washington DC 20001, Trustee.

*James-DeLisco: Beats*

James DeLisco Beneficiary