Case 1:21-cr-00028-APM   Document 977   Filed 06/23/23   Page 1 of 9

## THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA
D-U-N-S 611974786

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Delaware file# 2193946, D-U-N-S # 052714496 ) | |
| ) | Case no. 1:21-cr-0028-19 |
| ) | |
| ) | TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL |
| ) | RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES |
| ) | C(6) |
| ) | |
| James Delisco Beeks © ) | **LET THIS BE FILED** |
| By special invitation & authorized representative ) | Signature _[signed]_ |
| for JAMES BEEKS © ) | Date 6/23/23 |

## TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL
## RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

---

DISCLAIMER: The use of codes, statutes, rules, regulations, and court citations on any document past, present, or future and filed with this court, by me, the living man, is only to notice that which is applicable to government officials and is not intended nor shall it be construed that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

---

In the matters for commerce, All commerce operated in truth, demand for truth is made by all parties for full disclosure who are you? Who do you represent and who is the real party of interest? Is the real party of interest the Commonwealth for Britain, the British Crown, the King/Queen for England, the Holy See? Is the United States flying the King's/Queen's Banner Flag? What city does the Flag in the United States and State Court Houses, the House and the Senate, State and Federal and the oval office's State and Federal represent? Have you desecrated our Flag for Liberty old Glory the lawful Flag for the United States defined by 4 USC J~

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by i, me, my, myself, addressee, james delisco; house of Edwards, living soul, man, one for We the

Copyright NOTICE 000787821
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------Title Holder James Delisco; house of Edwards
With the Copy-claim

People under Original Common Law Jurisdiction by the Florida and united states of America Contracts, the Constitutions.

Republic and one by the         )
several united states           )   sss
Florida                         )
in America                      )

For: Whom it may concern: In the Matter for **JAMES DELISCO BEEKS**; **JAMES D. BEEKS**; James D. Beeks (and all derivatives thereof) and other issues described below:

**i, me, my, myself**, addressee, **james delisco; house of Edwards**, (herein after Title Owner) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, Claimants and Secured Party, herein after "**i, me, my, myself, Title Owner**" do hereby solemnly declare, say and state:

1. **i, me, my, myself,** the Title Owner am competent for stating the matters set forth herewith.

2. **i, me, my, myself,** the Title Owner have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **i, me, my, myself,** the Title Owner shall so state.

### Plain Statement of Facts

A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.

**i, me, my, myself,** the Title Owner, am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, **Title Owner**, living soul, one for We the People under Original Common Law Jurisdiction for the **Florida** and United States of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **i, me, my, myself, Title Owner**, am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by me, addressee, living soul, man, the Title Owner, one for under We the People under Original Common Law Jurisdiction for the **Florida** and United States of America Contracts, the Constitutions.

1. **Fact**: The person known as **JAMES DELISCO BEEKS, JAMES D. BEEKS, DELISCO, JAMES DELISCO, DELISCO JAMES,** James D. Beeks, James Delisco Beeks, James Beeks, (and all derivatives thereof) is a cestui que trust / fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for **Florida** by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for **Florida** from our Life, Liberty, Property, and Happiness Pursuit, among other Rights, for their self-enrichment using their **Florida Rules of Civil Procedure**, outside the law authority and our Courts by original jurisdiction.

Page 2                                                                                      Copyright NOTICE 000787821
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------------------------------------Title Holder James Delisco; house of Edwards
                                                                                                                    With the Copy-claim

2. **Fact**: i have placed a **copyright** on the cestui que trust / Fiction issued for me without my Permission or consent by assent known as **JAMES DELISCO BEEKS, JAMES D. BEEKS, DELISCO, JAMES DELISCO, DELISCO JAMES, James D. Beeks, James Delisco Beeks, James Beeks, (fiction) and all derivatives thereof**, is now my private property and cannot be used without my prior express written consent and then only under the terms set out in this contract.

