UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | Criminal No. 21-cr-28 (APM) |
| ) | |
| **DONOVAN RAY CROWL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Having review Defendant James Beeks's financial affidavit, ECF No. 980, the court is satisfied that he is financially unable to provide the necessary transportation to appear before the required court on his own. Accordingly, the court hereby directs the U.S. Marshal Service to furnish the fare (or expenses) for Defendant Beeks's noncustodial transportation from Orlando, Florida, to Washington, D.C., for his stipulated bench trial, which is scheduled to take place on July 10, 2023. In addition, the court directs the U.S. Marshal Service to furnish Defendant Beeks with an amount of money for subsistence expenses to Washington, D.C., not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Date: July 7, 2023

Amit P. Mehta
United States District Court Judge