UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28-APM |
| v. | : | |
| JAMES BEEKS, | : | |
| Defendant. | : | |

## WAIVER OF TRIAL

I understand that I have a right to ~~trial~~ trial by jury. I hereby waive (give up) my right to ~~trial~~ trial ~~by jury~~. trial

_____
James Beeks,
Defendant


Consented to by the United States:

_____
Kathryn L. Rakoczy
Assistant United States Attorney


Approved:

_____        Date: 7/10/23
Amit P. Mehta
United States District Judge