AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
COLUMBIA

UNITED STATES OF AMERICA

V.

JAMES BEEKS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 21-cr-28-19 (APM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.



2023.07.24
16:28:16
-04'00'

Signature of Judge

Amit P. Mehta                    U.S. District Judge
Name of Judge                    Title of Judge

Date