IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          CR No. 21-28
                                   )          Washington, D.C.
          vs.                      )          July 11, 2023
                                   )          9:30 a.m.
DONOVAN RAY CROWL (2),             )
JAMES BEEKS (19),                  )          Day 2
                                   )
          Defendants.              )
_____)


TRANSCRIPT OF STIPULATED BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn Leigh Rakoczy
                               Troy A. Edwards, Jr.
                               U.S. ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                               601 D Street, NW
                               Washington, D.C. 20001
                               (202) 258-1251
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email: troy.edwards@usdoj.gov

                               Alexandra Stalimene Hughes
                               U.S. DEPARTMENT OF JUSTICE
                               NSD
                               950 Pennsylvania Ave NW
                               Washington, D.C. 20004
                               (202) 353-0023
                               Email:
                               Alexandra.Hughes@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Crowl:          Carmen D. Hernandez
                              7166 Mink Hollow Road
                              Highland, MD 20777
                              (240) 472-3391
                              Email: chernan7@aol.com


For Defendant Beeks:          Pro Se
                              Standby Counsel
                              Greg Hunter
                              GREGORY T. HUNTER, ESQ.
                              2111 Wilson Boulevard
                              8th Floor
                              Arlington, VA 22201
                              (703) 966-7226
                              Email: greghunter@mail.com


Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1                    P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.  Please be

3    seated, everyone.

4          COURTROOM DEPUTY:  Good morning, Your Honor.

5    This is Criminal Case No. 21-28, United States of America

6    versus Defendant No. 2, Donovan Ray Crowl; and Defendant

7    No. 19, James Beeks.

8          Kathryn Rakoczy, Alexandra Hughes, and

9    Troy Edwards for the government.

10         Greg Hunter as standby counsel for

11   Defendant Beeks.

12         Defendant Crowl and Defendant Beeks are present in

13   the courtroom for these proceedings.

14         THE COURT:  All right.  Good morning, everyone.

15         Mr. Crowl, any idea where your counsel is?

16         DEFENDANT CROWL:  I believe that she's supposed to

17   be here any minute now, Your Honor.

18         THE COURT:  Tends to be her --

19         DEFENDANT CROWL:  Last word.

20         THE COURT:  Okay.

21         Tends to be her approach.

22         Okay.

23         (Pause)

24         THE COURT:  Thank you for joining us,

25   Ms. Hernandez.

1          All right.  So before we get started, just a

2     couple of things.

3          First, I received an email from Ms. Hernandez this

4     morning at 9:13 a.m. just asking to have a couple of -- or

5     have some objections placed on the record.  The first is

6     that the stipulations remain subject to all the objections

7     that the Court overruled during yesterday's hearing,

8     including, but not limited to, the relevance and

9     admissibility of the out-of-court statements made by

10    Mr. Rhodes, Meggs and others, and to his own statement of

11    December 22nd, 2020, which he maintains, given the context

12    set out in the exhibits, as protected by the First Amendment

13    and not relevant to the charged offenses.

14         I'll just note that in addition to the reasons

15    that I gave yesterday with respect to the Meggs, Rhodes, and

16    Watkins and others' out-of-court statements that precede the

17    conspiracy period, they're also admissible essentially

18    independently as their own co-conspirator statements in

19    furtherance of the separate seditious conspiracy.

20    Co-conspirator statements are admissible as co-conspirator

21    statements even if not in furtherance of and relating to the

22    actual charged conspiracy under Circuit precedence.  I'll

23    just add that as the additional reason for overruling the

24    objection.

25         Mr. Crowl also objects to the instructions that

1    have been proposed for Count 7.  Paragraph 4 provides that

2    the government need only prove obstruction in any way or

3    degree.  Mr. Crowl contends that the instruction the

4    Court -- this is -- recognizes that this is a court --

5    instruction the Court has given in previous cases, but,

6    nevertheless, objects, is not in the Red Book instruction

7    and waters down the government's burden without support from

8    the statutory language.

9         So that objection is overruled because it does

10   track the statutory language.  18 U.S.C. 231 actually

11   provides that whoever commits or attempts to commit any act

12   to obstruct, impede, or interfere with any law enforcement

13   officer lawfully engaged in the performance of his official

14   duties incident to and during the commission of a civil

15   disorder, which in any way or degree obstructs, delays, or

16   adversely affects commerce, et cetera.  So the instructions

17   that have been proposed actually track the statutory

18   language.

19        Finally, Mr. Crowl has adopted -- or asked the

20   Court to adopt Judge Katsas' statement in *Fischer*, in the

21   *Fischer* decision, which limits obstructive conduct to

22   "conduct that impairs the integrity or availability of

23   evidence."  I decline that because that was not the holding

24   of the Court.  In fact, the majority opinion rejected that

25   position, and so I do as well based on binding precedent.

1          And then further asks that Judge Walker's

2    requirement that the defendant act with "an intent to

3    procure an unlawful benefit either for himself or some other

4    person, the defendant must not only know he was obtaining an

5    unlawful benefit," he must also -- "it must also be his

6    objective or purpose."

7          That is not the holding of *Fischer*.  I know that

8    is a suggested definition, and the issue is still an open

9    one.  I guess what I'll do at this point is just leave it

10   open and I'll listen to the evidence and the arguments and

11   ultimately I'm not sure it makes a material difference based

12   on at least the factual presentation, but we can deal with

13   that later.

14         Okay.  So the parties have submitted a Revised

15   Statement of Elements and Facts for Stipulated Trial.  Has

16   that been signed by the defendants and counsel?

17         MS. RAKOCZY:  I think it's being signed by the

18   defense now, Your Honor.

19         MS. HERNANDEZ:  Yes, Your Honor.

20         THE COURT:  All right.

21         Mr. Crowl and Ms. Hernandez, could I just ask you

22   to come forward, please.

23         Come on up, Mr. Crowl.

24         MS. HERNANDEZ:  Just for the record, Your Honor,

25   I believe this is the first time he's worn a tie and a

```
1    jacket in 30 years.
2              THE COURT:  He looks great, so he should do it
3    more often.
4              All right.  So, Mr. Crowl, we've now received what
5    I understand to be the final Statement of Elements and Facts
6    for Stipulated Trial.  It's a 27-page document I'm just
7    going to hand up to you.  And I'll ask you just to confirm
8    on page 26 that you've signed that document, sir.
9              DEFENDANT CROWL:  Yes, sir.
10             THE COURT:  Okay.
11             And, Mr. Crowl, have you had the opportunity to
12   read the final statement or have you had it read to you,
13   sir?
14             DEFENDANT CROWL:  Yes, sir.
15             THE COURT:  All right.
16             And do you have any questions or concerns about
17   the Statement of Elements and the Facts for Stipulated
18   Trial?
19             DEFENDANT CROWL:  I believe that any concerns
20   I have will be addressed in our closing argument,
21   Your Honor, sir.
22             THE COURT:  But in terms of -- maybe I should be
23   more precise.
24             Do you agree that the Statements of Elements and
25   Facts for Stipulated Trial -- or let me be precise -- that
```

```
 1   the Statement of Facts for the Stipulated Trial --
 2              DEFENDANT CROWL:  Yes, Your Honor.
 3              THE COURT:  -- do you agree that those facts are
 4   fair and accurate and that the Court can consider them as
 5   true for purposes of considering a verdict?
 6              DEFENDANT CROWL:  Yes, Your Honor.
 7              THE COURT:  Okay.
 8              MS. HERNANDEZ:  Subject to the objections which
 9   the Court has overruled.
10              THE COURT:  I understand that, yes.
11              Subject to the objections on the admissibility of
12   the evidence that has already been addressed.
13              Okay.  And just to confirm, we talked yesterday
14   about what rights you are giving up by proceeding with a
15   Stipulated Bench Trial.  Let me just confirm that you have
16   not -- that you continue to wish to proceed by Stipulated
17   Bench Trial and continue to waive your right to a trial by
18   jury; is that correct?
19              DEFENDANT CROWL:  Yes, sir.
20              THE COURT:  Okay.  All right.
21              Why don't you have a seat, sir.
22              MS. HERNANDEZ:  Thank you, Your Honor.
23              THE COURT:  Thank you.
24              Mr. Beeks and Mr. Hunter, why don't you come on
25   up, please.
```

1            Mr. Beeks, good morning to you, sir.

2            DEFENDANT BEEKS:  Good morning.

3            THE COURT:  I'm just going to ask if you would

4   please take a look at that Statement of Elements and Facts

5   for Stipulated Trial.

6            Mr. Beeks, that is the revised version, it's the

7   final version.  Have you had an opportunity to read that

8   document or have you had it read to you, sir?

9            DEFENDANT BEEKS:  Not this -- well --

10           MR. HUNTER:  Your Honor, there were two additions

11   made this morning.

12           DEFENDANT BEEKS:  Yeah.

13           MR. HUNTER:  The Assistant U.S. Attorney came and

14   showed us those two additions, and the document is, to our

15   understanding, though we have not gone line for line on all

16   27 pages, otherwise word for word the same thing that we

17   agreed to and submitted to chambers about 2:00 yesterday

18   afternoon.

19           DEFENDANT BEEKS:  Yeah.

20           THE COURT:  Okay.  All right.

21           So the bottom line, though, Mr. Beeks, is that,

22   are you -- on page 27, I believe it is, is that your

23   signature, sir?

24           DEFENDANT BEEKS:  Yes.

25           THE COURT:  And are you satisfied, Mr. Beeks, that

1   the document sets forth the facts for purposes of this

2   Stipulated Trial, that those facts are fair and accurate and

3   that I can consider them as true for purposes of determining

4   a verdict in this case?

5           DEFENDANT BEEKS:  Yes.

6           THE COURT:  And yesterday we discussed what rights

7   you are giving up by proceeding with a Stipulated Bench

8   Trial.  Do you still wish to proceed with a Stipulated Bench

9   Trial and waive your right to a jury, sir?

10          DEFENDANT BEEKS:  Yes.

11          THE COURT:  Okay.  All right.

12          Why don't you have a seat, Mr. Beeks.

13          And with that, is there anything else we need to

14  discuss preliminarily before we continue?

15          MR. EDWARDS:  Not for the government, Your Honor.

16          THE COURT:  Okay.

17          Anything from the defense?

18          MR. HUNTER:  None for us, Your Honor.

19          MS. HERNANDEZ:  No, Your Honor.  Thank you.

20          THE COURT:  All right.

21          Okay.  With that, then we will turn to the

22  government with its closing.

23          MR. EDWARDS:  Thank you, Your Honor, for a quick

24  second.  I've got a couple snapshots and a PowerPoint that

25  I'd like to show while I address the Court this morning.

1          Your Honor, I would just like to start, the

2     government has a closing address we'd like to provide right

3     now and we intend to, but I just want to note, given the

4     function of this proceeding, the government's happy to

5     address and answer any questions throughout, if the Court

6     should have any.

7          THE COURT:  I will tell you my plan is not to ask

8     any questions unless I absolutely need to.

9          MR. EDWARDS:  Understood, Your Honor.  Thank you.

10         So, Your Honor, on January 6th, Defendant

11    Donovan Crowl put it perfectly.  They took over the Capitol

12    and they overran the Capitol.  Those were his words.  And

13    that's exactly what he and his co-defendant James Beeks did

14    with their co-conspirators that day.

15         Now, the Court is aware, likely through all the

16    exhibits and the stipulated document that's submitted to the

17    Court, that -- of all of the defendants' conduct.  And so

18    what I'd like to do is orient the Court around particular

19    parts of evidence that highlight Mr. Donovan Crowl and

20    James Beeks' intent that day.

21         So to do that, I'd like to orient the Court to a

22    particular time frame on January 6th, 1:00 p.m. to 4:00

23    p.m., and there are four moments in that timeline that

24    highlight for the Court these defendants' intent and how you

25    know that they agreed to obstruct the proceeding going on at

1    the Capitol.

2          And those four moments are The Ellipse,

3    Pennsylvania Avenue, the Capitol Grounds, and the Capitol

4    itself.  I'm just going to walk through those moments in

5    time and a couple of other pieces of evidence to orient the

6    Court to these defendants' intent, who they're around, who

7    they're with, what they're doing, and what these people are

8    saying.

9          So, for example, what you'll notice when we walk

10   through those four moments in time is something in

11   particular.

12         These two defendants, Donovan Crowl and

13   James Beeks, they're together; they are together at every

14   single one of those moments.

15         And what you'll notice as you watch through these

16   exhibits is that they're also with Jessica Watkins.  And

17   that matters, because on January 6th, Jessica Watkins is a

18   walking, talking narrator of this group's intent as she

19   leads their charge to the Capitol and as she leads their

20   charge down the Senate hallway.  In almost all of these

21   exhibits, you will see both Donovan Crowl and James Beeks

22   with Jessica Watkins.  And you can and should use her

23   statements and her actions as evidence of their criminal

24   intent that day and what they are doing with her.

25         When you walk through this timeline and I show you

1   these four moments in time, it will become clear,

2   Your Honor, that the evidence proves beyond a reasonable

3   doubt that they are guilty of conspiring to obstruct the

4   official proceeding and interfering with the officers in

5   that Senate hallway.

6           So let me start at The Ellipse.

7           By 1:00 p.m. on January 6th, most of the

8   defendants or both of these defendants, including their

9   co-conspirators, are at The Ellipse near the White House.

10  James Beeks is on the far left, and Donovan Crowl is on the

11  far right.  And as an early example of what I've just talked

12  to you about, Jessica Watkins is right behind James Beeks

13  standing here.

14          What you'll notice is, first, just look at their

15  equipment and their gear.  James Beeks is wearing a

16  ballistic helmet, the jacket that has "Bad" in the upper

17  left corner, a homemade shield, kneepads, and what appears

18  to be a body-worn camera around his neck or on his chest.

19          And Donovan Crowl is similarly garbed.  He's got a

20  tactical vest, a helmet, goggles.  And what you'll see later

21  is that when he's stopped by police, he admits this is a

22  bulletproof vest in his vest.

23          So let's talk about how we got here, how do these

24  two defendants in particular get to this moment in

25  The Ellipse.

1          For James Beeks' part, he came from Florida.  He

2     joined the Oath Keepers on December 21st, 2020, after what

3     he admits is reviewing the Oath Keepers website.  And he

4     admits that he was following the Florida Oath Keepers Parler

5     account.

6          Now, Your Honor, that's important here because

7     while in the document there is some language that

8     James Beeks highlights that he reviewed from the website

9     when he was joining, the Court also has other language that

10    was on that website at the time Beeks was reviewing it:

11    Government's Exhibit 1002 and Government's Exhibit 1005.

12         1002 is from November.  It's Stewart Rhodes' call

13    to action in which he lays out the so-called Serbian plan at

14    the end.  This was on the website when James Beeks was

15    reviewing it to determine whether to join the Oath Keepers.

16    And Stewart Rhodes, at the end of that article, wrote a

17    headline:  "What we must do."

18         And the Court is well aware of this so-called

19    Serbian plan from the record.  Stewart Rhodes highlights

20    some of the things, in his words, they must do:  Swarm the

21    streets, overcome barricades, take to the Capitol, and storm

22    the Parliament.  He lays out what's going on with this

23    election proceeding as it goes toward January 6th.

24         And there's another article in the record that

25    Stewart Rhodes had put on that Oath Keepers website the week

1    that James Beeks joined, December 14th.

2              Seven days later, James Beeks joins this after

3    reviewing the website, and on that website was Stewart

4    Rhodes' open letter to President Trump.

5              Rhodes wrote to Trump in that article:

6              "We are in a fight no matter what.

7              "If President Trumps fails to act, we the people

8    will have to fight a bloody revolution or Civil War to throw

9    off an illegitimate, deep state, Chinese puppet regime."

10             That's the kind of language that was on the

11   Oath Keepers website.  That was the mission put out by

12   Rhodes.  And that is the language and the mission that

13   James Beeks, after reviewing the website, joins the

14   Oath Keepers.  He actively sought this group out and he

15   joined.

16             And soon after he joined on the 21st, he starts to

17   book travel to January 6th.  He books his rental car, his

18   apartment or house in Alexandria, all in late December, soon

19   after joining.

20             He spends nearly $2,000 on a rental car to get

21   himself to D.C. on the 6th; and in the stipulated facts, he

22   actively sought out the Oath Keepers on the 6th.  He told a

23   cooperating witness of the government's, "I was looking for

24   them," the Oath Keepers, and he joins them on The Ellipse.

25   That's how James Beeks gets here.

1        Layering that evidence on top of James Beeks and

2   what he understood was going on as he then did what he did

3   after this moment is important to understand his criminal

4   intent.

5        So how did Crowl get there?  Crowl's connection to

6   the Oath Keepers was through Jessica Watkins.  She was the

7   leader of the Ohio regular state militia, and he was a

8   member of it.  In fact, the hierarchal nature of that

9   organization, like the Oath Keepers, was such that

10  Jessica Watkins was the leader and Crowl was her deputy.

11  Crowl, in his own words, considered Watkins as his

12  commander, as his captain.  And Watkins was on the bottom

13  floor of this conspiracy.  And while she was there, Crowl

14  was right next to her.

15       On November 9th, Jessica Watkins was on that

16  GoToMeeting with Stewart Rhodes and Kelly Meggs in which

17  Stewart Rhodes lays out a framework for how to oppose the

18  Presidential election.

19       Watkins, when she's on that GoToMeeting, at the

20  same time, is messaging Donovan Crowl.  She extends an

21  invitation to him to go to the November Stop the Steal

22  rally, and he says, "I'm in."  He's bringing the night

23  sticks, in his own words.

24       And here's something critical for the Court to

25  consider.  After listening to this GoToMeeting, Watkins

1    messages Crowl:  "This is what we've been waiting for.

2    Let's make history, motherfucker."

3              That's important.  What is it that Crowl and

4    Watkins have been waiting for?  What is it that Watkins

5    listened to from Rhodes and then messages Crowl, "This is

6    what we've been waiting for"?

7              Well, the Court has that in the record.

8              The entire GoToMeeting recording is in the record

9    as Government's Exhibit 1000.  And I'm just going to

10   highlight a couple snippets just by pulling out some of the

11   text of that recording.

12             But here's what Rhodes was talking about with

13   Watkins and others.  He was talking about fighting.  He was

14   talking about offensive action.  "There is nothing left but

15   to fight," in Stewart Rhodes' words that night.  And I'm not

16   going to read through all of these, but that's the message.

17             And Stewart Rhodes then lays out a framework of

18   how to fight.  He explains in another part of this

19   GoToMeeting call, "There's going to be some on the outside

20   and some on the inside."

21             And part of this framework for fighting will

22   involve an armed QRF, the same Quick Reaction Force that

23   Caldwell, later in January, talks to Crowl about when Crowl

24   reaches out and asks for the plan.  That's what Rhodes is

25   talking about in this GoToMeeting.  There's, we need to

1    fight, here's how we do it.

2         He also talks about how long they need to wage

3    that fight.  At another part of this GoToMeeting, he

4    mentions, "This is not going to be a one-day event."  He's

5    telling Watkins, "This is not just about the November

6    Stop the Steal rally."  Right?  We need to do what?  "Build

7    it up, build it up, and keep the pressure."

8         That's what he tells Watkins and them.  This is

9    not just about November, we need to keep the pressure.  And

10   how do we, as we go forward, maintain op sec?  Rhodes told

11   them, "Don't make it easy for them to pop you with a

12   conspiracy."

13        Here's why all of this is relevant to

14   Donovan Crowl.  Jessica Watkins listens to all of this.  And

15   the Court can and should consider all of this information

16   against Crowl, because Watkins then takes this information

17   and says to Donovan Crowl, "This is what we've been waiting

18   for."

19        And what does Crowl do?  He joins her.  He goes

20   with her to that November Stop the Steal rally.  Rhodes is

21   there, Watkins is there, co-conspirator Thomas Caldwell is

22   there.  He joins Watkins on the ground floor of this

23   conspiracy.  This is what he had been waiting for.

24        And after that November rally, here's how you

25   know, Your Honor, that Crowl agreed with this.  While he may

1   not have been on that call, he is certainly not only an

2   active equal to Jessica Watkins going to the November rally

3   and going to January 6th, he is an ideological equal to

4   Jessica Watkins.

5           You know this because Crowl told Caldwell after

6   that November rally, "War is on the horizon."  That's what

7   he has to say after attending a Stop the Steal rally,

8   focused on the fraudulent election in their minds:  War is

9   on the horizon.

10          And as late as December, after Watkins tells him,

11  "This is what we've been waiting for," he still asserts,

12  she's his captain, "My boss is Jess."

13          So layering -- again, like Beeks, layering this

14  evidence on top of Donovan Crowl, as we go into assessing

15  what his actions were that day with Watkins, that is

16  relevant to assessing his criminal intent.

17          So on January 6th, here we are.  James Beeks and

18  Donovan Crowl and Jessica Watkins on The Ellipse getting

19  ready to march, and that's what they do.  They're dressed

20  for battle.

21          Now, battle was the constant drum beat from

22  Stewart Rhodes from November to this moment.  It was his

23  drum beat on those letters and on those websites that each

24  reviewed.  It was his drum beat in the GoToMeeting call that

25  Jessica Watkins was on.  It's his drum beat in the Signal

1   messages that are in the stipulated document.  And as they

2   got closer to the 6th, Rhodes focused their attention on the

3   Capitol.

4          And so on the afternoon of the 6th when Rhodes is

5   messaging Watkins and others, "Trump is doing nothing but

6   complaining.  I see no intent by him to do anything."  When

7   Rhodes says, "The patriots are taking it into their own

8   hands," and when he reminds Watkins and others that this is

9   "the street fight or storm the governor's mansion phase,"

10  these are green lights to his deputies to act.  And that's

11  what Crowl and Beeks did under Watkins' and others'

12  instruction that day.

13         So by 1:25 p.m., we're leaving The Ellipse to the

14  next time point of the four, Pennsylvania Avenue.  At 1:25

15  p.m., Rhodes messages, "Pence is doing nothing.  As I

16  predicted."

17         And you see on Watkins' own video, Donovan Crowl

18  and James Beeks in that video, in 1500.5, at timestamp

19  1 minute 38 seconds.  What you'll notice in this PowerPoint,

20  Your Honor, is there are exhibit numbers and timestamps when

21  it would be helpful to the Court in the bottom right, and

22  I'll try to highlight them orally as well.

23         But at that timestamp, at 1 minute and 38 seconds,

24  you'll see Crowl with Watkins.  And as she turns to the

25  right, you'll see James Beeks behind Connie Meggs.  And

1    you'll see Beeks' helmet and his neck gaiter there, the

2    light-colored neck gaiter, right behind Connie Meggs.

3    Watkins yells, "Move," and that's what Crowl and Beeks do.

4    Immediately when she says, "Move," they move.

5            You'll see this on Pennsylvania Avenue.  They stay

6    together.  That's a theme throughout this as you focus on

7    the evidence of their intent.  And it's important because

8    Watkins repeatedly took to Zello while marching down

9    Pennsylvania Avenue announcing their group's intent.  And

10   Crowl and Beeks are at her elbow.

11           Here is a video Watkins recorded while on that

12   Pennsylvania Avenue.  It's 1500.5, at timestamps 5 minutes

13   and 41 seconds, and 5 minutes and 42 seconds.  She turns her

14   camera to her left.  And as she turns, you see James Beeks

15   here on the right picture.  And she turns the camera to

16   herself and you see Donovan Crowl at her side.  And

17   Jessica Watkins herself in the bottom left.  That's how

18   they're structured the entire way.

19           At some point when they get to the

20   Capitol Grounds, they huddle.  But before that moment,

21   Jessica Watkins repeatedly took to that Zello and said

22   things like this:  "It has spread like wildfire that Pence

23   betrayed us."

24           And that's important.  Rhodes' statements about

25   Pence to Watkins and Watkins "wildfire" comment here that

1   "It has spread that Pence betrayed us," that proves beyond a

2   reasonable doubt that this mob, this group of people

3   intended to get to the Capitol and knew that that proceeding

4   was ongoing.  That Pence had not stopped it.  That extends

5   to both James Beeks and Donovan Crowl.

6          Watkins continued on that Zello.  1:53 p.m. she

7   says, "We have a good group.  We've got about 30, 40 of us.

8   We're sticking together and sticking to the plan."

9          "We're sticking together, we're sticking to the

10  plan."  The same plan that Rhodes had laid out on the

11  GoToMeeting of how to oppose this election.

12         And at 2:00 p.m., Watkins adds, as they near the

13  Capitol, "We're one block away from the Capitol."  And she

14  knew what they were going to do.  "We're going to go

15  silent."  She says, "I'm going to go silent when I get there

16  because I'm going to be a little busy."  And that's at

17  1500.5 at 5 minutes.

18         They were not going to be spectators there.  They

19  were going to be busy.  They were going to be obstructing

20  that proceeding.  And Watkins' words again are significant,

21  because 30 minutes after that moment when she says that,

22  these two defendants are in Jessica Watkins' orbit right

23  there marching into the Capitol with her.  That's not a

24  coincidence, Your Honor, that's evidence of coordination.

25         So that brings us to the third of four time

1    points:  The Capitol Grounds.

2              Now, I mentioned earlier that as they approached

3    the Capitol, the group huddled multiple times.  In fact, in

4    one of those huddles, in 1500.5, I'm going to give you a

5    timestamp range, 7 minutes and 53 seconds through 8 minutes

6    and 24 seconds.

7              THE COURT:  Sorry, can you say those times again?

8              MR. EDWARDS:  Yes, Your Honor.

9              7 minutes and 53 seconds to 8 minutes and

10   24 seconds.  And that's Exhibit 1500.5.

11             This is one of those huddles.  You'll see the

12   Oath Keepers gather together on the west side of the Capitol

13   as they were wrapping around the north to get to the east.

14   And they huddle.  CCTV captures this group grouping

15   together, staying together as a unit.

16             Here's why I flagged this huddle.  James Beeks

17   does something that human nature should indicate he's acting

18   as part of a group.  He walks and doesn't see that they're

19   huddling.  And just as if you or I were walking around the

20   Capitol with a group, he notices the group stopped.  He

21   doesn't keep going.  He's not a lone actor in this.  As soon

22   as he notices that group huddled, he turns around and he

23   huddles with them.  Right?  He jumps into that huddle

24   because he is acting as a group.  He is not acting as a lone

25   actor that day.  And when they move out, he moves out.

1    You'll see him with his homemade shield facing the camera as

2    he walks around, zips around and then goes back as part of

3    that huddle.

4            And that's not the only one.  Right?  This group

5    huddled multiple times, including on the east side.  On the

6    east side of this Capitol Building when they finally wrapped

7    around, they huddle at the base of those Capitol steps.  And

8    Crowl and Beeks and Watkins are all right there.  You'll see

9    Donovan Crowl in the far left, James Beeks on the far right,

10   and you'll see Jessica Watkins highlighted to the right of

11   Crowl as you look at the photo.

12           In this huddle at about 2:30 to 2:35, they are

13   together.  It is another -- I'd like to highlight all these

14   moments in time, Your Honor, for something specific.  It's a

15   pivotal moment where you can choose what to do or what not

16   to do, and Crowl and Beeks consistently choose to be part of

17   this group.  This is another one of those pivotal moments

18   when they group together with Kelly Meggs.

19           At some point across these huddles when this group

20   is together, Kelly Meggs tells the group, "We're going to

21   try to stop the vote count."  It's in the stipulated

22   document.

23           And it's not a jarring proclamation to them.  This

24   is in line with what the drum beat has been.  It's in line

25   with what's been on the website.  It's in line with what was

1   on the GoToMeeting and relayed downward in this

2   military-like structure from Rhodes to Watkins to Crowl.

3   This wasn't some jarring proclamation.  It was what they

4   needed to do because Pence and Trump were not doing it.

5           So at some point immediately after this huddle,

6   after a three-way call between Kelly Meggs, Stewart Rhodes,

7   and another co-conspirator, this group moves.  Immediately

8   after that call, Kelly Meggs leads this group up the stairs

9   of the Capitol, and Crowl and Beeks join.

10          And they did so because they agreed.  You know

11  this because the time for peaceful protest in Crowl's eyes

12  was over.  In December of 2020, he had messaged Watkins and

13  other members of that group chat, "Gun, smoke, lead, God and

14  country."  He said, "Law-abiding citizens are fixin' to act

15  out of character.  I'm one of 'em, one of many.  Time for

16  talkin' is over."  He said this in the context wrapped

17  around anger towards actions by the government.  You have

18  the thread, you can review the entirety of the thread and

19  see that this conversation was about disagreement with that

20  government.  Crowl had gotten to a point where the time for

21  talk was over.

22          So on the 6th, he joined that group and marched up

23  those steps.  You'll see Crowl in the middle toward the

24  bottom of this group and Beeks one person away behind

25  Sandra Parker.  And they joined after Kelly Meggs tells them

1    that they're going to stop the vote count by throwing their

2    hands on each other's shoulders and marching into the

3    Capitol.

4            That coordinated movement, Your Honor, is evidence

5    of their agreement.  They're communicating by putting those

6    hands on each other's shoulders.  They have a shared goal,

7    they have a shared direction, and they have an agreement in

8    action with one another as they go up to that Capitol.

9            And you can consider the surrounding circumstances

10   and the natural and reasonable consequences of Crowl and

11   Beeks' actions when determining what their intent is.

12   Right?  They're not marching down an empty hallway or a

13   lawn.  They're joining a riot of people who had just

14   surrounded the Capitol that filled the steps.

15          And I want to break this down meticulously.  Every

16   single time point on those steps is relevant to their

17   intent.  The moment it becomes apparent to any reasonable

18   person that this mob is violent and throwing things at these

19   officers and pommeling the officers with projectiles and

20   pushing them out of the way, you can leave.

21          Crowl and Beeks did not.  They joined and they

22   kept marching forward.  They kept marching forward when

23   other rioters were chanting "Oath Keepers" and opening the

24   way for them.  They kept marching forward when the officers

25   finally had to depart those doors.  And that's relevant.

1          It's also relevant that they succeeded in getting

2    into the building.  Right?  Success is part of the evidence

3    of a conspiracy.  And it's not required, but this group was

4    successful.  Getting into that building was part of the

5    criminal objective at that point.  At that moment at the

6    very least when they are throwing hands on shoulders and

7    going into that building, there is a conspiracy to stop what

8    was going on inside, to interfere with the proceeding.  And

9    they succeeded.

10         That brings us to this fourth time period from

11   1:00 to 4:00 p.m., the Capitol itself.

12         They didn't just enter and consider that success.

13   In a long train of horribles by those defendants, they kept

14   going.  They marched through that Rotunda and they stopped

15   as a group.

16         Now, I'd like to get to what they did next.  And

17   before I do, there are three videos that the government has

18   submitted into the record.  This includes -- I'm just going

19   to list them for the record for Your Honor to review.

20   Exhibit 1091.1.  It's Exhibit 1077.6.A and 1091.4.

21         I'd like to describe them very briefly.  And then

22   if the Court will allow me, I'd like to play just some of

23   these short videos to capture what these defendants did when

24   they entered that Senate hallway.

25         THE COURT:  I'm sorry, what was the first number,

1    1091?

2              MR. EDWARDS:  1091.1.

3              THE COURT:  Okay.

4              MR. EDWARDS:  Your Honor, briefly what these

5    videos will show is exactly what these defendants approached

6    and saw as they marched down that Senate hallway and what

7    they chose to do as they saw that.

8              They marched and they joined this mob pushing

9    against the line of officers who are clearly protecting a

10   special or restricted area, clearly sending a message that

11   they, the rioters, the defendants, cannot go this way, and

12   they keep pushing.

13             For technical reasons, the videos wouldn't upload

14   to the PowerPoint.  If you could bear with me, I'll just

15   upload them manually and just play them.

16             Your Honor, I'm going to do this old school and

17   just hold it up to the microphone for audio, rather than

18   just deal with the technical.

19             (Video played)

20             MR. EDWARDS:  Your Honor, I'll pause here at about

21   1 minute and 55 seconds.

22             What this video lays out is the scene that

23   Donovan Crowl and James Beeks and Jessica Watkins approach

24   and see down that hallway, because from this vantage point

25   at this moment in time, Crowl and Beeks are behind the

1    camera.  And you know that because, as we enter the second

2    half of this video, you'll see Jessica Watkins appear on the

3    camera from behind, chanting "Push, push, push."

4            And that evidence is important for a couple

5    reasons.  You hear the chants.  So did they.  Right?  "Fuck

6    Mitch McConnell" is relevant because it's about the

7    proceeding, it's about the players in this certification.

8            So the surrounding circumstances can be used as

9    evidence of their intent and their awareness of what is

10   going on here.  "You serve us" is to the officers who are

11   clearly stopping them.  That's evidence, because they're

12   also charged with interfering with those officers.  And so

13   you'll note toward the second half of this video, you'll see

14   that this is the scene that these defendants and their

15   co-conspirators approached.

16           (Video played)

17           MR. EDWARDS:  Right there.  "Push, push, push.

18   Get in there.  They can't hold us."  They can't hold us,

19   Right?  The officers cannot hold Jessica Watkins and

20   Donovan Crowl and James Beeks who are hand-on-shoulder still

21   marching down that Senate hallway.

22           And what you'll notice is that the nature of that

23   group changes when these defendants and the Oath Keepers

24   join.  That group all starts lurching forward.  People

25   listen to Jessica Watkins.  And those people included Crowl

1    and Beeks.  They start pushing forward.

2                (Video played)

3                MR. EDWARDS:  Now, to orient the Court, this room

4    S230, you're going to see this door in the next video.  And

5    that's important because you'll see that around that area of

6    the hallway -- you'll note that you're oriented the same

7    direction and same part of the hallway in the next video.

8    That's important because you'll see Crowl right next to

9    Jessica Watkins.  So you'll know that he was behind her as

10   she was chanting, "Push, push, push.  Get in there."

11               So this next video is Exhibit 1077.6.A.

12               So to orient the Court, there's the room on the

13   far left, just for the record, in the middle left of this

14   Senate hallway.  It's the same room you were seeing in the

15   prior exhibit.  You'll note the line of officers that are

16   clearly in view, and the Senate hallway door is the far end

17   of this hallway.

18               What you'll see is Watkins and Crowl, together,

19   are oriented around that exact same space of the door at

20   this point.

21               (Video played)

22               MS. HERNANDEZ:  What did you say the exhibit was?

23               MR. EDWARDS:  This is 1077.6.A.

24               MS. HERNANDEZ:  Thank you.

25               (Video played)

1          MR. EDWARDS:  I'm going to pause here at

2    29 seconds for a reason.

3          Your Honor knows what's on the other side of this

4    flag, because you just saw it in the video, so does

5    Donovan Crowl.  He's right here in the bottom left of this

6    video with the yellow goggles.  And in front of him with the

7    metal helmet is Jessica Watkins.  Any argument, any argument

8    from Mr. Crowl today that he was obstructed by that flag is

9    belied by this video.  Mr. Crowl can clearly stand on the

10   left side of that flag and is looking forward.

11         And you'll see in a couple seconds that flag then

12   brushes in front of him through the rest of some of this

13   video.  Doesn't matter.  He is right here looking forward

14   unobstructed by that flag.

15         (Video played)

16         MR. EDWARDS:  And with that view Mr. Crowl and

17   Ms. Watkins had, they pushed forward.  They moved that line

18   of officers back.

19         And you can see some people came backwards.  We're

20   now much further away from one of those doors.  But

21   Mr. Crowl went forward.  He moved those officers.  And they

22   got closer and closer to the Senate hallway, Senate Chamber.

23   The very room, as Your Honor is aware, where elected

24   officials are constitutionally and statutorily supposed to

25   be certifying the Presidential election.

1              So the final video is Government's Exhibit 1091.4.

2              (Video played)

3              MR. EDWARDS:  Just to orient the Court, and I'll

4    play it -- I'll talk to you and then I'd like to play it all

5    the way through.  It's only 46 seconds.

6              What you're going to see is the viewer is able to

7    see on this video the officers start pepper-spraying.

8    You'll see a stream come from these officers.  And as the

9    person holding that phone turns around, you'll see Mr. Beeks

10   right there, two rows, three rows from those officers.  And

11   as soon as that individual holding the phone turns around,

12   there Mr. Beeks is with his helmet and his neck gaiter

13   facing those officers.

14             So I'll start from the beginning and allow the

15   Court to just watch it all the way through.

16             (Video played)

17             MR. EDWARDS:  In case the Court wasn't able to

18   track -- and I sat here and lied -- I've paused it again,

19   but 22 seconds on the video, you can see the bottom left

20   corner of this video with his red hood, black helmet,

21   goggles and the light green neck gaiter.

22             (Video played)

23             MR. EDWARDS:  Your Honor, this is criminal.

24             And it's really, frankly, the evidence the Court

25   needs for both of these charges, because there is no

1    reasonable reason to push down that hallway against those

2    officers with those surrounding circumstances other than to

3    get past them, to stop whatever is going on in this

4    building.