3. **Fact**: These cestui que trust / Fictions are my perfected securities and registered by contract with me and with the Secretary under the **Florida** Republic is my recorded copyright Fiction by this declaration under original common law jurisdiction for one hundred (100) years and is my private property, the Secured Party, for my Estate protection, my Life, and my Liberty. This Truth Affidavit of Copyright is Nunc pro tunc to the Twenty-Second day of June, in the year 1972.

4. **Fact**: Using any of my cestui que trust / Fictions, or any of my other copyrighted properties, whether they are provided for here, or elsewhere, on any document associated in any manner with my Estate or me, the holder in due course, Secured Party, Exempt from Levy, without my express prior written consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for ten thousand (10,000.00) dollars, silver specie, in lawful coinage for the united states of America as defined under Article I, Section 10 Clause 1, per user and per issuer per copyright including any past, present, or future use.

5. **Fact**: Using My cestui que trust / Fictions, or any of my other copyrighted properties, whether they are provided for here, or elsewhere, for the intended gains for themselves (the issuers or users) or for others for any of my Rights, my private property or any part about my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million (1,000,000.00) dollars silver specie in lawful coinage for the united States of America as defined under Article I, Section 10 Clause 1 of We the People's Contract/Constitution for the United States of America per user and per issuer per copyright including any past, present, or future use.

6. **Fact**: Using my cestui que trust / Fictions, or any of my other copyrighted properties, whether they are provided for here, or elsewhere, more than three (3) times within a year, for the intended gains for themselves (the issuers or users) or for others for any of my Rights, my private property or any part about my Estate without full disclosure and my prior express written consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for ten million (10,000,000.00) dollars silver specie in lawful coinage for the United States of America as defined under Article I, Section 10 of We the People's Contract/Constitution for the United States of America per user and per issuer per copyright including any past, present, or future use.

7. **Fact**: Using my cestui que trust / Fiction on any document associated in any manner with my Estate or me, the holder in due course, Secured Party, and Exempt from Levy, without my written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract and the user, and if during the course of employment, the user, the users employer, the employers officers, directors, and parent companies and their officers and directors will be held liable for the debt, jointly, severally, personally, and individually.

**i, me, my, myself, the Title Owner**, am not an expert in the Law, however i do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, i will sincerely make every effort and amend my ways.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------Title Holder James Delisco; house of Edwards

Copyright NOTICE 000787821

With the Copy-claim

i, me, my, myself, the Title Owner, hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially my or the Fiction's status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all party, due and payable and enforceable by law.

The criminal penalties for commercial fraud are determined by jury, by law, the monetary value is set by me for violation against my rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States of America as defined by Article I, Section 10, Clause 1, under the Constitution, by We the People for the United States and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by me, in the public records for Lamar County, Texas, under this declaration.

The Undersigned, i, me, my, myself, the Title Owner, holder in due course for original, do herewith declare, state and say that i, Secured Party, issue this with sincere intent in truth, that i, me, the undersigned Secured Party, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by my best knowledge, by me undersigned addressee.

Under the laws of the united States of America, this NOTICE is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT the UNITED STATES.

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

Notice for the county clerk on _Pinellas_ county, Florida and record court for original jurisdiction, is notice for all.

I sign this document on this date, Nunc pro tunc to the date, of the Twenty-Second day of June, in the year 1972, the date of the creation of the first of the FICTION(S).

Addressee signature, holder in due course, the Title owner

By _James Delisco: Beeks_
With full responsibility for my actions
Non-Domestic
c/o 8815 Conroy-Windermere Rd. #296
Orlando, Florida
James Delisco Beeks house of Edwards
Addressee, Title owner

Page 4
Copyright NOTICE 000787821
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------Title Holder James Delisco; house of Edwards
With the Copy-claim

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

## Jurat

__Pinellas__ county    ]
                       ]  ss:
__Florida__ state      ]

Having witnessed the signing and sealing of the forgoing Verified Declaration by **james delisco beeks; house of Edwards**, I place my hand and seal hereon as an authentic act as a Notary Public. Subscribed and affirmed before me this __16__ day for the __fifth__ month in the year of our Lord and Savior, Two Thousand and __twenty-three__, A.D.