5           And they do it together.  It is another pivotal

6    moment to break this down to sand grain, granular style

7    nuggets of evidence.  They could have stopped.  They could

8    have turned around.  Some folks were backing up, as you can

9    see in the second video we played.  They didn't.  Both of

10   them marched forward.  It shows their agreement.

11          Now, I'll talk very briefly about what was going

12   on with the other co-conspirators on the other side to the

13   extent it is relevant to the Court's analysis of this group

14   as a whole.  This group is marching down the Senate hallway.

15   At the same time, co-conspirators led by Kelly Meggs marched

16   down the House side.

17          When they did that, they encountered a

18   U.S. Capitol Police officer.  And you'll see that in

19   Government's Exhibit 1092.1.  What's notable is it is not a

20   peaceful interaction.  The Capitol Police officer is yelling

21   whether or not these rioters want all out war.  He's holding

22   his hand up, very clearly, trying to stop this group of

23   people from going any further down those steps.  It is not a

24   peaceful interaction, and it is part of this group's actions

25   and intent in stopping the proceeding going on when they

1    split evenly, 7 and 7, and marched down the two sacred halls

2    and floors that this proceeding was supposed to be going on.

3            And, again, they were successful.  That's

4    relevant.  They stopped the proceeding.  Right?  They

5    stopped this proceeding from continuing, because as it's

6    laid out in the stipulated document, the proceeding couldn't

7    re-start and continue until every single one of those folks

8    were out of that building and that building was secure.  And

9    they didn't do that until 8:00 p.m.  That success is

10   relevant in assessing James Beeks' and Donovan Crowl's

11   intent.

12           So let's talk briefly about their exit.  They

13   didn't leave, Mr. Crowl and Mr. Beeks, until they were

14   pepper-sprayed by officers.  That's what made them turn

15   around; that's what finally dispelled them from the

16   building.

17           And when they leave, after experiencing all of

18   that, they still don't act alone.  They huddle outside the

19   building, outside the doors, and wait.  They wait for each

20   other before going down those steps and leaving.

21           That kind of coordination after being

22   pepper-sprayed and pushing down that hallway, it is further

23   evidence of their intent to act as a unit.  They weren't

24   stunned by what happened.  They didn't go to officers.  They

25   went out the way they came and they huddled and they waited

1  for one another.

2          And when the Court assesses all of this evidence,

3  their statements, their actions, what they were doing that

4  day, we'd ask the Court to consider the statements of

5  another co-conspirator in Government's Exhibit 1500.5,

6  Bennie Parker.  Here's why.  At 1500.5, at 14 minutes and

7  50 seconds, you can see Mr. Parker interviewed outside of

8  that building.

9          Bennie Parker is someone Crowl traveled with to

10  Washington, D.C.  He's someone Crowl and Beeks marched with

11  down Pennsylvania Avenue to get to the Capitol Grounds.  And

12  he's someone who stood outside when Crowl and Beeks went

13  into that building, went further than he did.

14          Here's what he had to say.  He knew Crowl and

15  Beeks' actions were all about the election.  He told an

16  interviewer, "What's happening right now is very chaotic,

17  but we've just had a Presidential election and it was stolen

18  from us."

19          So he connects the actions of this group to that

20  election.  He knew.  He knew that their actions would

21  overwhelm officers.  He knew it was illegal.  He said to the

22  interviewer when he was asked, "Was that legal getting

23  inside the Congress?"  His response, "Not exactly, but

24  there's not a whole lot they can do with this many people."

25  And just like Crowl in the Rotunda, when he says, "We're

1   taking over the Capitol," Bennie Parker told the

2   interviewer, "The Capitol belongs to us."

3        That message of overwhelming the building and

4   stopping that proceeding had traveled from Rhodes to Bennie

5   and every single person in between.  There is no doubt,

6   Your Honor, that James Beeks and Donovan Crowl, who went

7   further than Bennie and pushed into that building, knew the

8   exact same thing.

9        Now, the defendants, through some of the

10  stipulated facts, have tried to make it seem that they acted

11  to do something other than intend to stop that proceeding.

12  And so what they may argue to you, Your Honor, is "We were

13  there as a PSD, protective security detail.  We were there

14  to help people, to keep people safe from counter-protesters,

15  Antifa."

16       There is no evidence that what they both did in

17  that Capitol Building had anything to do with protecting or

18  helping.  You know that whatever they were doing before 1:00

19  that day does not matter.  People can have mixed motives so

20  long as one of them is criminal.  And as of 1:00 when they

21  got to those Capitol Grounds, they were in a conspiracy to

22  work together and get into that building.

23       Ignore for a second about the protective security

24  detail argument, who would bring a protectee to the Capitol,

25  and just consider the fact that there isn't one when they're

1  on the grounds.

2         They don't go to the grass, they don't go to a

3  stage, they're not frantically looking for someone.  They

4  huddle and they go up those steps.

5         And consider for a second every step of the way

6  who they could have helped when they did what they did.

7         The Capitol Police officers holding a flagpole to

8  keep this door closed.  Government's Exhibit 1096.5 is an

9  exhibit that is in one of the montages.  Government's

10  Exhibit 1503.1 is the montage that includes all of these

11  images, which is in the record.

12         These officers are holding the doors with a

13  flagpole, keeping that door closed from the rioters.

14         Mr. Crowl and Mr. Beeks didn't help these

15  officers.  They didn't help the officer in the riot

16  gear-clad actions to stop these people getting into the

17  building.  They didn't help him.  They didn't help these

18  officers in the Senate hallway.  They protected none of

19  these officers.

20         And after January 6th, after they did what they

21  did and they left, their messages and their conduct

22  continued to reflect their guilt, and it had nothing to do

23  with protecting people that day.

24         Beeks, for his part, got rid of his homemade

25  shield that made him stand out that day.  Government sent

1  FBI to search through various areas that Beeks was known to

2  frequent and stay in.  And while they found some articles,

3  not the homemade shield he had on the 6th.

4          The other item, the very distinctive, "Bad"

5  jacket, with the word "Bad" in the upper left, not anywhere

6  to be found.  He got rid of the items that would show it was

7  him who did what he did.

8          Crowl, for his part, bragged.

9          When co-conspirator Caldwell messaged him that

10  they had "stormed the gates of corruption together" and that

11  they should do this at the local level, starting with Ohio,

12  where Crowl is from, Crowl responded, "Damn straight,"

13  further evidence that Mr. Crowl knew what was going on that

14  day, associating corruption with his perceived target that

15  day.  That shows you he was thinking about the election when

16  they did what they did.  He consented, "Damn straight."

17          And then he put in his own words what he did to

18  various people on Facebook.  He described in detail what

19  these people, including himself, did.

20          Consider:  "We went in through the east back

21  door."  He knew what he did.  He went on in the east.

22  That's true.

23          "Just as they broke through the front door."

24  He knew that his actions and the actions around him helped

25  him.

1           This is evidence of his awareness of his

2    surrounding circumstances when he did what he did.  That can

3    be used for his criminal intent.  He knew that others were

4    doing it too.

5           He added to somebody else, describing a video:

6    "You'll see the Oath Keepers push through the flag bearers

7    in front of the door."

8           The only thing wrong with that is that those were

9    officers.  But they had a flagpole and the Oath Keepers did

10   push through.  That's Crowl in his own words, and he took

11   his time to describe himself.  "Yellow goggles."

12          Look at the photo.  That's Crowl.

13          Then he says later to another individual, "Hope

14   they got the message.  The storm has arrived."

15          And to another person:  "History was made today,

16   Sugar.  We will fight."  That is not about protecting

17   people.  That is not about helping.

18          On January 6th, Donovan Crowl and Beeks were

19   primed to fight the 2020 Presidential election.  The time

20   for talking, to Crowl, was over.

21          And on January 6th, the group's intent, their

22   criminal intent to achieve the objective charged in Count 1,

23   was articulated and affirmed repeatedly from 1:00 to 4:00.

24   When Watkins yelled, "Move."  When Watkins announced they

25   were sticking to the plan, they were going to be busy.

1          When Kelly Meggs told them they were going to try

2     to stop the vote count.  When Kelly Meggs waved them inside

3     the building, in 1503.1.  When they breached the Capitol and

4     then the Rotunda and then the Senate hallway.  When Watkins

5     ordered them to "Push, push, push, they can't hold us."

6     When officers sprayed them and when others messaged them and

7     they responded afterward.  At what point do you stop?

8     Because they didn't.  Every single one of those moments, the

9     defendants followed orders, they joined the agreement, and

10    they acted.  So any claim that they didn't hear a statement

11    or they weren't close to someone is belied by the sheer

12    volume of times that that intent was clear around them and

13    they joined.

14          So when you consider all of this evidence,

15    Your Honor, it's clear that Donovan Crowl and James Beeks

16    are guilty beyond a reasonable doubt of both Counts 1 and

17    Count 7.  Thank you.

18          I'm happy to answer any questions that the Court

19    has.

20          THE COURT:  I don't have any.  Thank you,

21    Mr. Edwards.

22          Okay.  Before we -- all right.  Why don't we just

23    take about ten before we start with defense closings.  So

24    according to the clock back there, it's 9:30, it's a little

25    bit slow, so we'll resume around 9:40 -- excuse me, 10:40,

1     just a little after 10:40.  Thanks, everyone.

2              COURTROOM DEPUTY:  All rise.  The Court stands in

3     recess.

4              (Recess from 10:30 a.m. to 10:45 a.m.)

5              THE COURT:  Please be seated, everyone.

6              Okay.  Ms. Hernandez, I'm ready to hear from you.

7              MR. HUNTER:  I'm going first, Judge, unless it's

8     the Court's preference.

9              THE COURT:  Well, I thought Mr. Beeks would be

10    doing the closings.

11             MR. HUNTER:  Your Honor, we have spoken at great

12    length and he's instructed me to deliver his closing

13    argument.

14             THE COURT:  Well, he has indicated until just this

15    moment that he is counsel of record.  He had waived

16    representation.  You've been designated as standby counsel,

17    and this is the first time he's indicated that you would do

18    anything other than more than just be standby counsel.  So

19    it was my expectation that he would be doing the closing as

20    his own lawyer.

21             MR. HUNTER:  I would apologize to the Court for us

22    not bringing this forward to you before.

23             This is something that I discussed with

24    co-defendant counsel, with Mr. Beeks present certainly, and

25    with the government at some length.

1          And it was my understanding that if we were both

2     going to speak, if I was going to help him with things or

3     try and explain any of the technical bits of this, the

4     government would object to that.  But this defense, this

5     defendant should speak with one voice.  And knowing that, as

6     it's Mr. Beeks' decision, that he would be more comfortable

7     with me doing it for him.

8          Standby counsel means sometimes you stand by.

9          THE COURT:  Well, it doesn't mean that you get to

10    be called off the playing field whenever the defendant

11    decides to do that.  That's not what standby counsel means.

12    It means you are assisting the defendant in his own

13    representation of himself.

14         MR. HUNTER:  Yes, Your Honor.

15         And I think it's best for everyone involved,

16    including the Court and the government, to allow me to

17    deliver this and keep this argument to the issues that the

18    Court wants to hear about and not -- and I don't mean to

19    belittle his arguments, they're important to him.  I only

20    say that because this should be about the facts and the law

21    here and not the many, many things he's wanted to discuss

22    with the Court in other hearings.

23         MR. EDWARDS:  Your Honor, to the extent that

24    you're interested in the government's position, we'd, at the

25    very least, ask for there to be some sort of *Faretta* waiver

1    on the record from Mr. Beeks to make it crystal clear.

2                THE COURT:  Right.

3                MR. EDWARDS:  Right, right.

4                THE COURT:  Reverse *Faretta*.

5                MR. EDWARDS:  Yeah.  Right.

6                THE COURT:  Mr. Beeks, why don't you come on up,

7    sir.

8                All right.  So, Mr. Beeks, some months ago, you

9    had requested to represent yourself during those proceedings

10   as -- both before trial and during trial.  Do you recall

11   that?

12               DEFENDANT BEEKS:  Yes.

13               THE COURT:  And I granted that request after

14   asking you whether you understood what your rights were and

15   what disadvantages there would be in deciding to represent

16   yourself.  Do you recall that?

17               DEFENDANT BEEKS:  Yes.

18               THE COURT:  Now, I had come into this, even though

19   it's a Stipulated Bench Trial, with the understanding that

20   you were going to continue to represent yourself through all

21   phases of this case, including, for present purposes today,

22   for the closing argument.  It seems that you have made a

23   different decision; is that correct?

24               DEFENDANT BEEKS:  Yes.

25               THE COURT:  And is it the case that you are

```
1   waiving your right to represent yourself and you are now

2   asking your standby counsel to present the closing argument

3   on your behalf?

4           DEFENDANT BEEKS:  Yes.

5           THE COURT:  And that you are essentially waiving

6   any right or any opportunity to speak on your own behalf,

7   that is, through your own voice, as opposed to through your

8   own counsel, through counsel, in presenting the closing

9   today?  Because once he's done, you're not going to get a

10  chance to stand up and supplement or add to or disagree with

11  anything that he says.  Do you understand that?

12          DEFENDANT BEEKS:  Can I confer with my counsel?

13          THE COURT:  Sure.

14          (Standby defense counsel conferred with Defendant

15  Beeks off the record.)

16          DEFENDANT BEEKS:  That's fine, Your Honor.

17          THE COURT:  When you say "that's fine"?

18          DEFENDANT BEEKS:  To the question that you asked.

19          THE COURT:  Let me be clear.

20          Let me ask you to be clear, which is that, are you

21  agreeing to permit Mr. Hunter, who has otherwise --

22          DEFENDANT BEEKS:  Yes.

23          THE COURT:  -- been standby counsel, to present

24  the closing argument on your behalf?

25          DEFENDANT BEEKS:  Yes, sir.
```

1          THE COURT:  And you understand that once he

2    concludes his closing argument, you will not have the

3    opportunity to get up here and add to his argument in any

4    way?

5          DEFENDANT BEEKS:  Sure.  Yes.

6          THE COURT:  You understand that?

7          DEFENDANT BEEKS:  Yes.

8          THE COURT:  Okay.

9          All right.

10          MR. HUNTER:  Thank you, Judge.

11          Good morning, Your Honor.

12          THE COURT:  Good morning.

13          MR. HUNTER:  I appreciate the opportunity to

14    address the Court.

15          THE COURT:  Real quick before you begin.

16          Mr. Beeks, can I ask you one more question?

17          And can you just confirm for me that nobody has

18    forced you or threatened you or coerced you in any way to

19    make the decision to essentially hand off the responsibility

20    for making the closing argument to Mr. Hunter?

21          DEFENDANT BEEKS:  No.  That's -- nobody's done

22    that.

23          THE COURT:  Nobody has forced you, threatened you?

24    You're doing that of your own free will, knowing that you

25    will essentially forfeit the right to present your own

1  closing argument?

2          DEFENDANT BEEKS:  Yes.

3          THE COURT:  Okay.  Fine.

4          Mr. Hunter, go ahead.

5          MR. HUNTER:  Thank you, Judge.

6          What we know in this case is really limited to the

7  stipulated facts here.  And we know that this is a case

8  about the Oath Keepers.  And we know, especially with three

9  previous trials, that there are members of the Oath Keepers

10 who are criminals, convicted in this court.  They did a lot

11 of bad things.

12         But what Mr. Beeks knows, what the government says

13 he knows, is they're public-facing statements.  He knows

14 they talk about being patriots.  This is before January 6th

15 when he joins.  That these are people with a history in the

16 military or as first responders or in law enforcement, like

17 his father and his grandfather, who took an oath to defend

18 the nation, defend the Constitution, to protect us all

19 enemies, foreign and domestic.  That's what he identified

20 with.

21         The only record we have of him saying anything is

22 when he talks to a woman named Tina Meyer walking up the

23 hill with all those other people in a crowd where it was

24 popular to say that you're there to overthrow the

25 government; where it was popular to say, we're going to

1    fight the government or stop the Congress.  And what he says

2    is that he's there to keep the peace.

3         In a crowd of people chanting about finding

4    Nancy Pelosi or hanging Mike Pence, where those popular

5    sentiments of violence, he says he's there to keep the

6    peace.  That's the only thing that we know that he says.

7         Conspiracy is a specific-intent crime.  There's

8    certainly co-conspirator liability for what you reasonably

9    foresee, things that a member of the conspiracy should have

10   known might happen.

11        But to know that, you have to question what a

12   person, Mr. Beeks, knew.  And that's a different question

13   for those who are privy to those chats between Stewart

14   Rhodes and his inner circle.

15        The government certainly cites those in their

16   argument and we have several of those presented in our

17   Stipulated Trial exhibits.

18        There's a GoToMeeting recording that they

19   stipulate they have no evidence that he ever saw it.

20        There's a call to action.  Other truly criminal

21   conversations about not just patriotism, not just being

22   ready to protect the nation or to provide volunteer

23   security, as their public statement said, but being ready to

24   go heavy, to have weapons, to fight.  And he's not privy to

25   any of that.

1          It's a different question when we talk about

2   Ms. Watkins.  We know that she had lots of conversations and

3   secure secret conversations as well with Mr. Rhodes and with

4   others.  We know when she says, it's time to move up

5   Pennsylvania Avenue, which is in the video that the

6   government provides us, folks here her say "Move."  The

7   government says he's right there and hears it:  Move.  And

8   they start walking.

9          But they also cite this conversation that she's

10  having with Stewart Rhodes at the time about why it's time

11  to move and what's going on at the Capitol.  He's not part

12  of that.  She has this conversation, this series of secure

13  text messages on a Signal chat that he's not privy to, and

14  at the end of that says, it's time to move.  She's speaking

15  on a Zello channel that he's not part of.

16         It's a different question about what a

17  co-conspirator can be held liable for.  For those who were

18  in Kelly Meggs' huddle.  And you're going to see a video of

19  that, Judge.  And it's pretty obvious.  He's not in the

20  huddle.

21         And it's certainly a different question for those

22  Oath Keepers who made statements afterwards about how proud

23  they were to have overrun the Capitol, some while they were

24  there in the Capitol and some after.

25         But James Beeks doesn't know any of that and he

1    doesn't do any of that.

2            He had no contact before January 6th with anything

3    other than those public statements.

4            He had no plan to prepare in any meaningful way to

5    be like them, to dress like them, to have the same things

6    that they had.

7            He only knows those public statements because he

8    was never in contact with Stewart Rhodes' private addresses

9    or his leadership secure text chats.

10           He never met Michael Greene or the Caldwells.

11           The closest he comes to Dolan and Harrelson, who

12   were brawling on that staircase for half an hour before he

13   gets there, is passing them on the stairway as everyone is

14   going up.

15           We have thousands and thousands of texts and posts

16   from multiple sites and platforms, and yet none of them

17   connect with Mr. Beeks:  Not a phone call, not a text

18   message, not a Facebook post, none of them.

19           We've presented some videos, Judge, and I hope

20   that you take the time after all the arguments are done, to

21   watch them.  I'm going to give you some time cites.

22           But if you look at those chats and other

23   communications, if you look at where people are walking

24   together, where they're photographed together, you'll see

25   that Mr. Beeks is always tangential, the hanger-on,

1    wanna-be.  Someone who wasn't part of the organization,

2    really.  Certainly someone who wasn't trusted or informed

3    about it.

4           When they discuss their plans, whether it's the

5    day before or when Watkins says it's time to move or when

6    she says that they're getting closer to the Capitol or when

7    the huddle happens or when there's exhortations to push

8    through the police inside the tunnel, where is he?  He's

9    never far away, but he's also never really close.

10          And he's not someone who's ever known any of these

11   people before that day.  He's never had drinks in their bar.

12   He's never met them at a previous event, never spoken to

13   with them online.

14          If he believes he's there to keep the peace, how

15   are his known actions inconsistent with that?  And if, once

16   he gets in the building, he's looking from an exit from the

17   Rotunda, how is his presence in that hallway inconsistent

18   with that?

19          We see the door that he entered that so many

20   people entered.  No one is getting out of that door.  If he

21   wants out of that building, he's got to search for some way

22   out of the Rotunda.

23          And how, after watching all of these months, in

24   fact, we had a colloquy briefly before I could start

25   delivering this argument, because of this, how can anyone in

1   this room who's seen this believe that he perceived things

2   that happened and that were said and written in a

3   conventional way.  This really comes down to intent.  And

4   you can't intend something you don't know.

5           We know the Oath Keepers were a criminal

6   conspiracy, at least within that circle that plotted

7   privately.  We know that there are plenty of members who

8   were not prosecuted in the conspiracy because they didn't

9   commit crimes, or at least not as part of this alleged

10  conspiracy.

11          And like them, Beeks can't intend an object, a

12  criminal object that he doesn't know about.  And there's

13  just no proof that he had that knowledge.  Just that when he

14  came from Florida by himself, knowing only the public

15  statements and knowing no one there, that these were the

16  particular people wearing Oath Keeper shirts that he

17  happened to find at the Ellipse and he followed them.  These

18  are the people that he believed, like him, had answered the

19  call to be security.

20          And there's no proof that he communicated with

21  anyone about the secret plans to break the law.  The only

22  thing we know he says the entire time is that he's an

23  Oath Keeper and he's here from Florida and that when he

24  talks to Tina Meyers, he says, "We're here to keep the

25  peace, stop the violence."

1          Again, Judge, when Watkins says, "Move," she's on

2     the secure chat but Beeks isn't.  When she's on the Zello

3     talking with others, Beeks isn't.  The contacts beforehand

4     and afterwards with her and Rhodes or Rhodes and Greene or

5     the Caldwells or anyone else, he's not part of that.

6     There's no indication that he knew Dolan and Harrelson

7     beforehand, but the government shows us that they're up

8     there on the staircase brawling.

9          Some of the group said they thought they were

10    escorting a speaker up Pennsylvania Avenue.  That's in the

11    stipulated facts.

12         And if that's what they believe, how is it

13    inconsistent with that?  As someone who never drank in

14    Watkins' bar, who never came with anyone, he doesn't know.

15         And, sure, Meggs tells the huddle not that they're

16    going to go stop the vote, I believe that, we stipulated to

17    it, but we see Beeks isn't in that huddle.

18         And where others talk about pushing the police in

19    that hallway, we never hear Beeks say that.  Where other

20    people are certainly pushing, we don't know if Beeks is.

21         And when others are congratulating themselves for

22    having overrun the Capitol, in the Capitol in the days

23    after, Beeks is nowhere to be found.

24         Look at the videos and stills presented, along

25    with all the communications, not one thing comes to or from

1    Mr. Beeks, despite having recovered all of the phones and

2    all of the social media from dozens of Oath Keepers and

3    other associated people.

4            So what evidence is there of what he intended?  We

5    know there's public statements.  We know, as he says, that

6    this appealed to him as the son and grandson of chiefs of

7    police, because this was an organization of former military

8    and law enforcement, people who have taken an oath,

9    something he identified with because of that familial

10   connection.

11           We know that he saw that notice from Rhodes about

12   being voluntary security.  That's in the stipulated exhibits

13   list.  About keeping the peace on January 6th.

14           We know that's what others said they were there to

15   do walking up Pennsylvania Avenue was, be escorts.

16           We know what he said to Tina Meyers about being

17   there to stop violence.  How are his actions inconsistent

18   with that?

19           Getting in there to stop the violence, getting in

20   there to stop people from wrecking the building or doing

21   something else bad.

22           And once he's up there, you've seen the video of

23   that door being open, there were people happy to go through

24   that door.  There were plenty of people who had no choice

25   but to go through that door because the crowd was going to

1    take them.

2          And the government wants you to believe that he

3    ditched his jacket to hide evidence.  But think about this,

4    Judge.  While others are making videos inside the Rotunda of

5    how proud they are for having overrun the Capitol, he's

6    found his way out, he's gone.  He makes no such videos.

7          And this is a man who is not like normal people

8    who might ditch a jacket that's distinctive.  It's not a

9    normal jacket.

10          We know that he moved multiple times across the

11   nation between the events in January and his arrest in

12   November, because he was working as a performer.  Easy to

13   lose things on moves like that.

14          Moved his possessions in storage multiple times.

15   They searched multiple locations where his things were in

16   storage, because that's the state of his life and his

17   belongings at that time.  Is it really tough to believe that

18   you could lose something like that in those many moves?

19          And think about what that jacket is to him.

20   I know, Judge, that you famously said once that you were a

21   student of hip-hop.  It's one of the most impressive things

22   I've just ever seen a judge say, that you have an interest

23   in things outside the court and the law, and it's something

24   that you know and you take it very, very seriously, as we

25   all do, with things that are important to us.

1          This man is a Michael Jackson tribute performer,

2    and he had a crew jacket from the Bad world tour.  Something

3    that only people on the crew of that tour would have,

4    something that Michael Jackson himself had been around for.

5    This, for someone who is a tribute performer for Michael

6    Jackson, is a whole holy relic and not something that you

7    get rid of.  No one hoped it would be found in those search

8    warrants more than him.  No one.

9          Plus, as he's told you many times, and filed in

10   documents with this Court, he earnestly believed that this

11   Court had no ability to judge him in any event.  If he were

12   proud, if he were bragging, that would have been the time to

13   do it.  If he thought that he was someone who was not under

14   the jurisdiction of the Court, why would he destroy

15   evidence?  It just doesn't make any sense.  This is not an

16   allegation that they can prove.

17         So if you look at the videos, again, which is

18   really what this comes down to, when you see him, which

19   isn't frequently, I want you to look at this critically,

20   Judge.

21         Inside the building, is he pushing or being

22   pushed?  Is he looking for an exit?  We know he's being

23   pushed.  We know that once the pepper spray is deployed,

24   that the people at the front of the line, who were far ahead

25   of him, can't get back out.

1          We know in one of the videos the government

2     presented, which, again, I hope you watch, just before they

3     deploy the pepper spray, a woman at the very front of that

4     line in that Senate hallway says, "I'm being pushed from

5     behind," can't get out.  How is he any different from that,

6     Judge?

7          Jessica Watkins is different.  She's exhorting

8     people to push forward.  There are people saying after that

9     breaks up, it's time for the second wave.  He's in no part

10     of that.

11          You'll see the video where the French reporter

12     stands where that little staircase is between the old

13     Senate Chamber and the Rotunda.  That staircase, he didn't

14     know would get him out, but it would have gotten him out of

15     the building.

16          And he's going, by himself, to get out.  And after

17     that, we see all these other people, members of this

18     conspiracy, proudly saying what they were there to do.

19          If he was looking for a way out, Judge, it would

20     not be through the door that he came in.  If he went in to

21     stop a fight or to help others stop a fight, how are his

22     actions inconsistent with that?

23          We know many people were chanting about killing

24     Mike Pence.  We know that they believed that there were

25     legions of Antifa and other agents provocateur.

1           If he believed that he was there to stand between

2    those people or even people with similar political opinions,

3    to stand between them and violence, to stand between them

4    and vandalism, he doesn't intend the object of Count 1.

5           And if he didn't know what others intended, he

6    can't intend to help them do it.  If he was looking for an

7    exit from a bad crowd situation, one where plenty of people

8    were getting hurt, he's not guilty.

9           If he was looking to ensure that no one destroyed

10   the Dun & Bradstreet number of the United States government

11   corporation, or somehow bothered the copyright of the Vice

12   President's name, the corpus juris secundum -- and I don't

13   say that to belittle him in any way with his arguments.

14   I say that to make a point, Judge.  His perceptions, his

15   intentions, his belief of the law in this case where this

16   Court and other counsel before me, government, through their

17   arguments, said and wrote a lot of things, his perceptions,

18   as you know from his filings and his arguments before you,

19   are very, very different of that.

20           If his perceptions in those situations are that

21   far off of what the rest of us were here for, how is it

22   impossible to believe, how is there not a reasonable doubt

23   that his perceptions, his intentions, his knowledge on that

24   day were different?

25           If he was trying to get out or he got pushed by

1   others in the crowd, and he's not intentionally impeding the

2   police, Count 7.

3           And so, Judge, in conclusion -- I'm going to ask

4   Mr. Edwards for his help -- at 7 minutes and 53 seconds, of

5   Exhibit 1500.5, we have the huddle.

6           And I want the Court to watch very, very

7   carefully.  It's 2:24 p.m., Harrelson and Dolan are already

8   brawling on the steps around the other side of the building.

9           (Video played)

10          MR. HUNTER:  Watch these people walk slowly up the

11  hill.

12          And it's tough to see Mr. Beeks.  But you'll see

13  him he's in the back of that group now.  And he's just

14  passing the tree.  He's got that shield.  And everyone is

15  huddling.  And he's walking up the hill and he's walking --

16  he's noticed.  Now he's coming back.  And as soon as he

17  comes back, they break.

18          I know it wouldn't surprise anybody to hear that I

19  played a lot of football.  I've been in a lot of huddles,

20  Judge.  And anyone who's seen football on TV can see he's

21  not in that huddle.  Anyone who knows anything about calling

22  a play from a huddle knows that he didn't hear that play and

23  he's not going to meaningfully be a part of it.  And if

24  anyone wanted him to be meaningfully a part of it, they'd

25  have made sure he was in that huddle and he's not in that.

1          That, Your Honor, that 30 seconds, is James Beeks'

2     relationship with the Oath Keepers writ large.  They're

3     talking, they have a goal, we know what it is, and in

4     hindsight, which is 20/20, it's always perfect, literally

5     years of the finest agents in the world with the most

6     powerful investigative agency that the world has ever known,

7     going through every bit of electronic data, talking to every

8     single witness, cooperators, testimony of defendants

9     testifying on their own behalf, there's no evidence that

10    he's a part of it, that he knows he's a part of it.  And

11    that, Judge, is why we're asking you to find him not guilty

12    of Count 1, an intentional membership in a conspiracy to

13    obstruct Congress, and Count 7, an intentional impeding of

14    the police in a civil disorder.

15          Thank you, Judge.

16          THE COURT:  All right.  Thank you, Mr. Hunter.

17          Okay.  Ms. Hernandez.

18          MS. HERNANDEZ:  Your Honor, could we have a few

19    moments just so I can set up there?

20          I have a PowerPoint that I'd like to -- I'm sorry,

21    good morning.

22          Could we have just -- could you take -- give me

23    two or three minutes to set up my PowerPoint?  Thank you.

24          (Pause)

25          MS. HERNANDEZ:  Good morning, Your Honor.

1    I'm sorry for the technical difficulties.

2           The government has asked you to draw a lot of

3    inferences from evidence that does not involve Mr. Crowl

4    directly; draw inferences from what Mr. Rhodes posted; draw

5    inferences from what Ms. Watkins said; draw inferences from

6    conduct of others; draw inferences from conduct of others.

7           But let's -- I would ask the Court to look and see

8    what Mr. Crowl was doing on January 6th and what he was

9    explicitly told about what he was doing on January 6th.

10          And so he was explicitly told by Ms. Watkins on

11   January 6th that he was coming to -- first of all, when she

12   first asked him -- and this is all under stipulations.  When

13   she first mentions January 6th to him, he says, what's going

14   on?  He has no clue what's going on on January 6th.

15          And what does she tell him?  She tells him, "We're

16   doing security for Roger" -- she says, Trump wants everybody

17   there.  You don't want to miss it if the insur -- if he

18   invokes the Insurrection Act.

19          But the specifics he says to her -- she says to

20   Mr. Crowl, "We're doing security for Roger Stone." And

21   Mr. Crowl then repeats that information to friends and

22   family and others.  And this is all messages, we've

23   stipulated to it, there's no dispute that this is what he is

24   told.  This is what he reports to others.

25          And even on the evening of January 6th, he sends a

1   friend a message, who says to him, "What's going on
2   tomorrow."  He says, his plan, this is late on January 5th,
3   "Go to White House, go back to the hotel to sleep," and then
4   he makes this stupid crack about Antifa.

5          But that's his plan on January 5th.  Never out of
6   his mouth does he mention the Capitol.  Never.  He believes
7   he's coming for a security detail for Roger Stone.  In his
8   mind, that's kind of cool.  Roger Stone is a national
9   figure, it's a big name.  And as I say, he reports it to
10  others.

11         When he contacts Mr. Caldwell about the plan for
12  January -- he says, well, I wanted to talk about the plan or
13  whatever.  Caldwell sends back, "There is no plan."
14  It's like the scene from *Thunderdome*.  There is no plan.

15         But then he says something about, you know, we're
16  going to meet here, there, whatever.  But no one ever says
17  to Mr. Crowl, and he never repeats, "Our plan is to go to
18  the Capitol and obstruct the certification."

19         In fact, you never hear out of his words or any
20  conversations about January 6th, that it's about the
21  certification.  Even -- and I'm doing overview and then
22  I'm going to go back.

23         Even when he posts that "We overran the Capitol,"
24  he's not saying like a lot of other people have said, "We
25  overran the Capitol, we stopped the steal, we obstructed

 1    Congress."  No, "We overran the Capitol."  I see him as

 2    being a rather, full of himself a little bit at that moment,

 3    you know.  Let's all agree that January 6th was a momentous

 4    occasion for -- a momentous occasion.  People got hyped up,

 5    inspired, influenced by the crowds, there's no question

 6    about that.

 7          So when he says, "We overran the Capitol," he's

 8    inside the United States Capitol for the first time in his

 9    life.  The United States Capitol is an immense, beautiful

10    building that most of us who enter it are in awe of.

11          And Mr. Crowl responds in the same way.  He does

12    say, "We overran the Capitol."  But, again, Your Honor, this

13    is a specific-intent crime.  You never hear out of

14    Mr. Crowl, "We overran the Capitol, we stopped the

15    certification, we stopped the steal."  Those words did not

16    come out of his mouth.  Nor does anybody tell him that's

17    their purpose.

18          The exact quote, and it's in the stipulations,

19    Watkins.  This is on December 30th:  "You still going to

20    Illinois?"  Illinois -- she's asking Mr. Crowl whether he's

21    still going to Illinois.  Illinois is where his family, his

22    brother and his sister live, the stipulations say that

23    that's where his family lives.  That's the first statement

24    about January 6th that Watkins communicates to Mr. Crowl.

25    "You still going to Illinois?  We plan on going to D.C. on

1   the 6th, weather permitting."

2           Crowl:  "No.  Didn't have the funds.  Went up to

3   my son's house instead.  What's going on on the 6th?"

4           That's Crowl's response.  He hasn't joined a

5   conspiracy of Rhodes' revolutionary talk or Jess Watkins'

6   provocative statements.  He doesn't even know what's going

7   on the 6th.  This is a text message.

8           And these -- the government has all these people's

9   phones.  They have downloaded and extracted all their

10  information.  There are no missing texts in this sequence.

11  That's the conversation.  "What's going on on January 6th?"

12          Watkins:  "D.C.  Trump wants all able-bodied

13  patriots to come.  I'm sure Tom would love to see us as

14  well.  If Trump activates the Insurrection Act, I'd hate to

15  miss it."

16          Not a word about the certification.  Not a word

17  about obstructing Congress.  Not a word about interfering

18  with the work of the Congress or the certification.

19          Watkins.  So this is in sequence, this is a

20  conversation in sequence.  "So looks like we might be

21  security for Roger Stone if we end up rolling with the

22  Oath Keepers.  Just for your information."

23          I don't know how this --

24          So the next slide in that sequence between the two

25  of them, and the whole thing is printed in the stipulation.

1          Crowl:  "Laughing out loud.  Okay.  I wondered how

2     long it would be before Stewey's dick skinners were in the

3     mix."  That's his term.  Dick skinners is a reference to

4     masturbation, and it's a reference to the low regard with

5     which Mr. Crowl holds Stewart Rhodes after having met him

6     for a short moment in November when they came to that rally

7     in November.

8          His response is -- so what she says to him is, "We

9     might end up rolling with the Oath Keepers just for your

10    information."  His response is, "Laughing out loud.  Okay.

11    I wondered how long it would be before Stewey's dick

12    skinners were in the mix."  And then he says, "Am I still

13    asking Jed for a place?"  Jed is his cousin who lives in

14    Virginia.  "Who's driving?  Where is your rally point?"

15          Watkins:  "Stewey isn't coming."

16          So to the extent the government seeks to attribute

17    to Mr. Crowl or seeks to argue that Mr. Crowl joins some

18    conspiracy involving Mr. Rhodes and all his rhetoric, he is

19    being told, as far as January 6th -- first, he meets Rhodes

20    for the first time in November for a short period of time

21    and walks away thinking Rhodes is someone he wants nothing

22    to do with.

23          And Watkins explicitly says to him, "Stewey isn't

24    coming.  Don, a former LEO, is running the op.  We will be

25    sleeping on a hotel floor with Paul on Tuesday night.

 1    Probably Jed's on Monday night.  I'm down to be security for

 2    Roger Stone.  Seems like a sweet gig."  That's what she says

 3    to him.  That's what they're doing on January 6th.  That's

 4    why he's wearing camouflage and all the other stuff.

 5            There's a lack of evidence, this case, as to

 6    Mr. Crowl.  He's not an Oath Keeper.  And that issue is a

 7    big deal because one of the stipulations is that Ms. Watkins

 8    sends a message to an Oath Keeper person and says, "I need

 9    you to certify Crowl," and this is in advance of the

10    November meeting, so that he can go with us.  And she says

11    to the person and the person says, "Fine" -- she must send

12    him some information, because the person says, "Fine, he's

13    certified," or whatever.  And then she says -- and this is

14    stipulation.  Then she says, "He," Crowl, "will send his

15    application by Friday."