_____
Notary

SARAH ELIZABETH PARRISH
Commission # HH 050839
Expires October 6, 2024

Page 5
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------Title Holder James Delisco; house of Edwards

Copyright NOTICE 000787821

With the Copy-claim

LIBRARY OF CONGRESS PUBLIC CATALOG

Copyright Record

Type of Work:   Music

Registration Number / Date:
  PA0001370309 / 2007-02-28

Title:   Lil' James.

Copyright Claimant:
  James Delisco Beeks, 1972-

Date of Creation:  2003

Date of Publication:
  2007-01-25

Authorship on Application:
  words & music: J. Delisco; music: John Aschettino, 1973-.

Copyright Note:   Cataloged from appl. only.

Names:   Beeks, James Delisco, 1972-
  Delisco, J.
  Aschettino, John, 1973-

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

LIBRARY OF CONGRESS

PUBLIC CATALOG

Type of Work:   Text

Registration Number / Date:
       TXu000723825 / 1999-06-09

Title:          I am an African-American male : The kid in the car.

Description:    20 p.

Copyright Claimant:
       James Delisco Beeks, 1972-

Date of Creation: 1999

Other Title:    The kid in the car, HisStory

Names:          Beeks, James Delisco, 1972-

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

2/27/23, 2:36 PM                    00078782-1 | Diverse texts | JAMES DELISCO BEEKS

| | |
|---|---|
| First name | James |
| Last name | Beeks |
| City | ..... |
| Country | United States of America |



## Copyright number

## 00078782-1

**Received on**

2023-02-25 04:09:26

**Sole Author**

Yes

**Category**

Literary > Diverse texts

**Title**

JAMES DELISCO BEEKS

**Description**

JAMES DELISCO BEEKS/JAMES BEEKS and all derivatives thereof including stylings, Capitis Diminutio Minima, Capitis Diminutio, Capitis Diminutio Maxim Diminutio, titles, auditory sounds, abbreviations or any other form related to this name is the sole ownership of James-Delisco:Beeks.

Manage services      11

Serial Number
23-00947W



West Orange Times
Published Weekly
Winter Garden, Orange County, Florida

COUNTY OF ORANGE

STATE OF FLORIDA

Before the undersigned authority personally appeared Lindsey Padgett who on oath says that he/she is Publisher's Representative of the West Orange Times a weekly newspaper published at Winter Garden, Orange County, Florida; that the attached copy of advertisement,

being a Notice of Copyright

in the matter of JAMES DELISCO BEEKS

in the Court, was published in said newspaper by print in the

issues of 3/9/2023

Affiant further says that the West Orange Times complies with all legal requirements for publication in chapter 50, Florida Statutes.

*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

Notice of Copyright
This notice is to inform all concerned that the diverse text JAMES DELISCO BEEKS ™©, JAMES BEEKS ™©, JAMES D BEEKS ™©, James Delisco Beeks ™©, James D. Beeks ™©, James Beeks ™©, Mr. Beeks ™©, and all derivatives thereof including auditory sounds of the trademarked text related to the name JAMES DELISCO BEEKS ™© is copyright protected under the Berne Convention.
Copyright number 0007872-1
Please be advised that the use of this name without prior permission from the, author, owner, and beneficiary James-Delisco:Beeks. who is of the age of majority and no longer a minor since June 7, 1990 (his 18th Birthday), is strictly prohibited.
March 9, 2023          23-00947W

Lindsey Padgett

Sworn to and subscribed, and personally appeared by physical presence before me,

9th day of March, 2023 A.D.

by Lindsey Padgett who is personally known to me.

Notary Public, State of Florida
(SEAL)

KIMBERLY S. MARTIN
MY COMMISSION # HH 282034
EXPIRES: July 26, 2026