16            There is no evidence -- and the government

17    stipulates to that.  There is no evidence that Crowl ever

18    became a member of the Oath Keepers.  There's no evidence

19    that he ever submitted an application.  There's no evidence

20    that he ever paid dues.

21            And, in fact, that is why the government

22    stipulates the reason he's wearing the patches, the

23    Oath Keeper patches he wears on January 6th are borrowed

24    from Montana, Ms. Watkins' friend.  He doesn't have patches,

25    because those patches belong to dues-paying members of the

1    Oath Keepers.  He is not an Oath Keeper, he wants nothing to

2    do with Mr. Stewey Rhodes.  He's not an Oath Keeper.  He is

3    not on any Signal chat.  He's not on Zello.  He's not on

4    D.C. Op chats.  He's not on GoToMeeting.

5          And it's interesting, because the government wants

6    you to infer not when she, Watkins, is on the GoToMeeting

7    and Crowl -- and Rhodes and them are saying their

8    provocative BS about what they're going to do and what their

9    plans are, she texts Crowl.  What that tells you is two

10   things.  They're not together.  He's not present while she's

11   on this GoToMeeting.

12         And she texts Crowl and all she says to him is,

13   "We're going to D.C."  She doesn't expound on anything else.

14   Those are the texts that she sent.  She doesn't say, we're

15   going to D.C. to overthrow the government or to stop the

16   certification or to do anything.  That's all she says.  And

17   what she says is in the stipulation.

18         He's not on the Florida chat.  He's not aware of

19   Rhodes' statements and letter, Your Honor.  And I do not

20   believe that the law -- as a matter of law or as a matter of

21   fact, that the Court should hold Mr. Crowl accountable for

22   Rhodes' postings and rantings and ravings and hyperbolic

23   rhetoric on his website.  There's no evidence that Mr. Crowl

24   ever accessed the website.  There's no evidence he ever read

25   any of these things.

1          The first couple of things are not even within the

2   dates of the conspiracy.  There is no factual or legal basis

3   for the Court to hold Mr. Crowl accountable for those, I

4   refer to them -- ranting, ravings, and hyperbolic comments.

5          And I would submit to the Court the following.

6   Unfortunately for us, and I mean us American citizens,

7   America in the 21st Century is about being hyperbolic on the

8   Internet.  So we can get followed -- some people can get

9   followers and so they can get money sent to them, so you get

10  types of -- you get Rhodes posting all this BS so he can get

11  followers, because if he just says something normal -- and,

12  you know, he's a Yale Law School graduate, I'm sure he could

13  write an intelligent statement about what he believed the

14  state of the Union was, but that doesn't get him followers

15  or money.  So that's a problem.  That's background.

16         He's not aware of Rhodes' statements and letters.

17  There's nothing in any of the record nor in any of the

18  stipulations that reflect that Mr. Crowl had any contact

19  with Rhodes which would lead him to have access, believed,

20  accepted, followed any of Rhodes' rhetoric.

21         There's no evidence that the government has

22  presented to you, that we've presented to you, that Watkins

23  is reporting her commentary with Rhodes to Mr. Crowl.  There

24  are individual statements, like when she says, "We're going

25  to D.C., that's what we have been waiting for."  But that's

1   what she says.  There's no amplification.  And there's text

2   messaging between them.  There's no amplification of that.

3          The government videos from January 6th often show

4   Dolan and Harrelson and James here, there, and everywhere.

5   There's no evidence that Mr. Crowl had any contact with

6   these people.  Mr. Crowl's contacts are very limited to

7   Watkins, the Parkers, and to Mr. Caldwell.  Mr. Crowl is a

8   bit of a hero worshiper, I would say.  And I say that

9   because he refers to Watkins as "my captain" or "you're my

10  boss."

11         And you can see in his interactions with

12  Mr. Caldwell, whom he meets in November when he's -- when

13  they're here in November and they stay at his farm, you see

14  with his interactions with Caldwell, a retired, I believe,

15  lieutenant Navy commander, that he's very deferential.  You

16  can see in the statements he makes to him that he's very --

17  again, I say, I think he's -- it's his background, his

18  respect for authority, that type of thing.

19         There's a lack of evidence.  No reference to the

20  January 6th certification by Crowl in anything.  No

21  reference to it.  No reference -- there's no -- as the Court

22  has sat through many trials, not just the Oath Keepers

23  trial.  People were chanting stuff on January 6th.  There's

24  no evidence that Mr. Crowl was in that fervor of "Our house"

25  or "Get Nancy Pelosi," or those statements that were made by

1    people in that hallway in the -- that referenced -- that's

2    related to Count 7, there's no words coming out of Mr. Crowl

3    and nor does the government allege that there's any words

4    coming out of Mr. Crowl.  Mr. Crowl is not standing there

5    saying "Push, push, push, they can't hold us."

6            It's not even clear, Your Honor, I would submit to

7    Court, from that video, Mr. Crowl can see the line of police

8    at the end.  He's not at the front, he's toward the back --

9    or he's in the middle, he's in the middle of a crush of

10   people.  He's not pushing forward.

11           It appears, the inference, the logical inference

12   to be drawn from that is he's in that crowd of people.  And

13   I don't know how long the exact amount of time in that

14   hallway, because there are multiple videos of that hallway,

15   but they're mostly clips that have been spliced together to

16   get a full view.  It is a very short period of time.  I

17   don't know, a minute, two, I'm not sure.  I don't know that

18   the record reflects how long it was.  But you can see from

19   the clips it's short.

20           The government makes a lot about how this door

21   back here leads to here and leads to there.  There's no

22   evidence, zero evidence, that Mr. Crowl has any notion of

23   where these locations are or what the meaning of these

24   places are.

25           No one says -- and, again, Your Honor, the

1    government has multiple cooperators in this case who were in

2    that hallway.   None of them are mentioning Mr. Crowl, none

3    of them are saying, "Crowl is the leader"; none of them are

4    saying, "Crowl is pushing us forward"; none.   So it's a lack

5    of evidence.

6         And I'm asking the Court -- the burden is on the

7    government beyond a reasonable doubt, to prove that

8    Mr. Crowl not just entered the Capitol, that he did so

9    corruptly with the specific intent to further the goal of

10   stopping the certification.

11        If he went in there because he got overly excited

12   because he thought this was patriotic, because he thought,

13   gee, this is cool, whatever was in his mind, there is no

14   evidence that it was about the specific intent to stop the

15   certification.   There's no evidence he knew that there was a

16   certification going on that day, none.

17        No evidence Crowl destroyed property, no evidence

18   that he shoved and pushed police officers, none of that that

19   is in some of the other -- that involves some of the other

20   defendants in this case.   Again, no reference to January

21   certification -- January 6th certification by Mr. Crowl.

22        Another thing about Rhodes and Mr. Crowl.   I've

23   already pointed out that Mr. Crowl holds Rhodes in low

24   esteem from one meeting with him, from one short meeting

25   with him in November.

1          But you will see that when they exit the Capitol,

2    the government had that photograph, they have all the

3    different people around, Crowl is not in that group.

4          Where he is, he's off to the side.  He wants

5    nothing to do with Rhodes.  There's no evidence that he even

6    knew Rhodes was there on January 6th.  There's not a video

7    showing him close to Rhodes.  As the Court knows, Rhodes is

8    here, there, and everywhere, the videos show it, but he's

9    not often with the group.

10          No evidence Crowl assaulted, shoved law

11   enforcement officers.

12          No evidence that anyone told Crowl that the plan

13   was to obstruct.  The statements are, we are here to do the

14   security detail for Roger Stone, which, of course, as the

15   Court knows -- I guess I don't want to go outside the

16   record, but there were Oath Keepers guarding Roger Stone,

17   Minuta and those people who came in their little golf carts.

18          January 6th, travel to D.C.  Again, going back to

19   the conversation with Watkins.  And that's text messages.

20          Crowl:  "I'm good with that.  I just didn't want

21   to deal with Stewey."

22          It's a repeated theme.

23          Watkins:  "Don't blame you at all.  Looks like we

24   would be doing private security details the whole time we're

25   there."

1      That's what he's being told.  That's what's in his

2  mind.  And there's no evidence that the government has

3  presented that anyone told him different once they got to

4  January 6th -- once they got to the Capitol on January 6th.

5      And Crowl's response to Watkins saying, "Looks

6  like we'd be doing private security details the whole time

7  we're there," and "Don't blame you at all," is in reference

8  to Crowl saying about Stewart Rhodes.

9      Crowl says, "Nice."

10      So his response is, he's happy that they're doing

11  security details and that Rhodes is not involved.  Stewart

12  not going to be there on January 6th and no plan.

13      Again, there's a chat.

14      On January 1st, Mr. Crowl sends a chat,

15  January 1st or 2nd -- and, again, it's stipulations -- has a

16  chat exchange with Mr. Caldwell, wishing him a Happy New

17  Year, very deferential, I would say to the Court.

18      And Caldwell says -- and he says, "I just -- I'm

19  reaching out to you, I just want to know what the plan was

20  for January 6th."  And Caldwell says, "There is no plan."

21  It's like *Thunderdome* or something, he references.

22      And then he specifically says, "Stewart is not

23  going to be there."  And, again, remember, Your Honor,

24  Mr. Caldwell is not an Oath Keeper either.

25      The government talks about the huddles on

1   January 6th at some point on their walk to the Capitol.

2   They have cooperators in that huddle.  By that I mean they

3   have persons in that huddle who have since cooperated with

4   the government.  Caleb Berry, I believe.

5           Caleb Berry never says, I was standing next to

6   Crowl when Kelly Meggs said X, Y, and Z.  Nothing.  There's

7   nothing in the stipulations.  There's no evidence that Crowl

8   heard, was told, knew that the plan had changed.

9           So the government is asking you, this is -- let me

10  back up.

11          This isn't a case -- the typical government

12  argument.  Conspirators don't write their plans in, you

13  know -- don't have a contract with signs -- signatures and

14  blah, blah, blah, and so you have to infer with their

15  conduct.  Yes, that's true.

16          But in this particular case, you have specifics

17  being told of what the plan was.  So it isn't just infer

18  from their conduct.  It is, this is the specific plan, and

19  that plan is contrary to the government's theory that

20  Mr. Crowl came to D.C. and joined a conspiracy with the

21  specific intent of obstructing, impeding, or influencing the

22  certification.

23          And, in fact, for the most part, what you see in

24  the videos that have been admitted is that Mr. Crowl and

25  with the other stipulations, is at the White House area --

1    not at the White House, in the area of the White House where

2    the speeches are being given, and they're there, and they

3    start walking towards the Capitol.

4          Now, what do we know from the certification?  The

5    certification says that a number of people who were there,

6    including their cooperators, say that the reason they start

7    walking towards the Capitol is because they're told that

8    they're escorting a person, a woman, towards the Capitol,

9    who has some interest in being there because of speeches

10   that are to be given.  That's what the evidence shows.

11         The other evidence that shows, and there's a video

12   of it, and I asked the Court to look at it, is that on that

13   walk to the Capitol, you do not see in any of those videos

14   any point where Mr. Crowl is knocking over -- or any of the

15   other Oath Keepers, knocking over barriers or were there

16   even barriers.

17         What you see in those videos that have presented

18   to the Court is people walking down Pennsylvania Avenue and

19   people -- and the few videos of the Oath Keepers group of

20   which Mr. Crowl was a part, are walking on the sidewalk.

21   That huddle doesn't happen in the middle of these restricted

22   grounds.  It happens on the sidewalk next to the Capitol.

23   There is no barrier there.

24         And what you also see, and there's a video of it,

25   is that Mr. Crowl leaves the Oath Keepers at around 1:08,

1  1:09 in the afternoon.  There's a body-worn camera by police

2  officer.  He helps a lady who had injured her ankle or her

3  leg or something, was having trouble walking, he helps her

4  over to police.  There's a whole video, body-worn camera.

5  You can see him walking, you can see him helping her.  He

6  doesn't know her.  He met her there; a woman who needed

7  help, and that is consistent with Mr. Beeks' statement that

8  he believed they were there to help people, it's consistent

9  with the post that the Ohio -- that Watkins posted about the

10  Ohio regular militia being there, if you need help being

11  escorted, call us.  That's consistent.  That's what

12  Mr. Crowl is doing.  And this is around 1:10 p.m.

13      At this point, there have already occurred

14  breaches of the fences at the Capitol, but Mr. Crowl is

15  nowhere near there.  He's on Pennsylvania Avenue talking to

16  police officers in a friendly manner.  He's not calling them

17  pigs or all the other things that they were called that day.

18  He's having a friendly conversation, he's being a helpful

19  person.  That's the evidence.

20      The Ohio militia -- and we have stipulations in

21  there, Watkins has posts about the Ohio militia, which says,

22  we're here to help others and we're not an anti-government

23  group.  It is contrary to the Oath Keepers' rhetoric about

24  the government corrupt and the cabal, and whatever else.

25      And I would say, Your Honor, there are

1    stipulations about the Oath Keepers, which we agree that's

2    what the Oath Keepers posted.  But what I would ask the

3    Court to consider is that I believe the Court's instructions

4    in the big cases, in the cases you've tried, is that

5    participation in the Oath Keepers is not relevant to the

6    crime.

7              And I would submit to the Court that to hold

8    against Mr. Crowl that he was wearing a patch lent to him by

9    somebody else on January 6th rather than look at what he did

10   is a violation of his First Amendment associational rights.

11             The Ohio militia offered to help people who need

12   escort.  Video of Mr. Crowl helping a lady.  No evidence

13   that Crowl saw Rhodes on January 6th.

14             I would submit to the Court that Mr. Crowl's

15   relationship with Ms. Watkins was fortified by alcohol.  She

16   runs a bar.  Mr. Crowl, as the record will reflect that the

17   Court imposed an alcohol restriction on Mr. Crowl's pretrial

18   release.

19             And the record will reflect by stipulation that

20   when Mr. Crowl turned himself in to police in Ohio, he

21   turned himself -- the government would only go as far as to

22   stipulate that he appeared to be intoxicated.  That

23   fortifies their relationship, that explains a lot of their

24   relationship.

25             And when he says, which the government uses to ask

1    the Court to infer something, "My boss is Watkins," he's

2    talking about the Ohio militia.  And he's talking about this

3    sort of deferential point of view that Mr. Crowl takes to

4    people in authority.  It doesn't allow the Court, I would

5    submit -- that doesn't provide a logical inference that he

6    is following Watkins' warped idea of what was going on that

7    day.

8         And I would submit to the Court that what you can

9    infer from his view of Rhodes and his references to Stewey

10   and to dick skinners, or whatever that term is, is his view

11   that these people, I think he has since learned, are, like,

12   acting beyond their capacity, you know, what Rhodes is a man

13   who, as a firearms instructor, shot his own eye out.

14   I think there's -- his military service was narrow or

15   limited.

16         But they talk -- including Ms. Watkins, we have 40

17   people strong.  Really?  Who are these 40 people?  Because

18   you entered the Capitol with a 60-something-year-old retired

19   woman.  I'm not retired, but I'm an older lady, I'm not 40

20   strong; another, that's Ms. Parker; Connie Meggs is another

21   lady in her late 50s, early 60s; Mr. Beeks, the performer;

22   the kid Isaacs.  This is not a fighting force, Your Honor.

23   Whatever they did or didn't do, we're not talking about

24   people wielding axes or that stack wasn't doing any

25   violence, didn't destroy any property.

1          And the government has made a lot about the fact

2     that they're holding on -- they're hanging on to each

3     other's shoulders.  The place is packed.  It is not uncommon

4     for people who are trying to make their way through crowds

5     at sporting events, at music events, when you take children

6     out on field trips, to try to keep touch with each other.

7     It doesn't mean that they're a military stack.  There's no

8     evidence that they -- there's no evidence in the record

9     before the Court that there was this, let's form a military

10    stack, let's do this.

11          The other thing is that the video will show that

12    when they go up the -- when they go up the steps, they go

13    directly to the Capitol.  They actually step -- stay in

14    that -- to -- they actually stay in that landing and they

15    join the other Americans who were standing there singing the

16    Star-Spangled Banner.

17          However warped or patriotic Americans who were

18    there that day, and you will see in a lot of the videos that

19    a lot of it was just people walking down Pennsylvania Avenue

20    for a political reason, for a political rally, chanting and

21    just supporting their President, as many of them expressed.

22    But there's no question that that was a political rally, and

23    that people, as happens at many demonstrations and rallies,

24    people feed on each other, the enthusiasm gets out of hand,

25    whatever.  As happens after sporting events.

1        And I also would ask the Court to -- I don't want

2   to stretch this analogy too far, but a lot of this, we

3   overran the Capitol, it's the same mentality that gets

4   hyped-up people after their team wins the Super Bowl, we

5   beat the, whatever, we won.  No, you didn't win, your team

6   won, but you didn't.  So there's a -- there's that mentality

7   when they say, we did that or we did this.  But, again, with

8   respect to that comment, I submit to the Court that comment

9   says nothing about the certification or interfering with

10  Congress.

11       The crush of people in the hallway, which is

12  Count 7.  He's not leading the crush, he's not shouting,

13  he's not chanting.  There's no evidence that the government

14  has presented that he heard Watkins' shouts.  As Mr. Hunter

15  indicated, there's a woman saying to one of the officers --

16  it sounds like apologetically -- "I'm being pushed," as if

17  to explain why she's still in the crowd.  That crowd was --

18  a lot of people were in that crush of people in that

19  hallway.

20       There's no evidence that Mr. -- I understand that

21  the statute says in any way impeded or whatever.  There's no

22  evidence Mr. Crowl himself, as there's evidence -- as there

23  has been evidence in other -- in some of the other cases

24  before you, that Mr. Crowl -- Crowl was shoving an officer,

25  trying to, whatever, pretty -- the momentary time that he's

1    in that crowd before he turns around and leaves, I would

2    submit to the Court that does not prove beyond a reasonable

3    doubt that he -- his purpose for being there was to impede

4    the police officers or obstruct them.  His purpose was being

5    there is he followed the crowd until pepper spray came and

6    they left.

7            And as he left, Mrs. Parker, from the video you

8    will see, Mrs. Parker and Mr. Crowl are helping Isaacs, who

9    got, I guess, swamp with pepper spray.  Again, I submit to

10   the Court, there's no evidence that he could even see the

11   line of law enforcement officers.

12           I'm going to get to some of the things the

13   government argued.  They argued that Mr. Crowl and Mr. Beeks

14   were together at different times.  And they were -- you can

15   see them in some pictures.  But you don't see them

16   communicating.  There's no evidence that they were

17   previously in touch with each other.  There's no contacts.

18   There's no text messaging, none of that.  There's no contact

19   by Mr. Crowl with any of the greater conspirators other than

20   Ms. Watkins and Mr. Caldwell and Montana, I think, but he's

21   not charged.

22           The Serbian plan and the exhibits from December

23   14th and November 10 when Rhodes is doing his shtick.

24   There's no evidence that Mr. Crowl knew or was aware of any

25   of that.  None.

1          And I would submit to the Court that as a matter
2    of law, if statements made before the conspiracy and unless
3    the -- I don't know where the evidence is to allow the Court
4    to find that Mr. Crowl joined any conspiracy led by
5    Mr. Rhodes so that any statements of Mr. Rhodes would be
6    admissible against him as co-conspirator statements.
7    There's no evidence, I would submit to the Court, that
8    his -- that he entered into any agreement that involved
9    Rhodes.

10          That November 9th, when Watkins is on that
11   GoToMeeting and she texts him, "This is what we've been
12   waiting for, let's make history, motherfucker," that's in
13   reference to going to D.C. for a rally in November.  And
14   that is communicated by text.  There is no other text that
15   says -- explains or expounds what that means.  There's no
16   other text that explains or expounds, "I just got off a
17   GoToMeeting with Rhodes, hurrah, this is it."  Nothing.
18   That's it.

19          So to take that, which is -- pre-dates the charged
20   conspiracy date and which has no context other than they're
21   going to D.C. -- and, again, I submit to the Court that
22   after he comes to D.C. in November and they go out to
23   Caldwell's ranch, he walks away from that referring to
24   Stewart Rhodes as Stewey, and Stewey and his dick skinners
25   and not wanting to have anything to do with him.  And that

1   was after a momentary meeting with him.  There's no evidence

2   that there was any kind of, you know, long discussion or

3   anything.  It just, in that sense, Mr. Crowl has good

4   judgment.

5            All that stuff, Exhibit 1000, everything Rhodes

6   said, I would submit to the Court as a matter of law and

7   fact, Mr. Crowl should not and cannot be held liable for

8   that.

9            On November 20th, Crowl and -- sends a text

10  message to Mr. Caldwell in which he thanks him for his

11  hospitality, first, to him as a leader of men.  Again, as

12  I say, you can see this tone of deference that Mr. Crowl

13  holds with Mr. Caldwell.

14           And he ends that by something about war's on the

15  horizon.  There is no thing -- the conspiracy is not in

16  effect at that time.  There is no reference to a conspiracy

17  to obstruct the Congress at that time.  There's just a

18  statement of hyperbolic -- you know, we were in a state of

19  hyperbole that summer of 2020, summer and fall of 2020,

20  across the country, between the BLM, and there is a

21  stipulation about the riots, or -- I don't -- I forget the

22  term we used, but the events of the summer of 2020 that have

23  nothing to do with the Oath Keepers or any attempts to

24  overthrow the government or anything like that.

25           It's just the idea that that summer, there was a

1  lot of demonstrations across the country, and people were

2  believing that things were really crazy, and those

3  demonstrations -- again, there's a stipulation about it, I

4  believe it's stipulation No. 4 -- 3 and 4:  "Many Americans

5  protested the results of the election which they believed

6  were fraudulent."

7          But there's also, "the summer and fall of 2020 was

8  also a time of great civil unrest in the United States that

9  included violence against innocent citizens."  That's not

10 about January 6th.  That's about the Black Lives Matter

11 demonstrations that often, at times, you would have small

12 groups -- you would have large groups of people

13 demonstrating for fairness, and you would have small groups

14 who would burn down stores -- I mean, in D.C., there were --

15 stores were loot -- were burned or destroyed or harmed.  And

16 the mayor, that fall, imposed curfews because of

17 demonstrations, and the whole Black Lives Plaza --

18 Black Lives Matter Plaza, that's what that refers to.

19          And in that context, there were a lot of people,

20 including Mr. Crowl, when he makes that comment about war's

21 on the horizon, there were -- a lot of people thought the

22 country was falling apart at the seams.  That's not about

23 January 6th.  There's no context in there about January 6th.

24 This is in November before the conspiracy is alleged as

25 charged, is alleged to have begun.

1          THE COURT:  Ms. Hernandez, how much longer do you

2     think you have?

3          MS. HERNANDEZ:  I'm sorry, Your Honor?

4          THE COURT:  How much longer do you have?

5          MS. HERNANDEZ:  Just a few minutes.

6          THE COURT:  Okay.

7          MS. HERNANDEZ:  A lot of this evidence is about

8     what the talks, the chats, the Rhodes instigating on

9     these -- the Signal and all those ops, there's no evidence

10    that Mr. Crowl was aware of that.  There's no evidence that

11    Mr. Watkins was reporting to the group about what she was

12    saying.

13         The December 22nd, 2020, statement by Mr. Crowl on

14    a chat group, and you will see, we submitted as part of our

15    exhibit, a number of pieces of documents that were posted on

16    that Facebook chat in December 2020.  They are objecting to

17    the stimulus package and how much money went here.  You

18    know, millions to this, millions to that, and 600 to

19    American citizens.

20         They were commenting on COVID and the COVID

21    restrictions, and the COVID this.  The -- it was political

22    commentary, I would submit to the Court.

23         There is one -- among those sheets of paper,

24    there's one document that -- about the election results that

25    compares Mr. Biden's results with Mr. Obama's -- President

```
1   Obama's results.  That's it.  There's no comment about,
2   let's stop.
3          Most of it is just political commentary, which I
4   submit to the Court is First Amendment protected.  Those --
5   that chat group did not involve Watkins.  And everybody
6   else, you can see from the names, it's Mr. Crowl's RG Crowl
7   and his cousin and his brother.
8          You can see that the persons on that chat are
9   Crowls and other people who are not named in any of these,
10  because it's a small group of people and they're friends and
11  they're talking about politics.  I submit to the Court it's
12  First Amendment protected as a matter of law and fact.  The
13  Court should not use that against him.
14         I just want to say a few things about the
15  exhibits, Your Honor.  I was going to play them for you but
16  I'm sure that the Court will watch them.
17         I'd ask the Court to watch -- to look at the
18  defense exhibits, the documents that were posted on that
19  Facebook page.  It's not about January 6th, the video of
20  Mr. Crowl helping this lady, which just shows him in a
21  non-violent stance.  This is what he was doing there
22  January 6th.
23         The clothing, we also submitted the photographs of
24  the encounter.  You don't see the police, but they were
25  stopped, the Parkers, Watkins, and Mr. Crowl were stopped by
```

1    Metropolitan Police around 4:40, 4:45, I think they were

2    near 14th Street, at that point they were walking away.  And

3    you can just see there's no violent, you know, warlike,

4    they're wearing their clothes.

5            He's wearing -- the clothes he's wearing, which

6    the government has made a big deal of it, he's not wearing a

7    gas mask.  He's wearing clothes because he believes he's

8    going to be doing security for Roger Stone.

9            In that -- related to December 22nd post that the

10   government is asking the Court to make inferences, draw

11   inferences from, he also posts a song about, it's called,

12   I think, "Too late for" -- that video is posted -- today, is

13   posted on the National Park Service website.  It is not an

14   insurrection anthem.  It is about the Declaration of

15   Independence.  I'm old enough to remember when we used to

16   think that 1776 and "I have the one life to give for my

17   country" were patriotic statements that we learned in

18   history class.  You know his background, Marine.

19           You may recall from his pretrial release that he

20   raised his son, Seth, because his mother, the child's mother

21   was drug addicted.  The child said very nice things about

22   him.

23           He coached baseball and football before and after

24   his kids were grown.

25           He's a Vietnam vet.  He had melanoma.  He's being

1    treated for PTSD.  I think the Court has already found, in

2    essence, in the bail review hearing that he's got alcohol

3    problems.  He meets Watkins through that bar.  I think

4    that's the -- part of their problem.

5            I would submit to the Court that it's undisputed

6    that the Capitol Grounds are First Amendment -- I mean, as a

7    matter of law, there's D.C. Circuit case law that the

8    Capitol Grounds are a public forum for First Amendment

9    purposes.  You see the videos of them that day, most of --

10   you don't ever see one video where he's knocking over, where

11   he's even passing an area where it shows that it's

12   restricted.

13           I don't believe the government has proved that

14   anything he did that day was done corruptly or that it was

15   done with a specific intent of interfering with the

16   Congressional proceedings that day.  Whether, in fact, it

17   did or not is different -- and, of course, I know the

18   government's argument is, if you're still in there, they

19   couldn't reconvene because of the number of people that were

20   in there and stuff like that.

21           But the bottom line is that all had happened --

22   Congress had already recessed by the time he enters.  So you

23   cannot directly attribute to his conduct the recess of

24   Congress.  It did remain -- I'm not disputing that it did

25   remain out of -- they couldn't reconvene because of

1    everything that was going on, but you cannot -- nothing that

2    he did was what prompted that.  For example, like, you know,

3    the person who broke the window at 2:13, which is the same

4    moment that Congress recesses, right, there's -- none of

5    that direct link.

6              He's presumed innocent.

7              THE COURT:  Just a couple more minutes,

8    Ms. Hernandez.

9              MS. HERNANDEZ:  I'm sorry?

10             THE COURT:  Just a couple more minutes, please.

11             MS. HERNANDEZ:  I'm trying to go through my notes,

12   make sure I'm not leaving anything.

13             Again, sidewalks, no barriers.

14             I know the Court, they're asking you to infer

15   something from Mr. Parker's comment outside the Capitol, but

16   he wasn't even there and they were so -- but we don't have

17   to talk about Mr. Parker's conviction or charges, although

18   I'm happy to engage the Court in that.

19             When he's in the Capitol right before he -- or

20   right around the time when he says, "We overran the

21   Capitol," again, I ask the Court to consider that he's not

22   saying, "We stopped the count," which is what other people

23   are saying, that's not what he's saying.

24             What I found interesting, though, the camera and

25   some of the exhibits are from -- you'll see it says from

1  Crowl's camera.  He's -- they're taking pictures of the

2  beautiful ceiling inside the Capitol.  I know it's hard --

3  maybe some of their conduct is inconsistent with the feeling

4  that they're in a historical building, but I think that that

5  speaks to what's on their mind.

6       It's not about insurrection -- I'm not suggesting

7  that some of the things didn't happen and were a result of

8  what they did or didn't do.  But if you look at their

9  intent, at Mr. Crowl's intent and what he's doing and what

10 he's saying, it's not -- he's not there -- he's not

11 belligerent.  You don't see him -- when he's talking --

12 helping the lady and talking to the police officer, he's not

13 belligerent with officers.

14      And I know there is -- there are some -- there's a

15 *Call of Duty*.  Somebody sent him a video with him and *Call*

16 *of Duty*, he forwards it to Caldwell.  And I know some of the

17 statements after the fact would appear to be supportive of

18 the chaos that happened that day, but I would submit to the

19 Court that is after-the-fact statements.  They were a little

20 bit crazed.

21      You know, in fact, I believe some of the text

22 messages we introduced when they left here, they went to the

23 Parkers and were drinking.  And there's a lot of references

24 to drinking.

25      You can -- I'm not saying that that -- he's an

1   adult.  If he's saying BS because he's drunk, that's his

2   problem.  But I'm just saying that's after the fact.  That

3   should not be the focus of the Court's analysis of what his

4   specific intent was that day, because I would submit to the

5   Court that the actual facts and evidence, not the inferences

6   that they're seeking to draw, but actual statements

7   contradict the inferences that they're trying to draw, okay?

8          THE COURT:  All right, Ms. Hernandez, I'll ask you

9   to wrap up, please.

10          MS. HERNANDEZ:  Your Honor, I submit to the Court

11   that the government has failed to prove -- I know -- let me

12   say this.

13          This is my first bench trial in many, many years

14   of practice.  I threw out a joke about the high regard for

15   the Court.  I do think that the Court sat through three

16   trials.  I do think -- I love D.C. juries, except in these

17   cases.  I do believe that the government has failed to meet

18   its high burden to find Mr. Crowl guilty beyond a reasonable

19   doubt of the specific-intent crime with which he's charged.

20          And on the other -- on the -- Count 7, which

21   doesn't require specific intent, I do not believe that that

22   hallway confrontation supports that finding.  And I would

23   refer to some of the findings by Judge McFadden in some of

24   the bench trials in cases where he found a lack of evidence.

25          I would ask the Court, I mean, before you find

1    Mr. -- and I understand it's kind of a -- you've sat through

2    three trials where many people have been found guilty and so

3    to -- but he's entitled to his day in court, he's entitled

4    to consideration of the evidence against him.

5            And I would submit to you that that conversation

6    with Watkins where she continuously tells him that their

7    purpose was to be a security detail for Roger Stone is the

8    key to this case and why he was here and what he did.  That

9    and his conduct, helping that lady.  You can see him in the

10   body-worn camera, his attitude towards the police is

11   helpful, there's no belligerence, there's no anger.  You

12   never see him in any of those videos expressing the kind of

13   anger that we've seen from other defendants in this case,

14   too.

15           THE COURT:  All right.

16           MS. HERNANDEZ:  So anyway, thank you, Your Honor,

17   for your patience and consideration in these cases.

18           THE COURT:  Thank you, Ms. Hernandez.

19           All right.  Let's give our court reporter a short

20   break.  It's about -- why don't we just resume in about ten

21   minutes and we'll hear government's rebuttal, and then we'll

22   adjourn for the day.  Thank you.

23           COURTROOM DEPUTY:  All rise.  This Court stands in

24   recess.

25           (Recess from 12:10 p.m. to 12:24 p.m.)

1          COURTROOM DEPUTY:  All rise.

2          THE COURT:  Please be seated, everyone.

3  Thank you.

4          All right.  Mr. Edwards, ready when you are.

5          MR. EDWARDS:  Yes, Your Honor.

6          Your Honor, my computer is frozen, so I can just

7  hit it and point to you the two pictures I might have shown

8  you real quick.

9          THE COURT:  If you want to give me the exhibit

10  numbers, I can call them up, too.

11          MR. EDWARDS:  Yeah, that would be great.

12          MS. HERNANDEZ:  Even young ones have problems with

13  the computers.

14          MR. EDWARDS:  We've got the description in the

15  exhibit list, Your Honor.

16          The only picture I was going to show is one --

17  I'll just do it -- this the beginning, so you call it up --

18  is the *Call of Duty* picture of Donovan Crowl that says

19  "Infiltration of D.C."

20          THE COURT:  Right.

21          MR. EDWARDS:  And then that's in the exhibit list,

22  the description should be there too.

23          The other picture is just a screenshot of an

24  exhibit that I'll highlight in my rebuttal very quickly,

25  which is -- the exhibit for the *Call of Duty* picture is

```
 1   2002.T.68.A.
```

 2          And then the screenshot is -- I'd point

 3   Your Honor -- well, I'll just highlight this in the middle

 4   of my rebuttal.

 5          This is going real well.

 6          Okay.  Very quickly, Your Honor, three points.

 7   This is what I want to hit.

 8          The defenses' arguments boil down to about three

 9   total points across both closings.  One, that what they were

10   doing on January 6th was a protective security detail or

11   protecting people.  That's what they want this Court to

12   believe.  But the evidence belies that that is their only

13   intent for both defendants.

14          First, look to Donovan Crowl's statement and

15   exchanges with other people as he headed to January 6th.

16          On January 1st, Caldwell messaged him about the

17   Quick Reaction Force.  Those were his words.  And he says,

18   "Paul will have the goodies."  That's after Donovan Crowl

19   had asked for Caldwell's plan.  He asked him, "What is the

20   plan," and Caldwell lays out a Quick Reaction Force, going

21   heavy, and Paul having the goodies.

22          So that is just some of the evidence as Crowl is

23   headed to January 6th that Crowl knows this is not just a

24   defensive day, this is not just me being on the defensive,

25   it is evidence of them knowing that they may have to go

1    offensive, and that's the theme of some of these messages.

2            Watkins, in early December -- late December, early

3    January, messaged Crowl.  "If Trump activates the

4    Insurrection Act, I'd hate to miss it."

5            That is in context -- that is in direct reference

6    to January 6th.  That is not defensive.  That's "If Trump

7    invokes the Insurrection Act, I'd hate to miss it, we have

8    to be there."  Again, offensive conduct in Crowl's mind,

9    that is a message to him.

10            And then evidence of their messages afterward

11    shows that this -- these are not people who went to D.C.

12    only to do a protective security detail.  Watkins, after the

13    6th, says, "We were in the thick of it, stormed the Capitol,

14    forced our way into the Senate and House, got tear-gassed,

15    and muscled the cops back like spartans."

16            Crowl sent the *Call of Duty* photo and showed

17    Caldwell a picture of himself over a video game cover with

18    firearms in both hands and the caption, "Infiltration of

19    D.C."  That is not a person who went to D.C. to help or do a

20    PSD and then regretted not doing that PSD on the 6th.  That

21    is somebody who has a constant logical thread through all of

22    his messages and conduct, which is to act offensively that

23    day.

24            James Beeks, same concept.  He argued that you

25    ought to hear and look at James Beeks' conduct through the

1   lens of him wanting to help.

2          But the evidence belies that intent, that

3   exclusive intent, when you consider that he admits he was

4   looking at the Oath Keepers website to determine whether to

5   join, and Stewart Rhodes' words are plastered all over that

6   website.  Words like "Armed QRF" in 1002.  Words like "Armed

7   patriotic Americans with guns" in 1005.  The Serbian plan

8   about swarming the streets.  These were the words on the

9   Oath Keepers' website.

10          So when Mr. Hunter highlights that Beeks only had

11  access to the public statements and not the criminal secret

12  statements, the public statements laid it out when Rhodes

13  put it on that website.  He talked about what Mr. Hunter

14  admitted in his closing was criminal, was this QRF, those

15  were in the public statements that Beeks had access to, that

16  he admits that he was reviewing on that website when he

17  joined the Oath Keepers.  So this concept that it was only a

18  PSD that day runs contrary to the evidence that the Court

19  has before it.

20          Second point that we only are relying on other

21  people's conduct and statements for the Court to infer the

22  criminal intent and agreement for those two defendants.  Not

23  so.

24          For Donovan Crowl, we pointed to you his

25  statements.  Ms. Hernandez acted as if we have to show the

1    Court a message from Donovan Crowl where he says, "On

2    January 6th, I will corruptly interfere and obstruct the

3    official proceeding on January 6th."

4             The Court is well-aware that that's not required.

5    But look at Crowl's own statements that we pointed to.  "War

6    is on the horizon.  The time for talkin' is over.  Time to

7    act."

8             And then after the 6th when he is messaging

9    exactly what he did and calling it, "We will fight."  Right?

10   That is what we're relying on, in addition to everybody

11   around him, including Jessica Watkins.  Crowl's own words

12   highlight his criminal intent.

13            James Beeks' conduct in that hallway does, too.

14   And when you consider those words from Crowl about the

15   proceeding and you consider Beeks' words or Beeks' review of

16   the website with Stewart Rhodes laying out of January 6th in

17   those public websites, consider the definition of

18   "corruptly."  Consider that the government's submission here

19   and that the definition the Court has used is committing an

20   independent criminal act or having consciousness of

21   wrongdoing.  Right?

22            Both of these defendants have that.  Both

23   defendants are in that Senate hallway committing a crime

24   themselves, and both of them are conscious of the wrongdoing

25   around them when those officers are pepper-spraying and

1    getting them back.  That is evidence that their intent that

2    day was corrupt.

3         And should the Court even adopt the narrow

4    definition that Ms. Hernandez has put forward, that they

5    must gain some benefit, the Court can and should look to

6    Donovan Crowl's own statements and James Beeks' review of

7    that website and Rhodes' statement about needing to stop the

8    election, the benefit is they want the candidate of their

9    choice.

10        And that evidence is clear that Crowl and Beeks,

11   having reviewed those materials, those words of others and

12   acting along Jessica Watkins as she's talking about, and

13   this is critical, "Pence betrayed us" was what she's

14   announcing on that Pennsylvania Avenue Zello account.  She's

15   announcing that, and you have evidence they're both right

16   next to her.  The word "betrayed" is personal.  It's that

17   both of these defendants and their co-conspirators in that

18   group wanted something, and Pence betrayed them of that

19   want.  And the want was for that proceeding to stop.

20        So they gained something by storming into that

21   Capitol.  That is corrupt.  So even -- and, again, we don't

22   agree that that's necessary, but even in that narrow

23   definition, the facts support beyond a reasonable doubt that

24   they acted corruptly.

25        And I'd like to point out Beeks' particular

1    conduct here when you're assessing his intent that day.  He

2    is in that hallway.  Mr. Hunter asked rhetorically, where is

3    he?  The Court knows.  You can look to Government's Exhibit

4    1505, at 5 minutes and 19 seconds.  That shows Beeks' hand

5    on Graydon Young's shoulder.  And you know it's his glove

6    when you look at Government's Exhibit 1042.  And you know

7    it's his glove right behind Graydon Young when you look at

8    Government's Exhibit 1077.6.A from 55 to 56 seconds.

9            When you combine those exhibits that are in the

10   record, you know not only that it's Beeks and his glove

11   holding on, but it's him lurching forward and pushing

12   forward.

13           Mr. Beeks is not a victim in that hallway.  He put

14   himself there.  He agreed to be there.  And that evidence

15   shows that he pushed forward with Graydon Young against

16   those officers.

17           It's not only evidence of his interference with

18   the officers, it's evidence of his agreement with those

19   co-conspirators to stop whatever is going on in there.

20           Third and final point, Your Honor.  Ignorance is

21   not a defense in this case.  It cannot be.  Because

22   Donovan Crowl knew about the proceeding and pushed forward

23   and went in that hallway.  So to show you why ignorance

24   can't possibly be a reasonable defense here to both of

25   these, I'll highlight Donovan Crowl's statements and others

```
 1    that show you he knows what's going on that day and

 2    James Beeks' conduct in the Rotunda and into the Senate

 3    Hall.

 4          Here's how the Court can know Crowl was aware of

 5    what's going on that day.  Ms. Hernandez says the government

 6    presented no evidence that Crowl knew anything about that

 7    proceeding or about what that day was about.

 8          Here's how you know she's wrong.  Before

 9    January 6th, Donovan Crowl is messaging with Jessica Watkins

10    when she's on that GoToMeeting and she says, "This is what

11    we've been waiting for."

12          After that in December, she's messaging -- Crowl

13    is messaging with Watkins and others about his anger about

14    the government and what's going on.  And he says, "The time

15    for talkin' is over."  That's after he attends the November

16    Stop the Steal rally with Watkins and Caldwell and Rhodes.

17    He's already been to a proceeding -- or to an event in D.C.

18    in November.

19          Then on January 6th, the Court can and should

20    consider all of the surrounding circumstances on that whole

21    day, including all of the chants in that Senate hallway,

22    with people chanting "Fuck McConnell," and people chanting,

23    "Whose house?  Our house."  There's a reason they're in that

24    building.  There's a reason people are highlighting all of

25    the power players for that proceeding.  Crowl is there.  And
```

1     his actions betray his argument today that he had no idea of

2     what was going on around him about that proceeding.

3                But most importantly, the Court should look to

4     Mr. Crowl's statements after the 6th.  Thomas Caldwell

5     messages him that "We stormed the gates of corruption."

6     That's a specific statement about what was going on that

7     day.  They believed Congress was corrupt.  They believed

8     that election was corruptly taken from them.  And Crowl

9     said, "Damn straight."

10                And most importantly, Crowl messaged Watkins days

11     later.  "We will have our answers by the 20th."  That

12     reflects a considerable understanding of the constitutional

13     and statutory framework of what is going on here.  He knew

14     that they had till the 20th.  He knew that was the

15     inauguration.  He knew that the President would be switching

16     on that day.  He understands the framework that's going on

17     here.  And he understood what was going on on the 6th.  So

18     James Beeks and Donovan Crowl both.

19                As to the point on ignorance, they want the Court

20     to believe that they didn't hear someone, Watkins saying

21     "Push," Kelly Meggs saying, "It's time to go stop the vote."

22     Mr. Hunter pointed out the one huddle but he didn't explain

23     the other huddles.  The evidence is not that Kelly Meggs

24     said that in one particular huddle, the evidence is that

25     Kelly Meggs said that in some huddle, and there were

1    multiple.

2          They want the Court to believe that they didn't

3    hear one particular thing or see one particular thing.  The

4    Court is aware that there were multiple examples of that

5    intent being articulated.

6          But I'd leave the Court with this.  When those

7    defendants are in that Rotunda on January 6th, they stop,

8    they huddle.  This is not a beeline from the East Rotunda

9    lobby doors to the Senate hallway.  They stop.

10         Look at Government's Exhibit 1504 and Government's

11   Exhibit 1505.  It bridges this conduct from the Rotunda to

12   the Senate hallway.  You see these defendants learn from

13   Crowl's own recording that the House is that way and the

14   Senate is that way.  And they intentionally choose to join

15   the group of seven who go down that Senate hallway.  That is

16   an intentional decision.

17         And even if the Court started there with the

18   evidence of the criminal intent and conspiracy for Beeks and

19   Crowl, that evidence proves beyond a reasonable doubt that

20   they had a moment in their minds that they could choose to

21   leave that Capitol or march down a hallway that is clearly

22   restricted.  They chose the latter.

23         There is no, I didn't hear or I didn't see.  They

24   made a choice because they agreed, Your Honor, and the

25   evidence is overwhelming that they are guilty beyond a

1    reasonable doubt as to both counts.  Thank you.

2              THE COURT:  Okay.  Thank you, Mr. Edwards.

3              All right.  So with that, our trial has come to a

4    conclusion.

5              I'm not going to return a verdict today; there's

6    too much to think about.  I want to go through the evidence

7    carefully, so I'll ask everybody to come back tomorrow at

8    1:00.  Okay?

9              We'll resume tomorrow.  If for some reason I need

10   more time, I'll let you all know, but I think that ought to

11   be sufficient time for me to prepare and review the exhibits

12   and then consider the parties' arguments and then come back

13   with a verdict.

14             All right.  See everybody tomorrow.  Thank you

15   very much.

16             COURTROOM DEPUTY:  All rise.  This Court stands in

17   recess.

18             (Proceedings concluded at 12:41 p.m.)

19

20

21

22

23

24

25

                    C E R T I F I C A T E

          I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.



Date:__July 11, 2023_____          

                                 William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 93/4
131/2 181/23 182/1
192/16

**DEFENDANT BEEKS:**
**[20]** 99/2 99/9 99/12
99/19 99/24 100/5
100/10 133/12 133/17
133/24 134/4 134/12
134/16 134/18 134/22
134/25 135/5 135/7
135/21 136/2

**DEFENDANT CROWL:**
**[8]** 93/16 93/19 97/9
97/14 97/19 98/2 98/6
98/19

**MR. EDWARDS: [22]**
100/15 100/23 101/9
113/8 118/2 118/4
118/20 119/17 120/3
120/23 121/1 121/16
122/3 122/17 122/23
132/23 133/3 133/5
182/5 182/11 182/14
182/21

**MR. HUNTER: [11]**
99/10 99/13 100/18
131/7 131/11 131/21
132/14 135/10 135/13
136/5 148/10

**MS. HERNANDEZ:**
**[17]** 96/19 96/24 98/8
98/22 100/19 120/22
120/24 149/18 149/25
174/3 174/5 174/7
178/9 178/11 180/10
181/16 182/12

**MS. RAKOCZY: [1]**
96/17

**THE COURT: [62]**
93/2 93/14 93/18 93/20
93/24 96/20 97/2 97/10
97/15 97/22 98/3 98/7
98/10 98/20 98/23 99/3
99/20 99/25 100/6
100/11 100/16 100/20
101/7 113/7 117/25
118/3 130/20 131/5
131/9 131/14 132/9
133/2 133/4 133/6
133/13 133/18 133/25
134/5 134/13 134/17
134/19 134/23 135/1
135/6 135/8 135/12
135/15 135/23 136/3
149/16 174/1 174/4
174/6 178/7 178/10
180/8 181/15 181/18
182/2 182/9 182/20
192/2

**$**

**$2,000 [1]** 105/20

**'**

**'em [1]** 115/15

**0023 [1]** 91/21

**1**

**1 minute [1]** 110/19
**10 [1]** 170/23
**1000 [2]** 107/9 172/5
**1002 [3]** 104/11 104/12
185/6
**1005 [2]** 104/11 185/7
**1042 [1]** 188/6
**1077.6.A [4]** 117/20
120/11 120/23 188/8
**1091 [1]** 118/1
**1091.1 [2]** 117/20
118/2
**1091.4 [2]** 117/20
122/1
**1092.1 [1]** 123/19
**1096.5 [1]** 127/8
**10:30 [1]** 131/4
**10:40 [2]** 130/25 131/1
**10:45 [1]** 131/4
**11 [2]** 91/5 193/7
**1251 [1]** 91/16
**12:10 [1]** 181/25
**12:24 [1]** 181/25
**12:41 [1]** 192/18
**14 [1]** 125/6
**14th [3]** 105/1 170/23
176/2
**1500.5 [8]** 110/18
111/12 112/17 113/4
113/10 125/5 125/6
148/5
**1503.1 [2]** 127/10
130/3
**1504 [1]** 191/10
**1505 [2]** 188/4 191/11
**1776 [1]** 176/16
**18 U.S.C [1]** 95/10
**19 [3]** 91/7 93/7 188/4
**1:00 [7]** 101/22 103/7
117/11 126/18 126/20
129/23 192/8
**1:08 [1]** 164/25
**1:09 [1]** 165/1
**1:10 [1]** 165/12
**1:25 [2]** 110/13 110/14
**1:53 [1]** 112/6
**1st [3]** 162/14 162/15
183/16

**2**

**20 [1]** 149/4
**20/20 [1]** 149/4
**20001 [2]** 91/15 92/13
**20004 [1]** 91/20
**2002.T.68.A [1]** 183/1
**202 [3]** 91/16 91/21
92/13
**2020 [10]** 94/11 104/2
115/12 129/19 172/19
172/19 172/22 173/7
174/13 174/16
**2023 [2]** 91/5 193/7
**20777 [1]** 92/3
**20th [3]** 172/9 190/11

**21-28 [2]** 91/4 93/5
**2111 [1]** 92/7
**21st [3]** 104/2 105/16
157/7
**22 seconds [1]** 122/19
**22201 [1]** 92/8
**22nd [3]** 94/11 174/13
176/9
**231 [1]** 95/10
**24 [1]** 113/6
**24 seconds [1]** 113/10
**240 [1]** 92/3
**258-1251 [1]** 91/16
**26 [1]** 97/8
**27 [2]** 99/16 99/22
**27-page [1]** 97/6
**28 [2]** 91/4 93/5
**29 seconds [1]** 121/2
**2:00 [2]** 99/17 112/12
**2:13 [1]** 178/3
**2:24 [1]** 148/7
**2:30 [1]** 114/12
**2:35 [1]** 114/12
**2nd [1]** 162/15

**3**

**30 [4]** 97/1 112/7
112/21 149/1
**30th [1]** 152/19
**3249 [1]** 92/13
**333 [1]** 92/12
**3391 [1]** 92/3
**353-0023 [1]** 91/21
**354-3249 [1]** 92/13
**38 [2]** 110/19 110/23

**4**

**40 [4]** 112/7 167/16
167/17 167/19
**41 [1]** 111/13
**42 [1]** 111/13
**46 [1]** 122/5
**472-3391 [1]** 92/3
**4:00 [3]** 101/22 117/11
129/23
**4:40 [1]** 176/1
**4:45 [1]** 176/1

**5**

**50 seconds [1]** 125/7
**50s [1]** 167/21
**53 [3]** 113/5 113/9
148/4
**55 [2]** 118/21 188/8
**56 [1]** 188/8
**5th [2]** 151/2 151/5

**6**

**60-something-year-old**
**[1]** 167/18
**600 [1]** 174/18
**601 [1]** 91/15
**60s [1]** 167/21
**6th [69]** 101/10 101/22
102/17 103/7 104/23
105/17 105/21 105/22
109/3 109/17 110/2
110/4 115/22 127/20

**136/14 139/2 143/13
150/8 150/9 150/11
150/13 150/14 150/25
151/20 152/3 152/24
153/1 153/3 153/7
153/11 154/19 155/3
155/23 158/3 158/20
158/23 160/21 161/6
161/18 162/4 162/4
162/12 162/20 163/1
166/9 166/13 173/10
173/23 173/23 175/19
175/22 183/10 183/15
183/23 184/6 184/13
184/20 186/2 186/3
186/8 186/16 189/9
189/19 190/4 190/17
191/7

**7**

**703 [1]** 92/8
**7166 [1]** 92/2
**7226 [1]** 92/8

**8**

**8:00 [1]** 124/9
**8th [1]** 92/7

**9**

**950 [1]** 91/20
**966-7226 [1]** 92/8
**9:13 [1]** 94/4
**9:30 [2]** 91/6 130/24
**9:40 [1]** 130/25
**9th [2]** 106/15 171/10

**A**

**a.m [4]** 91/6 94/4 131/4
131/4
**abiding [1]** 115/14
**ability [1]** 145/11
**able [3]** 122/6 122/17
153/12
**able-bodied [1]** 153/12
**about [117]**
**above [1]** 193/4
**above-titled [1]** 193/4
**absolutely [1]** 101/8
**accepted [1]** 157/20
**access [3]** 157/19
185/11 185/15
**accessed [1]** 156/24
**according [1]** 130/24
**account [2]** 104/5
187/14
**accountable [2]**
156/21 157/3
**accurate [2]** 98/4 100/2
**achieve [1]** 129/22
**across [5]** 114/19
144/10 172/20 173/1
183/9
**act [14]** 95/11 96/2
105/7 110/10 115/14
124/18 124/23 150/18
153/14 184/4 184/7
184/22 186/7 186/20
**acted [4]** 126/10

**310 185/25 187/24

**acting [5]** 113/17
113/24 113/24 167/12
187/12
**action [4]** 104/13
107/14 116/8 137/20
**actions [16]** 102/23
109/15 115/17 116/11
123/24 125/3 125/15
125/19 125/20 127/16
128/24 128/24 140/15
143/17 146/22 190/1
**activates [2]** 153/14
184/3
**active [1]** 109/2
**actively [2]** 105/14
105/22
**actor [2]** 113/21 113/25
**actual [2]** 94/22 180/5
180/6
**actually [4]** 95/10
95/17 168/13 168/14
**add [3]** 94/23 134/10
135/3
**added [1]** 129/5
**addicted [1]** 176/21
**addition [2]** 94/14
186/10
**additional [1]** 94/23
**additions [2]** 99/10
99/14
**address [4]** 100/25
101/2 101/5 135/14
**addressed [2]** 97/20
98/12
**addresses [1]** 139/8
**adds [1]** 112/12
**adjourn [1]** 181/22
**admissibility [2]** 94/9
98/11
**admissible [3]** 94/17
94/20 171/6
**admits [5]** 103/21
104/3 104/4 185/3
185/16
**admitted [2]** 163/24
185/14
**adopt [2]** 95/20 187/3
**adopted [1]** 95/19
**adult [1]** 180/1
**advance [1]** 155/9
**adversely [1]** 95/16
**affects [1]** 95/16
**affirmed [1]** 129/23
**after [43]** 104/2 105/2
105/13 105/16 105/19
106/3 106/25 108/24
109/5 109/7 109/10
112/21 115/5 115/6
115/8 115/25 124/17
124/21 127/20 127/20
131/1 133/13 138/24
139/20 140/23 142/23
146/8 146/16 154/5
168/25 169/4 171/22
172/1 176/23 179/17
179/19 180/2 183/18
184/12 186/8 189/12

## A

after... [2] 189/15 190/4
afternoon [3] 99/18
110/4 165/1
afterward [2] 130/7
184/10
afterwards [2] 138/22
142/4
again [25] 109/13
112/20 113/7 122/18
124/3 142/1 145/17
146/2 152/12 158/17
159/25 160/20 161/18
162/13 162/15 162/23
169/7 170/9 171/21
172/11 173/3 178/13
178/21 184/8 187/21
against [9] 108/16
118/9 123/1 166/8
171/6 173/9 175/13
181/4 188/15
agency [1] 149/6
agents [2] 146/25
149/5
ago [1] 133/8
agree [5] 97/24 98/3
152/3 166/1 187/22
agreed [6] 99/17
101/25 108/25 115/10
188/14 191/24
agreeing [1] 134/21
agreement [7] 116/5
116/7 123/10 130/9
171/8 185/22 188/18
ahead [2] 136/4 145/24
aided [1] 92/15
alcohol [3] 166/15
166/17 177/2
Alexandra [2] 91/18
93/8
Alexandra Hughes [1]
93/8
Alexandra.Hughes [1]
91/22
Alexandria [1] 105/18
all [79] 93/14 94/1 94/6
96/20 97/4 97/15 98/20
99/15 99/20 100/11
100/20 101/15 101/17
102/20 105/18 107/16
108/13 108/14 108/15
114/8 114/13 119/24
122/4 122/15 123/21
127/10 130/14 130/22
131/2 133/8 133/20
135/9 136/18 136/23
139/20 140/23 142/25
143/1 143/2 144/25
146/17 149/16 150/11
150/12 150/22 152/3
153/8 153/9 153/12
154/18 155/4 156/12
156/16 157/10 161/2
161/23 162/7 165/17
172/5 174/9 177/21
180/8 181/15 181/19
181/23 182/1 182/4

189/21 189/24 192/3
192/10 192/14 192/16
All right [4] 100/20
180/8 181/15 192/14
allegation [1] 145/16
allege [1] 159/3
alleged [3] 141/9
173/24 173/25
allow [5] 117/22
122/14 132/16 167/4
171/3
almost [1] 102/20
alone [1] 124/18
along [2] 142/24
187/12
already [7] 98/12 148/7
160/23 165/13 177/1
177/22 189/17
also [17] 94/17 94/25
96/5 96/5 102/16 104/9
108/2 117/1 119/12
138/9 140/9 164/24
169/1 173/7 173/8
175/23 176/11
although [1] 178/17
always [2] 139/25
149/4
Am [1] 154/12
Amendment [6] 94/12
166/10 175/4 175/12
177/6 177/8
AMERICA [3] 91/3 93/5
157/7
American [2] 157/6
174/19
Americans [4] 168/15
168/17 173/4 185/7
AMIT [1] 91/10
among [1] 174/23
amount [1] 159/13
amplification [2] 158/1
158/2
analogy [1] 169/2
analysis [2] 123/13
180/3
anger [4] 115/17
181/11 181/13 189/13
ankle [1] 165/2
announced [1] 129/24
announcing [3] 111/9
187/14 187/15
another [15] 104/24
107/18 108/3 114/13
114/17 115/7 116/8
123/5 125/1 125/5
129/13 129/15 160/22
167/20 167/20
answer [2] 101/5
130/18
answered [1] 141/18
answers [1] 190/11
anthem [1] 176/14
anti [1] 165/22
anti-government [1]
165/22
Antifa [3] 126/15
146/25 154/4

any [12] 93/1 95/13
95/2 95/11 95/12 95/15
97/16 97/19 101/5
101/6 101/8 116/17
121/7 121/7 123/23
130/10 130/18 130/20
132/3 134/6 134/6
135/3 135/18 137/25
138/25 139/1 139/4
140/10 145/11 145/15
146/5 147/13 151/19
156/3 156/25 157/17
157/17 157/18 157/20
158/5 159/3 159/22
164/13 164/14 164/14
167/24 167/25 169/21
170/19 170/24 171/4
171/5 171/8 172/2
172/23 175/9 181/12
anybody [2] 148/18
152/16
anyone [9] 140/25
141/21 142/5 142/14
148/20 148/21 148/24
161/12 162/3
anything [18] 100/13
100/17 110/6 126/17
131/18 134/11 136/21
139/2 148/21 156/13
156/16 158/20 171/25
172/3 172/24 177/14
178/12 189/6
anyway [1] 181/16
anywhere [1] 128/5
aol.com [1] 92/4
apart [1] 173/22
apartment [1] 105/18
apologetically [1]
169/16
apologize [1] 131/21
apparent [1] 116/17
appealed [1] 143/6
appear [2] 119/2
179/17
APPEARANCES [2]
91/12 91/22
appeared [1] 166/22
appears [2] 103/17
159/11
application [2] 155/15
155/19
appreciate [1] 135/13
approach [2] 93/21
118/23
approached [3] 113/2
118/5 119/15
are [107]
area [5] 118/10 120/5
163/25 164/1 177/11
areas [1] 128/1
argue [2] 126/12
154/17
argued [3] 170/13
170/13 184/24
argument [18] 97/20
121/7 121/7 126/24
131/13 132/17 133/22
134/2 134/24 135/2

## 137/16 140/25 163/12
177/18 190/1
arguments [8] 96/10
132/19 139/20 147/13
147/17 147/18 183/8
192/12
Arlington [1] 92/8
armed [3] 107/22 185/6
185/6
around [30] 101/18
102/6 103/18 113/13
113/19 113/22 114/2
114/2 114/7 115/17
120/5 120/19 122/9
122/11 123/8 124/15
128/24 130/12 130/25
145/4 148/8 161/3
164/25 165/12 170/1
176/1 178/20 186/11
186/25 190/2
arrest [1] 144/11
arrived [1] 129/14
article [2] 104/16
104/24 105/5
articles [1] 128/2
articulated [1] 129/23
191/5
as [119]
ask [18] 96/21 97/7
99/3 101/7 125/4
132/25 134/20 135/16
148/3 150/7 166/2
166/25 169/1 175/17
178/21 180/8 180/25
192/7
asked [9] 95/19 125/22
134/18 150/2 150/12
164/12 183/19 183/19
188/2
asking [10] 94/4
133/14 134/2 149/11
152/20 154/13 160/6
163/9 176/10 178/14
asks [2] 96/1 107/24
assaulted [1] 161/10
asserts [1] 109/11
assesses [1] 125/2
assessing [4] 109/14
109/16 124/10 188/1
Assistant [1] 99/13
Assistant U.S.
  Attorney [1] 99/13
assisting [1] 132/12
associated [1] 143/3
associating [1] 128/14
associational [1]
166/10
attempts [2] 95/11
172/23
attending [1] 109/7
attends [1] 189/15
attention [1] 110/2
attitude [1] 181/10
Attorney [1] 99/13
ATTORNEY'S [1] 91/14
attribute [2] 154/16
177/23

## audio [1] 118/17

authority [2] 158/18
167/4
availability [1] 95/22
Ave [1] 91/20
Avenue [14] 92/12
102/3 110/14 111/5
111/9 111/12 125/11
138/5 142/10 143/15
164/18 165/15 168/19
187/14
aware [10] 101/15
104/18 121/23 156/18
157/16 170/24 174/10
186/4 189/4 191/4
awareness [2] 119/9
129/1
away [7] 112/13 115/24
121/20 140/9 154/21
171/23 176/2
awe [1] 152/10
axes [1] 167/24

## B

back [19] 114/2 121/18
128/20 130/24 145/25
148/13 148/16 148/17
151/3 151/13 151/22
159/8 159/21 161/18
163/10 184/15 187/1
192/7 192/12
background [3] 157/15
158/17 176/18
backing [1] 123/8
backwards [1] 121/19
bad [7] 103/16 128/4
128/5 136/11 143/21
145/2 147/7
bail [1] 177/2
ballistic [1] 103/16
Banner [1] 168/16
bar [4] 140/11 142/14
166/16 177/3
Barrett [1] 92/12
barricades [1] 104/21
barrier [1] 164/23
barriers [3] 164/15
164/16 178/13
base [1] 114/7
baseball [1] 176/23
based [2] 95/25 96/11
basis [1] 157/2
battle [2] 109/20
109/21
be [72] 93/2 93/17
93/18 93/21 96/5 97/5
97/20 97/22 97/25
103/18 107/19 108/4
110/21 112/16 112/18
112/19 112/19 114/16
119/8 121/25 124/2
128/6 129/3 129/25
131/5 131/9 131/18
131/19 132/6 132/10
132/20 132/25 133/15
134/19 134/20 138/17
139/5 140/1 141/19
142/23 143/15 145/7

**B**

be... [30] 146/20
148/23 148/24 153/20
154/2 154/11 154/24
155/1 159/12 161/24
162/6 162/12 162/23
164/10 166/22 171/5
172/7 176/8 179/17
180/3 181/7 182/2
182/11 182/22 184/8
188/14 188/21 188/24
190/15 192/11
**bear** [1] 118/14
**bearers** [1] 129/6
**beat** [6] 109/21 109/23
109/24 109/25 114/24
169/5
**beautiful** [2] 152/9
179/2
**became** [1] 155/18
**because** [56] 95/9
95/23 102/17 104/6
108/16 109/5 111/7
112/16 112/21 113/24
115/4 115/10 115/11
118/24 119/1 119/6
119/11 120/5 120/8
121/4 122/25 124/5
130/8 132/20 134/9
139/7 140/25 141/8
144/12 144/16 155/7
155/12 155/25 156/5
157/11 158/9 159/14
160/11 160/12 160/12
164/7 164/9 167/17
173/16 175/10 176/7
176/20 177/19 177/25
180/1 180/4 188/21
191/24
**become** [1] 103/1
**becomes** [1] 116/17
**BEEKS** [87] 91/7 92/5
93/7 93/11 93/12 98/24
99/1 99/6 99/21 99/25
100/12 101/13 102/13
102/21 103/10 103/12
103/15 104/8 104/10
104/14 105/1 105/2
105/13 105/25 106/1
109/13 109/17 110/11
110/18 110/25 111/3
111/10 111/14 112/5
113/16 114/8 114/9
114/16 115/9 115/24
116/21 118/23 118/25
119/20 120/1 122/9
122/12 124/13 125/10
125/12 126/6 127/14
127/24 128/1 129/18
130/15 131/9 131/24
133/1 133/6 133/8
134/15 135/16 136/12
137/12 138/25 139/17
139/25 141/11 142/2
142/3 142/17 142/19
142/20 142/23 143/1
148/12 167/21 170/13

be... [30] 146/20
187/10 188/10 188/13
190/18 191/18
**Beeks'** [17] 101/20
104/1 111/1 116/11
124/10 125/15 132/6
149/1 165/7 184/25
186/13 186/15 186/15
187/6 187/25 188/4
189/2
**beeline** [1] 191/8
**been** [26] 95/1 95/17
96/16 98/12 107/1
107/4 107/6 108/17
108/23 109/1 109/11
114/24 114/25 131/16
134/23 145/4 145/12
148/19 157/25 159/15
163/24 169/23 171/11
181/2 189/11 189/17
**before** [33] 91/10 94/1
100/14 111/20 117/17
124/20 126/18 130/22
130/23 131/22 133/10
135/15 136/14 139/2
139/12 140/5 140/11
140/24 146/2 147/16
147/18 154/2 154/11
168/9 169/24 170/1
171/2 173/24 176/23
178/19 180/25 185/19
189/8
**beforehand** [2] 142/3
142/7
**begin** [1] 135/15
**beginning** [2] 122/14
182/17
**begun** [1] 173/25
**behalf** [4] 134/3 134/6
134/24 149/9
**behind** [9] 103/12
110/25 111/2 115/24
118/25 119/3 120/9
146/5 188/7
**being** [27] 96/17
124/21 136/14 137/21
137/23 143/12 143/16
143/23 145/21 145/22
146/4 152/2 154/19
157/7 162/1 163/17
164/2 164/9 165/10
165/10 165/18 169/16
170/3 170/4 176/25
183/24 191/5
**belied** [2] 121/9 130/11
**belief** [1] 147/15
**belies** [2] 183/12 185/2
**believe** [22] 93/16
96/25 97/19 99/22
141/1 142/12 142/16
144/2 144/17 147/22
156/20 158/14 163/4
166/3 173/4 177/13
179/21 180/17 180/21
183/12 190/20 191/2
**believed** [10] 141/18
145/10 146/24 147/1
157/13 157/19 165/8

**believes** [3] 140/14
151/6 176/7
**believing** [1] 173/2
**belittle** [2] 132/19
147/13
**belligerence** [1]
181/11
**belligerent** [2] 179/11
179/13
**belong** [1] 155/25
**belongings** [1] 144/17
**belongs** [1] 126/2
**bench** [8] 91/10 98/15
98/17 100/7 100/8
133/19 180/13 180/24
**benefit** [4] 96/3 96/5
187/5 187/8
**Bennie** [5] 125/6 125/9
126/1 126/4 126/7
**Berry** [2] 163/4 163/5
**best** [1] 132/15
**betray** [1] 190/1
**betrayed** [5] 111/23
112/1 187/13 187/16
187/18
**between** [11] 115/6
126/5 137/13 144/11
146/12 147/1 147/3
147/3 153/24 158/2
172/20
**beyond** [10] 103/2
112/1 130/16 160/7
167/12 170/2 180/18
187/23 191/19 191/25
**Biden's** [1] 174/25
**big** [4] 151/9 155/7
166/4 176/6
**binding** [1] 95/25
**bit** [5] 130/25 149/7
152/2 158/8 179/20
**bits** [1] 132/3
**black** [4] 122/20
130/10 173/17 173/18
**Black Lives Matter** [2]
173/10 173/18
**blah** [3] 163/14 163/14
163/14
**blame** [2] 161/23 162/7
**BLM** [1] 172/20
**block** [1] 112/13
**bloody** [1] 105/8
**bodied** [1] 153/12
**body** [4] 103/18 165/1
165/4 181/10
**body-worn** [4] 103/18
165/1 165/4 181/10
**boil** [1] 183/8
**book** [2] 95/6 105/17
**books** [1] 105/17
**borrowed** [1] 155/23
**boss** [5] 109/12 158/10
167/1
**both** [20] 102/21 103/8
112/5 122/25 123/9
126/16 130/16 132/1
133/10 183/9 183/13
184/18 186/22 186/22

188/24 190/18 192/1
**bothered** [1] 147/11
**bottom** [8] 99/21
106/12 110/21 111/17
115/24 121/5 122/19
177/21
**Boulevard** [1] 92/7
**Bowl** [1] 169/4
**Bradstreet** [1] 147/10
**bragged** [1] 128/8
**bragging** [1] 145/12
**brawling** [3] 139/12
142/8 148/8
**breached** [1] 130/3
**breaches** [1] 165/14
**break** [5] 116/15 123/6
141/21 148/17 181/20
**breaks** [1] 146/9
**bridges** [1] 191/11
**briefly** [5] 117/21 118/4
123/11 124/12 140/24
**bring** [1] 126/24
**bringing** [1] 106/22
131/22
**brings** [2] 112/25
117/10
**broke** [2] 128/23 178/3
**brother** [2] 152/22
175/7
**brushes** [1] 121/12
**BS** [3] 156/8 157/10
180/1
**build** [2] 108/6 108/7
**building** [26] 114/6
117/2 117/4 117/7
123/4 124/8 124/8
124/16 124/19 125/8
125/13 126/3 126/7
126/17 126/22 127/17
130/3 140/16 140/21
143/20 145/21 146/15
148/8 152/10 179/4
189/24
**bulletproof** [1] 103/22
**burden** [3] 95/7 160/6
180/18
**burn** [1] 173/14
**burned** [1] 173/15
**busy** [3] 112/16 112/19
129/25

**C**

**cabal** [1] 165/24
**Caldwell** [22] 107/23
108/21 109/5 128/9
151/11 151/13 158/7
158/12 158/14 162/16
162/18 162/20 162/24
170/20 172/10 172/13
179/16 183/16 183/20
184/17 189/16 190/4
**Caldwell's** [2] 171/23
183/19
**Caldwells** [2] 139/10
142/5
**Caleb** [2] 163/4 163/5
**Caleb Berry** [2] 163/4

**call** [17] 104/12 107/19
109/1 109/24 115/6
115/8 137/20 139/17
141/19 165/11 179/15
179/15 182/10 182/17
182/18 182/25 184/16
**called** [5] 104/13
104/18 132/10 165/17
176/11
**calling** [3] 148/21
165/16 186/9
**came** [11] 99/13 104/1
121/19 124/25 141/14
142/14 146/20 154/6
161/17 163/20 170/5
**camera** [11] 103/18
111/14 111/15 114/1
119/1 119/3 165/1
165/4 178/24 179/1
181/10
**camouflage** [1] 155/4
**can** [52] 96/12 98/4
100/3 102/22 108/15
113/7 114/15 115/18
116/9 116/20 119/8
121/9 121/19 122/19
123/8 125/7 125/24
126/19 129/2 134/12
135/16 135/17 138/17
140/25 145/16 148/20
149/19 155/10 157/8
157/8 157/9 157/10
158/11 158/16 159/7
159/18 165/5 165/5
167/8 170/14 172/12
175/6 175/8 176/3
179/25 181/9 182/6
182/10 187/5 188/3
189/4 189/19
**can't** [10] 119/18
119/18 130/5 141/4
141/11 145/25 146/5
147/6 159/5 188/24
**candidate** [1] 187/8
**cannot** [6] 118/11
119/19 172/7 177/23
178/1 188/21
**capacity** [1] 167/12
**Capitol** [73] 101/11
101/12 102/1 102/3
102/3 102/19 104/21
110/3 111/20 112/3
112/13 112/13 112/22
113/1 113/3 113/12
113/20 114/6 114/7
115/9 116/3 116/8
116/14 117/11 123/18
123/20 125/11 126/1
126/2 126/17 126/21
126/24 127/7 130/3
138/11 138/23 138/24
140/6 142/22 142/22
144/5 151/6 151/18
151/23 151/25 152/1
152/7 152/8 152/9
152/12 152/14 160/8
161/1 162/4 163/1

**Capitol...** [18] 164/3 164/7 164/8 164/13 164/22 165/14 167/18 168/13 169/3 177/6 177/8 178/15 178/19 178/21 179/2 184/13 187/21 191/21

**Capitol Building** [2] 114/6 126/17

**Capitol Grounds** [7] 102/3 111/20 113/1 125/11 126/21 177/6 177/8

**Capitol Police** [2] 123/20 127/7

**captain** [3] 106/12 109/12 158/9

**caption** [1] 184/18

**capture** [1] 117/23

**captures** [1] 113/14

**car** [2] 105/17 105/20

**carefully** [2] 148/7 192/7

**Carmen** [1] 92/2

**carts** [1] 161/17

**case** [17] 93/5 100/4 122/17 133/21 133/25 136/6 136/7 147/15 155/5 160/1 160/20 163/11 163/16 177/7 181/8 181/13 188/21

**cases** [7] 95/5 166/4 166/4 169/23 180/17 180/24 181/17

**CCTV** [1] 113/14

**ceiling** [1] 179/2

**Century** [1] 157/7

**certainly** [7] 109/1 131/24 137/8 137/15 138/21 140/2 142/20

**certification** [17] 119/7 151/18 151/21 152/15 153/16 153/18 156/16 158/20 160/10 160/15 160/16 160/21 160/21 163/22 164/4 164/5 169/9

**certified** [2] 92/11 155/13

**certify** [2] 155/9 193/2

**certifying** [1] 121/25

**cetera** [1] 95/16

**CH** [1] 92/12

**Chamber** [2] 121/22 146/13

**chambers** [1] 99/17

**chance** [1] 134/10

**changed** [1] 163/8

**changes** [1] 119/23

**channel** [1] 138/15

**chanting** [10] 116/23 119/3 120/10 137/3 146/23 158/23 168/20 169/13 189/22 189/22

**chants** [2] 119/5 189/21

**chaos** [1] 179/18

**character** [1] 115/15

**charge** [2] 102/19 102/20

**charged** [8] 94/13 94/22 119/12 129/22 170/21 171/19 173/25 180/19

**charges** [2] 122/25 178/17

**chat** [12] 115/13 138/13 142/2 156/3 156/18 162/13 162/14 162/16 174/14 174/16 175/5 175/8

**chats** [5] 137/13 139/9 139/22 156/4 174/8

**chernan7** [1] 92/4

**chest** [1] 103/18

**chiefs** [1] 143/6

**child** [1] 176/21

**child's** [1] 176/20

**children** [1] 168/5

**Chinese** [1] 105/9

**choice** [3] 143/24 187/9 191/24

**choose** [4] 114/15 114/16 191/14 191/20

**chose** [2] 118/7 191/22

**circle** [2] 137/14 141/6

**Circuit** [2] 94/22 177/7

**circumstances** [5] 116/9 119/8 123/2 129/2 189/20

**cite** [1] 138/9

**cites** [2] 137/15 139/21

**citizens** [4] 115/14 157/6 173/9 174/19

**civil** [4] 95/14 105/8 149/14 173/8

**Civil War** [1] 105/8

**clad** [1] 127/16

**claim** [1] 130/10

**class** [1] 176/18

**clear** [8] 103/1 130/12 130/15 133/1 134/19 134/20 159/6 187/10

**clearly** [7] 118/9 118/10 119/11 120/16 121/9 123/22 191/21

**clips** [2] 159/15 159/19

**clock** [1] 130/24

**close** [3] 130/11 140/9 161/7

**closed** [2] 127/8 127/13

**closer** [4] 110/2 121/22 121/22 140/6

**closest** [1] 139/11

**closing** [13] 97/20 100/22 101/2 131/12 131/19 133/22 134/2 134/8 134/24 135/2 135/20 136/1 185/14

**closings** [1] 130/23 131/10 183/9

**clothes** [3] 176/4 176/5 176/7

**clue** [1] 150/14

**co** [19] 94/18 94/20 94/20 101/13 101/14 103/9 108/21 115/7 119/15 123/12 123/15 125/5 128/9 131/24 137/8 138/17 171/6 187/17 188/19

**co-conspirator** [10] 94/18 94/20 94/20 108/21 115/7 125/5 128/9 137/8 138/17 171/6

**co-conspirators** [7] 101/14 103/9 119/15 123/12 123/15 187/17 188/19

**co-defendant** [2] 101/13 131/24

**coached** [1] 176/23

**coerced** [1] 135/18

**coincidence** [1] 112/24

**colloquy** [1] 140/24

**colored** [1] 111/2

**COLUMBIA** [2] 91/1 91/14

**combine** [1] 188/9

**come** [11] 96/22 96/23 98/24 122/8 133/6 133/18 152/16 153/13 192/3 192/7 192/12

**comes** [6] 139/11 141/3 142/25 145/18 148/17 171/22

**comfortable** [1] 132/6

**coming** [7] 148/16 150/11 151/7 154/15 154/24 159/2 159/4

**commander** [2] 106/12 158/15

**comment** [6] 111/25 169/8 169/8 173/20 175/1 178/15

**commentary** [3] 157/23 174/22 175/3

**commenting** [1] 174/20

**comments** [1] 157/4

**commerce** [1] 95/16

**commission** [1] 95/14

**commit** [2] 95/11 141/9

**commits** [1] 95/11

**committing** [2] 186/19 186/23

**communicated** [2] 141/20 171/14

**communicates** [1] 152/24

**communicating** [2] 116/5 170/16

**communications** [2] 139/23 142/25

**compares** [1] 174/25

**complaining** [1] 110/6

**computer** [2] 92/15 182/6

**computer-aided** [1]

**computers** [1] 182/13

**concept** [2] 184/24 185/17

**concerns** [2] 97/16 97/19

**concluded** [1] 192/18

**concludes** [1] 135/2

**conclusion** [2] 148/3 192/4

**conduct** [19] 95/21 95/22 101/17 127/21 150/6 150/6 163/15 163/18 177/23 179/3 181/9 184/8 184/22 184/25 185/21 186/13 188/1 189/2 191/11

**confer** [1] 134/12

**conferred** [1] 134/14

**confirm** [4] 97/7 98/13 98/15 135/17

**confrontation** [1] 180/22

**congratulating** [1] 142/21

**Congress** [12] 125/23 137/1 149/13 152/1 153/17 153/18 169/10 172/17 177/22 177/24 178/4 190/7

**Congressional** [1] 177/16

**connect** [1] 139/17

**connection** [2] 106/5 143/10

**connects** [1] 125/19

**Connie** [3] 110/25 111/2 167/20

**Connie Meggs** [2] 111/2 167/20

**conscious** [1] 186/24

**consciousness** [1] 186/20

**consented** [1] 128/16

**consequences** [1] 116/10

**consider** [20] 98/4 100/3 106/25 108/15 116/9 117/12 125/4 126/25 127/5 128/20 130/14 166/3 178/21 185/3 186/14 186/15 186/17 186/18 189/20 192/12

**considerable** [1] 190/12

**consideration** [2] 181/4 181/17

**considered** [1] 106/11

**considering** [1] 98/5

**consistent** [3] 165/7 165/8 165/11

**consistently** [1] 114/16

**conspiracy** [27] 94/17 94/19 94/22 106/13 108/12 108/23 117/3 117/7 126/21 137/7

**computers** continued...

**computer-aided** [1] — next column

**conspirator** [10] 94/18 94/20 94/20 108/21 115/7 125/5 128/9 137/8 138/17 171/6

**conspirators** [9] 101/14 103/9 119/15 123/12 123/15 163/12 170/19 187/17 188/19

**conspiring** [1] 103/3

**constant** [2] 109/21 184/21

**Constitution** [2] 92/12 136/18

**constitutional** [1] 190/12

**constitutionally** [1] 121/24

**contact** [5] 139/2 139/8 157/18 158/5 170/18

**contacts** [4] 142/3 151/11 158/6 170/17

**contends** [1] 95/3

**context** [6] 94/11 115/16 171/20 173/19 173/23 184/5

**continue** [5] 98/16 98/17 100/14 124/7 133/20

**continued** [3] 92/1 112/6 127/22

**continuing** [1] 124/5

**continuously** [1] 181/6

**contract** [1] 163/13

**contradict** [1] 180/7

**contrary** [3] 163/19 165/23 185/18

**conventional** [1] 141/3

**conversation** [8] 115/19 138/9 138/12 153/11 153/20 161/19 165/18 181/5

**conversations** [4] 137/21 138/2 138/3 151/20

**convicted** [1] 136/10

**conviction** [1] 178/17

**cool** [2] 151/8 160/13

**cooperated** [1] 163/3

**cooperating** [1] 105/23

**cooperators** [4] 149/8 160/1 163/2 164/6

**coordinated** [1] 116/4

**coordination** [2] 112/24 124/21

**cops** [1] 184/15

**copyright** [1] 147/11

**corner** [2] 103/17 122/20

**corporation** [1] 147/11

**corpus** [1] 147/12

**correct** [3] 98/18 133/23 193/3

**clothing** [1] 176/20

**certified** continued at left column

**character**...

**corrupt [4]** 165/24
187/2 187/21 190/7
**corruption [3]** 128/10
128/14 190/5
**corruptly [6]** 160/9
177/14 186/2 186/18
187/24 190/8
**could [13]** 96/21
118/14 123/7 123/7
127/6 140/24 144/18
149/18 149/22 149/22
157/12 170/10 191/20
**couldn't [3]** 124/6
177/19 177/25
**counsel [17]** 92/5
93/10 93/15 96/16
131/15 131/16 131/18
131/24 132/8 132/11
134/2 134/8 134/8
134/12 134/14 134/23
147/16
**count [14]** 95/1 114/21
116/1 129/22 130/2
130/17 147/4 148/2
149/12 149/13 159/2
169/12 178/22 180/20
**Count 1 [2]** 129/22
149/12
**Count 7 [7]** 95/1
130/17 148/2 149/13
159/2 169/12 180/20
**counter [1]** 126/14
**counter-protesters [1]**
126/14
**country [5]** 115/14
172/20 173/1 173/22
176/17
**counts [2]** 130/16
192/1
**couple [10]** 94/2 94/4
100/24 102/5 107/10
119/4 121/11 157/1
178/7 178/10
**course [2]** 161/14
177/17
**court [118]**
**Court's [4]** 123/13
131/8 166/3 180/3
**courtroom [1]** 93/13
**cousin [2]** 154/13
175/7
**cover [1]** 184/17
**COVID [3]** 174/20
174/20 174/21
**CR [1]** 91/4
**crack [1]** 151/4
**crazed [1]** 179/20
**crazy [1]** 173/2
**crew [2]** 145/2 145/3
**crime [5]** 137/7 152/13
166/6 180/19 186/23
**crimes [1]** 141/9
**criminal [18]** 93/5
102/23 106/3 109/16
117/5 122/23 126/20
129/3 129/22 137/20
141/5 141/12 185/11

186/20 191/18
**criminals [1]** 136/10
**critical [2]** 106/24
187/13
**critically [1]** 145/19
**crowd [10]** 136/23
137/3 143/25 147/7
148/1 159/12 169/17
169/17 170/1 170/5
**crowds [2]** 152/5 168/4
**CROWL [185]**
**Crowl's [19]** 106/5
115/11 124/10 153/4
158/6 162/5 166/14
166/17 175/6 179/1
179/9 183/14 184/8
186/5 186/11 187/6
188/25 190/4 191/13
**Crowls [1]** 175/9
**CRR [2]** 193/2 193/8
**crush [4]** 159/9 169/11
169/12 169/18
**crystal [1]** 133/1
**curfews [1]** 173/16

**D**
**D.C [24]** 91/5 91/15
91/20 92/13 105/21
125/10 152/25 153/12
156/4 156/13 156/15
157/25 161/18 163/20
171/13 171/21 171/22
173/14 180/16 182/19
184/11 184/19 184/19
189/17
**D.C. [1]** 177/7
**D.C. Circuit [1]** 177/7
**Damn [3]** 128/12
128/16 190/9
**data [1]** 149/7
**date [2]** 171/20 193/7
**dates [2]** 157/2 171/19
**day [39]** 91/7 101/14
101/20 102/24 108/4
109/15 110/12 113/25
125/4 126/19 127/23
127/25 128/14 128/15
140/5 140/11 147/24
160/16 165/17 167/7
168/18 177/9 177/14
177/16 179/18 180/4
181/3 181/22 183/24
184/23 185/18 187/2
188/1 189/1 189/5
189/7 189/21 190/7
190/16
**days [3]** 105/2 142/22
190/10
**deal [5]** 96/12 118/18
155/7 161/21 176/6
**December [14]** 94/11
104/2 105/1 105/18
109/10 115/12 152/19
170/22 174/13 174/16
176/9 184/2 184/2
189/12
**December 21st [1]**

**December 22nd [3]**
94/11 174/13 176/9
**December 30th [1]**
152/19
**decides [1]** 132/11
**deciding [1]** 133/15
**decision [5]** 95/21
132/6 133/23 135/19
191/16
**Declaration [1]** 176/14
**decline [1]** 95/23
**deep [1]** 105/9
**defend [2]** 136/17
136/18
**defendant [16]** 92/2
92/5 93/6 93/6 93/11
93/12 93/12 96/2 96/4
101/10 101/13 131/24
132/5 132/10 132/12
134/14
**Defendant Beeks [2]**
93/11 93/12
**defendants [25]** 91/8
96/16 102/12 103/8
103/8 103/24 112/22
117/13 117/23 118/5
118/11 119/14 119/23
126/9 130/9 149/8
160/20 181/13 183/13
185/22 186/22 186/23
187/17 191/7 191/12
**defendants' [3]** 101/17
101/24 102/6
**defense [8]** 96/18
100/17 130/23 132/4
134/14 175/18 188/21
188/24
**defenses' [1]** 183/8
**defensive [3]** 183/24
183/24 184/6
**deference [1]** 172/12
**deferential [3]** 158/15
162/17 167/3
**definition [5]** 96/8
186/17 186/19 187/4
187/23
**degree [2]** 95/3 95/15
**delays [1]** 95/15
**deliver [2]** 131/12
132/17
**delivering [1]** 140/25
**demonstrating [1]**
173/13
**demonstrations [5]**
168/23 173/1 173/3
173/11 173/17
**depart [1]** 116/25
**DEPARTMENT [1]**
91/19
**deploy [1]** 146/3
**deployed [1]** 145/23
**deputies [1]** 110/10
**deputy [1]** 106/10
**describe [2]** 117/21
129/11
**described [1]** 128/18
**describing [1]** 129/5

**designated [1]** 131/16
**despite [1]** 143/1
**destroy [2]** 145/14
167/25
**destroyed [3]** 147/9
160/17 173/15
**detail [8]** 126/13
126/24 128/18 151/7
161/14 181/7 183/10
184/12
**details [3]** 161/24
162/6 162/11
**determine [2]** 104/15
185/4
**determining [2]** 100/3
116/11
**dick [5]** 154/2 154/3
154/11 167/10 171/24
**did [44]** 101/13 106/2
106/2 106/5 110/11
115/10 116/21 117/16
117/23 119/5 120/22
123/17 125/13 126/16
127/6 127/6 127/20
127/21 128/7 128/7
128/16 128/16 128/17
128/19 128/21 129/2
129/2 129/9 136/10
152/15 160/8 166/9
167/23 169/7 169/7
175/5 177/14 177/17
177/24 177/24 178/2
179/8 181/8 186/9
**didn't [28]** 117/12
123/9 124/9 124/13
124/24 127/14 127/15
127/17 127/17 130/8
130/10 141/8 146/13
147/5 148/22 153/2
161/20 167/23 167/25
169/5 169/6 179/7
179/8 190/20 190/22
191/2 191/23 191/23
**difference [1]** 96/11
**different [13]** 133/23
137/12 138/1 138/16
138/21 146/5 146/7
147/19 147/24 161/3
162/3 170/14 177/17
**difficulties [1]** 150/1
**direct [2]** 178/5 184/5
**direction [2]** 116/7
120/7
**directly [3]** 150/4
168/13 177/23
**disadvantages [1]**
133/15
**disagree [1]** 134/10
**disagreement [1]**
115/19
**discuss [3]** 100/14
132/21 140/4
**discussed [2]** 100/6
131/23
**discussion [1]** 172/2
**disorder [2]** 95/15

182/22
**dispelled [1]** 124/15
**dispute [1]** 150/23
**disputing [1]** 177/24
**distinctive [2]** 128/4
144/8
**DISTRICT [4]** 91/1 91/1
91/11 91/14
**ditch [1]** 144/8
**ditched [1]** 144/3
**do [68]** 95/25 96/9 97/2
97/16 97/24 98/3 100/8
101/18 101/21 103/23
104/17 104/20 108/1
108/6 108/10 108/19
109/19 110/6 111/3
112/14 114/15 114/16
115/4 117/17 118/7
118/16 123/5 124/9
125/24 126/11 126/17
127/22 128/11 130/7
131/17 132/11 133/10
133/16 134/11 139/1
143/15 144/25 145/13
146/18 147/6 154/22
156/2 156/8 156/16
156/19 161/5 161/13
164/4 164/13 167/23
168/10 171/25 172/23
174/1 174/4 179/8
180/15 180/16 180/17
180/21 182/17 184/12
184/19
**do you [7]** 97/24 98/3
100/8 130/7 133/10
133/16 134/11
**do you have [1]** 97/16
**document [11]** 97/6
97/8 99/8 99/8 99/14 100/1
101/16 104/7 110/1
114/22 124/6 174/24
**documents [3]** 145/10
174/15 175/18
**does [13]** 95/9 108/19
113/17 121/4 126/19
150/3 150/15 151/6
152/11 152/16 159/3
170/2 186/13
**doesn't [21]** 113/18
113/21 121/13 132/9
138/25 139/1 141/12
142/14 145/15 147/4
153/6 155/24 156/13
156/14 157/14 164/21
165/6 167/4 167/5
168/7 180/21
**doing [30]** 102/7
102/24 110/5 110/15
115/4 125/3 126/18
129/4 131/10 131/19
132/7 135/24 143/20
132/7 135/9 150/16
150/20 151/21 155/3
161/24 162/6 162/10
165/12 167/24 170/23
175/21 176/8 179/9
180/10 184/20
**Dolan [4]** 139/11 142/6

**D**

Dolan... [2]  148/7
158/4
domestic [1]  136/19
Don [1]  154/24
don't [35]  98/21 98/24
100/12 108/11 124/18
127/2 127/2 130/20
130/22 132/18 133/6
141/4 142/20 147/12
150/7 153/23 159/13
159/17 159/17 161/15
161/23 162/7 163/12
163/13 169/1 170/15
171/3 172/21 175/24
177/10 177/13 178/16
179/11 181/20 187/21
done [5]  134/9 135/21
139/20 177/14 177/15
DONOVAN [34]  91/6
93/6 101/11 101/19
102/12 102/21 103/10
103/19 106/20 108/14
108/17 109/14 109/18
110/17 111/16 112/5
114/9 118/23 119/20
121/5 124/10 126/6
129/18 130/15 182/18
183/14 183/18 185/24
186/1 187/6 188/22
188/25 189/9 190/18
Donovan Crowl [21]
101/11 102/12 103/10
103/19 106/20 108/14
108/17 109/14 110/17
111/16 114/9 118/23
119/20 121/5 126/6
129/18 130/15 185/24
186/1 188/22 190/18
Donovan Crowl's [4]
124/10 183/14 187/6
188/25
door [15]  120/4 120/16
120/19 127/8 127/13
128/21 128/23 129/7
140/19 140/20 143/23
143/24 143/25 146/20
159/20
doors [5]  116/25
121/20 124/19 127/12
191/9
doubt [11]  103/3 112/2
126/5 130/16 147/22
160/7 170/3 180/19
187/23 191/19 192/1
down [26]  95/7 102/20
111/8 116/12 116/15
118/6 118/24 119/21
123/1 123/6 123/14
123/16 123/23 124/1
124/20 124/22 125/11
141/3 145/18 155/5
164/18 168/19 173/14
183/8 191/15 191/21
downloaded [1]  153/9
downward [1]  115/1
dozens [1]  143/2
drank [1]  142/13

150/4 150/5 150/6
176/10 180/6 180/7
drawn [1]  159/12
dress [1]  139/5
dressed [1]  109/19
drinking [2]  179/23
179/24
drinks [1]  140/11
driving [1]  154/14
drug [1]  176/21
drum [5]  109/21
109/23 109/24 109/25
114/24
drunk [1]  180/1
dues [2]  155/20 155/25
dues-paying [1]
155/25
Dun [1]  147/10
during [4]  94/7 95/14
133/9 133/10
duties [1]  95/14
Duty [5]  179/15 179/16
182/18 182/25 184/16

**E**

each [8]  109/23 116/2
116/6 124/19 168/2
168/6 168/24 170/17
earlier [1]  113/2
early [4]  103/11 167/21
184/2 184/2
earnestly [1]  145/10
east [6]  113/13 114/5
114/6 128/20 128/21
191/8
East Rotunda [1]
191/8
easy [2]  108/11 144/12
Edwards [6]  91/13
93/9 130/21 148/4
182/4 192/2
effect [1]  172/16
either [2]  96/3 162/24
elbow [1]  111/10
elected [1]  121/23
election [14]  104/23
106/18 109/8 112/11
121/25 125/15 125/17
125/20 128/15 129/19
173/5 174/24 187/8
190/8
electronic [1]  149/7
Elements [5]  96/15
97/5 97/17 97/24 99/4
Ellipse [8]  102/2 103/6
103/9 103/25 105/24
109/18 110/13 141/17
else [8]  100/13 129/5
142/5 143/21 156/13
165/24 166/9 175/6
email [6]  91/16 91/17
91/21 92/4 92/9 94/3
empty [1]  116/12
encounter [1]  175/24
encountered [1]
127/17
end [7]  104/14 104/16

ends [1]  172/14
enemies [1]  136/19
enforcement [5]  95/12
136/16 143/8 161/11
170/11
engage [1]  178/18
engaged [1]  95/13
enough [1]  176/15
ensure [1]  147/9
enter [3]  117/12 119/1
152/10
entered [6]  117/24
140/19 140/20 160/8
167/18 171/8
enters [1]  177/22
enthusiasm [1]  168/24
entire [3]  107/8 111/18
141/22
entirety [1]  115/18
entitled [2]  181/3 181/3
equal [2]  109/2 109/3
equipment [1]  103/15
escort [1]  166/12
escorted [1]  165/11
escorting [2]  142/10
164/8
escorts [1]  143/15
especially [1]  136/8
ESQ [1]  92/6
essence [1]  177/2
essentially [4]  94/17
134/5 135/19 135/25
esteem [1]  160/24
et [1]  95/16
even [19]  94/21 133/18
147/2 150/25 151/21
151/23 153/6 157/1
159/6 161/5 164/16
170/10 177/11 178/16
182/12 187/3 187/21
187/22 191/17
evening [1]  150/25
evenly [1]  124/1
event [4]  108/4 140/12
145/11 189/17
events [5]  144/11
168/5 168/5 168/25
172/22
ever [11]  137/19
140/10 144/22 149/6
151/16 155/17 155/19
155/20 156/24 156/24
177/10
every [8]  102/13
116/15 124/7 126/5
127/5 130/8 149/7
149/7
everybody [5]  150/16
175/5 186/10 192/7
192/14
everyone [9]  93/2 93/3
93/14 131/1 131/5
132/15 139/13 148/14
182/2
everything [2]  172/5
178/1

every where [1]
161/8
evidence [95]  95/23
96/10 98/12 101/19
102/5 102/23 103/2
106/1 109/14 111/7
112/24 116/4 117/2
119/4 119/9 119/11
122/24 123/7 124/23
125/2 126/16 128/13
129/1 130/14 137/19
143/4 144/3 145/15
149/9 150/3 155/5
155/16 155/17 155/18
155/19 156/23 156/24
157/21 158/5 158/19
158/24 159/22 159/22
160/5 160/14 160/15
160/17 160/17 161/5
161/10 161/12 162/2
163/7 164/10 164/11
165/19 166/12 168/8
168/8 169/13 169/20
169/22 169/22 169/23
170/10 170/16 170/24
171/3 171/7 172/1
174/7 174/9 174/10
180/5 180/24 181/4
183/12 183/22 183/25
184/10 185/2 185/18
187/1 187/10 187/15
188/14 188/17 188/18
189/6 190/23 190/24
191/18 191/19 191/25
192/6
exact [4]  120/19 126/8
152/18 159/13
exactly [4]  101/13
118/5 125/23 186/9
example [3]  102/9
103/11 178/2
examples [1]  191/4
except [1]  180/16
exchange [1]  162/16
exchanges [1]  183/15
excited [1]  160/11
exclusive [1]  185/3
excuse [1]  130/25
exhibit [29]  104/11
104/11 107/9 110/20
113/10 117/20 117/20
120/11 120/15 120/22
122/1 123/19 125/5
127/8 127/9 127/10
148/5 172/5 174/15
182/9 182/15 182/21
182/24 182/25 188/3
188/6 188/8 191/10
191/11
Exhibit 1002 [1]
104/11
Exhibit 1077.6.A [2]
117/20 120/11
Exhibit 1091.1 [1]
117/20
Exhibit 1500.5 [2]
113/10 148/5
exhibits [12]  94/12

116 102/16 102/21
137/17 143/12 170/22
175/15 175/18 178/25
188/9 192/11
exhortations [1]  140/7
exhorting [1]  146/7
exit [5]  124/12 140/16
145/22 147/7 161/1
expectation [1]  131/19
experiencing [1]
124/17
explain [3]  132/3
169/17 190/22
explains [4]  107/18
166/23 171/15 171/16
explicitly [1]  150/9
150/10 154/23
expound [1]  156/13
expounds [2]  171/15
171/16
expressed [1]  168/21
expressing [1]  181/12
extends [2]  106/20
112/4
extent [3]  123/13
132/23 154/16
extracted [1]  153/9
eye [1]  167/13
eyes [1]  115/11

**F**

Facebook [4]  128/18
139/18 174/16 175/19
facing [3]  114/1 122/13
136/13
fact [17]  95/24 106/8
113/3 126/25 140/24
151/19 155/21 156/21
163/23 168/1 172/7
175/12 177/16 179/17
179/19 179/21 180/2
facts [16]  96/15 97/5
97/17 97/25 98/1 98/3
99/4 100/1 100/2
105/21 126/10 132/20
136/7 142/11 180/5
187/23
factual [2]  96/12 157/2
failed [2]  180/11
180/17
fails [1]  105/7
fair [2]  98/4 100/2
fairness [1]  173/13
fall [3]  172/19 173/7
173/16
falling [1]  143/9
familial [1]  143/9
family [3]  150/22
152/21 152/23
famously [1]  144/20
far [12]  103/10 103/11
114/9 114/9 120/13
120/16 140/9 145/24
147/21 154/19 166/21
169/2
Faretta [2]  132/25
133/4
farm [1]  158/13

**F**

**father** [1] 136/17
**FBI** [1] 128/1
**feed** [1] 168/24
**feeling** [1] 179/3
**fences** [1] 165/14
**fervor** [1] 158/24
**few** [4] 149/18 164/19
174/5 175/14
**field** [2] 132/10 168/6
**fight** [14] 105/6 105/8
107/15 107/18 108/1
108/3 110/9 129/16
129/19 137/1 137/24
146/21 146/21 186/9
**fighting** [3] 107/13
107/21 167/22
**figure** [1] 151/9
**filed** [1] 145/9
**filings** [1] 147/18
**filled** [1] 116/14
**final** [5] 97/5 97/12
99/7 122/1 188/20
**finally** [4] 95/19 114/6
116/25 124/15
**find** [5] 141/17 149/11
171/4 180/18 180/25
**finding** [2] 137/3
180/22
**findings** [1] 180/23
**fine** [5] 134/16 134/17
136/3 155/11 155/12
**finest** [1] 149/5
**firearms** [2] 167/13
184/18
**first** [25] 94/3 94/5
94/12 96/25 103/14
117/25 131/7 131/17
136/16 150/11 150/12
150/13 152/8 152/23
154/19 154/20 157/1
166/10 172/11 175/4
175/12 177/6 177/8
180/13 183/14
**First Amendment** [6]
94/12 166/10 175/4
175/12 177/6 177/8
**Fischer** [3] 95/20 95/21
96/7
**fixin'** [1] 115/14
**flag** [6] 121/4 121/8
121/10 121/11 121/14
129/6
**flagged** [1] 113/16
**flagpole** [3] 127/7
127/13 129/9
**floor** [4] 92/7 106/13
108/22 154/25
**floors** [1] 124/2
**Florida** [5] 104/1 104/4
141/14 141/23 156/18
**focus** [2] 111/6 180/3
**focused** [2] 109/8
110/2
**folks** [3] 123/8 124/7
138/6
**followed** [5] 130/9
141/17 157/8 157/20

**followers** [3] 157/9
157/11 157/14
**following** [3] 104/4
157/5 167/6
**football** [3] 148/19
148/20 176/23
**force** [4] 107/22 167/22
183/17 183/20
**forced** [3] 135/18
135/23 184/14
**foregoing** [1] 193/3
**foreign** [1] 136/19
**foresee** [1] 137/9
**forfeit** [1] 135/25
**forget** [1] 172/21
**form** [1] 168/9
**former** [2] 143/7
154/24
**forth** [1] 100/1
**fortified** [1] 166/15
**fortifies** [1] 166/23
**forum** [1] 177/8
**forward** [21] 96/22
108/10 116/22 116/22
116/24 119/24 120/1
121/10 121/13 121/17
121/21 123/10 131/22
146/8 159/10 160/4
187/4 188/11 188/12
188/15 188/22
**forwards** [1] 179/16
**found** [9] 128/2 128/6
142/23 144/6 145/7
177/1 178/24 180/24
181/2
**four** [6] 101/23 102/2
102/10 103/1 110/14
112/25
**fourth** [1] 117/10
**frame** [1] 101/22
**framework** [5] 106/17
107/17 107/21 190/13
190/16
**frankly** [1] 122/24
**frantically** [1] 127/3
**fraudulent** [2] 109/8
173/6
**free** [1] 135/24
**French** [1] 146/11
**frequent** [1] 128/2
**frequently** [1] 145/19
**Friday** [1] 155/15
**friend** [2] 151/1 155/24
**friendly** [2] 165/16
165/18
**friends** [2] 150/21
175/10
**front** [7] 121/6 121/12
128/23 129/7 145/24
146/3 159/8
**frozen** [1] 182/6
**Fuck** [2] 119/5 189/22
**full** [2] 152/2 159/16
**function** [1] 101/4
**funds** [1] 153/2
**further** [8] 96/1 121/20
123/23 124/22 125/13

**furtherance** [2] 94/19
94/21

**G**

**gain** [1] 187/5
**gained** [1] 187/20
**gaiter** [4] 111/1 111/2
122/12 122/21
**game** [1] 184/17
**garbed** [1] 103/19
**gas** [1] 176/7
**gassed** [1] 184/14
**gates** [2] 128/10 190/5
**gather** [1] 113/12
**gave** [1] 94/15
**gear** [2] 103/15 127/16
**gear-clad** [1] 127/16
**gee** [1] 160/13
**get** [33] 94/1 103/24
105/20 106/5 111/19
112/3 112/15 113/13
117/16 119/18 120/10
123/3 125/11 126/22
132/9 134/9 135/3
145/7 145/25 146/5
146/14 146/16 147/25
157/8 157/8 157/9
157/9 157/10 157/10
157/14 158/25 159/16
170/12
**gets** [5] 105/25 139/13
140/16 168/24 169/3
**getting** [11] 109/18
117/1 117/4 125/22
127/16 140/6 140/20
143/19 143/19 147/8
187/1
**gig** [1] 155/2
**give** [6] 113/4 139/21
149/22 176/16 181/19
182/9
**given** [5] 94/11 95/5
101/3 164/2 164/10
**giving** [2] 98/14 100/7
**glove** [3] 188/5 188/7
188/10
**go** [32] 106/21 108/10
109/14 112/14 112/15
116/8 118/11 124/24
127/2 127/2 127/4
136/4 137/24 142/16
143/23 143/25 151/3
151/3 151/17 151/22
155/10 161/15 166/21
168/12 168/12 168/12
171/2 178/11 183/25
190/21 191/15 192/6
**go ahead** [1] 136/4
**goal** [3] 116/6 149/3
160/9
**God** [1] 115/13
**goes** [3] 104/23 108/19
114/2
**goggles** [4] 103/20
121/6 122/21 129/11
**going** [97] 97/7 99/3
105/25 102/4 104/22

107/19 108/4 109/2
109/3 112/14 112/14
112/15 112/16 112/18
112/19 112/19 113/4
113/21 114/20 116/1
117/7 117/8 117/14
117/18 118/16 119/10
120/4 121/1 122/6
123/3 123/11 123/23
123/25 124/2 124/20
128/13 129/25 130/1
131/7 132/2 132/2
133/20 134/9 136/25
138/11 138/18 139/14
139/21 142/16 143/25
146/16 148/3 148/23
149/7 150/13 150/14
151/1 151/16 151/22
152/19 152/21 152/25
152/25 153/3 153/6
153/11 156/8 156/13
156/15 157/24 160/16
161/18 162/12 162/23
167/6 170/12 171/13
171/21 175/15 176/8
178/1 182/16 183/5
183/20 188/19 189/1
189/5 189/14 190/2
190/6 190/13 190/16
190/17 192/5
**golf** [1] 161/17
**gone** [2] 99/15 144/6
**good** [12] 93/2 93/4
93/14 99/1 99/2 112/7
135/11 135/12 149/21
149/25 161/20 172/3
**good morning** [7]
93/14 99/1 99/2 135/11
135/12 149/21 149/25
**goodies** [2] 183/18
183/21
**got** [22] 100/24 103/19
103/23 110/2 112/7
121/22 126/21 127/24
128/6 129/14 140/21
147/25 148/14 152/4
160/11 162/3 162/4
170/9 171/16 177/2
182/14 184/14
**GoToMeeting** [17]
106/16 106/19 106/25
107/8 107/19 107/25
108/3 109/24 112/11
115/1 137/18 156/4
156/6 156/11 171/11
171/17 189/10
**gotten** [2] 115/20
146/14
**government** [58] 91/13
93/9 95/2 100/15
100/22 101/2 115/17
115/20 117/17 127/25
131/25 132/4 132/16
136/12 136/25 137/1
137/15 138/6 138/7
142/7 144/2 146/1
147/10 147/16 150/2

107/11 108/4 109/2
109/3 112/14 112/16
112/15 112/16 112/18
112/19 112/19 113/4
113/21 114/20 116/1
117/7 117/8 117/14
117/18 118/16 119/10
120/4 121/1 122/6
123/3 123/11 123/23
123/25 124/2 124/20
128/13 129/25 130/1
131/7 132/2 132/2
133/20 134/9 136/25
138/11 138/18 139/14
139/21 142/16 143/25
146/16 148/3 148/23
149/7 150/13 150/14
151/1 151/16 151/22
152/19 152/21 152/25
152/25 153/3 153/6
153/11 156/8 156/13
156/15 157/24 160/16
161/18 162/12 162/23
167/6 170/12 171/13
171/21 175/15 176/8
178/1 182/16 183/5
183/20 188/19 189/1
189/5 189/14 190/2
190/6 190/13 190/16
190/17 192/5
**government's** [21]
95/7 101/4 104/11
104/11 105/23 107/9
122/1 123/19 125/5
127/8 127/9 132/24
163/19 177/18 181/21
186/18 188/3 188/6
188/8 191/10 191/10
**governor's** [1] 110/9
**graduate** [1] 157/12
**grain** [1] 123/6
**grandfather** [1] 136/17
**grandson** [1] 143/6
**granted** [1] 133/13
**granular** [1] 123/6
**grass** [1] 127/2
**Graydon** [3] 188/5
188/7 188/15
**great** [4] 97/2 131/11
173/8 182/11
**greater** [1] 170/19
**green** [2] 110/10
122/21
**Greene** [2] 139/10
142/4
**Greg** [2] 92/6 93/10
**greghunter** [1] 92/9
**GREGORY** [1] 92/6
**ground** [1] 108/22
**grounds** [9] 102/3
111/20 113/1 125/11
126/21 127/1 164/22
177/6 177/8
**group** [40] 105/14
112/2 112/7 113/3
113/14 113/18 113/20
113/20 113/22 113/24
114/4 114/17 114/18
114/19 114/20 115/7
115/8 115/13 115/22
115/24 117/3 117/15
119/23 119/24 123/13
123/14 123/22 125/19
142/9 148/13 161/3
161/9 164/19 165/23
174/11 174/14 175/5
175/10 187/18 191/15
**group's** [4] 102/18
111/9 123/24 129/21
**grouping** [1] 113/14
**groups** [3] 173/12
173/12 173/13
**grown** [1] 176/24
**guarding** [1] 161/16
**guess** [3] 96/9 161/15
170/9
**guilt** [1] 127/22

**G**

**guilty [7]** 103/3 130/16 147/8 149/11 180/18 181/2 191/25
**Gun [1]** 115/13
**guns [1]** 185/7

**H**

**had [50]** 97/11 97/12 99/7 99/8 104/25 108/23 112/4 112/10 115/12 115/20 116/13 116/25 121/17 125/14 125/17 126/4 126/17 127/22 128/3 128/10 129/9 131/15 133/9 133/18 138/2 139/2 139/4 139/6 140/11 140/24 141/13 141/18 143/24 145/2 145/4 145/11 157/18 158/5 161/2 163/8 165/2 176/25 177/21 177/22 183/19 185/10 185/15 190/1 190/14 191/20
**half [3]** 119/2 119/13 139/12
**Hall [1]** 189/3
**halls [1]** 124/1
**hallway [38]** 102/20 103/5 116/12 117/24 118/6 118/24 119/21 120/6 120/7 120/14 120/16 120/17 121/22 123/1 123/14 124/22 127/18 130/4 140/17 142/19 146/4 159/1 159/14 159/14 160/2 169/11 169/19 180/22 186/13 186/23 188/2 188/13 188/23 189/21 191/9 191/12 191/15 191/21
**hand [6]** 97/7 119/20 123/22 135/19 168/24 188/4
**hands [5]** 110/8 116/2 116/6 117/6 184/18
**hanger [1]** 139/25
**hanger-on [1]** 139/25
**hanging [2]** 137/4 168/2
**happen [3]** 137/10 164/21 179/7
**happened [5]** 124/24 141/2 141/17 177/21 179/18
**happening [1]** 125/16
**happens [4]** 140/7 164/22 168/23 168/25
**happy [6]** 101/4 130/18 143/23 162/10 162/16 178/18
**hard [1]** 179/2
**harmed [1]** 173/15
**Harrelson [4]** 139/11 142/6 148/7 158/4
**has [49]** 95/5 95/19

103/16 104/9 107/7 109/7 111/22 112/1 114/24 117/17 129/14 130/19 131/14 134/21 135/17 135/23 138/12 149/6 150/2 150/14 153/8 157/21 158/22 159/22 160/1 162/2 162/15 164/9 165/21 167/11 168/1 169/14 169/23 171/20 172/3 176/6 177/1 177/13 180/11 180/17 184/21 185/19 186/19 187/4 192/3
**hasn't [1]** 153/4
**hate [3]** 153/14 184/4 184/7
**have [92]** 94/4 94/5 95/1 95/17 96/14 97/11 97/12 97/16 97/20 98/15 98/21 99/7 99/8 99/15 100/12 101/6 105/8 107/4 109/1 112/7 115/17 116/6 116/7 116/7 123/7 123/8 126/10 126/19 127/6 130/20 131/11 133/22 135/2 136/21 137/9 137/11 137/16 137/19 137/24 138/23 139/5 139/15 143/8 144/22 145/3 145/12 146/14 148/5 148/25 149/3 149/18 149/20 149/22 151/24 153/2 153/9 155/24 157/19 157/25 159/15 161/2 163/2 163/3 163/3 163/13 163/14 163/16 163/24 164/17 165/13 165/20 167/16 171/25 172/22 173/11 173/12 173/13 173/25 174/2 174/4 176/16 178/16 181/2 182/7 182/12 183/18 183/25 184/7 185/25 186/22 187/15 190/11
**having [10]** 138/10 142/22 143/1 144/5 154/5 165/3 165/18 183/21 186/20 187/11
**he [300]**
**he didn't [2]** 148/22 190/22
**He knew [1]** 128/24
**he said [4]** 115/14 115/16 125/21 143/16
**he's [125]**
**headed [2]** 183/15 183/23
**headline [1]** 104/17
**hear [14]** 119/5 130/10 131/6 132/18 142/19 148/18 148/22 151/19 152/13 181/21 184/25

**heard [2]** 163/8 169/14
**hearing [2]** 94/7 177/2
**hearings [1]** 132/22
**hears [1]** 138/7
**heavy [2]** 137/24 183/21
**held [2]** 138/17 172/7
**helmet [6]** 103/16 103/20 111/1 121/7 122/12 122/20
**help [16]** 126/14 127/14 127/15 127/17 127/17 132/2 146/21 147/6 148/4 165/7 165/8 165/10 165/22 166/11 184/19 185/1
**helped [2]** 127/6 128/24
**helpful [3]** 110/21 165/18 181/11
**helping [8]** 126/18 129/17 165/5 166/12 170/8 175/20 179/12 181/9
**helps [2]** 165/2 165/3
**her [27]** 93/18 93/21 102/22 102/23 102/24 106/10 106/14 108/19 108/20 111/10 111/13 111/14 111/16 112/23 120/9 138/6 142/4 150/19 157/23 165/2 165/2 165/3 165/5 165/6 165/6 167/21 187/16
**here [38]** 93/17 103/13 103/23 104/6 105/25 109/17 111/11 111/15 111/25 118/20 119/10 121/1 121/5 121/13 122/18 132/21 135/3 136/7 138/6 141/23 141/24 147/21 151/16 158/4 158/13 159/21 159/21 161/8 161/13 165/22 174/17 179/22 181/8 186/18 188/1 188/24 190/13 190/17
**here's [10]** 106/24 107/12 108/1 108/13 108/24 113/16 125/6 125/14 189/4 189/8
**Hernandez [13]** 92/2 93/25 94/3 96/21 131/6 149/17 174/1 178/8 180/8 181/18 185/25 187/4 189/5
**hero [1]** 158/8
**herself [2]** 111/16 111/17
**hide [1]** 144/3
**hierarchal [1]** 106/8
**high [2]** 180/14 180/18
**Highland [1]** 92/3
**highlight [9]** 101/19 101/24 107/10 110/22 114/13 182/24 183/3

**highlighted [1]** 114/10
**highlighting [1]** 189/24
**highlights [3]** 104/8 104/19 185/10
**hill [3]** 136/23 148/11 148/15
**him [77]** 106/21 109/10 110/6 114/1 121/6 121/12 127/17 127/25 128/7 128/9 128/24 128/25 132/2 132/7 132/19 136/21 141/18 143/6 144/19 145/8 145/11 145/18 145/25 146/14 146/14 147/13 148/13 148/24 149/11 150/12 150/13 150/15 150/15 151/1 152/1 152/16 154/5 154/8 154/23 155/3 155/12 156/12 157/14 157/19 158/16 160/24 160/25 161/7 162/3 162/16 165/5 165/5 166/8 171/6 171/11 171/25 172/1 172/10 172/11 175/13 175/20 176/22 179/11 179/15 179/15 181/4 181/6 181/9 181/12 183/16 183/19 184/9 185/1 186/11 188/11 190/2 190/5
**himself [14]** 96/3 105/21 128/19 129/11 132/13 141/14 145/4 146/16 152/2 166/20 166/21 169/22 184/17 188/14
**hindsight [1]** 149/4
**hip [1]** 144/21
**hip-hop [1]** 144/21
**his [139]**
**historical [1]** 179/4
**history [5]** 107/2 129/15 136/15 171/12 176/18
**hit [2]** 182/7 183/7
**hold [9]** 118/17 119/18 119/18 119/19 130/5 156/21 157/3 159/5 166/7
**holding [9]** 95/23 96/7 122/9 122/11 123/21 127/7 127/12 168/2 188/11
**holds [3]** 154/5 160/23 172/13
**Hollow [1]** 92/2
**holy [1]** 145/6
**homemade [4]** 103/17 114/1 127/24 128/3
**Honor [61]** 93/4 93/17 96/18 96/19 96/24 97/21 98/2 98/6 98/22 99/10 100/15 100/18 100/19 100/23 101/1 101/9 101/10 103/2

106/25 108/25 110/20 112/24 113/8 114/14 116/4 117/19 118/4 118/16 118/20 121/3 121/23 122/23 126/6 126/12 130/15 131/11 132/14 132/23 134/16 135/11 149/1 149/18 149/25 152/12 156/19 159/6 159/25 162/23 165/25 167/22 174/3 175/15 180/10 181/16 182/5 182/6 182/15 183/3 183/6 188/20 191/24
**HONORABLE [1]** 91/10
**hood [1]** 122/20
**hop [1]** 144/21
**hope [3]** 129/13 139/19 146/2
**hoped [1]** 145/7
**horizon [5]** 109/6 109/9 172/15 173/21 186/6
**horribles [1]** 117/13
**hospitality [1]** 172/11
**hotel [2]** 151/3 154/25
**hour [1]** 139/12
**house [13]** 103/9 105/18 123/16 151/3 153/3 158/24 163/25 164/1 164/1 184/14 189/23 189/23 191/13
**how [36]** 101/24 103/23 103/23 105/25 106/5 106/17 107/18 108/1 108/2 108/10 108/24 111/17 112/11 138/22 140/14 140/17 140/23 140/25 142/12 143/17 144/5 146/5 146/21 147/21 147/22 153/23 154/1 154/11 159/13 159/18 159/20 174/1 174/4 174/17 189/4 189/8
**However [1]** 168/17
**huddle [26]** 111/20 113/14 113/16 113/23 114/3 114/7 114/12 115/5 124/18 127/4 138/18 138/20 140/7 142/15 142/17 148/5 148/21 148/22 148/25 163/2 163/3 164/21 190/22 190/24 190/25 191/8
**huddled [4]** 113/3 113/22 114/5 124/25
**huddles [7]** 113/4 113/11 113/23 114/19 148/19 162/25 190/23
**huddling [2]** 113/19 148/15
**Hughes [2]** 91/18 93/8
**human [1]** 113/17
**Hunter [13]** 92/6 92/6

**H**

Hunter... [11] 93/10
98/24 134/21 135/20
136/4 149/16 169/14
185/10 185/13 188/2
190/22
hurrah [1] 171/17
hurt [1] 147/8
hyped [2] 152/4 169/4
hyped-up [1] 169/4
hyperbole [1] 172/19
hyperbolic [4] 156/22
157/4 157/7 172/18

**I**

I also [1] 169/1
I believe [9] 93/16
96/25 97/19 99/22
142/16 158/14 163/4
166/3 179/21
I can [4] 100/3 149/19
182/6 182/10
I didn't [1] 191/23
I didn't see [1] 191/23
I don't [2] 172/21
177/13
I don't have [1] 130/20
I guess [3] 96/9 161/15
170/9
I have [3] 97/20 149/20
176/16
I hope [2] 139/19 146/2
I just [6] 96/21 101/3
161/20 162/19 171/16
175/14
I know [9] 96/7 144/20
148/18 177/17 178/14
179/2 179/14 179/16
180/11
I mean [5] 157/6 163/2
173/14 177/6 180/25
I say [5] 147/14 151/9
158/8 158/17 172/12
I should [1] 97/22
I think [11] 132/15
158/17 167/11 167/14
170/20 176/1 176/12
177/1 177/3 179/4
192/10
I understand [3] 97/5
98/10 169/20
I want [3] 116/15 183/7
192/6
I was [4] 105/23 163/5
175/15 182/16
I will [2] 101/7 186/2
I'd [16] 100/25 101/18
101/21 114/13 117/16
117/21 117/22 122/4
149/20 153/14 175/17
183/2 184/4 184/7
187/25 191/6
I'll [19] 94/14 94/22
96/9 96/10 97/7 110/22
118/14 118/20 122/3
122/4 122/14 123/11
180/8 182/17 182/24
183/3 188/25 192/7

I'm [49] 96/11 97/6
99/3 102/4 106/22
107/9 107/15 112/15
112/16 113/4 115/15
117/18 117/25 118/16
121/1 130/18 131/6
131/7 139/21 146/4
148/3 149/20 150/1
151/21 151/22 153/13
155/1 157/12 159/17
160/6 161/20 162/18
167/19 167/19 167/19
169/16 170/12 174/3
175/16 176/15 177/24
178/9 178/11 178/12
178/18 179/6 179/25
180/2 192/5
I'm going [6] 112/15
112/16 121/1 139/21
148/3 151/22
I'm just [6] 97/6 99/3
102/4 107/9 117/18
180/2
I'm not [7] 107/15
167/19 177/24 178/12
179/6 179/25 192/5
I'm not sure [1] 159/17
I'm sorry [4] 117/25
149/20 150/1 178/9
I'm sure [2] 153/13
175/16
I've [6] 100/24 103/11
122/18 144/22 148/19
160/22
idea [4] 93/15 167/6
172/25 190/1
identified [2] 136/19
143/9
ideological [1] 109/3
ignorance [2] 188/20
188/23 190/19
Ignore [1] 126/23
illegal [1] 125/21
illegitimate [1] 105/9
Illinois [5] 152/20
152/20 152/21 152/21
152/25
images [1] 127/11
immediately [3] 111/4
115/5 115/7
immense [1] 152/9
impairs [1] 95/22
impede [2] 95/12 170/3
impeded [1] 169/21
impeding [3] 148/1
149/13 163/21
important [10] 104/6
106/3 107/3 111/7
111/24 119/4 120/5
120/8 132/19 144/25
importantly [2] 190/3
190/10
imposed [2] 166/17
173/16
impossible [1] 147/22
impressive [1] 144/21
inauguration [1]

incident [1] 95/14
included [2] 119/25
173/9
includes [2] 117/18
127/10
including [11] 94/8
103/8 114/5 128/19
132/16 133/21 164/6
167/16 173/20 186/11
189/21
inconsistent [6]
140/15 140/17 142/13
143/17 146/22 179/3
Independence [1]
176/15
independent [1]
186/20
independently [1]
94/18
indicate [1] 113/17
indicated [3] 131/14
131/17 169/15
indication [1] 142/6
individual [3] 122/11
129/13 157/24
infer [7] 156/6 163/14
163/17 167/1 167/9
178/14 185/21
inference [3] 159/11
159/11 167/5
inferences [9] 150/3
150/4 150/5 150/5
150/6 176/10 176/11
180/5 180/7
Infiltration [2] 182/19
184/18
influenced [1] 152/5
influencing [1] 163/21
information [7] 108/15
108/16 150/21 153/10
153/22 154/10 155/12
informed [1] 140/2
injured [1] 165/2
inner [1] 137/14
innocent [2] 173/9
178/6
inside [9] 107/20 117/8
125/23 130/2 140/8
144/4 145/21 152/8
179/2
inspired [1] 152/5
instead [1] 153/3
instigating [1] 174/8
instructed [1] 131/12
instruction [4] 95/3
95/5 95/6 110/12
instructions [3] 94/25
95/16 166/3
instructor [1] 167/13
insur [1] 150/17
insurrection [6] 150/18
153/14 176/14 179/6
184/4 184/7
Insurrection Act [3]
150/18 153/14 184/4
integrity [1] 95/22
intelligent [1] 157/13

intend [3] 112/3
141/4 141/11 147/4
147/6
intended [3] 112/3
143/4 147/5
intent [42] 96/2 101/20
101/24 102/6 102/18
102/24 106/4 109/16
110/6 111/7 111/9
116/11 116/17 119/9
123/25 124/11 124/23
129/3 129/21 129/22
130/12 137/7 141/3
152/13 160/9 160/14
163/21 177/15 179/9
179/9 180/4 180/19
180/21 183/13 185/2
185/3 185/22 186/12
187/1 188/1 191/5
191/18
intentional [3] 149/12
149/13 191/16
intentionally [2] 148/1
191/14
intentions [2] 147/15
147/23
interaction [2] 123/20
123/24
interactions [2] 158/11
158/14
interest [2] 144/22
164/9
interested [1] 132/24
interesting [2] 156/5
178/24
interfere [3] 95/12
117/8 186/2
interference [1] 188/17
interfering [5] 119/12
119/12 153/17 169/9
177/15
Internet [1] 157/8
interviewed [1] 125/7
interviewer [5] 125/16
125/22 126/2
intoxicated [1] 165/2
introduced [1] 179/22
investigative [1] 149/6
invitation [1] 106/21
invokes [2] 150/18
184/7
involve [3] 107/22
150/3 175/5
involved [3] 132/15
162/11 171/8
involves [1] 160/19
involving [1] 154/18
is [370]
is that correct [2]
98/18 133/23
is there [2] 143/4
147/22
Isaacs [2] 167/22
179/2
isn't [9] 126/25 142/2
142/3 142/17 145/19
154/15 154/23 163/11
163/17

issue [2] 96/8 155/6
issues [1] 132/17
it [137]
it would be [4] 110/21
145/7 154/2 154/11
it's [81] 96/17 97/6
99/6 104/12 109/25
111/7 111/12 114/14
114/21 114/23 114/24
114/25 117/1 117/3
117/20 119/6 119/7
120/14 122/5 122/24
124/5 130/15 130/24
130/24 131/7 132/6
132/15 133/19 138/1
138/4 138/10 138/14
138/16 138/19 138/21
140/4 140/5 144/8
144/21 144/23 146/9
148/7 148/12 149/4
151/9 151/14 151/20
152/18 154/4 156/5
158/17 159/6 159/19
160/4 161/22 162/15
162/21 165/8 169/3
172/25 173/4 175/6
175/10 175/11 175/19
176/11 177/5 177/11
179/2 179/6 179/10
181/1 181/20 187/16
188/5 188/7 188/10
188/11 188/17 188/18
190/21
It's like [2] 151/14
162/21
item [1] 128/4
items [1] 128/6
its [2] 100/22 180/18
itself [2] 102/4 117/11

**J**

jacket [8] 97/1 103/16
128/5 144/3 144/8
144/9 144/19 145/2
Jackson [3] 145/1
145/4 145/6
JAMES [38] 91/7 93/7
101/13 101/20 102/13
102/21 103/10 103/12
103/15 104/1 104/8
104/14 105/1 105/2
105/13 105/25 106/1
109/17 110/18 110/25
111/14 112/5 113/16
114/9 118/23 119/20
124/10 126/6 130/15
138/25 149/1 158/4
184/24 184/25 186/13
187/6 189/2 190/18
James Beeks [25]
102/13 102/21 103/10
103/12 103/15 104/8
104/14 105/1 105/2
105/13 105/25 106/1
110/18 110/25 111/14
112/5 113/16 114/9
118/23 119/20 126/8
130/15 138/25 184/24

**J**

James Beeks... [1]
190/18
James Beeks' [8]
101/20 104/1 124/10
149/1 184/25 186/13
187/6 189/2
January [65] 101/10
101/22 102/17 103/7
104/23 105/17 107/23
109/3 109/17 127/20
129/18 129/21 136/14
139/2 143/13 144/11
150/8 150/9 150/11
150/13 150/14 150/25
151/2 151/5 151/12
151/20 152/3 152/24
153/11 154/19 155/3
155/23 158/3 158/20
158/23 160/20 160/21
161/6 161/18 162/4
162/4 162/12 162/14
162/15 162/20 163/1
166/9 166/13 173/10
173/23 173/23 175/19
175/22 183/10 183/15
183/16 183/23 184/3
184/6 186/2 186/3
186/16 189/9 189/19
191/7
January 1st [3] 162/14
162/15 183/16
January 5th [2] 151/2
151/5
January 6th [50]
101/10 101/22 102/17
103/7 104/23 105/17
109/3 127/20 129/21
136/14 139/2 143/13
150/8 150/9 150/13
150/14 150/25 151/20
152/3 152/24 153/11
154/19 155/23 158/3
158/20 158/23 160/21
161/6 161/18 162/4
162/4 162/12 163/1
166/9 166/13 173/10
173/23 173/23 175/19
175/22 183/10 183/15
183/23 184/6 186/2
186/3 186/16 189/9
189/19 191/7
jarring [2] 114/23
115/3
Jed [2] 154/13 154/13
Jed's [1] 155/1
Jess [2] 109/12 153/5
Jessica [26] 102/16
102/17 102/22 103/12
106/6 106/10 106/15
108/14 109/2 109/4
109/18 109/25 111/17
111/21 112/22 114/10
118/23 119/2 119/19
119/25 120/9 121/7
146/7 186/11 187/12
189/9
Jessica Watkins [25]

103/12 106/6 106/10
106/15 108/14 109/2
109/4 109/18 109/25
111/17 111/21 114/10
118/23 119/2 119/19
119/25 120/9 121/7
146/7 186/11 187/12
189/9
Jessica Watkins' [1]
112/22
join [6] 104/15 115/9
119/24 168/15 185/5
191/14
joined [14] 104/2 105/1
105/15 105/16 115/22
115/25 116/21 118/8
130/9 130/13 153/4
163/20 171/4 185/17
joining [4] 93/24 104/9
105/19 116/13
joins [7] 105/2 105/13
105/24 108/19 108/22
136/15 154/17
joke [1] 180/14
Jr [1] 91/13
judge [22] 91/11 95/20
96/1 131/7 135/10
136/5 138/19 139/19
142/1 144/4 144/20
144/22 145/11 145/20
146/6 146/19 147/14
148/3 148/20 149/11
149/15 180/23
Judge McFadden [1]
180/23
judgment [1] 172/4
July [2] 91/5 193/7
jumps [1] 113/23
juries [1] 180/16
juris [1] 147/12
jurisdiction [1] 145/14
jury [2] 98/18 100/9
just [84] 94/1 94/4
94/14 94/23 96/9 96/21
96/24 97/6 97/7 98/13
98/15 99/3 101/1 101/3
102/4 103/11 103/14
107/9 107/10 108/5
108/9 113/19 116/13
117/12 117/18 117/22
118/14 118/15 118/17
118/18 120/13 121/4
122/3 122/15 125/17
125/25 126/25 128/23
130/22 131/1 131/14
131/18 135/17 137/21
137/21 141/13 141/13
144/22 145/15 146/2
148/13 149/19 149/22
153/22 154/9 157/11
158/22 160/8 161/20
162/18 162/19 163/17
168/19 168/21 171/16
172/3 172/17 172/25
174/5 175/3 175/14
175/20 176/3 178/7
178/10 180/2 181/20

183/3 183/22 183/23
183/24
JUSTICE [1] 91/19

**K**

Kathryn [2] 91/13 93/8
Kathryn Rakoczy [1]
93/8
kathryn.rakoczy [1]
91/17
Katsas' [1] 95/20
keep [12] 108/7 108/9
113/21 118/12 126/14
127/8 132/17 137/2
137/5 140/14 141/24
168/6
Keeper [8] 141/16
141/23 155/6 155/8
155/23 156/1 156/2
162/24
Keepers [37] 104/2
104/3 104/4 104/15
104/25 105/11 105/14
105/22 105/24 106/6
106/9 113/12 116/23
119/23 129/6 129/9
136/8 136/9 138/22
141/5 143/2 149/2
153/22 154/9 155/18
156/1 158/22 161/16
164/15 164/19 164/25
166/1 166/2 166/5
172/23 185/4 185/17
Keepers' [2] 165/23
185/9
keeping [2] 127/13
143/13
Kelly [14] 106/16
114/18 114/20 115/6
115/8 115/25 123/15
130/1 130/2 138/18
163/6 190/21 190/23
190/25
Kelly Meggs [13]
106/16 114/18 114/20
115/6 115/8 115/25
123/15 130/1 130/2
163/6 190/21 190/23
190/25
Kelly Meggs' [1]
138/18
kept [4] 116/22 116/22
116/24 117/13
key [1] 181/8
kid [1] 167/22
kids [1] 176/24
killing [1] 146/23
kind [6] 105/10 124/21
151/8 172/2 181/1
181/12
kneepads [1] 103/17
knew [22] 112/3
112/14 125/14 125/20
125/20 125/21 126/7
128/13 128/21 128/24
129/3 137/12 142/6
160/15 161/6 163/8

190/13 190/14 190/15
knocking [3] 164/14
164/15 177/10
know [75] 96/4 96/7
101/25 108/25 109/5
115/10 119/1 120/9
126/18 136/6 136/7
136/8 137/6 137/11
138/2 138/4 138/25
141/4 141/5 141/7
141/12 141/22 142/14
142/20 143/5 143/5
143/11 143/14 143/16
144/10 144/20 144/24
145/22 145/23 146/1
146/14 146/23 146/24
147/5 147/18 148/18
149/3 151/15 152/3
153/6 153/23 157/12
159/13 159/17 159/17
162/19 163/13 164/4
165/6 167/12 171/3
172/2 172/18 174/18
176/3 176/18 177/17
178/2 178/14 179/2
179/14 179/16 179/21
180/11 188/5 188/6
188/10 189/4 189/8
192/10
knowing [5] 132/5
135/24 141/14 141/15
183/25
knowledge [2] 141/13
147/23
known [5] 128/1
137/10 140/10 140/15
149/6
knows [13] 121/3
136/12 136/13 136/13
139/7 148/21 148/22
149/10 161/7 161/15
183/23 188/3 189/1

**L**

lack [4] 155/5 158/19
160/4 180/24
lady [7] 165/2 166/12
167/19 167/21 175/20
179/12 181/9
laid [3] 112/10 124/6
185/12
landing [1] 168/14
language [7] 95/8
95/10 95/18 104/7
104/9 105/10 105/12
large [2] 149/2 173/12
Last [1] 93/19
late [6] 105/18 109/10
151/2 167/21 176/12
184/2
later [6] 96/13 103/20
105/2 107/23 129/13
190/11
latter [1] 191/22
Laughing [2] 154/1
154/10
law [18] 95/12 115/14

136/16 141/21
143/8 144/23 147/15
156/20 156/20 157/12
161/10 170/11 171/2
172/6 175/12 177/7
177/7
Law-abiding [1]
115/14
lawfully [1] 95/13
lawn [1] 116/13
lawyer [1] 131/20
layering [3] 106/1
109/13 109/13
laying [1] 186/16
lays [6] 104/13 104/22
106/17 107/17 118/22
183/20
lead [2] 115/13 157/19
leader [4] 106/7 106/10
160/3 172/11
leadership [1] 139/9
leading [1] 169/12
leads [5] 102/19
102/19 115/8 159/21
159/21
learn [1] 191/12
learned [2] 167/11
176/17
least [5] 96/12 117/6
132/25 141/6 141/9
leave [6] 96/9 116/20
124/13 124/17 191/6
191/21
leaves [2] 164/25 170/1
leaving [3] 110/13
124/20 178/12
led [2] 123/15 171/4
left [16] 103/10 103/17
107/14 111/14 111/17
114/9 120/13 120/13
121/5 121/10 122/19
127/21 128/5 170/6
170/7 179/22
leg [1] 165/3
legal [2] 125/22 157/2
legions [1] 146/25
Leigh [1] 91/13
length [2] 131/12
131/25
lens [1] 185/1
lent [1] 166/8
LEO [1] 154/24
let [8] 97/25 98/15
103/6 134/19 134/20
163/9 140/11 192/10
let's [10] 103/23 107/2
124/12 150/7 152/3
168/9 168/10 171/12
175/2 181/19
letter [2] 105/4 156/19
letters [2] 109/23
157/16
level [1] 128/11
liability [1] 137/8
liable [2] 138/17 172/7
lied [1] 122/18
lieutenant [1] 158/15
life [3] 144/16 152/9

204

**L**

**life...** [1] 176/16
**light** [2] 111/2 122/21
**light-colored** [1] 111/2
**lights** [1] 110/10
**like** [42] 100/25 101/1
101/2 101/18 101/21
106/9 109/13 111/22
111/22 114/13 115/2
117/16 117/21 117/22
122/4 125/25 136/16
139/5 139/5 141/11
141/18 144/7 144/13
144/18 149/20 151/14
151/24 153/20 155/2
157/24 161/23 162/6
162/21 167/11 169/16
172/24 177/20 178/2
184/15 185/6 185/6
187/25
**likely** [1] 101/15
**limited** [4] 94/8 136/6
158/6 167/15
**limits** [1] 95/21
**line** [14] 99/15 99/15
99/21 114/24 114/24
114/25 118/9 120/15
121/17 145/24 146/4
159/7 170/11 177/21
**link** [1] 178/5
**list** [4] 117/19 143/13
182/15 182/21
**listen** [2] 96/10 119/25
**listened** [1] 107/5
**listening** [1] 106/25
**listens** [1] 108/14
**literally** [1] 149/4
**little** [7] 112/16 130/24
131/1 146/12 152/2
161/17 179/19
**live** [1] 152/22
**lives** [5] 152/23 154/13
173/10 173/17 173/18
**lobby** [1] 191/9
**local** [1] 128/11
**locations** [2] 144/15
159/23
**logical** [3] 159/11
167/5 184/21
**lone** [2] 113/21 113/24
**long** [8] 108/2 117/13
126/20 154/2 154/11
159/13 159/18 172/2
**longer** [2] 174/1 174/4
**look** [23] 99/4 103/14
114/11 129/12 139/22
139/23 142/24 145/17
145/19 150/7 164/12
166/9 175/17 179/8
183/14 184/25 186/5
187/5 188/3 188/6
188/7 190/3 191/10
**looking** [10] 105/23
121/10 121/13 127/3
140/16 145/22 146/19
147/6 147/9 185/4
**looks** [4] 97/2 153/20
161/23 162/5

**lose** [2] 144/13 144/18
**lot** [19] 125/24 136/10
147/17 148/19 148/19
150/2 151/24 159/20
166/23 168/1 168/18
168/19 169/2 169/18
173/1 173/19 173/21
174/7 179/23
**lots** [1] 138/2
**loud** [2] 154/1 154/10
**love** [2] 153/13 180/16
**low** [2] 154/4 160/23
**lurching** [2] 119/24
188/11

**M**

**made** [13] 94/9 99/11
124/14 127/25 129/15
133/22 138/22 148/25
158/25 168/1 171/2
176/6 191/24
**mail.com** [1] 92/9
**maintain** [1] 108/10
**maintains** [1] 94/11
**majority** [1] 95/24
**make** [11] 107/2
108/11 126/10 133/1
135/19 145/15 147/14
168/4 171/12 176/10
178/12
**makes** [6] 96/11 144/6
151/4 158/16 159/20
173/20
**making** [2] 135/20
144/4
**man** [3] 144/7 145/1
167/12
**manner** [1] 165/16
**mansion** [1] 110/9
**manually** [1] 118/15
**many** [15] 115/15
125/24 132/21 132/21
140/19 144/18 145/9
146/23 158/22 168/21
168/23 173/4 180/13
180/13 181/2
**march** [2] 109/19
191/21
**marched** [8] 115/22
117/14 118/6 118/8
123/10 123/15 124/1
125/10
**marching** [9] 111/8
112/23 116/2 116/12
116/22 116/22 116/24
119/21 123/14
**Marine** [1] 176/18
**mask** [1] 176/7
**masturbation** [1] 154/4
**material** [1] 96/11
**materials** [1] 187/11
**matter** [12] 105/6
121/13 126/19 156/20
156/20 171/1 172/6
173/10 173/18 175/12
177/7 193/4
**matters** [1] 102/17

**may** [14] 99/8 121/6
176/19 183/25
**maybe** [2] 97/22 179/3
**mayor** [1] 173/16
**McConnell** [2] 119/6
189/22
**McFadden** [1] 180/23
**MD** [1] 92/3
**me** [19] 97/25 98/15
103/6 117/22 118/14
130/25 131/12 132/7
132/16 134/19 134/20
135/17 147/16 149/22
163/9 180/11 182/9
183/24 192/11
**mean** [8] 132/9 132/18
157/6 163/2 168/7
173/14 177/6 180/25
**meaning** [1] 159/23
**meaningful** [1] 139/4
**meaningfully** [2]
148/23 148/24
**means** [4] 132/8
132/11 132/12 171/15
**mechanical** [1] 92/15
**media** [1] 143/2
**meet** [2] 151/16 180/17
**meeting** [4] 155/10
160/24 160/24 172/1
**meets** [3] 154/19
158/12 177/3
**Meggs** [19] 94/10
94/15 106/16 110/25
111/2 114/18 114/20
115/6 115/8 115/25
123/15 130/1 130/2
142/15 163/6 167/20
190/21 190/23 190/25
**Meggs'** [1] 138/18
**MEHTA** [1] 91/10
**melanoma** [1] 176/25
**member** [3] 106/8
137/9 155/18
**members** [5] 115/13
136/9 141/7 146/17
155/25
**membership** [1]
149/12
**men** [1] 172/11
**mentality** [2] 169/3
169/6
**mention** [1] 151/6
**mentioned** [1] 113/2
**mentioning** [1] 160/2
**mentions** [2] 108/4
150/13
**Merit** [1] 92/10
**message** [11] 107/16
118/10 126/3 129/14
139/18 151/1 153/7
155/8 172/10 184/9
186/1
**messaged** [6] 115/12
128/9 130/6 183/16
184/3 190/10
**messages** [13] 107/1
107/5 110/1 110/15
127/21 138/13 150/22

**messaging** [8] 106/20
110/5 158/2 170/18
186/8 189/9 189/12
189/13
**met** [4] 139/10 140/12
154/5 165/6
**metal** [1] 121/7
**meticulously** [1]
116/15
**Metropolitan** [1] 176/1
**Meyer** [1] 136/22
**Meyers** [2] 141/24
143/16
**Michael** [4] 139/10
145/1 145/4 145/5
**microphone** [1] 118/17
**middle** [6] 115/23
120/13 159/9 159/9
164/21 183/3
**might** [5] 137/10 144/8
153/20 154/9 182/7
**Mike** [2] 137/4 146/24
**Mike Pence** [2] 137/4
146/24
**military** [6] 115/2
136/16 143/7 167/14
168/7 168/9
**military-like** [1] 115/2
**militia** [6] 106/7 165/10
165/20 165/21 166/11
167/2
**millions** [2] 174/18
174/18
**mind** [5] 151/8 160/13
162/2 179/5 184/8
**minds** [2] 109/8 191/20
**Mink** [1] 92/2
**Minuta** [1] 161/17
**minute** [5] 93/17
110/19 110/23 118/21
159/17
**minutes** [16] 111/12
111/13 112/17 112/21
113/5 113/5 113/9
113/9 125/6 148/4
149/23 174/5 178/7
178/10 181/21 188/4
**miss** [4] 150/17 153/15
184/4 184/7
**missing** [1] 153/10
**mission** [2] 105/11
105/12
**Mitch** [1] 119/6
**mix** [2] 154/3 154/12
**mixed** [1] 126/19
**mob** [3] 112/2 116/18
118/8
**moment** [15] 103/24
106/3 109/22 111/20
112/21 114/15 116/17
117/5 118/25 123/6
131/15 152/2 154/6
178/4 191/20
**momentary** [2] 169/25
172/1
**momentous** [1] 152/3

**moments** [10] 101/23
102/2 102/4 102/10
102/14 103/1 114/14
114/17 130/8 149/18
**Monday** [1] 155/1
**money** [3] 157/9
157/15 174/17
**montage** [1] 127/10
**montages** [1] 127/9
**Montana** [2] 155/24
170/20
**months** [2] 133/8
140/23
**more** [9] 97/3 97/23
131/18 132/6 135/16
145/8 178/7 178/10
192/10
**morning** [12] 93/2 93/4
93/14 94/4 99/1 99/2
99/11 100/25 135/11
135/12 149/21 149/25
**most** [9] 103/7 144/21
149/5 152/10 163/23
175/3 177/9 190/3
190/10
**mostly** [1] 159/15
**mother** [2] 176/20
176/20
**motherfucker** [2]
107/2 171/12
**motives** [1] 126/19
**mouth** [2] 151/6
152/16
**move** [12] 111/3 111/4
111/4 113/25 129/24
138/4 138/6 138/7
138/11 138/14 140/5
142/1
**moved** [4] 121/17
121/21 144/10 144/14
**movement** [1] 116/4
**moves** [4] 113/25
115/7 144/13 144/18
**Mr** [2] 169/20 181/1
**Mr.** [144]
**Mr. Beeks** [25] 98/24
99/1 99/6 99/21 99/25
100/12 122/9 122/12
124/13 127/14 131/9
131/24 133/1 133/6
133/8 135/16 136/12
137/12 139/17 139/25
143/1 148/12 167/21
170/13 188/13
**Mr. Beeks'** [2] 132/6
165/7
**Mr. Biden's** [1] 174/25
**Mr. Caldwell** [8]
151/11 158/7 158/12
162/16 162/24 170/20
172/10 172/13
**Mr. Crowl** [75] 93/15
94/25 95/3 95/19 96/21
96/23 97/4 97/11 121/8
121/9 121/16 121/21
124/13 127/14 128/13
150/3 150/8 150/20

**M**

Mr. Crowl... [57]
150/21 151/17 152/11
152/14 152/20 152/24
154/5 154/17 154/17
155/6 156/21 156/23
157/3 157/18 157/23
158/5 158/7 158/24
159/2 159/4 159/4
159/7 159/22 160/2
160/8 160/21 160/22
160/23 162/14 163/20
163/24 164/14 164/20
164/25 165/12 165/14
166/8 166/12 166/16
166/20 167/3 169/22
169/24 170/8 170/13
170/19 170/24 171/4
172/3 172/7 172/12
173/20 174/10 174/13
175/20 175/25 180/18
Mr. Crowl's [6] 158/6
166/14 166/17 175/6
179/9 190/4
Mr. Donovan Crowl [1]
101/19
Mr. Edwards [4]
130/21 148/4 182/4
192/2
Mr. Hunter [10] 98/24
134/21 135/20 136/4
149/16 169/14 185/10
185/13 188/2 190/22
Mr. Obama's [1]
174/25
Mr. Parker [1] 125/7
Mr. Parker's [2] 178/15
178/17
Mr. Rhodes [6] 94/10
138/3 150/4 154/18
171/5 171/5
Mr. Stewey [1] 156/2
Mr. Watkins [1] 174/11
Mrs. [2] 170/7 170/8
Mrs. Parker [2] 170/7
170/8
Ms. [22] 93/25 94/3
96/21 121/17 131/6
138/2 149/17 150/5
150/10 155/7 155/24
166/15 167/16 167/20
170/20 174/1 178/8
180/8 181/18 185/25
187/4 189/5
Ms. Hernandez [12]
93/25 94/3 96/21 131/6
149/17 174/1 178/8
180/8 181/18 185/25
187/4 189/5
Ms. Parker [1] 167/20
Ms. Watkins [8] 121/17
138/2 150/5 150/10
155/7 166/15 167/16
170/20
Ms. Watkins' [1]
155/24
much [6] 121/20 174/1
174/4 174/17 192/6

multiple [10] 113/3
114/5 139/16 144/10
144/14 144/15 159/14
160/1 191/1 191/4
muscled [1] 184/15
music [1] 168/5
must [7] 96/4 96/5 96/5
104/17 104/20 155/11
187/5
my [16] 101/7 109/12
131/19 132/1 134/12
149/23 153/3 158/9
158/9 167/1 176/16
178/11 180/13 182/6
182/24 183/4

**N**

name [2] 147/12 151/9
named [2] 136/22
175/9
names [1] 175/6
Nancy [2] 137/4 158/25
Nancy Pelosi [1] 137/4
narrator [1] 102/18
narrow [3] 167/14
187/3 187/22
nation [3] 136/18
137/22 144/11
national [2] 151/8
176/13
natural [1] 116/10
nature [3] 106/8
113/17 119/22
Navy [1] 158/15
near [4] 103/9 112/12
165/15 176/2
nearly [1] 105/20
necessary [1] 187/22
neck [5] 103/18 111/1
111/2 122/12 122/21
need [11] 95/2 100/13
101/8 107/25 108/2
108/6 108/9 155/8
165/10 166/11 192/9
needed [2] 115/4 165/6
needing [1] 187/7
needs [1] 122/25
never [17] 139/8
139/10 140/9 140/9
140/11 140/12 140/12
142/13 142/14 142/19
151/5 151/6 151/17
151/19 152/13 163/5
181/12
nevertheless [1] 95/6
New [1] 162/16
next [11] 106/14
110/14 117/16 120/4
120/7 120/8 120/11
153/24 163/5 164/22
187/16
nice [2] 162/9 176/21
night [4] 106/22 107/15
154/25 155/1
no [100] 91/4 93/5 93/6
100/19 105/6 110/6
125/25 126/16

139/4 140/20 141/13
141/15 141/20 142/6
143/24 144/6 145/7
147/9 149/9 150/14
150/23 151/13 151/14
151/16 152/1 152/5
153/2 153/10 155/16
155/17 155/18 155/19
156/23 156/24 157/2
157/21 158/1 158/2
158/5 158/19 158/20
158/21 158/21 158/24
159/2 159/21 159/25
160/13 160/15 160/17
160/17 160/20 161/5
161/10 161/12 162/2
162/12 162/20 163/7
164/23 166/12 168/7
168/8 168/22 169/5
169/13 169/20 169/21
170/10 170/16 170/17
170/18 170/18 170/24
171/7 171/14 171/15
171/20 172/1 172/15
172/16 173/4 173/23
174/9 174/10 175/1
176/3 178/13 181/11
181/11 189/6 190/1
191/23
No. [1] 93/7
No. 19 [1] 93/7
nobody [2] 135/17
135/23
nobody's [1] 135/21
non [1] 175/21
non-violent [1] 175/21
none [13] 100/18
127/18 139/16 139/18
160/2 160/2 160/3
160/4 160/16 160/18
170/18 170/25 178/4
normal [3] 144/7 144/9
157/11
north [1] 113/13
not [169]
notable [1] 123/19
note [5] 94/14 101/3
119/13 120/6 120/15
notes [1] 178/11
nothing [14] 107/14
110/5 110/15 127/22
154/21 156/1 157/17
161/5 163/6 163/7
169/9 171/17 172/23
178/1
notice [6] 102/9 102/15
103/14 110/19 119/22
143/11
noticed [1] 148/16
notices [2] 113/20
113/22
notion [1] 159/22
November [26] 104/12
106/15 106/21 108/5
108/9 108/20 108/24
109/2 109/6 109/22

154/20 155/10 158/12
158/13 160/25 170/23
171/10 171/13 171/22
172/9 173/24 189/15
189/18
November 9th [1]
106/15
now [19] 93/17 96/18
97/4 101/3 101/15
104/6 109/21 113/2
117/16 120/3 121/20
123/11 125/16 126/9
133/18 134/1 148/13
148/16 164/4
nowhere [2] 142/23
165/15
NSD [1] 91/19
nuggets [1] 123/7
number [5] 117/25
147/10 164/5 174/15
177/19
numbers [2] 110/20
182/10
NW [3] 91/15 91/20
92/12

**O**

oath [49] 104/2 104/3
104/4 104/15 104/25
105/11 105/14 105/22
105/24 106/6 106/9
113/12 116/23 119/23
129/6 129/9 136/8
136/9 136/17 138/22
141/5 141/16 141/23
143/2 143/8 149/2
153/22 154/9 155/6
155/8 155/18 155/23
156/1 156/1 156/2
158/22 161/16 162/24
164/15 164/19 164/25
165/23 166/1 166/2
166/5 172/23 185/4
185/9 185/17
Oath Keeper [8]
141/16 141/23 155/6
155/8 155/23 156/1
156/2 162/24
Oath Keepers [37]
104/2 104/3 104/4
104/15 104/25 105/11
105/14 105/22 105/24
106/6 106/9 113/12
116/23 119/23 129/6
129/9 136/8 136/9
138/22 141/5 143/2
149/2 153/22 154/9
155/18 156/1 158/22
161/16 164/15 164/19
164/25 166/1 166/2
166/5 172/23 185/4
185/17
Oath Keepers' [2]
165/23 185/9
Obama's [2] 174/25
175/1
object [4] 132/4 141/11

212 147/4
objecting [1] 174/16
objection [2] 94/24
95/9
objections [4] 94/5
94/6 98/8 98/11
objective [1] 96/6
117/5 129/22
objects [2] 94/25 95/6
obstruct [9] 95/12
101/25 103/3 149/13
151/18 161/13 170/4
172/17 186/2
obstructed [2] 121/8
151/25
obstructing [3] 112/19
153/17 163/21
obstruction [1] 95/21
obstructive [1] 95/21
obstructs [1] 95/15
obtaining [1] 96/4
obvious [1] 138/19
occasion [2] 152/4
152/4
occurred [1] 165/13
off [7] 105/9 132/10
134/15 135/19 147/21
161/4 171/16
offenses [1] 94/13
offensive [3] 107/14
184/1 184/8
offensively [1] 184/22
offered [1] 166/11
OFFICE [1] 91/14
officer [7] 95/13
123/18 123/20 127/15
165/2 169/24 179/12
officers [36] 103/4
116/19 116/19 116/24
118/9 119/10 119/12
119/19 120/15 121/18
121/21 122/7 122/8
122/10 122/13 123/2
124/14 124/24 125/21
127/7 127/12 127/15
127/18 127/19 129/9
130/6 160/18 161/11
165/16 169/15 170/4
170/11 179/13 186/25
188/16 188/18
official [4] 92/11 95/13
103/4 186/3
officials [1] 121/24
often [4] 97/3 158/3
161/9 173/11
Ohio [9] 106/7 128/11
165/9 165/10 165/20
165/21 166/11 166/20
167/2
okay [24] 93/20 93/22
96/14 97/10 98/7 98/13
98/20 99/20 100/11
100/16 100/21 118/3
130/22 131/6 135/8
136/3 149/17 154/1
154/10 174/6 180/7
183/6 192/2 192/8
old [4] 118/16 146/12

**old...** [2]  167/18 176/15
**older** [1]  167/19
**once** [8]  134/9 135/1
140/15 143/22 144/20
145/23 162/3 162/4
**one** [46]  96/9 102/14
108/4 112/13 113/4
113/11 114/4 114/17
115/15 115/15 115/24
116/8 121/20 124/7
125/1 126/20 126/25
127/9 130/8 132/5
135/16 140/20 141/15
142/25 144/21 145/7
145/8 146/1 147/7
147/9 151/16 155/7
159/25 160/24 160/24
169/15 174/23 174/24
176/16 177/10 182/16
183/9 190/22 190/24
191/3 191/3
**one-day** [1]  108/4
**ones** [1]  182/12
**ongoing** [1]  112/4
**online** [1]  140/13
**only** [22]  95/2 96/4
109/1 114/4 122/5
129/8 132/19 136/21
137/6 139/7 141/14
141/21 145/3 166/21
182/16 183/12 184/12
185/10 185/17 185/20
188/10 188/17
**op** [3]  108/10 154/24
156/4
**op sec** [1]  108/10
**open** [4]  96/8 96/10
105/4 143/23
**opening** [1]  116/23
**opinion** [1]  95/24
**opinions** [1]  147/2
**opportunity** [5]  97/11
99/7 134/6 135/3
135/13
**oppose** [2]  106/17
112/11
**opposed** [1]  134/7
**ops** [1]  174/9
**orally** [1]  110/22
**orbit** [1]  112/22
**ordered** [1]  130/5
**orders** [1]  130/9
**organization** [3]  106/9
140/1 143/7
**orient** [6]  101/18
101/21 102/5 120/3
120/12 122/3
**oriented** [2]  120/6
120/19
**other** [51]  96/3 102/5
104/9 115/13 116/23
121/3 123/2 123/12
123/12 124/20 126/11
128/4 131/18 132/22
136/23 137/20 139/3
139/22 142/19 143/3
146/17 146/25 147/16

160/19 160/19 163/25
164/11 164/15 165/17
168/6 168/11 168/15
168/24 169/23 169/23
170/17 170/19 171/14
171/16 171/20 175/9
178/22 180/20 181/13
182/23 183/15 185/20
190/23
**other's** [3]  116/2 116/6
168/3
**others** [24]  94/10
107/13 110/5 110/8
129/3 130/6 138/4
142/3 142/18 142/21
143/14 144/4 146/21
147/5 148/1 150/6
150/6 150/22 150/24
151/10 165/22 187/11
188/25 189/13
**others'** [2]  94/16
110/11
**otherwise** [2]  99/16
134/21
**ought** [2]  184/25
192/10
**our** [11]  97/20 99/14
137/16 151/17 158/24
174/14 181/19 184/14
189/23 190/11 192/3
**out** [55]  94/9 94/12
94/16 104/13 104/22
105/11 105/14 105/22
106/17 107/10 107/17
107/24 112/10 113/25
113/25 115/15 116/20
118/22 123/21 124/6
124/8 124/25 127/25
140/20 140/21 140/22
144/6 145/25 146/5
146/14 146/14 146/16
146/19 147/25 151/5
151/19 152/13 152/16
154/1 154/10 159/2
159/4 160/23 162/19
167/13 168/6 168/24
171/22 177/25 180/14
183/20 185/12 186/16
187/25 190/22
**outside** [8]  107/19
124/18 124/19 125/7
125/12 144/23 161/15
178/15
**over** [14]  101/11
115/12 115/16 115/21
126/1 129/20 164/14
164/15 165/4 177/10
184/17 185/5 186/6
189/15
**overcome** [1]  104/21
**overly** [1]  160/11
**overran** [9]  101/12
151/23 151/25 152/1
152/7 152/12 152/14
169/3 178/20
**overruled** [3]  94/7 95/9
98/9

**overrun** [3]  138/23
142/22 144/5
**overthrow** [3]  136/24
156/15 172/24
**overview** [1]  151/21
**overwhelm** [1]  125/21
**overwhelming** [2]
126/3 191/25
**own** [21]  94/10 94/18
106/11 106/23 110/7
110/17 128/17 129/10
131/20 132/12 134/6
134/7 134/8 135/24
135/25 149/9 167/13
186/5 186/11 187/6
191/13

## P

**p.m** [14]  101/22 101/23
103/7 110/13 110/15
112/6 112/12 117/11
124/9 148/7 165/12
181/25 181/25 192/18
**package** [1]  174/17
**packed** [1]  168/3
**page** [4]  97/6 97/8
99/22 175/19
**pages** [1]  99/16
**paid** [1]  155/20
**paper** [1]  174/23
**Paragraph** [1]  95/1
**Park** [1]  176/13
**Parker** [8]  115/25
125/6 125/7 125/9
126/1 167/20 170/7
170/8
**Parker's** [2]  178/15
178/17
**Parkers** [3]  158/7
175/25 179/23
**Parler** [1]  104/4
**Parliament** [1]  104/22
**part** [27]  104/1 107/18
107/21 108/3 113/18
114/2 114/16 117/2
117/4 120/7 123/24
127/24 128/8 138/11
138/15 140/1 141/9
142/5 146/9 148/23
148/24 149/10 149/10
163/23 164/20 174/14
177/4
**participation** [1]  166/5
**particular** [10]  101/18
101/22 102/11 103/24
141/16 163/16 187/25
190/24 191/3 191/3
**parties** [1]  96/14
**parties'** [1]  192/12
**parts** [1]  101/19
**passing** [3]  139/13
148/14 177/11
**past** [1]  123/3
**patch** [1]  166/8
**patches** [4]  155/22
155/23 155/24 155/25
**patience** [1]  181/17

**pathetic** [1]  142/17
168/17 176/17 185/7
**patriotism** [1]  137/21
**patriots** [3]  110/7
136/14 153/13
**Paul** [3]  154/25 183/18
183/21
**pause** [4]  93/23 118/20
121/1 149/24
**paused** [1]  122/18
**paying** [1]  155/25
**peace** [5]  137/2 137/6
140/14 141/25 143/13
**peaceful** [3]  115/11
123/20 123/24
**Pelosi** [2]  137/4 158/25
**Pence** [10]  110/15
111/22 111/25 112/1
112/4 115/4 137/4
146/24 187/13 187/18
**Pennsylvania** [14]
91/20 102/3 110/14
111/5 111/9 111/12
125/11 138/5 142/10
143/15 164/18 165/15
168/19 187/14
**people** [85]  102/7
105/7 112/2 116/13
119/24 119/25 121/19
123/23 125/24 126/14
126/14 126/19 127/16
127/23 128/18 128/19
129/7 136/15 136/23
137/3 139/23 140/11
140/20 141/16 141/18
142/20 143/3 143/8
143/20 143/23 143/24
144/7 145/3 145/24
146/8 146/8 146/17
146/23 147/2 147/2
147/7 148/10 151/24
152/4 157/8 158/6
158/23 159/1 159/10
159/12 161/3 161/17
164/5 164/18 164/19
165/8 166/11 167/4
167/11 167/17 167/17
167/24 168/4 168/19
168/23 168/24 169/4
169/11 169/18 169/18
173/1 173/12 173/19
173/21 175/9 175/10
177/19 178/22 181/2
183/11 183/15 184/11
189/22 189/22 189/24
**people's** [2]  153/8
185/21
**pepper** [8]  122/7
124/14 124/22 145/23
146/3 170/5 170/9
186/25
**pepper-sprayed** [2]
124/14 124/22
**pepper-spraying** [2]
122/7 186/25
**perceived** [2]  128/14
141/1
**perceptions** [4]  147/14

147/17 147/20 147/23
**perfect** [1]  149/4
**perfectly** [1]  101/11
**performance** [1]  95/13
**performer** [4]  144/12
145/1 145/5 167/21
**period** [4]  94/17
117/10 154/20 159/16
**permit** [1]  134/21
**permitting** [1]  153/1
**person** [15]  96/4
115/24 116/18 122/9
126/5 129/15 137/12
155/8 155/11 155/11
155/12 164/8 165/19
178/3 184/19
**personal** [1]  187/16
**persons** [2]  163/3
175/8
**phase** [1]  110/9
**phases** [1]  133/21
**phone** [3]  122/9 122/11
139/17
**phones** [2]  143/1 153/9
**photo** [3]  114/11
129/12 184/16
**photograph** [1]  161/2
**photographed** [1]
139/24
**photographs** [1]
175/23
**picture** [6]  111/15
182/16 182/18 182/23
182/25 184/17
**pictures** [3]  170/15
179/1 182/7
**pieces** [2]  102/5
174/15
**pigs** [1]  165/17
**pivotal** [3]  114/15
114/17 123/5
**place** [2]  154/13 168/3
**placed** [1]  94/5
**places** [1]  159/24
**Plaintiff** [1]  91/4
**plan** [29]  101/7 104/13
104/19 107/24 112/8
112/10 112/10 129/25
139/4 151/2 151/5
151/11 151/12 151/13
151/14 151/17 152/25
161/12 162/12 162/19
162/20 163/8 163/17
163/18 163/19 170/22
183/19 183/20 185/7
**plans** [4]  140/4 141/21
156/9 163/12
**plastered** [1]  185/5
**platforms** [1]  139/16
**play** [7]  117/22 118/15
122/4 122/4 148/22
148/22 175/15
**played** [12]  118/19
119/16 120/2 120/21
120/25 121/15 122/2
122/16 122/22 123/9
148/9 148/19
**players** [2]  119/7

**P**

players... [1] 189/25
playing [1] 132/10
Plaza [2] 173/17
173/18
please [8] 93/2 96/22
98/25 99/4 131/5
178/10 180/9 182/2
plenty [3] 141/7 143/24
147/7
plotted [1] 141/6
Plus [1] 145/9
point [24] 96/9 110/14
111/19 114/19 115/5
115/20 116/16 117/5
118/24 120/20 130/7
147/14 154/14 163/1
164/14 165/13 167/3
176/2 182/7 183/2
185/20 187/25 188/20
190/19
pointed [4] 160/23
185/24 186/5 190/22
points [3] 113/1 183/6
183/9
police [20] 103/21
123/18 123/20 127/7
140/8 142/18 143/7
148/2 149/14 159/7
160/18 165/1 165/4
165/16 166/20 170/4
175/24 176/1 179/12
181/10
political [6] 147/2
168/20 168/20 168/22
174/21 175/3
politics [1] 175/11
pommeling [1] 116/19
pop [1] 108/11
popular [3] 136/24
136/25 137/4
position [2] 95/25
132/24
possessions [1]
144/14
possibly [1] 188/24
post [3] 139/18 165/9
176/9
posted [7] 150/4 165/9
166/2 174/15 175/18
176/12 176/13
posting [1] 157/10
postings [1] 156/22
posts [4] 139/15
151/23 165/21 176/11
power [1] 189/25
powerful [1] 149/6
PowerPoint [5] 100/24
110/19 118/14 149/20
149/23
practice [1] 180/14
pre [1] 171/19
pre-dates [1] 171/19
precede [1] 94/16
precedence [1] 94/22
precedent [1] 95/25
precise [2] 97/23 97/25
predicted [1] 110/16

preference [1]
141/20
preliminarily [1]
100/14
prepare [2] 139/4
192/11
presence [1] 140/17
present [7] 93/12
131/24 133/21 134/2
134/23 135/25 156/10
presentation [1] 96/12
presented [10] 137/16
139/19 142/24 146/2
157/22 157/22 162/3
164/17 169/14 189/6
presenting [1] 134/8
President [5] 105/4
105/7 168/21 174/25
190/15
President Trump [1]
105/4
President's [1] 147/12
Presidential [4] 106/18
121/25 125/17 129/19
pressure [2] 108/7
108/9
presumed [1] 178/6
pretrial [2] 166/17
176/19
pretty [2] 138/19
169/25
Prettyman [1] 92/12
previous [3] 95/5
136/9 140/12
previously [1] 170/17
primed [1] 129/19
printed [1] 153/25
prior [1] 120/15
private [3] 139/8
161/24 162/6
privately [1] 141/7
privy [3] 137/13 137/24
138/13
Pro [1] 92/5
Probably [1] 155/1
problem [3] 157/15
177/4 180/2
problems [2] 177/3
182/12
proceed [2] 98/16
100/8
proceeding [25] 98/14
100/7 101/4 101/25
103/4 104/23 112/3
112/20 117/8 119/7
123/25 124/2 124/4
124/5 124/6 126/4
126/11 186/3 186/15
187/19 188/22 189/7
189/17 189/25 190/2
proceedings [7] 91/10
92/15 93/13 133/9
177/16 192/18 193/4
proclamation [2]
114/23 115/3
procure [1] 96/3
produced [1] 92/15
projectiles [1] 116/19
prompted [1] 178/2

product [29]... [1]
188/11
property [2] 160/17
167/25
proposed [2] 95/1
95/17
prosecuted [1] 141/8
protect [2] 136/18
137/22
protected [4] 94/12
127/18 175/4 175/12
protectee [1] 126/24
protecting [5] 118/9
126/17 127/23 129/16
183/11
protective [4] 126/13
126/23 183/10 184/12
protest [1] 115/11
protested [1] 173/5
protesters [1] 126/14
proud [3] 138/22 144/5
145/12
proudly [1] 146/18
prove [5] 95/2 145/16
160/7 170/2 180/11
proved [1] 177/13
proves [3] 103/2 112/1
191/19
provide [3] 101/2
137/22 167/5
provides [5] 95/1
95/11 138/6
provocateur [1] 146/25
provocative [2] 153/6
156/8
PSD [4] 126/13 184/20
184/20 185/18
PTSD [1] 177/1
public [11] 136/13
137/23 139/3 139/7
141/14 143/5 177/8
185/11 185/12 185/15
186/17
public-facing [1]
136/13
pulling [1] 107/10
puppet [1] 105/9
purpose [5] 96/6
152/17 170/3 170/4
181/7
purposes [5] 98/5
100/1 100/3 133/21
177/9
push [21] 119/3 119/3
119/3 119/17 119/17
119/17 120/10 120/10
120/10 123/1 129/6
129/10 130/5 130/5
130/5 140/7 146/8
159/5 159/5 159/5
190/21
pushed [10] 121/17
126/7 145/22 145/23
146/4 147/25 160/18
169/16 188/15 188/22
pushing [11] 116/20
118/8 118/12 120/1
124/22 142/18 142/20

put [7] 101/11 104/25
105/11 128/17 185/13
187/4 188/13
putting [1] 116/5

**Q**

QRF [3] 107/22 185/6
185/14
question [9] 134/18
135/16 137/11 137/12
138/1 138/16 138/21
152/5 168/22
questions [4] 97/16
101/5 101/8 130/18
quick [6] 100/23
107/22 135/15 182/8
183/17 183/20
quickly [2] 182/24
183/6
quote [1] 152/18

**R**

raised [1] 176/20
Rakoczy [2] 91/13 93/8
rallies [1] 168/23
rally [13] 106/22 108/6
108/20 108/24 109/2
109/6 109/7 154/6
154/14 168/20 168/22
171/13 189/16
ranch [1] 171/23
range [1] 113/5
ranting [1] 157/4
rantings [1] 156/22
rather [3] 118/17 152/2
166/9
ravings [2] 156/22
157/4
RAY [2] 91/6 93/6
re [1] 124/7
re-start [1] 124/7
reaches [1] 107/24
reaching [1] 162/19
Reaction [3] 107/22
183/17 183/20
read [6] 97/12 97/12
99/7 99/8 107/16
156/24
ready [5] 109/19 131/6
137/22 137/23 182/4
real [3] 135/15 182/8
183/5
really [9] 122/24 136/6
140/2 140/9 141/3
144/17 145/18 167/17
173/2
Realtime [1] 92/11
reason [9] 94/23 121/2
123/1 155/22 164/6
168/20 189/23 189/24
192/9
reasonable [14] 103/2
112/2 116/10 116/17
123/1 130/16 147/22

reasonably [1] 137/8
reasons [3] 94/14
118/13 119/5
rebuttal [3] 181/21
182/24 183/4
recall [3] 133/10
133/16 176/19
received [2] 94/3 97/4
recess [6] 131/3 131/4
177/23 181/24 181/25
192/17
recessed [1] 177/22
recesses [1] 178/4
recognizes [1] 95/4
reconvene [2] 177/19
177/25
record [22] 94/5 96/24
104/19 104/24 107/7
107/8 117/18 117/19
120/13 127/11 131/15
133/1 134/15 136/21
157/17 159/18 161/16
166/16 166/19 168/8
188/10 193/3
recorded [2] 92/15
111/11
recording [4] 107/8
107/11 137/18 191/13
recovered [1] 143/1
red [2] 95/6 122/20
Red Book [1] 95/6
refer [2] 157/4 180/23
reference [10] 154/3
154/4 158/19 158/21
158/21 160/20 162/7
171/13 172/16 184/5
referenced [1] 159/1
references [3] 162/21
167/9 179/23
referring [1] 171/23
refers [2] 158/9 173/18
reflect [4] 127/22
157/18 166/16 166/19
reflects [2] 159/18
190/12
regard [2] 154/4
180/14
regime [1] 105/9
Registered [1] 92/10
regretted [1] 184/20
regular [2] 106/7
165/10
rejected [1] 95/24
related [2] 159/2 176/9
relating [1] 94/21
relationship [4] 149/2
166/15 166/23 166/24
relayed [1] 115/1
release [2] 166/18
176/19
relevance [1] 94/8
relevant [11] 94/13
108/13 109/16 116/16
116/25 117/1 119/6
123/13 124/4 124/10

**R**

relevant... [1] 166/5
relic [1] 145/6
relying [2] 185/20
186/10
remain [3] 94/6 177/24
177/25
remember [2] 162/23
176/15
reminds [1] 110/8
rental [2] 105/17
105/20
repeated [1] 161/22
repeatedly [3] 111/8
111/21 129/23
repeats [2] 150/21
151/17
reporter [6] 92/10
92/10 92/11 92/11
146/11 181/19
reporting [2] 157/23
174/11
reports [2] 150/24
151/9
represent [4] 133/9
133/15 133/20 134/1
representation [2]
131/16 132/13
request [1] 133/13
requested [1] 133/9
require [1] 180/21
required [2] 117/3
186/4
requirement [1] 96/2
respect [3] 94/15
158/18 169/8
responded [2] 128/12
130/7
responders [1] 136/16
responds [1] 152/11
response [6] 125/23
153/4 154/8 154/10
162/5 162/10
responsibility [1]
135/19
rest [2] 121/12 147/21
restricted [4] 118/10
164/21 177/12 191/22
restriction [1] 166/17
restrictions [1] 174/21
result [1] 179/7
results [4] 173/5
174/24 174/25 175/1
resume [3] 130/25
181/20 192/9
retired [3] 158/14
167/18 167/19
return [1] 192/5
Reverse [1] 133/4
review [6] 115/18
117/19 177/2 186/15
187/6 192/11
reviewed [3] 104/8
109/24 187/11
reviewing [6] 104/3
104/10 104/15 105/3
105/13 185/16
revised [2] 96/14 99/6

revolutionary [1] 153/5
RG [1] 175/6
rhetoric [4] 154/18
156/23 157/20 165/23
rhetorically [1] 188/2
Rhodes [62] 94/10
94/15 104/16 104/19
104/25 105/5 105/12
106/16 106/17 107/5
107/12 107/17 107/24
108/10 108/20 109/22
110/2 110/4 110/7
110/15 112/10 115/2
115/6 126/4 137/14
138/3 138/10 142/4
142/4 143/11 150/4
154/5 154/18 154/19
154/21 156/2 156/7
157/10 157/19 157/23
160/22 160/23 161/5
161/6 161/7 161/7
162/8 162/11 166/13
167/9 167/12 170/23
171/5 171/5 171/9
171/17 171/24 172/5
174/8 185/12 186/16
189/16
Rhodes' [12] 104/12
105/4 107/15 111/24
139/8 153/5 156/19
156/22 157/16 157/20
185/5 187/7
rid [3] 127/24 128/6
145/7
right [63] 93/14 94/1
96/20 97/4 97/15 98/17
98/20 99/20 100/9
100/11 100/20 101/2
103/11 103/12 106/14
108/6 110/21 110/25
111/2 111/15 112/22
113/23 114/4 114/8
114/9 114/10 116/12
117/2 119/5 119/17
119/19 120/8 121/5
121/13 122/10 124/4
125/16 130/22 133/2
133/3 133/3 133/5
133/8 134/1 134/6
135/9 135/25 138/7
149/16 178/4 178/19
178/20 180/8 181/15
181/19 182/4 182/20
186/9 186/21 187/15
188/7 192/3 192/14
rights [4] 98/14 100/6
133/14 166/10
riot [2] 116/13 127/15
rioters [1] 116/23
118/11 123/21 127/13
riots [1] 172/21
rise [4] 131/2 181/23
182/1 192/16
RMR [2] 193/2 193/8
Road [1] 92/2
Roger [10] 150/16
150/20 151/7 151/8

revolution [1] 163/8
161/16 176/8 181/7
Roger Stone [8] 151/7
151/8 153/21 155/2
161/14 161/16 176/8
181/7
rolling [1] 153/21
154/9
room [5] 120/3 120/12
120/14 121/23 141/1
Rotunda [11] 117/14
125/25 130/4 140/17
140/22 144/4 146/13
189/2 191/7 191/8
191/11
rows [2] 122/10 122/10
running [1] 154/24
runs [2] 166/16 185/18

**S**

S230 [1] 120/4
sacred [1] 124/1
safe [1] 126/14
said [19] 111/21
115/14 115/16 125/21
137/23 141/2 142/9
143/14 143/16 144/20
147/17 150/5 151/24
163/6 172/6 176/21
190/9 190/24 190/25
same [15] 99/16
106/20 107/22 112/10
120/6 120/7 120/14
120/19 123/15 126/8
139/5 152/11 169/3
178/3 184/24
sand [1] 123/6
Sandra [1] 115/25
Sandra Parker [1]
115/25
sat [4] 122/18 158/22
180/15 181/1
satisfied [1] 99/25
saw [6] 118/6 118/7
121/4 137/19 143/11
166/13
say [27] 109/7 113/7
120/22 125/14 132/20
134/17 136/24 136/25
138/6 142/19 144/22
147/13 147/14 151/9
152/12 152/22 156/14
158/8 158/8 158/17
162/17 164/6 165/25
169/7 172/12 175/14
180/12
saying [22] 102/8
136/21 146/8 146/18
151/24 156/7 159/5
160/3 160/4 162/5
162/8 169/15 174/12
178/22 178/23 178/23
179/10 179/25 180/1
180/2 190/20 190/21
says [72] 106/22
108/17 110/7 111/4
112/7 112/15 112/21
125/25 129/13 134/11

137/6 138/4 138/7
138/14 140/5 140/6
141/22 141/24 142/1
143/5 146/4 150/13
150/16 150/19 150/19
151/1 151/2 151/12
151/15 151/16 152/7
154/8 154/12 154/23
155/2 155/8 155/10
155/11 155/12 155/13
155/14 156/12 156/16
156/17 157/11 157/24
158/1 159/25 162/9
162/18 162/18 162/20
162/22 163/5 164/5
165/21 166/25 169/9
169/21 171/15 178/20
178/25 182/18 183/17
184/13 186/1 189/5
189/10 189/14
scene [3] 118/22
119/14 151/14
school [2] 118/16
157/12
screenshot [2] 182/23
183/2
Se [1] 92/5
seams [1] 173/22
search [3] 128/1
140/21 145/7
searched [1] 144/15
seat [2] 98/21 100/12
seated [3] 93/3 131/5
182/2
sec [1] 108/10
second [8] 100/24
119/1 119/13 123/9
126/23 127/5 146/9
185/20
seconds [18] 110/19
110/23 111/13 111/13
113/5 113/6 113/9
113/10 118/21 121/2
121/11 122/5 122/19
125/7 148/4 149/1
188/4 188/8
secret [3] 138/3 141/21
185/11
secundum [1] 147/12
secure [5] 124/8 138/3
138/12 139/9 142/2
security [18] 126/13
126/23 137/23 141/19
143/12 150/16 150/20
151/7 153/21 155/1
161/14 161/24 162/6
162/11 176/8 181/7
183/10 184/12
seditious [1] 94/19
see [81] 102/21 103/20
110/6 110/17 110/24
110/25 111/1 111/5
111/14 111/16 113/11
113/18 114/1 114/8
114/10 115/19 115/23
118/24 119/2 119/13
120/4 120/5 120/8

seeing [1] 120/14
seeking [1] 180/6
seeks [2] 154/16
154/17
seem [1] 126/10
seems [2] 133/22
155/2
seen [5] 141/1 143/22
144/22 148/20 181/13
Senate [22] 102/20
103/5 117/24 118/6
119/21 120/14 120/16
121/22 121/22 123/14
127/18 130/4 146/4
146/13 184/14 186/23
189/2 189/21 191/9
191/12 191/14 191/15
Senate Chamber [2]
121/22 146/13
send [2] 155/11 155/14
sending [1] 118/10
sends [5] 150/25
151/13 155/8 162/14
172/9
sense [2] 145/15 172/3
sent [5] 127/25 156/14
157/9 179/15 184/16
sentiments [1] 137/5
separate [1] 94/19
sequence [4] 153/10
153/19 153/20 153/24
Serbian [4] 104/13
104/19 170/22 185/7
series [1] 138/12
seriously [1] 144/24
serve [1] 119/10
service [2] 167/14
176/13
set [3] 94/12 149/19
149/23
Seth [1] 176/20
sets [1] 170/3
seven [2] 105/2 191/15
several [1] 137/16
shared [2] 116/6 116/7
she [47] 102/18 102/19
106/6 106/13 106/20
110/24 111/4 111/13

**she... [39]** 111/14
111/15 112/6 112/13
112/15 112/21 120/10
138/2 138/4 138/12
140/6 150/11 150/13
150/15 150/15 150/16
150/19 154/8 155/2
155/10 155/11 155/13
155/14 156/6 156/9
156/12 156/12 156/13
156/14 156/14 156/16
156/17 157/24 158/1
166/15 171/11 174/11
181/6 189/10
**she's [17]** 93/16
106/19 109/12 138/9
138/14 142/1 142/2
146/7 152/20 156/10
169/17 187/12 187/13
187/14 189/8 189/10
189/12
**sheer [1]** 130/11
**sheets [1]** 174/23
**shield [5]** 103/17 114/1
127/25 128/3 148/14
**shirts [1]** 141/16
**short [7]** 117/23 154/6
154/20 159/16 159/19
160/24 181/19
**shot [1]** 167/13
**should [19]** 97/2 97/22
101/6 102/22 108/15
113/17 128/11 132/5
132/20 137/9 156/21
172/7 175/13 180/3
182/22 187/3 187/5
189/19 190/3
**shoulder [2]** 119/20
188/5
**shoulders [4]** 116/2
116/6 117/6 168/3
**shouting [1]** 169/12
**shouts [1]** 169/14
**shoved [2]** 160/18
161/10
**shoving [1]** 169/24
**show [11]** 100/25
102/25 118/5 128/6
158/3 161/8 168/11
182/16 185/25 188/23
189/1
**showed [2]** 99/14
184/16
**showing [1]** 161/7
**shown [1]** 182/7
**shows [10]** 123/10
128/15 142/7 164/10
164/11 175/20 177/11
184/11 188/4 188/15
**shtick [1]** 170/23
**side [10]** 111/16
113/12 114/5 114/6
121/3 121/10 123/12
123/16 148/8 161/4
**sidewalk [2]** 164/20
164/22
**sidewalks [1]** 178/13

**signal [1]** 109/23
138/13 156/3 174/9
**signature [1]** 99/23
**signatures [1]** 163/13
**signed [3]** 96/16 96/17
97/8
**significant [1]** 112/20
**signs [1]** 163/13
**silent [1]** 112/15
112/15
**similar [1]** 147/2
**similarly [1]** 103/19
**since [2]** 163/3 167/11
**singing [1]** 168/15
**single [6]** 102/14
116/16 124/7 126/5
130/8 149/8
**sir [13]** 97/8 97/9 97/13
97/14 97/21 98/19
98/21 99/1 99/8 99/23
100/9 133/7 134/25
**sister [1]** 152/22
**sites [1]** 139/16
**situation [1]** 147/7
**situations [1]** 147/20
**skinners [5]** 154/2
154/3 154/12 167/10
171/24
**sleep [1]** 151/3
**sleeping [1]** 154/25
**slide [1]** 153/24
**slow [1]** 130/25
**slowly [1]** 148/10
**small [3]** 173/11
173/13 175/10
**smoke [1]** 115/13
**snapshots [1]** 100/24
**snippets [1]** 107/10
**so [87]** 94/1 95/9 95/16
95/25 96/14 97/2 97/4
99/21 101/10 101/17
101/21 102/9 103/6
103/23 104/13 104/18
106/5 109/13 109/17
110/4 110/13 112/25
115/5 115/10 115/22
119/5 119/8 119/12
120/9 120/11 120/12
121/4 122/1 122/14
124/12 125/19 126/12
126/19 130/10 130/14
130/23 130/25 131/18
133/8 140/19 143/4
145/17 148/3 149/19
150/10 152/7 153/19
153/20 153/24 154/8
154/16 155/10 157/8
157/9 157/9 157/10
157/15 160/4 160/8
162/10 163/9 163/14
163/17 169/6 171/5
171/19 177/22 178/16
181/2 181/16 182/6
182/17 183/22 185/10
185/17 185/23 187/20
187/21 188/23 190/17
192/3 192/7
**So it's [1]** 160/4

**So this concept [1]**
185/17
**So this is [1]** 153/19
**So this next [1]** 120/11
**so-called [2]** 104/13
104/18
**social [1]** 143/2
**some [49]** 94/5 96/3
104/7 104/20 107/10
107/19 107/20 111/19
114/19 115/3 115/5
117/22 121/12 121/19
123/8 126/9 128/2
131/25 132/25 133/8
138/23 138/24 139/19
139/21 140/21 142/9
154/17 155/12 157/8
160/19 160/19 163/1
164/9 169/23 170/12
170/15 178/25 179/3
179/7 179/14 179/16
179/21 180/23 180/23
183/22 184/1 187/5
190/25 192/9
**somebody [4]** 129/5
166/9 179/15 184/21
**somehow [1]** 147/11
**someone [13]** 125/9
125/10 125/12 127/3
130/11 140/1 140/2
140/10 142/13 145/5
145/13 154/21 190/20
**something [24]** 102/10
106/24 113/17 114/14
126/11 131/23 141/4
143/9 143/21 144/18
144/23 145/2 145/4
145/6 151/15 157/11
162/21 165/3 167/1
167/18 172/14 178/15
187/18 187/20
**sometimes [1]** 132/8
**son [2]** 143/6 176/20
**son's [1]** 153/3
**song [1]** 176/11
**soon [5]** 105/16 105/18
113/21 122/11 148/16
**sorry [6]** 113/7 117/25
149/20 150/1 174/3
178/9
**sort [2]** 132/25 167/3
**sought [2]** 105/14
105/22
**sounds [1]** 169/16
**space [1]** 120/19
**Spangled [1]** 168/16
**spartans [1]** 184/15
**speak [3]** 132/2 132/5
134/6
**speaker [1]** 142/10
**speaking [1]** 138/14
**speaks [1]** 179/5
**special [1]** 118/10
**specific [12]** 114/14
137/7 152/13 160/9
160/14 163/18 163/21
177/15 180/4 180/19
180/21 190/6

**specific-Reme [1]**
137/7 152/13 180/19
**specifically [1]** 162/22
**specifics [2]** 150/19
163/16
**spectators [1]** 112/18
**speeches [2]** 164/2
164/9
**spends [1]** 105/20
**spliced [1]** 159/15
**split [1]** 124/1
**spoken [2]** 131/11
140/12
**sporting [2]** 168/5
168/25
**spray [4]** 145/23 146/3
170/5 170/9
**sprayed [3]** 124/14
124/22 130/6
**spraying [2]** 122/7
186/25
**spread [2]** 111/22
112/1
**stack [3]** 167/24 168/7
168/10
**stage [1]** 127/3
**staircase [4]** 139/12
142/8 146/12 146/13
**stairs [1]** 115/8
**stairway [1]** 139/13
**Stalimene [1]** 91/18
**stance [1]** 175/21
**stand [7]** 121/9 127/25
132/8 134/10 147/1
147/3 147/3
**standby [9]** 92/5 93/10
131/16 131/18 132/8
132/11 134/2 134/14
134/23
**standing [4]** 103/13
159/4 163/5 168/15
**stands [4]** 131/2
146/12 181/23 192/16
**Star [1]** 168/16
**Star-Spangled [1]**
168/16
**start [11]** 101/1 103/6
120/1 122/7 122/14
124/7 130/23 138/8
140/24 164/3 164/6
**started [2]** 94/1 191/17
**starting [1]** 128/11
**starts [2]** 105/16
119/24
**state [5]** 105/9 106/7
144/16 157/14 172/18
**statement [18]** 94/10
95/20 96/15 97/5 97/12
97/17 98/1 99/4 130/10
137/23 152/23 157/13
165/7 172/18 174/13
183/14 187/7 190/6
**statements [40]** 94/9
94/16 94/18 94/20
94/21 97/24 102/23
111/24 125/3 125/4
136/13 138/22 139/3
139/7 141/15 143/5

**specific-Reme [1]** 156/19 157/16
157/24 158/16 158/25
161/13 171/2 171/5
171/6 176/17 179/17
179/19 180/6 185/11
185/12 185/12 185/15
185/21 185/25 186/5
187/6 188/25 190/4
**STATES [8]** 91/1 91/3
91/11 93/5 147/10
152/8 152/9 173/8
**statute [1]** 169/21
**statutorily [1]** 121/24
**statutory [4]** 95/8
95/10 95/17 190/13
**stay [5]** 111/5 128/2
158/13 168/13 168/14
**staying [1]** 113/15
**steal [7]** 106/21 108/6
108/20 109/7 151/25
152/15 189/16
**stenography [1]** 92/15
**step [2]** 127/5 168/13
**steps [9]** 114/7 115/23
116/14 116/16 123/23
124/20 127/4 148/8
168/12
**Stewart [21]** 104/12
104/16 104/19 104/25
105/3 106/16 106/17
107/15 107/17 109/22
115/6 137/13 138/10
139/8 154/5 162/8
162/11 162/22 171/24
185/5 186/16
**Stewart Rhodes [1]**
109/22
**Stewey [7]** 154/15
154/23 156/2 161/21
167/9 171/24 171/24
**Stewey's [2]** 154/2
154/11
**sticking [5]** 112/8
112/8 112/9 112/9
129/25
**sticks [1]** 106/23
**still [11]** 96/8 100/8
109/11 119/20 124/18
152/19 152/21 152/25
154/12 169/17 177/18
**stills [1]** 142/24
**stimulus [1]** 174/17
**stipulate [2]** 137/19
166/22
**stipulated [25]** 91/10
96/15 97/6 97/17 97/25
98/1 98/15 98/16 99/5
100/2 100/7 100/8
101/16 105/21 110/1
114/21 124/6 126/10
133/19 136/7 137/17
142/11 142/16 143/12
150/23
**stipulates [2]** 155/17
155/22
**stipulation [7]** 153/25
155/14 156/17 166/19
172/21 173/3 173/4

**S**

stipulations [11] 94/6
150/12 152/18 152/22
155/7 157/18 162/15
163/7 163/25 165/20
166/1
stolen [1] 125/17
Stone [9] 150/20 151/7
151/8 153/21 155/2
161/14 161/16 176/8
181/7
stood [1] 125/12
stop [31] 106/21 108/6
108/20 109/7 114/21
116/1 117/7 123/3
123/22 126/11 127/16
130/2 130/7 137/1
141/25 142/16 143/17
143/19 143/20 146/21
146/21 156/15 160/14
175/2 187/7 187/19
188/19 189/16 190/21
191/7 191/9
stopped [13] 103/21
112/4 113/20 117/14
123/7 124/4 124/5
151/25 152/14 152/15
175/25 175/25 178/22
stopping [4] 119/11
123/25 126/4 160/10
storage [2] 144/14
144/16
stores [2] 173/14
173/15
storm [3] 104/21 110/9
129/14
stormed [3] 128/10
184/13 190/5
storming [1] 187/20
straight [3] 128/12
128/16 190/9
stream [1] 122/8
street [3] 91/15 110/9
176/2
streets [2] 104/21
185/8
stretch [1] 169/2
strong [2] 167/17
167/20
structure [1] 115/2
structured [1] 111/18
student [1] 144/21
stuff [4] 155/4 158/23
172/5 177/20
stunned [1] 124/24
stupid [1] 151/4
style [1] 123/6
subject [3] 94/6 98/8
98/11
submission [1] 186/18
submit [21] 157/5
159/6 166/7 166/14
167/5 167/8 169/8
170/2 170/9 171/1
171/7 171/21 172/6
174/22 175/4 175/11
177/5 179/18 180/4
180/10 181/5

quantified [1] 99/4
99/17 101/16 117/18
155/19 174/14 175/23
succeeded [2] 117/1
117/9
success [3] 117/2
117/12 124/9
successful [2] 117/4
124/3
such [2] 106/9 144/6
sufficient [1] 192/11
Sugar [1] 129/16
suggested [1] 96/8
suggesting [1] 179/6
summer [5] 172/19
172/19 172/22 172/25
173/7
Super [1] 169/4
supplement [1] 134/10
support [2] 95/7
187/23
supporting [1] 168/21
supportive [1] 179/17
supports [1] 180/22
supposed [3] 93/16
121/24 124/2
sure [10] 96/11 134/13
135/5 142/15 148/25
153/13 157/12 159/17
175/16 178/12
surprise [1] 148/18
surrounded [1] 116/14
surrounding [5] 116/9
119/8 123/2 129/2
189/20
swamp [1] 170/9
Swarm [1] 104/20
swarming [1] 185/8
sweet [1] 155/2
switching [1] 190/15

**T**

tactical [1] 103/20
take [9] 99/4 104/21
130/23 139/20 144/1
144/24 149/22 168/5
171/19
taken [2] 143/8 190/8
takes [2] 108/16 167/3
taking [3] 110/7 126/1
179/1
talk [12] 103/23 115/21
122/4 123/11 124/12
136/14 138/1 142/18
151/12 153/5 167/16
178/17
talked [3] 98/13 103/11
185/13
talkin' [3] 115/16 186/6
189/15
talking [17] 102/18
107/12 107/13 107/14
107/25 129/20 142/3
149/3 149/7 165/15
167/2 167/2 167/23
175/11 179/11 179/12
187/12
talks [6] 107/23 108/2

174/8
tangential [1] 139/25
target [1] 128/14
team [2] 169/4 169/5
tear [1] 184/14
tear-gassed [1] 184/14
technical [4] 118/13
118/18 132/3 150/1
tell [3] 101/7 150/15
152/16
telling [1] 108/5
tells [8] 108/8 109/10
114/20 115/25 142/15
150/15 156/9 181/6
ten [2] 130/23 181/20
Tends [2] 93/18 93/21
term [3] 154/3 167/10
172/22
terms [1] 97/22
testifying [1] 149/9
testimony [1] 149/8
text [13] 107/11 138/13
139/9 139/17 153/7
158/1 161/19 170/18
171/14 171/14 171/16
172/9 179/21
texts [6] 139/15 153/10
156/9 156/12 156/14
171/11
than [12] 118/17 123/2
125/13 126/7 126/11
131/18 131/18 139/3
145/8 166/9 170/19
171/20
thank [21] 93/24 98/22
98/23 100/19 100/23
101/9 120/24 130/17
130/20 135/10 136/5
149/15 149/16 149/23
181/16 181/18 181/22
182/3 192/1 192/2
192/14
Thank you [17] 93/24
98/22 98/23 100/19
100/23 101/9 120/24
130/17 130/20 149/16
149/23 181/18 181/22
182/3 192/1 192/2
192/14
thanks [2] 131/1
172/10
that [766]
that's [92] 101/13
101/16 104/6 105/10
105/25 107/3 107/16
107/24 108/8 109/6
109/19 110/10 111/3
111/6 111/17 111/24
112/16 112/23 112/24
113/10 114/4 116/25
119/11 120/5 120/8
124/3 124/14 124/15
128/22 129/10 129/12
132/11 134/16 134/17
135/21 136/19 137/6
137/12 142/10 142/12
143/12 143/14 144/8

152/16 152/23 152/23
153/4 153/11 154/3
155/2 155/3 155/3
156/16 157/15 157/15
157/25 157/25 159/1
161/19 162/1 162/1
163/15 164/10 165/11
165/11 165/19 166/1
167/20 171/12 171/18
173/9 173/10 173/18
173/22 175/11 177/4
178/23 180/1 180/2
182/21 183/11 183/18
184/1 184/6 186/4
187/22 189/15 190/6
190/16
their [64] 94/18 101/14
102/19 102/19 102/23
103/8 103/14 103/15
109/8 110/2 110/7
111/7 111/9 116/1
116/5 116/11 116/16
119/9 119/9 119/14
123/10 124/12 124/23
125/3 125/3 125/20
127/21 127/21 127/22
129/21 137/15 137/23
140/4 140/11 147/16
149/9 152/17 153/9
156/7 156/8 161/17
163/1 163/12 163/14
163/18 164/6 166/23
166/23 167/12 168/4
168/21 169/4 176/4
177/4 179/3 179/5
179/8 181/6 183/12
184/10 187/1 187/8
187/17 191/20
them [66] 98/4 100/3
105/24 105/24 108/8
108/11 108/11 110/22
113/23 114/23 115/25
116/20 116/24 117/19
117/21 118/15 118/15
119/11 123/3 123/10
124/14 124/15 126/20
130/1 130/2 130/5
130/6 130/6 130/12
139/5 139/5 139/13
139/16 139/18 139/23
140/12 140/13 141/11
141/17 144/1 147/3
147/3 147/6 153/25
156/7 157/4 157/9
158/2 160/2 160/3
160/3 165/16 168/21
170/4 170/15 170/15
175/15 175/16 177/9
182/10 183/25 186/24
186/25 187/1 187/18
190/8
theme [3] 111/6 161/22
184/1
themselves [2] 142/21
186/24
then [31] 96/1 100/21
106/2 107/5 107/17

116/16 114/2 117/21
121/11 122/4 128/17
129/13 130/4 130/4
150/21 151/3 151/15
151/21 154/12 155/13
155/14 162/22 181/21
182/21 183/2 184/10
184/20 186/8 189/19
192/12 192/10
theory [1] 163/19
there [128]
there's [82] 104/24
107/19 107/25 120/12
125/24 137/7 137/18
137/20 140/7 141/12
141/20 142/6 143/5
149/9 150/23 152/5
155/5 155/18 155/19
156/23 156/24 157/17
157/21 158/1 158/1
158/2 158/5 158/19
158/21 158/23 159/2
159/3 159/21 160/15
161/5 161/6 162/2
162/13 163/6 163/7
164/11 164/24 165/1
165/4 167/14 168/7
168/8 168/22 169/6
169/6 169/13 169/15
169/20 169/21 169/22
170/10 170/16 170/17
170/18 170/18 170/24
171/7 171/15 172/1
172/17 173/3 173/7
173/23 174/9 174/10
174/24 175/1 176/3
177/7 178/4 179/14
179/23 181/11 181/11
189/23 189/24 192/5
these [59] 93/13
101/24 102/6 102/7
102/12 102/15 102/20
103/1 103/8 103/23
107/16 110/10 112/22
114/13 114/19 116/18
117/23 117/23 118/4
118/5 119/14 119/23
122/8 122/25 123/21
127/10 127/12 127/14
127/16 127/17 127/19
128/19 136/15 140/10
140/23 141/15 141/17
146/17 148/10 153/8
153/8 156/25 158/6
159/23 159/23 164/21
167/11 167/17 174/9
175/9 180/16 181/17
184/1 184/11 185/8
186/22 187/17 188/25
191/12
they [217]
they'd [1] 148/24
they're [46] 94/17
102/6 102/7 102/7
102/13 102/16 109/19
111/18 113/18 116/1
116/5 116/12 116/13
119/11 126/25 127/3

**T**

they're... [30] 132/19
136/13 139/24 140/6
142/7 142/15 149/2
155/3 156/8 156/10
158/13 159/15 162/10
164/2 164/7 164/8
168/2 168/2 168/7
171/20 175/10 175/11
176/4 178/14 179/1
179/4 180/6 180/7
187/15 189/23
thick [1] 184/13
thing [13] 99/16 126/8
129/8 137/6 141/22
142/25 153/25 158/18
160/22 168/11 172/15
191/3 191/3
things [25] 94/2 104/20
111/22 116/18 132/2
132/21 136/11 137/9
139/5 141/1 144/13
144/15 144/21 144/23
144/25 147/17 156/10
156/25 157/1 165/17
170/12 173/2 175/14
176/21 179/7
think [19] 96/17 132/15
144/3 144/19 158/17
167/11 167/14 170/20
174/2 176/1 176/12
176/16 177/1 177/3
179/4 180/15 180/16
192/6 192/10
thinking [2] 128/15
154/21
third [2] 112/25 188/20
This is [1] 93/5
Thomas [2] 108/21
190/4
Thomas Caldwell [2]
108/21 190/4
those [76] 98/3 99/14
100/2 101/12 102/2
102/4 102/10 102/14
109/23 109/23 113/4
113/7 113/11 114/7
114/17 115/23 116/5
116/16 116/25 117/13
119/12 119/25 121/20
121/21 122/10 122/13
123/1 123/2 123/23
124/7 124/20 126/21
127/4 129/8 130/8
133/9 136/23 137/4
137/13 137/13 137/15
137/16 138/17 138/21
139/3 139/7 139/22
144/18 145/7 147/2
147/20 152/15 155/25
156/14 157/3 158/25
161/17 164/13 164/17
173/2 174/9 174/23
175/4 181/12 183/17
185/14 185/22 186/14
186/17 186/25 187/11
187/11 188/9 188/16

though [4] 99/15 99/21
133/18 178/24
thought [6] 131/9
142/9 145/13 160/12
160/12 173/21
thousands [2] 139/15
139/15
thread [3] 115/18
115/18 184/21
threatened [2] 135/18
135/23
three [9] 115/6 117/17
122/10 136/8 149/23
180/15 181/2 183/6
183/8
three-way [1] 115/6
threw [1] 180/14
through [37] 101/15
102/4 102/10 102/15
102/25 106/6 107/16
113/5 117/14 121/12
122/5 122/15 126/9
128/1 128/20 128/23
129/6 129/10 133/20
134/7 134/7 134/8
140/8 143/23 143/25
146/20 147/16 149/7
158/22 168/4 177/3
178/11 180/15 181/1
184/21 184/25 192/6
throughout [2] 101/5
111/6
throw [1] 105/8
throwing [3] 116/1
116/18 117/6
Thunderdome [2]
151/14 162/21
tie [1] 96/25
till [1] 190/14
time [50] 96/25 101/22
102/5 102/10 103/1
104/10 106/20 110/14
112/25 114/14 115/11
115/15 115/20 116/16
117/10 118/25 123/15
129/11 129/19 131/17
138/4 138/10 138/10
138/14 139/20 139/21
140/5 141/22 144/17
145/12 146/9 152/8
154/20 154/20 159/13
159/16 161/24 162/6
169/25 172/16 172/17
173/8 177/22 178/20
186/6 186/6 189/14
190/21 192/10 192/11
timeline [2] 101/23
102/25
times [9] 113/3 113/7
114/5 130/12 144/10
144/14 145/9 170/14
173/11
timestamp [3] 110/18
110/23 113/5
timestamps [2] 110/20
111/12
Tina [3] 136/22 141/24

titled [1] 193/4
today [7] 121/8 129/15
133/21 134/9 176/12
190/1 192/5
together [20] 102/13
102/13 111/6 112/8
112/9 113/12 113/15
113/15 114/13 114/18
114/20 120/18 123/5
126/22 128/10 139/24
139/24 156/10 159/15
170/14
told [17] 105/22 108/10
109/5 125/15 126/1
130/1 145/9 150/9
150/10 150/24 154/19
161/12 162/1 162/3
163/8 163/17 164/7
Tom [1] 153/13
tomorrow [4] 151/2
192/7 192/9 192/14
tone [1] 172/12
too [8] 129/4 169/2
176/12 181/14 182/10
182/22 186/13 192/6
took [5] 101/11 111/8
111/21 129/10 136/17
top [2] 106/1 109/14
total [1] 183/9
touch [2] 168/6 170/17
tough [2] 144/17
148/12
tour [2] 145/2 145/3
toward [2] 104/23
115/23 119/13 159/8
towards [5] 115/17
164/3 164/7 164/8
181/10
track [3] 95/10 95/17
122/18
train [1] 117/13
transcript [3] 91/10
92/15 193/3
transcription [1] 92/15
travel [2] 105/17
161/18
traveled [2] 125/9
126/4
treated [1] 177/1
tree [1] 148/14
trial [20] 91/10 96/15
97/6 97/18 97/25 98/1
98/15 98/17 98/17 99/5
100/2 100/8 100/9
133/10 133/10 133/19
137/17 158/23 180/13
192/3
trials [5] 136/9 158/22
180/16 180/24 181/2
tribute [2] 145/1 145/5
tried [2] 126/10 166/4
trips [1] 168/6
trouble [1] 165/3
Troy [2] 91/13 93/9
Troy Edwards [1] 93/9
troy.edwards [1] 91/17
true [4] 98/5 100/3

truly [1] 137/20
Trump [2] 105/4 105/5
110/5 115/4 150/16
153/12 153/14 184/3
184/6
Trumps [1] 105/7
trusted [1] 140/2
try [5] 110/22 114/21
130/1 132/3 168/6
trying [6] 123/22
147/25 168/4 169/25
178/11 180/7
Tuesday [1] 154/25
tunnel [1] 140/8
turn [2] 100/21 124/14
turned [3] 123/8
166/20 166/21
turns [8] 110/24
111/13 111/14 111/15
113/22 122/9 122/11
170/1
TV [1] 148/20
two [13] 99/10 99/14
102/12 103/24 112/22
122/10 124/1 149/23
153/24 156/9 159/17
182/7 185/22
type [1] 158/18
types [1] 157/10
typical [1] 163/11

**U**

U.S [2] 91/14 91/19
U.S. [2] 99/13 123/18
U.S. Capitol [1] 123/18
U.S.C [1] 95/10
ultimately [1] 96/11
uncommon [1] 168/3
under [4] 94/22 110/11
145/13 150/12
understand [8] 97/5
98/10 106/3 134/11
135/1 135/6 169/20
181/1
understanding [4]
99/15 132/1 133/19
190/12
understands [1]
190/16
understood [4] 101/9
106/2 133/14 190/17
undisputed [1] 177/5
Unfortunately [1]
157/6
Union [1] 157/14
unit [2] 113/15 124/23
UNITED [8] 91/1 91/3
91/11 93/5 147/10
152/8 152/9 173/8
United States [2]
152/8 173/8
United States of [1]
93/5
unlawful [2] 96/3 96/5
unless [3] 101/8 131/7
171/2
unobstructed [1]

unrest [1] 173/8
until [5] 124/7 124/9
124/13 131/14 170/5
up [40] 96/23 97/7
98/14 98/25 100/7
108/7 108/17 115/8
115/22 116/8 118/17
123/8 123/22 127/4
133/6 134/10 135/3
136/22 138/4 139/14
142/7 142/10 143/15
143/22 146/9 148/10
148/15 149/19 149/23
152/4 153/2 153/21
154/9 163/10 168/12
168/12 169/4 180/9
182/10 182/17
upload [2] 118/13
118/15
upper [2] 103/16 128/5
us [29] 93/24 99/14
100/18 111/23 112/1
112/7 112/25 117/10
119/10 119/18 119/18
125/18 126/2 130/5
131/21 136/18 138/6
142/7 144/25 147/21
152/10 153/13 155/10
157/6 157/6 159/5
160/4 165/11 187/13
usdoj.gov [3] 91/17
91/17 91/22
use [2] 102/22 175/13
used [5] 119/8 129/3
172/22 176/15 186/19
uses [1] 166/25

**V**

VA [1] 92/8
vandalism [1] 147/4
vantage [1] 118/24
various [2] 128/1
128/18
verdict [4] 98/5 100/4
192/5 192/13
version [2] 99/6 99/7
versus [1] 93/6
very [24] 117/6 117/21
121/23 123/11 123/22
125/16 128/4 132/25
144/24 144/24 146/3
147/19 147/19 148/6
148/6 158/6 158/15
158/16 159/16 162/17
176/21 182/24 183/6
192/15
vest [3] 103/20 103/22
103/22
vet [1] 176/25
Vice [1] 147/11
victim [1] 188/13
video [46] 110/17
110/18 111/1 118/19
118/22 119/2 119/13
119/16 120/2 120/4
120/7 120/11 120/21
120/25 121/4 121/6

**V**

video... [30] 121/9
121/13 121/15 122/1
122/2 122/7 122/16
122/19 122/20 122/22
123/9 129/5 138/5
138/18 143/22 146/11
148/9 159/7 161/6
164/11 164/24 165/4
166/12 168/11 170/7
175/19 176/12 177/10
179/15 184/17
videos [20] 117/17
117/23 118/5 118/13
139/19 142/24 144/4
144/6 145/17 146/1
158/3 159/14 161/8
163/24 164/13 164/17
164/19 168/18 177/9
181/12
Vietnam [1] 176/25
view [6] 120/16 121/16
159/16 167/3 167/9
167/10
viewer [1] 122/6
violation [1] 166/10
violence [7] 137/5
141/25 143/17 143/19
147/3 167/25 173/9
violent [3] 116/18
175/21 176/3
Virginia [1] 154/14
voice [2] 132/5 134/7
volume [1] 130/12
voluntary [1] 143/12
volunteer [1] 137/22
vote [5] 114/21 116/1
130/2 142/16 190/21
vs [1] 91/5

**W**

wage [1] 108/2
wait [2] 124/19 124/19
waited [1] 124/25
waiting [9] 107/1 107/4
107/6 108/17 108/23
109/11 157/25 171/12
189/11
waive [2] 98/17 100/9
waived [1] 131/15
waiver [1] 132/25
waiving [2] 134/1
134/5
walk [6] 102/4 102/9
102/25 148/10 163/1
164/13
Walker's [1] 96/1
walking [16] 102/18
113/19 136/22 138/8
139/23 143/15 148/15
148/15 164/3 164/7
164/18 164/20 165/3
165/5 168/19 176/2
walks [4] 113/18 114/2
154/21 171/23
wanna [1] 140/1
wanna-be [1] 140/1
want [20] 101/3 116/15

150/17 161/15 161/20
162/19 169/1 175/14
182/9 183/7 183/11
187/8 187/19 187/19
190/19 191/2 192/6
wanted [4] 132/21
148/24 151/12 187/18
wanting [2] 171/25
185/1
wants [9] 132/18
140/21 144/2 150/16
153/12 154/21 156/1
156/5 161/4
war [5] 105/8 109/6
109/8 123/21 186/5
war's [2] 172/14
173/20
warlike [1] 176/3
warped [2] 167/6
168/17
warrants [1] 145/8
was [147]
Washington [5] 91/5
91/15 91/20 92/13
125/10
wasn't [6] 115/3
122/17 140/1 140/2
167/24 178/16
watch [8] 102/15
122/15 139/21 146/2
148/6 148/10 175/16
175/17
watching [1] 140/23
waters [1] 95/7
Watkins [95] 94/16
102/16 102/17 102/22
103/12 106/6 106/10
106/11 106/12 106/15
106/19 106/25 107/4
107/4 107/13 108/15
108/8 108/14 108/16
108/21 108/22 109/2
109/4 109/10 109/15
109/18 109/25 110/5
110/8 110/24 111/3
111/8 111/11 111/17
111/21 111/25 111/25
112/6 112/12 114/8
114/10 115/2 115/12
118/23 119/2 119/19
119/25 120/9 120/18
121/7 121/17 129/24
129/24 130/4 138/2
140/5 142/1 146/7
150/5 150/10 152/19
152/24 153/12 153/19
154/15 154/23 155/7
156/6 157/22 158/7
158/9 161/19 161/23
162/5 165/9 165/21
166/15 167/1 167/16
170/20 171/10 174/11
175/5 175/25 177/3
181/6 184/2 184/12
186/11 187/12 189/9
189/13 189/16 190/10
190/20

110/17 112/20 112/22
142/14 153/5 155/24
167/6 169/14
wave [1] 146/9
waved [1] 130/2
way [25] 95/2 95/15
111/18 115/6 116/20
116/24 118/11 122/5
122/15 124/25 127/5
135/4 135/18 139/4
140/21 141/3 144/6
146/19 147/13 152/11
168/4 169/21 184/14
191/13 191/14
we [120]
we will [4] 100/21
129/16 186/9 190/11
we'd [4] 101/2 125/4
132/24 162/6
we'll [4] 130/25 181/21
181/21 192/9
we're [24] 110/13
112/8 112/9 112/9
112/13 112/14 114/20
121/19 125/25 136/25
141/24 149/11 150/15
150/20 151/15 156/13
156/14 157/24 161/24
162/7 165/22 165/22
167/23 186/10
we've [14] 97/4 107/1
107/6 108/17 109/11
112/7 125/17 139/19
150/22 157/22 171/11
181/13 182/14 189/11
weapons [1] 137/24
wearing [10] 103/15
141/16 155/4 155/22
166/8 176/4 176/5
176/5 176/6 176/7
wears [1] 155/23
weather [1] 153/1
website [20] 104/3
104/8 104/10 104/14
104/25 105/3 105/3
105/11 105/13 114/25
156/23 156/24 176/13
185/4 185/6 185/9
185/13 185/16 186/16
187/7
websites [2] 109/23
186/17
week [1] 104/25
well [14] 95/25 99/9
104/18 107/7 110/22
131/9 131/14 132/9
138/3 151/12 153/14
183/3 183/5 186/4
well-aware [1] 186/4
went [15] 121/21
124/25 125/12 125/13
126/6 128/20 128/21
146/20 153/2 160/11
174/17 179/22 184/11
184/19 188/23
were [100] 99/10
101/12 109/15 112/14

113/13 113/19 115/4
116/23 120/14 123/8
124/3 124/8 124/13
125/3 125/15 126/12
126/13 126/18 126/21
129/3 129/8 129/18
129/25 129/25 130/1
132/1 133/14 133/20
138/17 138/23 138/23
139/12 141/2 141/5
141/8 141/15 142/9
143/14 143/23 143/24
144/15 144/20 145/11
145/12 145/24 146/18
146/23 146/24 147/8
147/21 147/24 154/2
154/12 158/23 158/25
160/1 161/16 164/5
164/15 165/8 165/17
168/15 168/17 169/18
170/14 170/14 170/16
172/18 173/1 173/2
173/6 173/14 173/15
173/15 173/19 173/21
174/15 174/20 175/18
175/24 175/25 176/1
176/2 176/17 176/24
177/19 178/16 179/7
179/19 179/23 183/9
183/17 184/13 185/8
185/15 190/25 191/4
weren't [2] 124/23
130/11
west [1] 113/12
what [161]
what's [17] 104/22
114/25 121/3 123/19
125/16 138/11 150/13
150/14 151/1 153/3
153/6 153/11 162/1
179/5 189/1 189/5
189/14
whatever [14] 123/3
126/18 151/13 151/16
155/13 160/13 165/24
167/10 167/23 168/25
169/5 169/21 169/25
188/19
when [103] 102/9
102/25 103/21 104/9
104/14 106/19 107/23
110/4 110/6 110/8
110/20 111/4 111/19
112/15 112/21 113/25
114/6 114/18 114/19
116/11 116/22 116/24
117/6 117/23 119/23
123/17 123/25 124/17
125/2 125/12 125/22
125/25 126/20 126/25
127/6 128/9 128/15
129/2 129/24 129/24
130/1 130/2 130/3
130/4 130/6 130/6
130/14 134/17 136/15
136/22 138/1 138/4
140/4 140/5 140/5

136 140/7 141/13
141/23 142/1 142/2
142/21 145/18 150/11
150/12 151/11 151/23
152/7 154/6 156/6
157/24 158/12 158/12
161/1 163/6 166/20
166/25 168/5 168/12
168/12 169/7 170/23
171/10 173/20 176/15
178/19 178/20 179/11
179/22 182/4 185/3
185/10 185/12 185/16
186/8 186/14 186/25
188/1 188/6 188/7
188/9 189/10 191/6
whenever [1] 132/10
where [34] 93/15
114/15 115/20 121/23
128/12 136/23 136/25
137/4 139/23 139/24
140/8 142/18 142/19
144/15 146/11 146/12
147/7 147/15 152/21
152/23 154/14 159/23
161/4 164/1 164/14
171/3 177/10 177/10
177/11 180/24 181/2
181/6 186/1 188/2
whether [7] 104/15
123/21 133/14 140/4
152/20 177/16 185/4
which [34] 94/11 95/15
95/21 98/8 104/13
106/16 127/11 134/20
138/5 145/17 145/18
146/2 149/4 154/5
157/19 161/14 164/20
165/21 166/1 166/25
169/11 171/19 171/20
172/10 173/5 175/3
175/20 176/5 178/3
178/22 180/19 180/20
182/25 184/22
while [10] 100/25
104/7 106/13 108/25
111/8 111/11 128/2
138/23 144/4 156/10
White [5] 103/9 151/3
163/25 164/1 164/1
White House [5] 103/9
151/3 163/25 164/1
164/1
who [55] 102/6 102/6
116/13 118/9 119/10
119/20 125/12 126/6
126/24 127/6 128/7
134/21 136/10 136/17
137/13 138/17 138/22
139/11 140/1 140/2
141/7 142/13 142/14
143/8 143/24 144/7
144/8 145/5 145/13
145/24 148/21 151/1
152/10 154/13 160/1
161/17 163/3 164/5
164/9 165/2 165/6
166/11 167/13 167/17

213

**W**

who... **[11]** 168/4 168/15 168/17 170/8 173/14 175/9 178/3 184/11 184/19 184/21 191/15

who's **[4]** 140/10 141/1 148/20 154/14

whoever **[1]** 95/11

whole **[9]** 123/14 125/24 145/6 153/25 161/24 162/6 165/4 173/17 189/20

whom **[1]** 158/12

Whose **[1]** 189/23

why **[17]** 98/21 98/24 100/12 108/13 113/16 125/6 130/22 133/6 138/10 145/14 149/11 155/4 155/21 169/17 181/8 181/20 188/23

wielding **[1]** 167/24

wildfire **[2]** 111/22 111/25

will **[27]** 97/20 100/21 101/7 102/21 103/1 105/8 107/21 117/22 118/5 129/16 135/2 135/24 135/25 154/24 155/14 161/1 166/16 166/19 168/11 168/18 170/8 174/14 175/16 183/18 186/2 186/9 190/11

William **[3]** 92/10 193/2 193/8

Wilson **[1]** 92/7

win **[1]** 169/5

window **[1]** 178/3

wins **[1]** 169/4

wish **[2]** 98/16 100/8

wishing **[1]** 162/16

within **[2]** 141/6 157/1

without **[1]** 95/7

witness **[2]** 105/23 149/8

woman **[6]** 136/22 146/3 164/8 165/6 167/19 169/15

won **[2]** 169/5 169/6

wondered **[2]** 154/1 154/11

word **[8]** 93/19 99/16 99/16 128/5 153/16 153/16 153/17 187/16

words **[21]** 101/12 104/20 106/11 106/23 107/15 112/20 128/17 129/10 151/19 152/15 159/2 159/3 183/17 185/5 185/6 185/6 185/8 186/11 186/14 186/15 187/11

work **[2]** 126/22 153/18

working **[1]** 144/12

world **[3]** 145/2 149/5 149/6

worn **[5]** 96/25 103/18

worshiper **[1]** 158/8

would **[57]** 99/3 101/1 110/21 125/20 126/24 128/6 131/9 131/17 131/19 131/21 132/4 132/6 133/15 145/3 145/7 145/12 145/14 146/14 146/14 146/19 150/7 153/13 154/2 154/11 157/5 157/19 158/8 159/6 161/24 162/17 165/25 166/2 166/7 166/14 166/21 167/4 167/8 169/1 170/1 171/1 171/5 171/7 172/6 173/11 173/12 173/13 173/14 174/22 177/5 179/17 179/18 180/4 180/22 180/25 181/5 182/11 190/15

wouldn't **[2]** 118/13 148/18

wrap **[1]** 180/9

wrapped **[2]** 114/6 115/16

wrapping **[1]** 113/13

wrecking **[1]** 143/20

writ **[1]** 149/2

write **[2]** 157/13 163/12

written **[1]** 141/2

wrong **[2]** 129/8 189/8

wrongdoing **[2]** 186/21 186/24

wrote **[3]** 104/16 105/5 147/17

**Y**

Yale **[1]** 157/12

Yale Law School **[1]** 157/12

Yeah **[4]** 99/12 99/19 133/5 182/11

year **[2]** 162/17 167/18

years **[3]** 97/1 149/5 180/13

yelled **[1]** 129/24

yelling **[1]** 123/20

yellow **[2]** 121/6 129/11

yells **[1]** 111/3

yes **[23]** 96/19 97/9 97/14 98/2 98/6 98/10 98/19 99/24 100/5 100/10 113/8 132/14 133/12 133/17 133/24 134/4 134/22 134/25 135/5 135/7 136/2 163/15 182/5

yesterday **[4]** 94/15 98/13 99/17 100/6

yesterday's **[1]** 94/7

yet **[1]** 139/16

you **[249]**

you understand **[2]** 135/1 135/6

you'll **[33]** 102/9

110/19 110/24 110/25 111/1 111/5 113/11 114/1 114/8 114/10 115/23 119/2 119/13 119/13 119/22 120/5 120/6 120/8 120/9 120/15 120/18 121/11 122/8 122/9 123/18 129/6 139/24 146/11 148/12 178/25

you're **[11]** 120/4 120/6 122/6 132/24 134/9 135/24 136/24 138/18 158/9 177/18 188/1

you've **[5]** 97/8 131/16 143/22 164/4 181/1

young **[3]** 182/12 188/7 188/15

Young's **[1]** 188/5

your **[80]** 93/4 93/15 93/17 96/18 96/19 96/24 97/21 98/2 98/6 98/17 98/22 99/10 99/22 100/9 100/15 100/18 100/19 100/23 101/1 101/9 101/10 103/2 104/6 108/25 110/20 112/24 113/8 114/14 116/4 117/19 118/4 118/16 118/20 121/3 121/23 122/23 126/6 126/12 130/15 131/11 132/14 132/23 133/14 134/1 134/2 134/3 134/6 134/7 134/7 134/16 134/24 135/11 135/24 135/25 149/1 149/18 149/25 152/12 153/22 154/9 154/14 156/19 159/6 159/25 162/23 165/25 167/22 169/5 174/3 175/15 180/10 181/16 181/17 182/5 182/6 182/15 183/3 183/6 188/20 191/24

Your Honor **[59]** 93/4 93/17 96/18 96/19 96/24 97/21 98/2 98/6 98/22 99/10 100/15 100/18 100/19 100/23 101/1 101/9 101/10 103/2 104/6 108/25 110/20 112/24 113/8 114/14 116/4 117/19 118/4 118/16 118/20 121/3 121/23 122/23 126/6 126/12 130/15 131/11 132/14 132/23 134/16 135/11 149/1 149/18 149/25 156/19 159/6 159/25 162/23 165/25 167/22 174/3 175/15 180/10 181/16 182/5 182/6 183/3 183/6 188/20 191/24

yourself **[4]** 133/9

**Z**

Zaremba **[3]** 92/10 193/2 193/8

Zello **[7]** 111/8 111/21 112/6 138/15 142/2 156/3 187/14

zero **[1]** 159/22

zips **[1]** 114/2