```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    CR No. 21-28
                                    )    Washington, D.C.
          vs.                       )    July 12, 2023
                                    )    1:00 p.m.
DONOVAN RAY CROWL (2),              )
JAMES BEEKS (19),                   )    Day 3
                                    )
          Defendants.               )
_____      )
```

```
    TRANSCRIPT OF STIPULATED BENCH TRIAL VERDICT PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:            Kathryn Leigh Rakoczy
                               Troy A. Edwards, Jr.
                               U.S. ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                               601 D Street, NW
                               Washington, D.C. 20001
                               (202) 258-1251
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email: troy.edwards@usdoj.gov

                               Alexandra Stalimene Hughes
                               U.S. DEPARTMENT OF JUSTICE
                               NSD
                               950 Pennsylvania Ave NW
                               Washington, D.C. 20004
                               (202) 353-0023
                               Email:
                               Alexandra.Hughes@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Crowl:          Carmen D. Hernandez
                              7166 Mink Hollow Road
                              Highland, MD 20777
                              (240) 472-3391
                              Email: chernan7@aol.com


For Defendant Beeks:          Pro Se
                              Standby Counsel
                              Greg Hunter
                              GREGORY T. HUNTER, ESQ.
                              2111 Wilson Boulevard
                              8th Floor
                              Arlington, VA 22201
                              (703) 966-7226
                              Email: greghunter@mail.com


Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  Good afternoon, Your Honor.
This is Criminal Case No. 21-28, United States of America
versus Defendant No. 2, Donovan Ray Crowl; and Defendant No.
19, James Beeks.

Kathryn Rakoczy, Alexandra Hughes, and
Troy Edwards for the government.

Carmen Hernandez for Defendant Crowl.

Greg Hunter for Defendant Beeks.

Both defendants are present in the courtroom for
these proceedings.

THE COURT:  Okay.  Good afternoon again,
everybody.

All right.  Is there anything we need to discuss
before we turn to the business at hand?

MR. EDWARDS:  Not for the government, Your Honor.

MS. HERNANDEZ:  No, Your Honor.  Thank you.
Good afternoon, Your Honor.

MR. HUNTER:  No, Your Honor.

THE COURT:  Okay.

So the purpose of this afternoon's hearing is to
deliver the verdict on the stipulated bench trial that the
parties have agreed do, so let me turn to that.

So the government has accused Mr. Crowl and
Mr. Beeks of offenses relating to the events of January 6th,

1    2021, at the United States Capitol.

2              For purposes of the stipulated bench trial, the

3    charges against each are:

4              One, conspiracy to obstruct an official

5    proceeding, in violation of 18 U.S.C. Section 1512(k); and

6    interference with officers during a civil disorder and

7    aiding and abetting such offense, in violation of 18 U.S.C.

8    231(a)(3) and Section 2.

9              Generally speaking, the government alleges that

10   Mr. Crowl and Mr. Beeks knowingly joined with a group of

11   Oath Keepers in a conspiracy whose object was to corruptly

12   obstruct, influence, and impede an official proceeding; that

13   is, the certification of the Electoral College vote on

14   January 6th.

15             As part of that alleged conspiracy, both Mr. Crowl

16   and Mr. Beeks entered the U.S. Capitol Building.  Eventually

17   both ended up in a hallway leading to the U.S. Senate

18   chamber that was blocked by a group of D.C. Metropolitan

19   Police Department officers.

20             The defendants stand accused of interfering with

21   those law enforcement officers who were lawfully engaged in

22   the lawful performance -- or who were lawfully engaged in

23   the performance of their official duties incident to a civil

24   disorder and aiding and abetting others in doing so.

25             Ordinarily at this point in a bench trial, the

1  Court would set forth its findings of fact; however, because

2  the parties have stipulated to the facts and evidence

3  subject to certain objections that the Court has overruled

4  made by the defense, the Court adopts and incorporates as

5  its findings the parties' Statements of Facts for Stipulated

6  Trial.  The Court will not repeat those facts here.  The

7  Court, however, will make additional findings as necessary

8  in explaining the reasons for its verdict.

9        Starting then with Count 1, which is conspiracy to

10  obstruct an official proceeding, the elements are as

11  follows:

12        First, that the defendant conspired or agreed with

13  at least one other person with the goal of committing the

14  crime of obstructing an official proceeding;

15        And, second, that the defendant knowingly joined

16  or entered into that agreement with awareness of its

17  unlawful goal and the intent to achieve the illegal object

18  of the charged conspiracy.

19        The object of the conspiracy in this case, which

20  is the obstruction of an official proceeding, consists of

21  four elements:

22        That the defendant obstructed or impeded an

23  official proceeding;

24        That the defendant intended to obstruct or impede

25  an official proceeding;

1          That the defendant acted knowingly with an

2    awareness that the natural and probable effect of the

3    defendant's conduct would be to obstruct or impede the

4    official proceeding;

5               And that the defendant acted corruptly.

6               Let me just quickly get out of the way for both

7    Mr. Crowl and Mr. Beeks that two of the elements are readily

8    satisfied; that is, Congress's certification of the

9    electoral vote, Electoral College vote is an official

10   proceeding and qualifies as such.

11              Also, each obstructed or impeded an official

12   proceeding; that is, each caused, through his conduct, as

13   well as the conduct of others, for Congress to remain

14   recessed and unable to fulfill its duties to certify the

15   Electoral College vote on January 6th; specifically,

16   Congress remained adjourned while both men were in the

17   building and they were unable to adjourn -- excuse me,

18   recommence the proceedings until later that evening.

19              Let me turn first to Mr. Crowl.  To convict

20   Mr. Crowl, the evidence must show that he conspired with at

21   least one other person with the goal of committing the crime

22   of obstruction of an official proceeding and that he joined

23   such agreement knowingly.

24              The evidence clearly establishes that he did act

25   in coordination with others; that is, with Ms. Watkins and

1    other Oath Keepers, which is some evidence to support his

2    participation in an unlawful conspiracy.

3            He joined the Ohio State Regular Militia, which

4    was founded and led by Ms. Watkins.  That organization was

5    organized around a hierarchal structure in which Ms. Watkins

6    was its leader.  That is evidenced by the December 12th,

7    2020, text that Mr. Crowl sent to Ms. Watkins:  "You are my

8    captain.  My boss is Jess."

9            Ms. Watkins invited Mr. Crowl to come to the

10   District of Columbia on January 6th -- or for January 6th,

11   I should say, and they traveled together to the

12   District of Columbia with two others, namely Bennie and

13   Sandra Parker.

14           And then, of course, there's his actions on

15   January 6th itself.  At each phase of the day, from

16   The Ellipse until exiting the Capitol, he is with the Ohio

17   contingent and other Oath Keepers, all of which supports

18   coordinated conduct and concerted action.

19           The evidence also supports that he knowingly

20   participated in such concerted action.  There's no evidence

21   to suggest or support that he became part of this group or

22   joined in the relevant conduct inadvertently or by mistake.

23           But mere presence with other Oath Keepers is not

24   enough.  The key question is whether the evidence

25   establishes beyond a reasonable doubt that, one, Mr. Crowl

1    knew that at least one other person had the goal of

2    obstructing an official proceeding; and, two, he knowingly

3    joined with that person or persons with the intent to

4    achieve that illegal object.

5            So what is the evidence?

6            Before January 6th establishes that Mr. Crowl --

7    establishes Mr. Crowl's discontent with the outcome of the

8    election and, importantly, a willingness to engage in

9    politically related violence or force.

10           Ms. Watkins, for example, on November 9th, invites

11   him to join other Oath Keepers for the November 14th

12   Million MAGA March, and Mr. Crowl responds to this

13   invitation with, "I'm on board, Captain.  I'll make some

14   eggs, night sticks, let's party."

15           Ms. Watkins continued, "This is what we've been

16   waiting for.  It's not just an Oath Keeper mission.

17   Patriots everywhere.  3 Percenters too.  Let's make history,

18   motherfucker."

19           He then attends the November 14th event and he

20   meets Mr. Caldwell, in fact, stays on his farm.  In an

21   e-mail sent to Mr. Caldwell after the event, he lauds

22   Mr. Caldwell for his leadership and friendship, and he also

23   says, after the event, "War is on the horizon until we go to

24   ground.  Semper fidelis."

25           Then on December 22nd in an exchange with others

1    on social media, he writes, "Gun, smoke, lead," or maybe

2    lead, "God and country, law-abiding citizens are fixing to

3    act out of character.  I'm one of them, one of many.  Time

4    for talkin' is over."

5            That conversation comes up in a social media

6    exchange in which he and others are discussing, among other

7    topics, the elections.

8            Two of the memes that appear immediately before

9    Mr. Crowl makes the statement I've just noted are themselves

10   notable.

11           One is a political cartoon depicting George Soros

12   as the Pied Piper leading an Antifa rioter, who is holding a

13   wooden stick with nails coming out of it, an antipolice

14   demonstrator holding a Molotov cocktail and a sign, "More

15   dead cops," a donkey with a D on it depicting the Democratic

16   party, and the cameraman with "MS Media" on the side of the

17   camera, which I take to mean mainstream media.

18           The second meme is a story about Joseph Stalin,

19   which suggests that how easily people can be manipulated by

20   tyrants.

21           December 29th through January 1, Mr. Crowl has

22   exchanges with Ms. Watkins about going to the

23   District of Columbia.

24           During those exchanges, she references the

25   Insurrection Act, notes that if the Trump -- if the

1    President -- "if Trump activates the Insurrection Act, I'd

2    hate to miss it," are her words.

3           Notably, Mr. Crowl doesn't ask what she is talking

4    about in referencing the Insurrection Act.  It seems to

5    reflect an understanding of his that he understood that what

6    she was referring to and, importantly, their presence in

7    D.C. might involve the use of force.

8           There is then the January 1st exchange with

9    Mr. Caldwell, which also reflects an understanding that the

10   January 6th event would involve more than just a security

11   detail and potentially force.  In that message, Mr. Caldwell

12   writes to Mr. Crowl, "Paul" -- I presume that refers to

13   Paul Stamey -- "will be the Quick Reaction Force."  Also

14   says later, "Maybe can do some night hunting."  Further

15   says, "Paul will have the goodies in case things go bad and

16   we need to get heavy."

17          Although Mr. -- the exchange is notable because

18   Mr. Caldwell here refers to others, including Paul Stamey,

19   and later on in the message, I believe, to

20   Ranger Doug Smith, which shows Mr. Crowl's familiarity with

21   other Oath Keepers and demonstrates that January 6th would

22   be a planned and coordinated effort with other Oath Keepers;

23   and, two, that the Oath Keepers were preparing for violence

24   or force, including with firearms.

25          Notably, again, Mr. Caldwell makes reference to

1    the QRF, to night hunting, to goodies, to getting heavy.

2          Notably, Mr. Crowl never responds to Mr. Caldwell

3    and asks what he's talking about, never asks him what he

4    means by QRF or night hunting, et cetera.  It reflects a

5    mutual understanding of what it all means.

6          And then on the night of January 5th, Mr. Crowl

7    messages an acquaintance that the night of January 6th, that

8    they would be heading out for, "Tifa hunting."  I think it's

9    noteworthy that Mr. Crowl uses the same term "hunting" that

10   Mr. Caldwell had used in his message to him earlier.

11         It is fair to say that these communications

12   reflect no express discussion or, let alone, an agreement to

13   obstruct an official proceeding prior to January 6th.  But

14   the pre-January 6th communications and events are critical

15   to establishing Mr. Crowl's state of mind as he comes to the

16   District of Columbia for the events of the 6th.

17         Then there's the 6th itself in which Mr. Crowl is

18   dressed in, I think, can be fairly called battle gear.  He's

19   wearing a camouflage helmet, yellow goggles, and wearing a

20   protective vest.

21         Notably, he's wearing an Oath Keepers patch.  Why

22   is that notable?  Because it's not his.  It's significant

23   that he gets the patch from Montana Siniff, who's

24   Ms. Watkins' fiancé, and it shows an effort on his part to

25   explicitly associate himself not with Ms. Watkins and the

1    Ohio State Regular Militia alone but with the Oath Keepers.

2           He starts with the Oath Keepers at The Ellipse

3    that morning and then he marches with the group of about a

4    dozen or so Oath Keepers to the Capitol starting at

5    approximately 1:27 in the afternoon.

6           Importantly, during the walk, there is evidence,

7    as in Exhibit 1500.5, which shows Mr. Crowl walking

8    side-by-side with Ms. Watkins; that is approximately the

9    2:04 p.m. mark when they reach 6th and Constitution Avenue.

10          Ms. Watkins makes multiple statements on Zello

11   during that general time period that clearly articulate her

12   intent in walking to the Capitol, and, importantly, that

13   included that there was a plan that involved others.

14          Now, Mr. Crowl was not on the Zello chat, but her

15   statements are evidence of the group's purpose in going to

16   the Capitol.  And if Ms. Watkins had that purpose, it is not

17   a stretch to say that Mr. Crowl, who had referred to

18   Ms. Watkins as his boss, would have, too.

19          On the way to the Capitol, the video captures the

20   Oath Keepers twice gathering collectively, what the parties

21   have referred to as a huddle.  The first time was on the

22   northwest side of the Capitol and then once again on the

23   east side.

24          Critically, Mr. Crowl admits, as part of these

25   stipulated set of facts, that, "As they moved inside the

1    restricted area of the Capitol Grounds, Kelly Meggs told the

2    group that 'We're going to try and stop the vote count.'"

3    That's paragraph 50 of the stipulated facts.

4          That is an important admission.  It is a

5    concession that the leader of the Florida Oath Keepers

6    stated that the group's objective was to try to obstruct the

7    proceedings before Congress.  Notwithstanding that

8    statement, Mr. Crowl continues along with the group.

9          Now, Mr. Crowl's counsel has suggested that the

10   government has not shown that he, in fact, heard Mr. Meggs'

11   words.  And I'll discuss that argument and that contention

12   in a moment.

13         The facts further show that Mr. Crowl and the

14   others arrive on the east side of the Capitol at

15   approximately 2:32 p.m.  At that moment, Mr. Rhodes,

16   Mr. Meggs, and Mr. Greene have a three-way call.  Mr. Meggs

17   is off of that call about 90 seconds later.

18         At 2:33 p.m., the group then collectively moves

19   towards the east Capitol steps in a coordinated fashion, in

20   a single file line up the stairs, walking through a crowd

21   that is otherwise facing east away from the

22   Capitol Building.

23         Now, once they reach the top of the steps, it is

24   hard to know exactly where Mr. Crowl is situated.  It looks

25   like he may have been either on the top of the steps or at

1    the back of the landing, and so it's difficult to see -- to

2    determine whether he would have been able to see the

3    officers who were protecting the door and keeping people at

4    bay.

5            However, it's undoubtedly clear that he could have

6    heard -- he would have heard the chants by the pro-Trump

7    group that had been gathered there and wanting to gain

8    entrance into the building, who were, among other things,

9    chanting, "Who's your President?  Trump.  Who's your

10   President?  Trump."  Eventually, they are able to enter once

11   the doors open, and Mr. Crowl remained in lockstep with

12   Ms. Watkins.

13           At approximately 2:40 p.m., he enters the building

14   immediately behind Ms. Watkins, and once inside, the video

15   evidence shows that Ms. Watkins points her group, which

16   includes Mr. Crowl; the Parkers, that is, Bennie and

17   Sandra Parker; Graydon Young; and Mr. Beeks, toward the

18   Rotunda.

19           As they enter the Rotunda, Mr. Crowl would have

20   been able to hear audible chants of "Treason."  Those words

21   are conveyed in the video that Mr. Harrelson, I believe it

22   was, took that's part of the evidence.

23           Importantly, once they are inside the Rotunda,

24   this is Exhibit 1504, it shows Ms. Watkins, at approximately

25   2:44 p.m., communicating again on the Zello chat in which

```
 1    she is describing exactly what they had done, where they
 2    were, and what the sort of violent and chaotic scene was
 3    that was unfolding before them.
 4            Notably, Mr. Crowl is standing right next to
 5    Ms. Watkins when she makes that Zello communication.
 6            In addition, there's also a video of Mr. Crowl and
 7    Ms. Watkins inside the Rotunda in which they say
 8    collectively, "We took the Capitol, we overran the Capitol."
 9    That, in my estimation, is a clear acknowledgment of what
10    they had done, was to overcome security and essentially
11    overtaken the halls of Congress.
12            Now, recall Mr. Meggs had earlier said that the
13    group was going to stop the vote.  And once inside the
14    Rotunda, the group splits in half.  Part of the group heads
15    to the Senate chamber.  That includes Ms. Watkins,
16    Mr. Young, Ms. Parker, Mr. Isaacs, and Mr. Beeks and
17    Mr. Crowl.
18            Prior to doing so, that group, along with others,
19    is gathered outside the hallway that leads to the Senate
20    Chamber.  The other half of the group heads down the hallway
21    that leads to the House Chamber.
22            The group that goes down the hallway to the Senate
23    Chamber, Mr. Isaacs goes at the front, but not far behind
24    him are Ms. Watkins and, again, Mr. Crowl.  Mr. Crowl has
25    his hands on Ms. Watkins' back as they are proceeding up the
```

1    hallway.   That hallway is chock-full of people.

2          They then there encounter a line of officers.   The

3    video shows that Ms. Watkins and Mr. Crowl would have been

4    able to see the line of officers who were blocking the

5    hallway.

6          That is confirmed by Ms. Watkins, who, as I said,

7    is immediately standing in front of Mr. Crowl and using --

8    and is heard using the words -- uttering the words "Push,

9    push, push," and exhorting others to "Get in there, get in

10   there, they can't hold us."   The use of the term "they" is a

11   clear reference to the line of police who are holding the

12   crowd at bay.

13         Mr. Crowl, as I said, is immediately behind

14   Ms. Watkins the entire time holding on to her.   Never at any

15   point makes a movement to turn back around or otherwise

16   attempt to extricate himself from the situation.

17         Now, to be certain, the video evidence does not

18   clearly depict Mr. Crowl's hands, but Exhibit 1077.6.A

19   plainly shows Mr. Crowl as part of a large group that

20   includes Ms. Watkins, that pushes the line of officers off

21   their initial line and backwards down the hall.

22         There's no question the officers are being pushed

23   back as you can see in the video, where Mr. Crowl is

24   relative to the open door, which I believe is Senate Room

25   230D.   And he, and along with the other group by the time

1    the video ends, is far past that door while the crowd is

2    chanting "U.S.A., U.S.A., U.S.A."  So, in other words, he is

3    a clear participant in the group's effort to push the police

4    line forward.

5         There is no evidence, based upon the video

6    evidence, that he is part of that group involuntarily or

7    that he is being pushed forward by someone in the back of

8    the crowd behind him.

9         Eventually, the police use pepper spray to

10   dispense -- disperse the oncoming crowd.  That includes

11   Mr. Crowl.  We see Mr. Crowl and other Oath Keepers emerge

12   from the hall around 2:50 p.m. and that they eventually exit

13   the building and then gather outside on the East Plaza.

14        Based on those facts and those to which the

15   parties have stipulated, I do find beyond a reasonable doubt

16   that Mr. Crowl knew that at least one other person had the

17   goal of obstructing an official proceeding, in particular

18   Ms. Watkins, and that he joined with others with the intent

19   to achieve that illegal object.

20        In the most basic terms, he knowingly joined with

21   a group of other Oath Keepers, including Ms. Watkins, whose

22   express objective, according to Mr. Meggs' words, was to try

23   and stop the vote count, and they carried out that effort.

24        As further evidence of the group's collective

25   effort to attempt to stop the vote count, I will note that

1    the other half of the group that did not go down the Senate

2    hallway went toward the House, and Mr. Meggs would later

3    admit that during the course of their time in that House

4    hallway, they looked for the Speaker of the House.

5            This evidence establishes, in my view, that

6    Mr. Crowl would have understood the natural and probable

7    consequences of his acts would have been to obstruct or

8    impede the vote count.

9            He admits as much in a statement that he makes

10   later that evening, when he says, and this is reflected in

11   paragraph 67, "The events of the day were epic, hope they

12   got the message.  The storm has arrived."  The "they," it

13   seems to me, is a clear reference to Members of Congress who

14   are on the receiving end of the message of what was epic

15   that day.

16           The evidence also establishes that Mr. Crowl

17   joined a conspiracy whose object was to corruptly obstruct.

18   Plainly, there was a consciousness of wrongdoing.  Mr. Crowl

19   is standing next to Ms. Watkins on the -- while she's on the

20   Zello chat inside the Rotunda in which she is describing

21   what the chaos that is transpiring.  They also say, "We took

22   over the Capitol," suggesting that they knew they weren't

23   supposed to be there and that they had overcome security to

24   get to where they had come.

25           He also says to a friend later that evening, "Yes,

1    we went in through the east back door just as they broke

2    through the front door," an acknowledgment that other

3    rioters like him had actually had to force their way into

4    the building.  And he celebrates the violence, referring to

5    himself as "we," saying, "We are rioters, thugs, and

6    violent."

7              The evidence also establishes beyond a reasonable

8    doubt that Mr. Crowl joined in a conspiracy with the

9    requisite -- that had the requisite corrupt intent; that is,

10   he either agreed to use unlawful means or had an improper

11   purpose or both.

12             He did use unlawful means.  At a minimum, he

13   combined with others to interfere with officers in

14   connection with a civil disorder, as I'll discuss

15   momentarily, that resulted in the pushing of the back of the

16   line -- excuse me, which resulted in the pushing of a line

17   of officers in that hallway where they were attempting to

18   hold the line and prevent people from entering the Senate

19   Chamber.

20             Mr. Crowl also had an improper purpose.

21             And here I'll just get into a bit of the legal

22   principles here.

23             And I'll just note that, you know, the concurring

24   opinion in *Fischer* relies in part upon Judge Silberman's

25   concurrence in the *Oliver North* decision in which

1    Judge Silberman suggests that the term "corruptly" could

2    have a different meaning depending upon what the statute

3    was.

4         And in that case, I think the object of the

5    statute was Congress.  And he said, in that circumstance,

6    corruptly could mean either an independently unlawful act,

7    in which case if the act is independently unlawful, there's

8    no reason to probe the defendant's purpose, but, however,

9    where the act is not independently unlawful, the defendant's

10   purpose does become relevant and attempting to secure some

11   advantage for himself or others that was improper or not in

12   accordance with legal rights and duties to himself or others

13   would fulfill that element or would satisfy the element of

14   corruptly.

15        Whether that's something the Circuit ultimately

16   will embrace or not and whether there is a need to

17   establish, as the defense has suggested, some degree of

18   attempting to benefit oneself or another, I do find that the

19   evidence establishes that beyond a reasonable doubt.

20        The delay of the vote in this case meant at least

21   delaying President Biden from securing the necessary

22   Electoral votes to become President; in other words, there

23   was an attempt to procure an unlawful benefit for himself

24   that -- or his preferred candidate, that is,

25   President Trump; in other words, by delaying the Electoral

1    Count vote, there was a procurement of a benefit or an

2    attempt to procure a benefit for his preferred candidate and

3    himself.

4          That is clear from, among other things, the

5    chanting of "Whose house?  Our house" in the hallway.

6    Mr. Crowl later saying, that evening, again, "I hope they

7    got the message," referring to Congress.  And he

8    acknowledges to a friend that evening, "History was made

9    today, Sugar.  We will fight."

10         And he further understood, as I said, that

11   President Trump was an intended beneficiary.  Of course, he

12   had learned from Ms. Watkins or had discussed with

13   Ms. Watkins that prior to January 6th, the President might

14   invoke the Insurrection Act.  And also there are rioters who

15   were chanting out there, "Who's our President?  Trump.

16   Who's our President?  Trump."

17         So there's no question that the purpose of going

18   in to delay the vote was an effort to not simply interfere

19   with a proceeding but to prevent the Electoral College count

20   from proceeding in a way that would benefit both Mr. Crowl,

21   who, in his mind, would benefit from that if it benefited a

22   third party, and that namely would be President Trump, who

23   also would benefit from a delay in the proceedings.

24         Now, the defense has made a host of arguments for

25   why this evidence does not establish guilt beyond a

1   reasonable doubt.  I am not persuaded by any of them.

2           First, the defense contends that Mr. Crowl

3   understood he was coming to D.C. to do security for Roger

4   Stone.  Fair enough.  Certainly there is evidence to support

5   that.

6           But Mr. Crowl need not have a single purpose in

7   coming to D.C.  And, more importantly, by the time he's

8   marching to the Capitol, here's what Mr. Meggs has to say

9   and is inside the Capitol and Senate hallway, "Roger Stone

10  is nowhere to be found."  The fact that he thought he was

11  coming to D.C. to do security doesn't negate the fact that

12  he knowingly agreed with others to obstruct an official

13  proceeding on January 6th itself.

14          The defense has also argued that Mr. Crowl was

15  disgusted with Mr. Rhodes and therefore could not have

16  joined a conspiracy with him.  But I don't think it's

17  necessary that Mr. Crowl has to like Mr. Rhodes.  More

18  importantly, Mr. Crowl does associate himself with other

19  Oath Keepers, not only symbolically by wearing a patch that

20  puts him with them, but actually by working in coordination

21  with them after Mr. Meggs says that they're going in to stop

22  the vote.

23          The defense has also argued that there's no

24  evidence that Mr. Crowl read Mr. Rhodes' open letters, which

25  would include the Serbian plan, that he was not on the

1    GoToMeeting call on November 9, he was not on Signal chats,

2    he had no contact with other members of the conspiracy like

3    Mr. Dolan, Mr. Harrelson.  All of that is true.  But, again,

4    it doesn't defeat the fact that he did join a conspiracy

5    with other members of the conspiracy who did share the same

6    unlawful object that he did.

7              The defense has also argued that Mr. Crowl never

8    at any point makes any explicit reference to the

9    certification vote, and, in fact, goes so far as to suggest

10   that he was not even aware that the certification was

11   happening that day.

12             But all of that is belied by his words after the

13   events of that day.  As I said earlier, he says to friend

14   that evening, "Yes, we went in through the east back door

15   just as they broke through the front door.  I'll have to

16   tell you about it.  It was epic.  Hope they" -- again,

17   I think this refers to Members of Congress -- "got the

18   message.  A storm has arrived."  He's undoubtedly part of

19   the storm.  "We've been laughing about it.  We are rioters,

20   thugs and violence," followed by emojis.

21             He also says later that evening -- or with an

22   exchange with Mr. Caldwell, Mr. Caldwell says, "We stormed

23   the gates of corruption together, although on opposite sides

24   of the building."  I think Mr. Caldwell's reference to

25   corruption and doing it together is a clear reference to

 1    Congress and what was transpiring in Congress that day.

 2            He then goes on to say, "We need to do this at the

 3    local level.  Let's storm the Capitol in Ohio."  And

 4    Mr. Crowl supports doing so.

 5            And then there's a communication with Ms. Watkins

 6    on January the 11th in which he says, "We will have answers

 7    by the 20th."  And she responds, "We've been organizing a

 8    bug-out plan if the usurper is installed."  That is a clear

 9    reference to the process of the transition of power of the

10    Presidency and the key dates of that transition of power,

11    and to the President's -- incoming President himself, who

12    Ms. Watkins refers to as "the usurper."

13            The defense also notes that Mr. Crowl helped an

14    unknown woman on the way to the Capitol.  He certainly did.

15    And he certainly, I think, gets credit for doing so.  But

16    having done that is not inconsistent with also having had

17    the requisite criminal intent to join a criminal conspiracy.

18            And, in any event, the helping of that young lady

19    or the woman hurt occurred before the huddling with

20    Mr. Meggs in which he said, "We're going to go in and stop

21    the vote."

22            There's also a contention that there's no evidence

23    that he heard what Mr. Meggs said or heard what Ms. Watkins

24    said en route to the Capitol on the Zello chats.  It is true

25    that there's no clear admission that he heard either.

1          But based upon the totality of the evidence,

2     including his actions and proximity to Ms. Watkins, there's

3     no reason to doubt that he heard both of those things; that

4     is, Ms. Watkins' statements on the Zello chats, as well as

5     Mr. Meggs' exhortation about going into the

6     Capitol Building.

7          He was joined at the hip with Ms. Watkins the

8     entire day, or shoulder to shoulder, as the case may be --

9     or arm to shoulder as the case may be.  He's depicted right

10    next to her as they are walking toward the Capitol.  He is

11    depicted entering the Capitol Building with her.  He is

12    depicted inside the Rotunda with her.  He is depicted

13    walking into the Senate hallway with her.  He is right

14    behind her in the Senate hallway when she is urging the

15    crowd, including Mr. Crowl, to "Push, push, push."

16         All of these actions are consistent with both what

17    Ms. Watkins said on the Zello chat and what Mr. Meggs said

18    that they were going to do, as are Mr. Crowl's words later

19    that evening admitting, essentially, to the conduct of

20    trying to get a message to Members of Congress.

21         There's also a contention that his words in

22    context are not a reference to obstructing an official

23    proceeding.  His words including "war is on the horizon,

24    time for talk is over."  Perhaps not.  They may not be an

25    express reference to an official proceeding; however, they

1   are evidence of his state of mind leading up to January 6th,

2   and they would have explained, and they do explain, why he

3   would have joined Ms. Watkins and others in entering the

4   building and his purpose and their purpose in doing so.

5            Finally, there's a suggestion that the

6   after-the-fact statements must be taken in context because

7   they were related to the consumption of alcohol.  Perhaps

8   they were, perhaps they weren't, I don't know, but there's

9   no argument here that Mr. Crowl's alcohol consumption

10  somehow negated his specific intent to commit the acts that

11  he did, and so, therefore, I don't think it rises to the

12  level of a defense and nor do I think it explains away the

13  conduct in a way that's fully exculpatory.

14           So let me turn then to Count 7; that is,

15  interference with law enforcement officers during a civil

16  disorder.

17           The elements are that the defendant knowingly

18  committed an act;

19           Second, in committing the act, the defendant

20  intended to obstruct, impede, or interfere with one or more

21  law enforcement officers;

22           Third, at the time of the defendant's actual act,

23  the law enforcement officer or officers were engaged in

24  lawful performance of their duties incident to and during a

25  civil disorder;

1            And, fourth, the civil disorder in any way or

2   degree obstructed, delayed, or adversely affected either

3   commerce or the movement of any article or commodity in

4   commerce or the conduct or performance of any federally

5   protected function.

6            Let me just get the easy elements out of the way.

7            Law enforcement were plainly engaged in the lawful

8   performance of their duties by blocking the hallway that

9   day.  Their conduct was incident to and during a civil

10  disorder.

11           A civil disorder is defined as a public

12  disturbance involving acts of violence by assemblages of

13  three or more persons which causes an immediate danger of or

14  results in damage or injury to the property or person of

15  another -- of any other individual.  The events at the

16  Capitol on January 6th easily meet that definition.

17           And then the civil disorder question is:  Did it

18  in any way or degree obstruct, delay, or adversely affect

19  either commerce or the movement of any article or commodity

20  in commerce or the conduct or performance of any federally

21  protected function, and it did both.

22           Both the evidence concerning the impact the events

23  of January 6th had on the commerce for the Safeway stores

24  and the fact that the events of January 6th affected the

25  Secret Service's federally protected functions and having to

 1    evacuate Vice President Pence and his family and relocate

 2    them for up to five hours that day, maybe more.

 3            The question is ultimately whether the other

 4    elements are met here and that is what the act was and was

 5    it knowing.

 6            In the Senate hallway, Mr. Crowl is holding on to

 7    Ms. Watkins when she says "Push, push."  We cannot in

 8    fairness see precisely on the video what he was doing at the

 9    time.  But as I noted earlier, later video shows him moving

10    forward with the crowd as if he were participating and

11    pushing forward against the line of officers.  He can

12    clearly see the police officers from his vantage point and

13    certainly would have understood why they were there and

14    their purpose of being there.

15            His acts were knowing, intentional, and not

16    involuntary.  It does not appear as if he was just being

17    pushed in the back and passively moving forward, let alone

18    attempting to move in the other direction as some people are

19    as shown in the video.  He is actively assisting the

20    movement of the crowd forward against the police line.

21            And then there's the question of whether he has

22    the requisite intent, and that is to obstruct the police.

23    As I said, he did see the police line, I'm confident of

24    that.  He did hear Ms. Watkins say, "They can't hold us,"

25    referring to the police.

1          Of course, he was also told by Mr. Meggs at that

2    point that they were going to stop the vote, and that also

3    is relevant to his intent.

4          He plainly understood and, therefore, had the

5    requisite intent that by pushing up against the police line,

6    he intended to obstruct, impede, or interfere with one or

7    more law enforcement officers in the performance of their

8    official duties.

9          So, in summary, I find that the government has

10   proven beyond a reasonable doubt each element of Count 1,

11   that is, conspiracy to obstruct an official proceeding, in

12   violation of 18 United States Code 1512(k); and Count 7,

13   interference with law enforcement officers during a civil

14   disorder, in violation of 18 U.S.C. 231(a)(3) and 2, with

15   respect to Mr. Crowl, and therefore, I find him guilty of

16   each of those offenses.

17         Let me turn now to Mr. Beeks.  I will not recite

18   the elements again, but I'll focus on what I think is the

19   key evidentiary question for each count.

20         With respect to Count 1, the question is whether

21   the government has proven that Mr. Beeks was aware of the

22   goal of obstructing an official proceeding and knowingly

23   joined the conspiracy with the intent to further its object.

24         Unlike Mr. Crowl and many others, we have no

25   communications at all from Mr. Beeks that would be probative

1    of his state of mind.  We have no Signal messages from him,

2    no texts, no social media postings.  He's also not a

3    participant in any Signal chat or text string as such that

4    one might say that he's associating with and adopting the

5    views of others.  We also do not have any statements from

6    Mr. Beeks after the events of January 6th which would be

7    probative of his state of mind.  So what we are really left

8    with are Mr. Beeks' actions before January 6th, that is, how

9    he came to be with the Oath Keepers on January 6th, and then

10   his actions on January 6th itself, to establish the

11   requisite mental state.

12           With respect to the pre-January 6th evidence,

13   Mr. Beeks joins the Oath Keepers on December 21st of 2020,

14   and he joins a chat group -- excuse me.  He joins through

15   the website on December 21st of 2020.  He then begins to

16   follow the Florida Oath Keepers on their social media site,

17   Parler.

18           We are also told -- or I am also told that he saw

19   a message about the Oath Keepers that, generally speaking,

20   described the group as a patriotic group of individuals,

21   comprised with members with military, law enforcement, and

22   first responder backgrounds.

23           That's it.  That's all we learn about how

24   Mr. Beeks comes to the events of January 6th, because after

25   that, we're simply told that all he does is book travel to

1    come to the District of Columbia.

2           The government has suggested that Mr. Beeks would

3    have been exposed to Mr. Rhodes' open letters before coming

4    to the District of Columbia, but I believe that's

5    speculative.

6           It's true that Mr. Rhodes posted open letters to

7    the Oath Keepers website, and Mr. Beeks joined through the

8    website, but would have to make a logical leap that

9    Mr. Beeks actually saw and read those letters.  We're not

10   presented with any evidence about how the website is

11   structured, for example, or Mr. Beeks' viewing history on

12   the website.

13          There's reference to the Florida Parler group.

14   There's no evidence before me that Mr. Rhodes' open letters

15   appeared as a Parler post.  They did appear on the

16   Oath Keepers website but not as a Parler post, nor what

17   the -- have I been told about what the contents of the

18   Parler post might have been otherwise.  Only been told that

19   he saw a post about Oath Keepers traveling to the

20   District of Columbia on January 6th on the Parler post.

21          We do get some insight into Mr. Beeks' state of

22   mind on January 6th.  There is a photo of him in a helmet of

23   some kind and holding a homemade shield.  He says to someone

24   that he had been following the Florida Oath Keepers on

25   social media and saw that they were coming to D.C. and was

1    looking for them.  He also said to someone that he was there
2    to "protect everyone from violence."  Those are the only
3    words we have in evidence from Mr. Beeks, that he was there
4    to protect everyone from violence.
5         His wearing of a helmet and bringing of a shield
6    suggests some degree of preparedness for potential violent
7    confrontation, but it need not necessarily be offensive in
8    nature, as he's referring to protecting everyone, and there
9    was a general fear among some of attacks by Antifa.
10        And then there's the conduct of Mr. Beeks on the
11   6th itself.  He meets up with a group of Oath Keepers at
12   The Ellipse.  After that, he starts walking towards the
13   Capitol with the group that's led by Mr. Meggs that includes
14   Ms. Watkins, Mr. Crowl, and others.
15        Importantly, in Exhibit 1505 -- 1500.5, we see the
16   Oath Keepers walking toward the Capitol.  That's the same
17   video I referenced earlier in which Mr. Crowl is right next
18   to Ms. Watkins.  You can see in that video that Mr. Beeks is
19   actually off to the side.  He's not near Ms. Watkins,
20   Mr. Crowl, or any other Oath Keepers.  He seems to be off on
21   his own.
22        Critically, there's the question of the huddle
23   with Mr. Meggs.  There is, of course, the video that's CCTV
24   capture of the Oath Keepers on the northwest side of the
25   Capitol.  What it shows is Mr. Beeks is at the back of the

1    group, along with what looks like Mr. Isaacs.  That group

2    moves forward and comes to a stop.  At the front of the

3    group, it appears to be Meggs, given his size and stature

4    and others huddled up around him.

5         Everyone, that is, except for Mr. Beeks.  He

6    aimlessly walks right by the group and does so for

7    approximately eight seconds before he realizes that he is

8    alone, and then he scurries back or hurries back to the

9    group, and just as he gets back, the group breaks and moves

10   forward.

11        Whatever was said during that huddle, I am not

12   convinced that Mr. Beeks heard it.  Whether that was the

13   time that Mr. Meggs said they were going to go into the

14   Capitol or not, whatever was said during that huddle,

15   I don't think Mr. Beeks heard it.

16        Now, the government has suggested in closing that

17   there was at least one other huddle on the east side, and

18   that may have been where Mr. Meggs said that they would be

19   going in to stop the vote.  It could be.  But just that:

20   Could be.  The government bears the burden of showing that

21   Mr. Beeks would have heard what Mr. Meggs said, but I am

22   left reason to doubt that Mr. Beeks would have heard it.

23        I've already discussed the first huddle, and I'll

24   note that the second huddle on the east side and the video

25   of it that was taken by Ms. Parker that's contained in

1   1500.5, doesn't show Mr. Beeks near Mr. Meggs.  And so if

2   Mr. Meggs said something there, Mr. Beeks, at least on the

3   video footage, is not near him in a way that would have

4   enabled him to hear it, or at least I have reason to doubt

5   that he would have heard it.

6           Mr. Beeks is on the east side, he is there with

7   others.  At one point, you can see him standing with

8   Mr. Crowl, on the Sandra Parker video.  Then they

9   collectively, that is, the Oath Keepers, they move toward

10   the stairs.

11           Mr. Beeks is the last one in a line as the group

12   ascends the stairs.  He also appears to be at the top of the

13   steps and not, in fact, on the landing, such that I think he

14   may not -- I have some reason to doubt that he would have

15   seen what was happening at the door of the Capitol with the

16   officers and the crowd that were there.

17           Eventually he does move into the Capitol.  We see

18   him enter approximately at 2:40 p.m., holding on to

19   Sandra Parker, who is behind Mr. Young, Ms. Watkins and

20   Mr. Crowl.  They then enter into the Rotunda while chants of

21   "Treason" can be heard.

22           We do not really see what then happens to

23   Mr. Beeks while he's in the Rotunda, except that he is with

24   a group of Oath Keepers in front of the hall leading to the

25   Senate.

1           Eventually, he ends up in the hallway, in the same

2    hallway where Mr. Isaacs, Ms. Watkins, and Mr. Crowl are as

3    well.  But he is further back from the three of them with

4    Graydon Young.  He's not with Ms. Watkins and -- excuse me,

5    he's not with Ms. Watkins and Mr. Crowl.

6           None of the exhibits depict precisely what

7    Mr. Beeks does while he is in the hallway.  One of the

8    exhibits does pan back, and you can see Mr. Beeks standing

9    next to Mr. Young.  But it is not clear from the video

10   whether Mr. Beeks is simply standing there, whether he's

11   been pushed -- whether he is pushing forward, and if he is

12   pushing forward, whether he's doing so voluntarily, because

13   the video depicts many other people behind him.  He

14   eventually leaves the hallway, makes his way outside, and

15   then gathers with others on the east side.

16           That is the sum and substance of his actions on

17   January the 6th.  I cannot conclude from them alone beyond a

18   reasonable doubt that Mr. Beeks had the requisite intent of

19   knowingly joining a conspiracy to obstruct an official

20   proceeding.  Even if I were to accept that Mr. Beeks knew

21   what was transpiring in the halls of Congress that day,

22   I cannot conclude from his mere presence there and his mere

23   presence with the Oath Keepers that he shared their criminal

24   objective.

25           The truth is, absent evidence of his

1  communications that would bear on his state of mind and no

2  clear evidence showing that his conduct was violent or

3  aggressive towards police or others, I cannot find beyond a

4  reasonable doubt that he was aware that the purpose and

5  intent of other Oath Keepers was to obstruct the

6  certification of the Electoral College vote and that he

7  knowingly joined them to further that purpose.

8          As for Count 7, I do find that the evidence is

9  lacking that Mr. Beeks had the intent to obstruct, impede,

10 or interfere with officers.  It is unclear whether Mr. Beeks

11 was anything more than merely present in the Senate hallway.

12 Yes, he was with other Oath Keepers, but I cannot say with

13 any degree of certainty what his purpose was for being there

14 and what he did while he was there.  Stated differently,

15 I'm not convinced beyond a reasonable doubt that he was

16 anything other than merely present in the hallway.  As this

17 is a non-conspiracy count, his actions must rise and fall on

18 their own.

19          The government did not argue in closing any

20 aiding-and-abetting theory, but I've considered it because

21 he's been charged with it.

22          Among the elements the government would need to

23 prove to establish aiding and abetting would be that

24 Mr. Beeks, one, performed an act or acts in furtherance of

25 the offense; and, two, he knowingly performed that act or

1    acts for the purpose of aiding, assisting, soliciting,

2    facilitating, or encouraging others in committing or

3    attempting to commit the offense.

4         Based on the evidence, I am not convinced of

5    either of those elements beyond a reasonable doubt.  Again,

6    like so many others -- unlike so many others, I should say,

7    I do not have any, what I would consider to be, inculpatory

8    communications from Mr. Beeks; that is, before, during or

9    after January 6th, that would establish a guilty state of

10   mind.

11        As to the video evidence that we have, I cannot

12   make out precisely what Mr. Beeks did while he was in the

13   hallway.  Without any statements evidence, I would want to

14   have greater certainty that the conduct itself is indicative

15   of the requisite state of mind for purposes of aiding and

16   abetting, and I just can't get there based upon this

17   stipulated record and the exhibits that have been put into

18   evidence.

19        So as to Mr. Beeks, I will enter verdicts of not

20   guilty as to Count 1 and Count 7.

21        So that will be the verdict of the Court as to the

22   defendants.

23        Let's set a sentencing date for Mr. Crowl.

24        November 17th at 2:30, everyone?

25        MR. EDWARDS:  That will work for the government,

1    Your Honor.

2              THE COURT:  Okay.  November 17th at 2:30.

3              We will get out a Minute Order with the deadlines

4    for the final Presentence Investigation Report and the

5    sentencing memos.

6              I know what you're going to ask for.  I'm going to

7    deny that request.  Mr. Crowl has, throughout his period of

8    pretrial release, been fully compliant.  I have no concerns

9    that he poses any kind of threat to the community based upon

10   his compliance, as well as the lack of any criminal history

11   to speak of, and so I'll allow Mr. Crowl to remain on

12   release pending sentencing.

13             And with that, is there anything else we need to

14   discuss?

15             Oh.  Yes, I do need the government to formally

16   move to dismiss the counts against the defendants.

17             MR. EDWARDS:  At this time pursuant to the

18   agreement between the parties as to the Stipulated Trial,

19   the government will move to dismiss the remaining counts as

20   to both defendants.

21             THE COURT:  All right.  Thank you, Counsel.

22             So the remaining counts against the defendants

23   will be dismissed pursuant to the parties' agreement.

24             And with that, is there anything else?

25             MR. HUNTER:  Your Honor, there was before you --

1    and it was just filed before you this morning, there was an

2    allegation of a pretrial release violation from the nice

3    folks at Pretrial in Tampa.  Since he's acquitted of the

4    charges, I wanted to make sure there was not going to be any

5    court action on that.

6                THE COURT:  Right.  There will not be.

7                MR. HUNTER:  Thank you, Judge.

8                THE COURT:  Thank you, everyone.  Be well.

9                COURTROOM DEPUTY:  All rise.  This Court stands in

10   recess.

11               (Proceedings concluded at 1:59 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__July 12, 2023_____   

William P. Zaremba, RMR, CRR

254

**COURTROOM DEPUTY: [2]** 216/2 252/9
**MR. EDWARDS: [3]** 216/16 250/25 251/17
**MR. HUNTER: [3]** 216/19 251/25 252/7
**MS. HERNANDEZ: [1]** 216/17
**THE COURT: [6]** 216/12 216/20 251/2 251/21 252/6 252/8

**'**

'We're [1] 226/2

**0**

0023 [1] 214/21

**1**

1077.6.A [1] 229/18
11th [1] 237/6
12 [2] 214/5 253/7
1251 [1] 214/16
12th [1] 220/6
14th [2] 221/11 221/19
1500.5 [3] 225/7 245/15 247/1
1504 [1] 227/24
1505 [1] 245/15
1512 [2] 217/5 242/12
17th [2] 250/24 251/2
18 U.S.C [3] 217/5 217/7 242/14
18 United States [1] 242/12
19 [2] 214/7 216/5
1:00 [1] 214/6
1:27 [1] 225/5
1:59 [1] 252/11
1st [1] 223/8

**2**

20001 [2] 214/15 215/13
20004 [1] 214/20
202 [3] 214/16 214/21 215/13
2020 [3] 220/7 243/13 243/15
2021 [1] 217/1
2023 [2] 214/5 253/7
20777 [1] 215/3
20th [1] 237/7
21-28 [2] 214/4 216/3
2111 [1] 217/7
21st [2] 243/13 243/15
22201 [1] 215/8
22nd [1] 221/25
230D [1] 229/25
231 [2] 217/8 242/14
240 [1] 215/3
258-1251 [1] 214/16
28 [2] 214/4 216/3
29th [1] 222/21
2:04 [1] 225/9
2:30 [2] 250/24 251/2

2:33 [1] 226/18
2:40 [2] 227/13 247/18
2:44 [1] 227/25
2:50 [1] 230/12

**3**

3249 [1] 215/13
333 [1] 215/12
3391 [1] 215/3
353-0023 [1] 214/21
354-3249 [1] 215/13

**4**

472-3391 [1] 215/3

**5**

50 [1] 226/3
5th [1] 224/6

**6**

601 [1] 214/15
67 [1] 231/11
6th [32] 216/25 217/14 219/15 220/10 220/10 220/15 221/6 223/10 223/21 224/7 224/13 224/14 224/16 224/17 225/9 234/13 235/13 239/1 240/16 240/23 240/24 243/6 243/8 243/9 243/10 243/12 243/24 244/20 244/22 245/11 248/17 250/9

**7**

703 [1] 215/8
7166 [1] 215/2
7226 [1] 215/8

**8**

8th [1] 215/7

**9**

90 [1] 226/17
950 [1] 214/20
966-7226 [1] 215/8
9th [1] 221/10

**A**

abetting [5] 217/7 217/24 249/20 249/23 250/16
abiding [1] 222/2
able [4] 227/2 227/10 227/20 229/4
about [14] 222/18 222/22 223/4 224/3 225/3 226/17 236/16 236/19 238/5 243/19 243/23 244/10 244/17 244/19
above [1] 253/4
above-titled [1] 253/4
absent [1] 248/25
accept [1] 248/20
accordance [1] 233/12
according [1] 230/22
accused [2] 216/24

achieve [3] 218/17 221/4 230/19
acknowledges [1] 234/8
acknowledgment [2] 228/9 232/2
acquaintance [1] 224/7
acquitted [1] 252/3
act [15] 219/24 222/3 222/25 223/1 223/4 233/6 233/7 233/9 234/14 239/18 239/19 239/22 241/4 249/24 249/25
acted [2] 219/1 219/5
action [3] 220/18 220/20 252/5
actions [7] 220/14 238/2 238/16 243/8 243/10 248/16 249/17
activates [1] 223/1
actively [1] 241/19
acts [6] 231/7 239/10 240/12 241/15 249/24 250/1
actual [1] 239/22
actually [4] 232/3 235/20 244/9 245/19
addition [1] 228/6
additional [1] 218/7
adjourn [1] 219/17
adjourned [1] 219/16
admission [2] 226/4 237/25
admit [1] 231/3
admits [2] 225/24 231/9
admitting [1] 238/19
adopting [1] 243/4
adopts [1] 218/4
advantage [1] 233/11
adversely [2] 240/2 240/18
affect [1] 240/18
affected [2] 240/2 240/24
after [9] 221/21 221/23 235/21 236/12 239/6 243/6 243/24 245/12 250/9
afternoon [4] 216/2 216/12 216/18 225/5
afternoon's [1] 216/21
again [10] 216/12 223/25 225/22 227/25 228/24 234/6 236/3 236/16 242/18 250/5
against [6] 217/3 241/11 241/20 242/5 251/16 251/22
aggressive [1] 249/3
agreed [2] 216/23 218/12 232/10 235/12
agreement [5] 218/16 219/23 224/12 251/18 251/23

aiding [6] 217/7 217/24 249/20 249/23 250/1 250/15
aimlessly [1] 246/6
alcohol [2] 239/7 239/9
Alexandra [2] 214/18 216/6
Alexandra Hughes [1] 216/6
Alexandra.Hughes [1] 214/22
all [11] 216/14 220/17 224/5 236/3 236/12 238/16 242/25 243/23 243/25 251/21 252/9
allegation [1] 252/2
alleged [1] 217/15
alleges [1] 217/9
allow [1] 251/11
alone [5] 224/12 225/1 241/17 246/8 248/17
along [4] 226/8 228/18 229/25 246/1
already [1] 246/23
also [29] 219/11 220/19 221/22 223/9 223/13 228/6 231/16 231/21 231/25 232/7 232/20 234/14 234/23 235/14 235/23 236/7 236/21 237/13 237/16 237/22 238/21 242/1 242/2 243/2 243/5 243/18 243/18 245/1 247/12
although [2] 223/17 236/23
am [5] 235/1 243/18 246/11 246/21 250/4
AMERICA [2] 214/3 216/3
AMIT [1] 214/10
among [5] 222/6 227/8 234/4 245/9 249/22
another [2] 233/18 240/15
answers [1] 237/6
Antifa [1] 222/13
antipolice [1] 222/13
any [23] 229/14 235/1 236/8 236/8 237/18 240/1 240/3 240/4 240/15 240/18 240/19 240/20 240/3 240/5 244/10 245/20 249/13 249/19 250/7 250/13 251/9 251/10 252/4
anything [5] 216/14 249/11 249/16 251/13 251/24
aol.com [1] 215/4
appear [3] 222/8 241/16 244/15
APPEARANCES [2] 214/12 214/22
appeared [1] 244/15
appears [2] 246/3

approximately [7] 225/5 225/8 226/15 227/13 227/24 246/7 247/18
are [35] 216/10 217/3 218/10 219/2 220/7 222/2 222/6 223/2 223/2 224/14 225/15 227/10 227/21 227/23 228/24 228/25 229/11 229/22 231/14 232/5 234/14 236/19 238/10 238/16 238/18 238/22 239/1 239/17 241/4 241/18 243/7 243/8 243/18 245/2 248/2
area [1] 226/1
argue [1] 249/19
argued [3] 235/14 235/23 236/7
argument [2] 226/11 239/9
arguments [1] 234/24
Arlington [1] 215/8
arm [1] 238/9
around [4] 220/5 229/15 230/12 246/4
arrive [1] 226/14
arrived [2] 231/12 236/18
article [2] 240/3 240/19
articulate [1] 225/11
as [62]
ascends [1] 247/12
ask [2] 223/3 251/6
asks [2] 224/3 224/3
assemblages [1] 240/12
assisting [2] 241/19 250/1
associate [2] 224/25 235/18
associating [1] 243/4
attacks [1] 245/9
attempt [4] 229/16 230/25 233/23 234/2
attempting [5] 232/17 233/10 233/18 241/18 250/3
attends [1] 221/19
ATTORNEY'S [1] 214/14
audible [1] 227/20
Ave [1] 214/20
Avenue [2] 215/12 225/9
aware [3] 236/10 242/21 249/4
awareness [2] 218/16 219/2
away [2] 226/21 239/12

**B**

back [15] 227/1 228/25 229/15 229/23 230/7 232/1 232/15 236/14 241/17 245/25 246/8

**B**

**back... [4]** 246/8 246/9 248/3 248/8
**backgrounds [1]** 243/22
**backwards [1]** 229/21
**bad [1]** 223/15
**Barrett [1]** 215/12
**based [6]** 230/5 230/14 238/1 250/4 250/16 251/9
**basic [1]** 230/20
**battle [1]** 224/18
**bay [2]** 227/4 229/12
223/13 223/22 224/8 224/18 229/17 231/23 234/22 235/10 238/8 238/9 238/24 239/6 242/25 243/6 243/9 245/7 245/20 246/3 246/18 246/19 246/20 247/12 247/21 249/23 250/7 250/21 251/23 252/4 252/6 252/8
**bear [1]** 249/1
**bears [1]** 246/20
**became [1]** 220/21
**because [7]** 218/1 223/17 224/22 239/6 243/24 248/12 249/20
**become [2]** 233/10 233/22
**BEEKS [44]**
**Beeks' [3]** 243/8 244/11 244/21
**been [19]** 221/15 226/25 227/2 227/7 227/20 229/3 231/7 236/19 237/7 244/3 244/17 244/18 244/18 244/24 246/18 248/11 249/21 250/17 251/8
**before [14]** 214/10 216/15 221/6 222/8 226/7 228/3 237/19 243/8 244/3 244/14 246/7 250/8 251/25 252/1
**begins [1]** 243/15
**behind [7]** 227/14 228/23 229/13 230/8 238/14 247/19 248/13
**being [5]** 229/22 230/7 241/14 241/16 249/13
**belied [1]** 236/12
**believe [4]** 223/19 227/21 229/24 244/4
**bench [4]** 214/10 216/22 217/2 217/25
**beneficiary [1]** 234/11
**benefit [7]** 233/18 233/23 234/1 234/2 234/20 234/21 234/23
**benefited [1]** 234/21
**Bennie [2]** 220/12 227/16
**between [1]** 251/18

**230/15 232/7 233/19 234/25 242/10 248/17 249/3 249/15 250/5**
**Biden [1]** 233/21
**bit [1]** 232/21
**blocked [1]** 217/18
**blocking [2]** 229/4 240/8
**board [1]** 221/13
**book [1]** 243/25
**boss [2]** 220/8 225/18
**both [12]** 216/10 217/15 217/17 219/6 219/16 232/11 234/20 238/3 238/16 240/21 240/22 251/20
**Boulevard [1]** 215/7
**breaks [1]** 246/9
**bringing [1]** 245/5
**broke [2]** 232/1 236/15
**bug [1]** 237/8
**bug-out [1]** 237/8
**building [11]** 217/16 219/17 226/22 227/8 227/13 230/13 232/4 236/24 238/6 238/11 239/4
**burden [1]** 246/20
**business [1]** 216/15**

**C**

**Caldwell [11]** 221/20 221/21 221/22 223/9 223/11 223/18 223/25 224/2 224/10 236/22 236/22
**Caldwell's [1]** 236/24
**call [3]** 226/16 226/17 236/1
**called [1]** 224/18
**came [1]** 243/9
**camera [1]** 222/17
**cameraman [1]** 222/16
**camouflage [1]** 224/19
**can [9]** 222/19 223/14 224/18 229/23 241/11 245/18 247/7 247/21 248/8
**can't [3]** 229/10 241/24 250/16
**candidate [2]** 233/24 234/2
**cannot [6]** 241/7 248/17 248/22 249/3 249/12 250/11
**Capitol [30]** 217/1 217/16 220/16 225/4 225/12 225/16 225/19 225/22 226/1 226/14 226/19 226/22 228/8 228/8 231/22 235/8 235/9 237/3 237/14 237/24 238/6 238/10 238/11 240/16 245/13 245/16 245/25 246/14 247/15 247/17
**Capitol Building [3]**

**Capitol Grounds [1]** 226/1
**captain [2]** 220/8 221/13
**capture [1]** 245/24
**captures [1]** 225/19
**Carmen [2]** 215/2 216/8
**carried [1]** 230/23
**cartoon [1]** 222/11
**case [8]** 216/3 218/19 223/15 233/4 233/7 233/20 238/8 238/9
**caused [1]** 219/12
**causes [1]** 240/13
**CCTV [1]** 245/23
**celebrates [1]** 232/4
**certain [2]** 218/3 229/17
**certainly [4]** 235/4 237/14 237/15 241/13
**certainty [2]** 249/13 250/14
**certification [5]** 217/13 219/8 236/9 236/10 249/6
**Certified [1]** 215/11
**certify [2]** 219/14 253/2
**cetera [1]** 224/4
**CH [1]** 215/12
**chamber [6]** 217/18 228/15 228/20 228/21 228/23 232/19
**chanting [1]** 227/9 230/2 234/5 234/15
**chants [3]** 227/6 227/20 247/20
**chaos [1]** 231/21
**chaotic [1]** 228/2
**character [1]** 222/3
**charged [2]** 218/18 249/21
**charges [2]** 217/3 252/4
**chat [6]** 225/14 227/25 231/20 238/17 243/3 243/14
**chats [3]** 236/1 237/24 238/4
**chernan7 [1]** 215/4
**chock [1]** 229/1
**chock-full [1]** 229/1
**Circuit [1]** 233/15
**circumstance [1]** 233/5
**citizens [1]** 222/2
**civil [10]** 217/6 217/23 232/14 239/15 239/25 240/1 240/9 240/11 240/17 242/13
**clear [11]** 227/5 228/9 229/11 230/3 231/13 234/4 236/25 237/8 237/25 248/9 249/2
**clearly [4]** 219/24 225/11 229/18 241/12
**closing [2]** 246/16

**cocktail [1]** 222/14
**Code [1]** 242/12
**collective [1]** 230/24
**collectively [4]** 225/20 226/18 228/8 247/9
**College [5]** 217/13 219/9 219/15 234/19 249/6
**COLUMBIA [9]** 214/1 214/14 220/10 220/12 222/23 224/16 244/1 244/4 244/20
**combined [1]** 232/13
**come [3]** 220/9 231/24 244/1
**comes [4]** 222/5 224/15 243/24 246/2
**coming [6]** 222/13 235/3 235/7 235/11 244/3 244/25
**commerce [5]** 240/3 240/4 240/19 240/20 240/23
**commit [2]** 239/10 250/3
**committed [1]** 239/18
**committing [4]** 218/13 219/21 239/19 250/2
**commodity [2]** 240/3 240/19
**communicating [1]** 227/25
**communication [2]** 228/5 237/5
**communications [5]** 224/11 224/14 242/25 249/1 250/8
**community [1]** 251/9
**compliance [1]** 251/10
**compliant [1]** 251/8
**comprised [1]** 243/21
**computer [1]** 215/15
**computer-aided [1]** 215/15
**concerning [1]** 240/22
**concerns [1]** 251/8
**concerted [2]** 220/18 220/20
**concession [1]** 226/5
**conclude [2]** 248/17 248/22
**concluded [1]** 252/11
**concurrence [1]** 232/25
**concurring [1]** 232/23
**conduct [13]** 219/3 219/12 219/13 220/18 220/22 238/19 239/13 240/4 240/9 240/20 245/10 249/2 250/14
**confident [1]** 241/23
**confirmed [1]** 229/6
**confrontation [1]** 245/7
**Congress [12]** 219/13 219/16 226/7 228/11 231/13 233/5 234/7

**246/17 237/1 237/1 238/20 248/21
**Congress's [1]** 232/14
**connection [1]** 232/14
**consciousness [1]** 231/18
**consequences [1]** 231/7
**consider [1]** 250/7
**considered [1]** 249/20
**consistent [1]** 238/16
**consists [1]** 218/20
**conspiracy [18]** 217/4 217/11 217/15 218/9 218/18 218/19 220/2 231/17 232/8 235/16 236/2 236/4 236/5 237/17 242/11 242/23 248/19 249/17
**conspired [2]** 218/12 219/20
**Constitution [2]** 215/12 225/9
**consumption [2]** 239/7 239/9
**contact [1]** 236/2
**contained [1]** 246/25
**contends [1]** 235/2
**contention [3]** 226/11 237/22 238/21
**contents [1]** 244/17
**context [2]** 238/22 239/6
**contingent [1]** 220/17
**continued [2]** 215/1 221/15
**continues [1]** 226/8
**conversation [1]** 222/5
**conveyed [1]** 227/21
**convict [1]** 219/19
**convinced [2]** 246/12 249/15 250/4
**coordinated [3]** 220/18 223/22 226/19
**coordination [2]** 219/25 235/20
**cops [1]** 222/15
**correct [1]** 253/3
**corrupt [1]** 232/9
**corruption [2]** 236/23 236/25
**corruptly [6]** 217/11 219/5 231/17 233/1 233/6 233/14
**could [6]** 227/5 233/1 233/6 235/15 246/19 246/20
**counsel [3]** 215/5 226/9 251/21
**count [15]** 218/9 230/23 230/25 231/8 234/1 234/19 239/14 242/10 242/12 242/19 242/20 249/8 249/17 250/20 250/20
**Count 1 [4]** 218/9 242/10 242/20 250/20
**Count 7 [4]** 239/14

**C**

Count 7... [3] 242/12
249/6 250/20
count.' [1] 226/2
country [1] 222/2
counts [3] 251/16
251/19 251/22
course [5] 220/14
231/3 234/11 242/1
245/23
court [11] 214/7
215/10 215/11 218/1
218/3 218/4 218/6
218/7 250/21 252/5
252/9
courtroom [1] 216/10
CR [1] 214/4
credit [1] 237/15
crime [2] 218/14
219/21
criminal [5] 216/3
237/17 237/17 248/23
251/10
critical [1] 224/14
Critically [2] 225/24
245/22
crowd [9] 226/20
229/12 230/1 230/8
230/10 238/15 241/10
241/20 247/16
CROWL [76]
Crowl's [7] 221/7
223/20 224/15 226/9
229/18 238/18 239/9
CRR [2] 253/2 253/8

**D**

D.C [10] 214/5 214/15
214/20 215/13 217/18
223/7 235/3 235/7
235/11 244/25
damage [1] 240/14
danger [1] 240/13
date [2] 250/23 253/7
dates [1] 237/10
day [11] 214/7 220/15
231/11 231/15 236/11
236/13 237/1 238/8
240/9 241/2 248/21
dead [1] 222/15
deadlines [1] 251/3
December [5] 220/6
221/25 222/21 243/13
243/15
December 12th [1]
220/6
December 21st [1]
243/13
December 22nd [1]
221/25
December 29th [1]
222/21
decision [1] 232/25
defeat [1] 236/4
defendant [14] 215/2
215/5 216/4 216/4
216/8 216/9 218/12
218/15 218/22 218/24

239/19
**Defendant Beeks [1]**
216/9
defendant's [4] 219/3
233/8 233/9 239/22
defendants [7] 214/8
216/10 217/20 250/22
251/16 251/20 251/22
defense [9] 218/4
233/17 234/24 235/2
235/14 235/23 236/7
237/13 239/12
defined [1] 240/11
definition [1] 240/16
degree [5] 233/17
240/2 240/18 245/6
249/13
delay [4] 233/20
234/18 234/23 240/18
delayed [1] 240/2
delaying [2] 233/21
233/25
deliver [1] 216/22
Democratic [1] 222/15
demonstrates [1]
223/21
demonstrator [1]
222/14
deny [1] 251/7
DEPARTMENT [2]
214/19 217/19
depending [1] 233/2
depict [2] 229/18 248/6
depicted [4] 238/9
238/11 238/12 238/12
depicting [2] 222/11
222/15
depicts [1] 248/13
described [1] 243/20
describing [2] 228/1
231/20
detail [1] 223/11
determine [1] 227/2
did [16] 219/24 231/1
232/12 236/4 236/5
236/6 237/14 239/11
240/17 240/21 241/23
241/24 244/15 249/14
249/19 250/12
different [1] 233/2
differently [1] 249/14
difficult [1] 227/1
direction [1] 241/18
discontent [1] 221/7
discuss [4] 216/14
226/11 232/14 251/14
discussed [2] 234/12
246/23
discussing [1] 222/6
discussion [1] 224/12
disgusted [1] 235/15
dismiss [2] 251/16
251/19
dismissed [1] 251/23
disorder [10] 217/6
217/24 232/14 239/16
239/25 240/1 240/10

dispense [1] 230/10
disperse [1] 230/10
**DISTRICT [11]** 214/1
214/1 214/11 214/14
214/20 220/12 222/23
224/16 244/1 244/4
244/20
disturbance [1] 240/12
do [16] 216/23 223/14
230/15 233/18 235/3
235/11 237/2 238/18
239/2 239/12 243/5
244/21 247/22 249/8
250/7 251/15
does [10] 229/17
233/10 234/25 235/18
241/16 243/25 246/6
247/17 248/7 248/8
doesn't [4] 223/3
235/11 236/4 247/1
doing [8] 217/24
228/18 236/25 237/4
237/15 239/4 241/8
248/12
Dolan [1] 236/3
don't [4] 235/16 239/8
239/11 246/15
done [3] 228/1 228/10
237/16
donkey [1] 222/15
DONOVAN [2] 214/6
216/4
door [8] 227/3 229/24
230/1 232/1 232/2
236/14 236/15 247/15
doors [1] 227/11
doubt [14] 220/25
230/15 232/8 233/19
235/1 238/3 242/10
246/22 247/4 247/14
248/18 249/4 249/15
250/5
Doug [1] 223/20
down [4] 228/20
228/22 229/21 231/1
dozen [1] 225/4
dressed [1] 224/18
during [12] 217/6
222/24 225/6 225/11
231/3 239/15 239/24
240/9 242/13 246/11
246/14 250/8
duties [6] 217/23
219/14 233/12 239/24
240/8 242/8

**E**

e-mail [1] 221/21
each [7] 217/3 219/11
219/12 220/15 242/10
242/16 242/19
earlier [5] 224/10
228/12 236/13 241/9
245/17
easily [2] 222/19
240/16
east [11] 225/23

230/13 232/1 236/14
246/17 246/24 247/6
248/15
**East Plaza [1]** 230/13
easy [1] 240/6
Edwards [2] 214/13
216/7
effect [1] 219/2
effort [6] 223/22
224/24 230/3 230/23
230/25 234/18
eggs [1] 221/14
eight [1] 246/7
either [7] 226/25
232/10 233/6 237/25
240/2 240/19 250/5
election [1] 221/8
elections [1] 222/7
electoral [8] 217/13
219/9 219/9 219/15
233/22 233/25 234/19
249/6
**Electoral College [5]**
217/13 219/9 219/15
234/19 249/6
element [3] 233/13
233/13 242/10
elements [9] 218/10
218/21 219/7 239/17
240/6 241/4 242/18
249/22 250/5
Ellipse [3] 220/16
225/2 245/12
else [2] 251/13 251/24
Email [5] 214/16
214/17 214/21 215/4
215/9
embrace [1] 233/16
emerge [1] 230/11
emojis [1] 236/20
en [1] 237/24
enabled [1] 247/4
encounter [1] 229/2
encouraging [1] 250/2
end [1] 231/14
ended [1] 217/17
ends [2] 230/1 248/1
enforcement [8]
217/21 239/15 239/21
239/23 240/7 242/7
242/13 243/21
engage [1] 221/8
engaged [4] 217/21
217/22 239/23 240/7
enough [2] 220/24
235/4
enter [5] 227/10 227/19
247/18 247/20 250/19
entered [2] 217/16
218/16
entering [3] 232/18
238/11 239/3
enters [1] 227/13
entire [2] 229/14 238/8
entrance [1] 227/8
epic [3] 231/11 231/14
236/16

ESO [1] 215/6
essentially [2] 228/10
238/19
establish [5] 233/17
234/25 243/10 249/23
250/9
establishes [8] 219/24
220/25 221/6 221/7
231/5 231/16 232/7
233/19
establishing [1]
224/15
estimation [1] 228/9
et [1] 224/4
et cetera [1] 224/4
evacuate [1] 241/1
even [2] 236/10 248/20
evening [8] 219/18
231/10 231/25 234/6
234/8 236/14 236/21
238/19
event [5] 221/19
221/21 221/23 223/10
237/18
events [10] 216/25
224/14 224/16 231/11
236/13 240/15 240/22
240/24 243/6 243/24
eventually [7] 217/16
227/10 230/9 230/12
247/17 248/1 248/14
everybody [1] 216/13
everyone [6] 245/2
245/4 245/8 246/5
250/24 252/8
everywhere [1] 221/17
evidence [38] 218/2
219/20 219/24 220/1
220/19 220/20 220/24
221/5 225/6 225/15
227/15 227/22 229/17
230/5 230/6 230/24
231/5 231/16 232/7
233/19 234/25 235/4
235/24 237/22 238/1
239/1 240/22 243/12
244/10 244/14 245/3
248/25 249/2 249/8
250/4 250/11 250/13
250/18
evidenced [1] 220/6
evidentiary [1] 242/19
exactly [2] 226/24
228/1
example [2] 221/10
244/11
except [2] 246/5
247/23
exchange [5] 221/25
222/6 223/8 223/17
236/22
exchanges [2] 222/22
222/24
exculpatory [1] 239/13
excuse [4] 219/17
232/16 243/14 248/4
Exhibit [4] 225/7
227/24 229/18 245/17

**E**

Exhibit 1500.5 [1] 225/7
exhibits [3] 248/6 248/8 250/17
exhortation [1] 238/5
exhorting [1] 229/9
exit [1] 230/12
exiting [1] 220/16
explain [1] 239/2
explained [1] 239/2
explaining [1] 218/8
explains [1] 239/12
explicit [1] 236/8
explicitly [1] 224/25
exposed [1] 244/3
express [3] 224/12 230/22 238/25
extricate [1] 229/16

**F**

facilitating [1] 250/2
facing [1] 226/21
fact [10] 218/1 221/20 226/10 235/10 235/11 236/4 236/9 239/6 240/24 247/13
facts [7] 218/2 218/5 218/6 225/25 226/3 226/13 230/14
fair [2] 224/11 235/4
fairly [1] 224/18
fairness [1] 241/8
fall [1] 249/17
familiarity [1] 223/20
family [1] 241/1
far [3] 228/23 230/1 236/9
farm [1] 221/20
fashion [1] 226/19
fear [1] 245/9
federally [3] 240/4 240/20 240/25
fiancé [1] 224/24
fidelis [1] 221/24
fight [1] 234/9
file [1] 226/20
filed [1] 252/1
final [1] 251/4
Finally [1] 239/5
find [6] 230/15 233/18 242/9 242/15 249/3 249/8
findings [3] 218/1 218/5 218/7
firearms [1] 223/24
first [6] 218/12 219/19 225/21 235/2 243/22 246/23
Fischer [1] 232/24
five [1] 241/2
fixing [1] 222/2
Floor [1] 215/7
Florida [4] 226/5 243/16 244/13 244/24
focus [1] 242/18
folks [1] 252/3
follow [1] 243/16

following [1] 244/24
follows [1] 218/11
footage [1] 247/3
force [6] 221/9 223/7 223/11 223/13 223/24 232/3
foregoing [1] 253/3
formally [1] 251/15
forth [1] 218/1
forward [10] 230/4 230/7 241/10 241/11 241/17 241/20 246/2 246/10 248/11 248/12
found [1] 235/10
founded [1] 220/4
four [1] 218/21
fourth [1] 240/1
friend [3] 231/25 234/8 236/13
friendship [1] 221/22
front [6] 228/23 229/7 232/2 236/15 246/2 247/24
fulfill [2] 219/14 233/13
full [1] 229/1
fully [2] 239/13 251/8
function [2] 240/5 240/21
functions [1] 240/25
further [7] 223/14 226/13 230/24 234/10 242/23 248/3 249/7
furtherance [1] 249/24

**G**

gain [1] 227/7
gates [1] 236/23
gather [1] 230/13
gathered [2] 227/7 228/19
gathering [1] 225/20
gathers [1] 248/15
gear [1] 224/18
general [2] 225/11 245/9
generally [2] 217/9 243/19
George [1] 222/11
get [11] 219/6 223/16 229/9 229/9 231/24 232/21 238/20 240/6 244/21 250/16 251/3
gets [3] 224/23 237/15 246/9
getting [1] 224/1
given [1] 246/3
go [5] 221/23 223/15 231/1 237/20 246/13
goal [6] 218/13 218/17 219/21 221/1 230/17 242/22
God [1] 222/2
goes [4] 228/22 228/23 236/9 237/2
goggles [1] 224/19
going [15] 222/22 225/15 226/2 228/13

238/5 238/18 242/2 246/13 246/19 251/6 251/6 252/4
Good [3] 216/2 216/12 216/18
Good afternoon [1] 216/18
goodies [2] 223/15 224/1
got [3] 231/12 234/7 236/17
GoToMeeting [1] 236/1
government [16] 214/13 216/7 216/16 216/24 217/9 226/10 242/9 242/21 244/2 246/16 246/20 249/19 249/22 250/25 251/15 251/19
Graydon [2] 227/17 248/4
greater [1] 250/14
Greene [1] 226/16
Greg [2] 215/6 216/9
greghunter [1] 215/9
GREGORY [1] 215/6
ground [1] 221/24
Grounds [1] 226/1
group [34] 217/10 217/18 220/21 225/3 226/2 226/8 226/18 227/7 227/15 228/13 228/14 228/14 228/18 228/20 228/22 229/19 229/25 230/6 230/21 231/1 243/14 243/20 243/20 244/13 245/11 245/13 246/1 246/1 246/3 246/6 246/9 246/9 247/11 247/24
group's [4] 225/15 226/6 230/3 230/24
guilt [1] 234/25
guilty [3] 242/15 250/9 250/20
Gun [1] 222/1

**H**

had [25] 221/1 224/10 225/16 225/17 227/7 228/1 228/10 228/12 230/16 231/23 231/24 232/3 232/3 232/9 232/10 232/20 234/12 234/12 236/2 237/16 240/23 242/4 244/24 248/18 249/9
half [3] 228/14 228/20 231/1
hall [3] 229/21 230/12 247/24
halls [2] 228/11 248/21
hallway [23] 217/17 228/19 228/20 228/22 229/1 229/1 229/5 231/2 231/4 232/17

238/14 240/8 241/6 248/1 248/2 248/7 248/14 249/11 249/16 250/13
hand [1] 216/15
hands [2] 228/25 229/18
happening [2] 236/11 247/15
happens [1] 247/22
hard [1] 226/24
Harrelson [2] 227/21 236/3
has [21] 216/24 218/3 222/21 226/9 226/10 228/24 231/12 233/17 234/24 235/8 235/14 235/17 235/23 236/7 236/18 241/21 242/9 242/21 244/2 246/16 251/7
hate [1] 223/2
have [44]
having [3] 237/16 237/16 240/25
he [125]
he said [2] 233/5 237/20
he's [17] 224/3 224/18 224/21 235/7 236/18 238/9 243/2 243/4 245/8 245/19 247/23 248/4 248/5 248/10 248/12 249/21 252/3
heading [1] 224/8
heads [2] 228/14 228/20
hear [3] 227/20 241/24 247/4
heard [14] 226/10 227/6 227/6 229/8 237/23 237/23 237/25 238/3 246/12 246/15 246/21 246/22 247/5 247/21
hearing [1] 216/21
heavy [2] 223/16 224/1
helmet [3] 224/19 244/22 245/5
helped [1] 237/13
helping [1] 237/18
her [10] 223/2 225/11 225/14 227/15 229/14 238/10 238/11 238/12 238/13 238/14
here [6] 218/6 223/18 232/21 232/22 239/9 241/4
here's [1] 235/8
Hernandez [2] 215/2 216/8
hierarchal [1] 220/5
Highland [1] 215/3
him [18] 221/11 224/3 224/10 228/24 230/8 232/3 235/16 235/20 241/9 242/15 243/1

238/14 240/8 241/6 248/1 248/2 248/7 248/14 249/11 249/16 250/13
himself [9] 224/25 229/16 232/5 233/11 233/12 233/23 234/3 235/18 237/11
hip [1] 238/7
his [43]
history [4] 221/17 234/8 244/11 251/10
hold [3] 229/10 232/18 241/24
Hollow [1] 215/2
homemade [1] 244/23
Honor [7] 216/2 216/16 216/17 216/18 216/19 251/1 251/25
HONORABLE [1] 214/10
hope [3] 231/11 234/6 236/16
horizon [2] 221/23 238/23
host [1] 234/24
hours [1] 241/2
house [6] 228/23 231/2 231/3 231/4 234/5 234/5
House Chamber [1] 228/21
how [4] 222/19 243/8 243/23 244/10
however [5] 218/1 218/7 227/5 233/8 238/25
huddle [7] 225/21 245/22 246/11 246/14 246/17 246/23 246/24
huddled [1] 246/4
huddling [1] 237/19
Hughes [2] 214/18 216/6
Hunter [3] 215/6 215/6 216/9
hunting [5] 223/14 224/1 224/4 224/8 224/9
hurries [1] 246/8
hurt [1] 237/19

**I**

I am [4] 243/18 246/11 246/21 250/4
I believe [4] 223/19 227/21 229/24 244/4
I cannot [5] 248/17 248/22 249/3 249/12 250/11
I don't [2] 235/16 246/15
I have [3] 247/4 247/14 251/8
I hope [1] 234/6
I just [1] 250/16

258

**I**

I know [1] 251/6
I should [2] 220/11 250/6
I think [9] 224/8 224/18 233/4 236/17 236/24 237/15 239/12 242/18 247/13
I will [3] 230/25 242/17 250/19
I'd [1] 223/1
I'll [9] 221/13 226/11 232/14 232/21 232/23 236/15 242/18 246/23 251/11
I'm [5] 221/13 222/3 241/23 249/15 251/6
I'm going [1] 251/6
I'm not [1] 249/15
I've [3] 222/9 246/23 249/20
illegal [3] 218/17 221/4 230/19
immediate [1] 240/13
immediately [4] 222/8 227/14 229/7 229/13
impact [1] 240/22
impede [7] 217/12 218/24 219/3 231/8 239/20 242/6 249/9
impeded [2] 218/22 219/11
important [1] 226/4
importantly [8] 221/8 223/6 225/6 225/12 227/23 235/7 235/18 245/15
improper [3] 232/10 232/20 233/11
inadvertently [1] 220/22
incident [3] 217/23 239/24 240/9
include [1] 235/25
included [1] 225/13
includes [5] 227/16 228/15 229/20 230/10 245/13
including [6] 223/18 223/24 230/21 238/2 238/15 238/23
incoming [1] 237/11
inconsistent [1] 237/16
incorporates [1] 218/4
inculpatory [1] 250/7
independently [3] 233/6 233/7 233/9
indicative [1] 250/14
individual [1] 240/15
individuals [1] 243/20
influence [1] 217/12
initial [1] 229/21
injury [1] 240/14
inside [8] 225/25 227/14 227/23 228/7 228/13 231/20 235/9 238/12

installed [1] 237/8
Insurrection [4] 222/25 223/1 223/4 234/14
Insurrection Act [3] 222/25 223/4 234/14
intended [4] 218/24 234/11 239/20 242/6
intent [14] 218/17 221/3 225/12 230/18 232/9 237/17 239/10 241/22 242/3 242/5 242/23 248/18 249/5 249/9
intentional [1] 241/15
interfere [5] 232/13 234/18 239/20 242/6 249/10
interference [3] 217/6 239/15 242/13
interfering [1] 217/20
Investigation [1] 251/4
invitation [1] 221/13
invited [1] 220/9
invites [1] 221/10
invoke [1] 234/14
involuntarily [1] 230/6
involuntary [1] 241/16
involve [2] 223/7 223/10
involved [1] 225/13
involving [1] 240/12
is [133]
Isaacs [4] 228/16 228/23 246/1 248/2
it [44]
it's [8] 221/16 224/8 224/22 224/22 227/1 227/5 235/16 244/6
its [7] 218/1 218/5 218/8 218/16 219/14 220/6 242/23
itself [6] 220/15 224/17 235/13 243/10 245/11 250/14

**J**

JAMES [2] 214/7 216/5
James Beeks [1] 216/5
January [32] 216/25 217/14 219/15 220/10 220/10 220/15 221/6 222/21 223/8 223/10 223/21 224/6 224/7 224/13 224/14 234/13 235/13 237/6 239/1 240/16 240/23 240/24 243/10 243/12 243/24 244/20 244/22 248/17 250/9
January 1st [1] 223/8
January 6th [24] 216/25 217/14 219/15 220/10 220/10 220/15 221/6 223/10 223/21 221/6 223/10 223/21 223/4 223/13 234/13 235/13 239/1 240/16

243/9 243/10 243/24 244/20 244/22 250/9
Jess [1] 220/8
join [3] 221/11 236/4 237/17
joined [16] 217/10 218/15 219/22 220/3 220/22 221/3 230/18 230/20 231/17 232/8 235/16 238/7 239/3 242/23 244/7 249/7
joining [1] 248/19
joins [3] 243/13 243/14 243/14
Joseph [1] 222/18
Jr [1] 214/13
JUDGE [4] 214/11 232/24 233/1 252/7
Judge Silberman [1] 233/1
Judge Silberman's [1] 232/24
July [2] 214/5 253/7
just [14] 219/6 221/16 222/9 223/10 232/1 232/21 232/23 236/15 240/6 241/16 246/9 246/19 250/16 252/1
JUSTICE [1] 214/19

**K**

Kathryn [2] 214/13 216/6
kathryn.rakoczy [1] 214/17
Keeper [1] 221/16
Keepers [34] 217/11 220/1 220/17 220/23 221/11 223/21 223/22 223/23 224/21 225/1 225/2 225/4 225/20 226/5 230/11 230/21 235/19 243/9 243/13 243/16 243/19 244/7 244/16 244/19 244/24 245/11 245/16 245/20 245/24 247/9 247/24 248/23 249/5 249/12

Kelly [1] 226/1
Kelly Meggs [1] 226/1
key [3] 220/24 237/10 242/19
kind [2] 244/23 251/9
knew [4] 221/1 230/16 231/22 248/20
know [4] 226/24 232/23 239/8 251/6
knowing [2] 241/5 241/15
knowingly [13] 217/10 218/15 219/1 219/23 220/19 221/2 230/20 235/12 239/17 242/22 248/19 249/7 249/25

lack [1] 251/10
lacking [1] 249/9
lady [1] 237/18
landing [2] 227/1 247/13
large [1] 229/19
last [1] 247/11
later [11] 219/18 223/14 223/19 226/17 231/2 231/10 231/25 234/6 236/21 238/18 241/9
lauds [1] 221/21
laughing [1] 236/19
law [9] 217/21 222/2 239/15 239/21 239/23 240/7 242/7 242/13 243/21
law-abiding [1] 222/2
lawful [3] 217/22 239/24 240/7
lawfully [1] 217/21 217/22
lead [2] 222/1 222/2
leader [2] 220/6 226/5
leadership [1] 221/22
leading [4] 217/17 222/12 239/1 247/24
leads [2] 228/19 228/21
leap [1] 244/8
learn [1] 243/23
learned [1] 234/12
least [8] 218/13 219/21 221/1 230/16 233/20 246/17 247/2 247/4
leaves [1] 248/14
led [2] 220/4 245/13
left [2] 243/7 246/22
legal [2] 232/21 233/12
Leigh [1] 214/13
let [8] 216/23 219/6 219/19 224/12 239/14 240/6 241/17 242/17
let's [4] 221/14 221/17 237/3 250/23
letters [5] 235/24 243/3 244/6 244/9 244/14
level [2] 237/3 239/12
like [6] 226/25 232/3 235/17 236/2 246/1 250/6
line [15] 226/20 229/2 229/4 229/11 229/20 229/21 230/4 232/16 232/16 232/18 241/11 241/20 241/23 242/5 247/11
local [1] 237/3
lockstep [1] 227/11
logical [1] 244/8
looked [1] 231/4
looking [1] 245/1
looks [2] 226/24 246/1

**M**

made [3] 218/4 234/8

MAGA [1] 221/12
mail [1] 221/21
mail.com [1] 215/9
mainstream [1] 222/17
make [6] 218/7 221/13 221/17 244/8 250/12 252/4
makes [8] 222/9 223/25 225/10 228/5 229/15 231/9 236/8 248/14
manipulated [1] 222/19
many [5] 222/3 242/24 248/13 250/6 250/6
March [1] 221/12
marches [1] 225/3
marching [1] 235/8
mark [1] 225/9
matter [1] 253/4
may [6] 226/25 238/8 238/9 238/24 246/18 247/14
maybe [3] 222/1 223/14 241/2
MD [1] 215/3
me [12] 216/23 219/6 219/17 219/19 231/13 232/16 239/14 240/6 242/17 243/14 244/14 248/4
mean [2] 222/17 233/6
meaning [1] 233/2
means [4] 224/4 224/5 232/10 232/12
meant [1] 233/20
mechanical [1] 215/15
media [7] 222/1 222/5 222/16 222/17 243/2 243/16 244/25
meet [1] 240/16
meets [2] 221/20 245/11
Meggs [19] 226/1 226/16 226/16 228/12 231/2 235/8 235/21 237/20 237/23 238/17 242/1 245/13 245/23 246/3 246/13 246/18 246/21 247/1 247/2
Meggs' [3] 226/10 230/22 238/5
MEHTA [1] 214/10
members [6] 231/13 236/2 236/5 236/17 238/20 243/21
meme [1] 222/18
memes [1] 222/18
memos [1] 251/5
men [1] 219/16
mental [1] 243/11
mere [3] 220/23 248/22 248/22
merely [2] 249/11 249/16
Merit [1] 215/10
message [9] 223/11

**M**

message... [8] 223/19 224/10 231/12 231/14 234/7 236/18 238/20 243/19
messages [2] 224/7 243/1
met [1] 241/4
Metropolitan [1] 217/18
might [4] 223/7 234/13 243/4 244/18
military [1] 243/21
Militia [2] 220/3 225/1
Million [1] 221/12
Million MAGA March [1] 221/12
mind [9] 224/15 234/21 239/1 243/1 243/7 244/22 249/1 250/10 250/15
minimum [1] 232/12
Mink [1] 215/2
Minute [1] 251/3
miss [1] 223/2
mission [1] 221/16
mistake [1] 220/22
Molotov [1] 222/14
moment [2] 226/12 226/15
momentarily [1] 232/15
Montana [1] 224/23
more [9] 222/14 223/10 235/7 235/17 239/20 240/13 241/2 242/7 249/11
morning [2] 225/3 252/1
most [1] 230/20
motherfucker [1] 221/18
move [5] 241/18 247/9 247/17 251/16 251/19
moved [1] 225/25
movement [4] 229/15 240/3 240/19 241/20
moves [3] 226/18 246/2 246/9
moving [2] 241/9 241/17
Mr [2] 223/17 235/2
Mr. [171]
Mr. Beeks [40] 216/25 217/10 217/16 219/7 227/17 228/16 242/17 242/21 242/25 243/6 243/13 243/24 244/2 244/7 244/9 245/3 245/10 245/18 245/25 246/5 246/12 246/15 246/21 246/22 247/1 247/2 247/6 247/11 247/23 248/7 248/8 248/10 248/18 248/20 249/9 249/10 249/24 250/8 250/12 250/19
Mr. Beeks' [3] 243/8

Mr. Caldwell [11] 221/20 221/21 221/22 223/9 223/11 223/18 223/25 224/2 224/10 236/22 236/22
Mr. Caldwell's [1] 236/24
Mr. Crowl [71]
Mr. Crowl's [7] 221/7 223/20 224/15 226/9 229/18 238/18 239/9
Mr. Dolan [1] 236/3
Mr. Greene [1] 226/16
Mr. Harrelson [2] 227/21 236/3
Mr. Isaacs [4] 228/16 228/23 246/1 248/2
Mr. Meggs [17] 226/16 226/16 228/12 231/2 235/8 235/21 237/20 237/23 238/17 242/1 245/13 245/23 246/13 246/18 246/21 247/1 247/2
Mr. Meggs' [3] 226/10 230/22 238/5
Mr. Rhodes [4] 226/15 235/15 235/17 244/6
Mr. Rhodes' [3] 235/24 244/3 244/14
Mr. Young [3] 228/16 247/19 248/9
MS [1] 222/16
Ms. [51]
Ms. Parker [2] 228/16 246/25
Ms. Watkins [46]
Ms. Watkins' [3] 224/24 228/25 238/4
much [1] 231/9
multiple [1] 225/10
must [3] 219/20 239/6 249/17
mutual [1] 224/5
my [4] 220/7 220/8 228/9 231/5

**N**

nails [1] 222/13
namely [2] 220/12 234/22
natural [2] 219/2 231/6
nature [1] 245/8
near [3] 245/19 247/1 247/3
necessarily [1] 245/7
necessary [3] 218/7 233/21 235/17
need [9] 216/14 223/16 233/16 235/6 237/2 245/7 249/22 251/13 251/15
negate [1] 235/11
negated [1] 239/10
never [4] 224/2 224/3 229/14 236/7
next [5] 228/4 231/19

nice [1] 252/2
night [6] 221/14 223/14 224/1 224/4 224/6 224/7
no [25] 214/4 216/3 216/4 216/4 216/17 216/19 220/20 224/12 229/22 230/5 233/8 234/17 235/23 236/2 237/22 237/25 238/3 239/9 242/24 243/1 243/2 243/2 244/14 249/1 251/8
non [1] 249/17
non-conspiracy [1] 249/17
None [1] 248/6
North [1] 232/25
northwest [2] 225/22 245/24
not [53]
notable [3] 222/10 223/17 224/22
Notably [5] 223/3 223/25 224/2 224/21 228/4
note [3] 230/25 232/23 246/24
noted [2] 222/9 241/9
notes [2] 222/25 237/13
noteworthy [1] 224/9
Notwithstanding [1] 226/7
November [6] 221/10 221/11 221/19 236/1 250/24 251/2
November 14th [1] 221/19
November 9th [1] 221/10
now [8] 225/14 226/9 226/23 228/12 229/17 234/24 242/17 246/16
nowhere [1] 235/10
NSD [1] 214/19
NW [3] 214/15 214/20 215/12

**O**

Oath [35] 217/11 220/1 220/17 220/23 221/11 221/16 223/21 223/22 223/23 224/21 225/1 225/2 225/4 225/20 226/5 230/11 230/21 235/19 243/9 243/13 243/16 243/19 244/7 244/16 244/19 244/24 245/11 245/16 245/20 245/24 247/24 248/23 249/5 249/12
Oath Keeper [1] 221/16
Oath Keepers [33] 217/11 220/1 220/17 220/23 221/11 223/21

225/1 225/2 225/4 225/20 226/5 230/11 230/21 235/19 243/9 243/13 243/16 243/19 244/7 244/16 244/11 245/16 245/24 247/9 247/24 248/23 249/5 249/12
object [9] 217/11 218/17 218/19 221/4 230/19 231/17 233/4 236/6 242/23
objections [1] 218/3
objective [3] 226/6 230/22 248/24
obstruct [18] 217/4 217/12 218/10 218/24 219/3 224/13 226/6 231/7 231/17 235/12 239/20 240/18 241/22 242/6 242/11 248/19 249/5 249/9
obstructed [3] 218/22 219/11 240/2
obstructing [5] 218/14 221/2 230/17 238/22 242/22
obstruction [2] 218/20 219/22
occurred [1] 237/19
off [4] 226/17 229/20 245/19 245/20
offense [3] 217/7 249/25 250/3
offenses [2] 216/25 242/16
offensive [1] 245/7
OFFICE [1] 214/14
officer [1] 239/23
officers [19] 217/6 217/19 217/21 227/3 229/2 229/4 229/20 229/22 232/13 232/17 239/15 239/21 239/23 241/11 241/12 242/7 242/13 247/16 249/10
official [23] 215/11 217/4 217/12 217/23 218/10 218/14 218/20 218/23 218/25 219/4 219/9 219/11 219/22 221/2 224/13 230/17 235/12 238/22 238/25 242/8 242/11 242/22 248/19
Oh [1] 251/15
Ohio [4] 220/3 220/16 225/1 237/3
Ohio State Regular [2] 220/3 225/1
Okay [3] 216/12 216/20 251/2
Oliver [1] 232/25
once [6] 225/22 226/23 227/10 227/14 227/23 228/13
oncoming [1] 230/10

one [17] 217/4 218/13 219/21 220/25 221/1 222/3 222/3 222/11 223/10 223/16 239/20 242/6 243/4 246/17 247/7 247/11 248/7 249/24
oneself [1] 233/18
only [3] 235/19 244/18 245/2
open [6] 227/11 229/24 235/24 244/3 244/6 244/14
opinion [1] 232/24
opposite [1] 236/23
Order [1] 251/3
Ordinarily [1] 217/25
organization [1] 220/4
organized [1] 220/5
organizing [1] 237/7
other [34] 218/13 219/21 220/1 220/17 220/23 221/1 221/11 222/6 223/21 223/22 227/8 228/20 229/25 230/2 230/11 230/16 230/1 231/1 232/2 233/22 233/25 234/4 235/18 236/2 236/5 240/15 241/3 241/18 245/20 246/17 248/13 249/5 249/12 249/16
others [27] 217/24 219/13 219/25 220/12 221/25 222/6 223/18 225/13 226/14 228/18 229/9 230/18 232/13 233/11 233/12 235/12 239/3 242/24 243/5 245/14 246/4 247/7 248/15 249/3 250/2 250/6 250/16
otherwise [3] 226/21 229/15 244/18
our [3] 234/5 234/15 234/16
out [10] 219/6 222/3 222/13 224/8 230/23 234/15 237/8 240/6 250/12 251/3
outcome [1] 221/7
outside [3] 228/19 230/13 248/14
over [3] 222/4 231/22 238/24
overcome [2] 228/10 231/23
overran [1] 228/8
overruled [1] 218/3
overtaken [1] 228/11
own [2] 245/21 249/18

**P**

p.m [9] 214/6 225/9 226/15 226/18 227/13 227/25 230/12 247/18 252/11
pan [1] 248/8
paragraph [2] 226/3

**P**

paragraph... [1] 231/11
Parker [6] 220/13
227/17 228/16 246/25
247/8 247/19
Parkers [1] 227/16
Parler [6] 243/17
244/13 244/15 244/16
244/18 244/20
part [10] 217/15 220/21
224/24 225/24 227/22
228/14 229/19 230/6
232/24 236/18
participant [2] 230/3
243/3
participated [1] 220/20
participating [1]
241/10
participation [1] 220/2
particular [1] 230/17
parties [5] 216/23
218/2 225/20 230/15
251/18
parties' [2] 218/5
251/23
party [3] 221/14 222/16
234/22
passively [1] 241/7
past [1] 230/1
patch [3] 224/21
224/23 235/19
patriotic [1] 243/20
Patriots [1] 221/17
Paul [2] 223/12 223/13
223/15 223/18
Paul Stamey [2]
223/13 223/18
Pence [1] 241/1
pending [1] 251/12
Pennsylvania [1]
214/20
people [6] 222/19
227/3 229/1 232/18
241/18 248/13
pepper [1] 230/9
Percenters [1] 221/17
performance [7]
217/22 217/23 239/24
240/4 240/8 240/20
242/7
performed [2] 249/24
249/25
perhaps [3] 238/24
239/7 239/8
period [2] 225/11
251/7
person [6] 218/13
219/21 221/1 221/3
230/16 240/14
persons [2] 221/3
240/13
persuaded [1] 235/1
phase [1] 220/15
photo [1] 244/22
Pied [1] 222/12
Piper [1] 222/12
plainly [4] 229/19
231/18 240/7 242/4

plan [3] 225/13 235/25
237/8
planned [1] 223/22
Plaza [1] 230/13
point [6] 217/25 229/15
236/8 241/12 242/2
247/7
points [1] 227/15
police [11] 217/19
229/11 230/3 230/9
241/12 241/20 241/22
241/23 241/25 242/5
249/3
political [1] 222/11
politically [1] 221/9
poses [1] 251/9
post [5] 244/15 244/16
244/18 244/19 244/20
posted [1] 244/6
postings [1] 243/2
potential [1] 245/6
potentially [1] 223/11
power [2] 237/9 237/10
pre [2] 224/14 243/12
pre-January 6th [2]
224/14 243/12
precisely [3] 241/8
248/6 250/12
preferred [2] 233/24
234/2
preparedness [1]
245/6
preparing [1] 223/23
presence [4] 220/23
223/6 248/22 248/23
present [3] 216/10
249/11 249/16
presented [1] 244/10
Presentence [1] 251/4
Presidency [1] 237/10
President [13] 223/1
227/9 227/10 233/21
233/22 233/25 234/11
234/13 234/15 234/16
234/22 237/11 241/1
President Biden [1]
233/21
President Trump [3]
233/25 234/11 234/22
President's [1] 237/11
presume [1] 223/12
pretrial [3] 251/8 252/2
252/3
Prettyman [1] 215/12
prevent [2] 232/18
234/19
principles [1] 232/22
prior [3] 224/13 228/18
234/13
pro [2] 215/5 227/6
pro-Trump [1] 227/6
probable [2] 219/2
231/6
probative [2] 242/25
243/7
probe [1] 233/8
proceeding [23] 217/5

218/20 218/23 218/25
219/4 219/10 219/12
219/22 221/2 224/13
228/25 230/17 234/19
234/20 235/13 238/23
238/25 242/11 242/22
248/20
proceedings [8]
214/10 215/15 216/11
219/18 226/7 234/23
252/11 253/4
process [1] 237/9
procure [2] 233/23
234/2
procurement [1] 234/1
produced [1] 215/15
property [1] 240/14
protect [2] 245/2 245/4
protected [3] 240/5
240/21 240/25
protecting [2] 227/3
245/8
protective [1] 224/20
prove [1] 249/23
proven [2] 242/10
242/21
proximity [1] 238/2
public [1] 240/11
purpose [16] 216/21
225/15 225/16 232/11
232/20 233/8 233/10
234/17 235/6 239/4
239/4 241/14 249/4
249/7 249/13 250/1
purposes [2] 217/2
250/15
pursuant [2] 251/17
251/23
push [9] 229/8 229/9
229/9 230/3 238/15
238/15 238/15 241/7
241/7
pushed [4] 229/22
230/7 241/17 248/11
pushes [1] 229/20
pushing [6] 232/15
232/16 241/11 242/5
248/11 248/12
put [1] 250/17
puts [1] 235/20

**Q**

QRF [2] 224/1 224/4
qualifies [1] 219/10
question [9] 220/24
229/22 234/17 240/17
241/3 241/21 242/19
242/20 245/22
Quick [1] 223/13
Quick Reaction Force
[1] 223/13
quickly [1] 219/6

**R**

Rakoczy [2] 214/13
216/6
Ranger [2] 223/20

223/20
RAY [2] 214/6 216/4
reach [2] 225/9 226/23
Reaction [1] 223/13
read [2] 235/24 244/9
readily [1] 219/7
realizes [1] 246/7
really [2] 243/7 247/22
Realtime [1] 215/11
reason [5] 233/8 238/3
246/22 247/4 247/14
reasonable [10]
220/25 230/15 232/7
233/19 235/1 242/10
248/18 249/4 249/15
250/5
reasons [1] 218/8
recall [1] 228/12
receiving [1] 231/14
recess [1] 252/10
recessed [1] 219/14
recite [1] 242/17
recommence [1]
219/18
record [2] 250/17
253/3
recorded [1] 215/15
reference [10] 223/25
229/11 231/13 236/8
236/24 236/25 237/9
238/22 238/25 244/13
referenced [1] 245/17
references [1] 222/24
referencing [1] 223/4
referred [2] 225/17
225/21
referring [5] 223/6
232/4 234/7 241/25
245/8
refers [4] 223/12
223/18 236/17 237/12
reflect [2] 223/5 224/12
reflected [1] 231/10
reflects [2] 223/9 224/4
Registered [1] 215/10
Regular [2] 220/3
225/1
related [2] 221/9 239/7
relating [1] 216/25
relative [1] 229/24
release [3] 251/8
251/12 252/2
relevant [2] 220/22
233/10 242/3
relies [1] 232/24
relocate [1] 241/1
remain [2] 219/13
251/11
remained [2] 219/16
227/11
remaining [2] 251/19
251/22
repeat [1] 218/6
Report [1] 251/4
Reporter [4] 215/10
215/10 215/11 215/11
request [1] 251/7

223/20
requisite [8] 232/9
232/9 237/17 241/22
242/5 243/11 248/18
250/15
respect [3] 242/15
242/20 243/12
responder [1] 243/22
responds [3] 221/12
224/2 237/7
restricted [1] 226/1
resulted [2] 232/15
232/16
results [1] 240/14
Rhodes [4] 226/15
235/15 235/17 244/6
Rhodes' [3] 235/24
244/3 244/14
right [8] 216/14 228/4
238/9 238/13 245/17
246/6 251/21 252/6
rights [1] 233/12
rioter [1] 222/12
rioters [4] 232/3 232/5
234/14 236/19
rise [2] 249/17 252/9
rises [1] 239/11
RMR [2] 253/2 253/8
Road [1] 215/2
Roger [2] 235/3 235/9
Room [1] 229/24
Rotunda [7] 227/18
227/19 227/23 228/7
228/14 231/20 238/12
247/20 247/23
route [1] 237/24

**S**

Safeway [1] 240/23
said [19] 228/12 229/6
229/13 233/5 234/10
236/13 237/20 237/23
237/24 238/17 238/17
241/23 245/1 246/11
246/13 246/14 246/18
246/21 247/2
same [4] 224/9 236/5
245/16 248/1
Sandra [4] 220/13
227/17 247/8 247/19
Sandra Parker [4]
220/13 227/17 247/8
247/19
satisfied [1] 219/8
satisfy [1] 233/13
saw [4] 243/18 244/9
244/19 244/25
say [11] 220/11 224/11
225/17 228/7 231/21
235/8 237/2 241/24
243/4 249/12 250/6
saying [2] 232/5 234/6
says [12] 221/23
223/14 223/15 231/10
231/25 235/21 236/13
236/21 236/22 237/6
241/7 244/23
scene [1] 228/2
scurries [1] 246/8

**S**

Se [1] 215/5
**second** [4] 218/15 222/18 239/19 246/24
**seconds** [2] 226/17 246/7
**Secret** [1] 240/25
**Section** [2] 217/5 217/8
**secure** [1] 233/10
**securing** [1] 233/21
**security** [5] 223/10 228/10 231/23 235/3 235/11
**see** [14] 227/1 227/2 229/4 229/23 230/11 241/8 241/12 241/23 245/15 245/18 247/7 247/17 247/22 248/8
**seems** [3] 223/4 231/13 245/20
**seen** [1] 247/15
**Semper** [1] 221/24
**Semper fidelis** [1] 221/24
**Senate** [13] 217/17 228/15 228/19 228/22 229/24 231/1 232/18 235/9 238/13 238/14 241/6 247/25 249/11
**sent** [2] 220/7 221/21
**sentencing** [3] 250/23 251/5 251/12
**Serbian** [1] 235/25
**Service's** [1] 240/25
**set** [3] 218/1 225/25 250/23
**share** [1] 236/5
**shared** [1] 248/23
**she** [9] 222/24 223/3 223/6 228/1 228/5 231/20 237/7 238/14 241/7
**she's** [1] 231/19
**shield** [2] 244/23 245/5
**should** [2] 220/11 250/6
**shoulder** [3] 238/8 238/8 238/9
**show** [3] 219/20 226/13 247/1
**showing** [2] 246/20 249/2
**shown** [2] 226/10 241/19
**shows** [9] 223/20 224/24 225/7 227/15 227/24 229/3 229/19 241/9 245/25
**side** [12] 222/16 225/8 225/8 225/22 225/23 226/14 245/19 245/24 246/17 246/24 247/6 248/15
**sides** [1] 236/23
**sign** [1] 222/14
**Signal** [3] 236/1 243/1 243/3

**Silberman** [1] 233/1
**Silberman's** [1] 232/24
**simply** [3] 234/18 243/25 248/10
**Since** [1] 252/3
**single** [2] 226/20 235/6
**Siniff** [1] 224/23
**site** [1] 243/16
**situated** [1] 226/24
**situation** [1] 229/16
**size** [1] 246/3
**Smith** [1] 223/20
**smoke** [1] 222/1
**so** [27] 216/21 216/23 216/24 217/24 221/5 225/4 227/1 228/18 230/2 234/17 236/9 237/4 237/15 239/4 239/11 239/14 242/9 243/7 246/6 247/1 248/12 250/6 250/6 250/19 250/21 251/11 251/22
**so it's** [1] 227/1
**social** [5] 222/1 222/5 243/2 243/16 244/25
**soliciting** [1] 250/1
**some** [11] 220/1 221/13 223/14 233/10 233/17 241/18 244/21 244/23 245/6 245/9 247/14
**somehow** [1] 239/10
**someone** [3] 230/7 244/23 245/1
**something** [2] 233/15 247/2
**Soros** [1] 222/11
**sort** [1] 228/2
**speak** [1] 251/11
**Speaker** [1] 231/4
**speaking** [2] 217/9 243/19
**specific** [1] 239/10
**specifically** [1] 219/15
**splits** [1] 228/14
**spray** [1] 230/9
**stairs** [1] 226/20 247/10 247/12
**Stalimene** [1] 214/18
**Stalin** [1] 222/18
**Stamey** [2] 223/13 223/18
**stand** [1] 217/20
**Standby** [1] 215/5
**standing** [6] 228/4 229/7 231/19 247/7 248/8 248/10
**stands** [1] 252/9
**starting** [2] 218/9 225/4
**starts** [2] 225/2 245/12
**state** [11] 220/3 224/15 225/1 239/1 243/1 243/7 243/11 244/21 249/1 250/9 250/15

**statement** [3] 222/9 226/8 231/9
**statements** [7] 218/5 225/10 225/15 238/4 239/6 243/5 250/13
**STATES** [6] 214/1 214/3 214/11 216/3 217/1 242/12
**stature** [1] 246/3
**statute** [2] 233/2 233/5
**stays** [1] 221/20
**stenography** [1] 215/15
**steps** [4] 226/19 226/23 226/25 247/13
**stick** [1] 222/13
**sticks** [1] 221/14
**stipulated** [10] 214/10 216/22 217/2 218/2 218/5 225/25 226/3 230/15 250/17 251/18
**Stone** [2] 235/4 235/9
**stop** [9] 226/2 228/13 230/23 230/25 235/21 237/20 242/2 246/2 246/19
**stores** [1] 240/23
**storm** [4] 231/12 236/18 236/19 237/3
**stormed** [1] 236/22
**story** [1] 222/18
**Street** [1] 214/15
**stretch** [1] 225/17
**string** [1] 243/3
**structure** [1] 220/5
**structured** [1] 244/11
**subject** [1] 218/3
**substance** [1] 248/16
**such** [6] 217/7 219/10 219/23 220/20 243/3 247/13
**Sugar** [1] 234/9
**suggest** [2] 220/21 236/9
**suggested** [4] 226/9 233/17 244/2 246/16
**suggesting** [1] 231/22
**suggestion** [1] 239/5
**suggests** [3] 222/19 233/1 245/6
**sum** [1] 248/16
**summary** [1] 242/9
**support** [3] 220/1 220/21 235/4
**supports** [3] 220/17 220/19 237/4
**supposed** [1] 231/23
**sure** [1] 252/4
**symbolically** [1] 235/19

**T**

**take** [1] 222/17
**taken** [2] 239/6 246/25
**talk** [1] 238/24
**talkin'** [1] 222/4
**talking** [3] 223/2 224/3

**tell** [1] 236/16
**term** [3] 224/9 229/10 233/1
**terms** [1] 230/20
**text** [2] 220/7 243/3
**texts** [1] 243/2
**than** [3] 223/10 249/11 249/16
**Thank** [4] 216/17 251/21 252/7 252/8
**Thank you** [2] 216/17 252/8
**that** [271]
**that's** [11] 226/3 227/22 233/15 239/13 243/23 243/23 244/4 245/13 245/16 245/23 246/25
**their** [14] 217/23 223/6 229/21 231/3 232/3 239/4 239/24 240/8 240/9 241/14 242/7 243/16 248/23 249/18
**them** [10] 222/3 228/3 235/1 235/20 235/21 241/2 245/1 248/3 248/17 249/7
**themselves** [1] 222/9
**then** [25] 218/9 220/14 221/19 221/25 223/8 224/6 224/17 225/3 225/22 226/18 229/2 230/13 237/2 237/5 239/14 240/17 241/21 243/9 243/15 245/10 246/8 247/8 247/20 247/22 248/15
**theory** [1] 249/20
**there** [39] 216/14 223/8 225/6 225/13 227/7 229/2 229/9 229/10 230/5 231/18 231/23 233/16 233/22 234/1 234/14 234/15 235/4 241/13 241/14 244/22 245/1 245/3 245/8 245/23 246/17 247/2 247/6 247/16 248/10 248/22 249/13 249/14 250/16 251/13 251/24 251/25 252/1 252/4 252/6
**there's** [21] 220/14 220/20 224/17 228/6 229/22 233/7 234/17 235/23 237/5 237/22 237/22 237/25 238/2 238/21 239/5 239/8 241/21 244/13 244/14 245/10 245/22
**therefore** [4] 235/15 239/11 242/4 242/15
**these** [4] 216/11 224/11 225/24 238/16
**they** [51]
**they're** [1] 235/21
**things** [4] 223/15 227/8

**think** [12] 224/8 224/18 233/4 235/16 236/17 236/24 237/15 239/11 239/12 242/18 246/15 247/13
**third** [2] 234/22 239/22
**this** [19] 216/3 216/21 217/25 218/19 220/21 221/12 221/15 227/24 231/5 231/10 233/20 234/25 236/17 237/2 249/16 250/16 251/17 252/1 252/9
**those** [11] 217/21 218/6 222/24 227/20 230/14 230/14 238/3 242/16 244/9 245/2 250/5
**thought** [1] 235/10
**threat** [1] 251/7
**three** [3] 226/16 240/13 248/3
**three-way** [1] 226/16
**through** [9] 219/12 222/21 226/20 232/1 232/2 236/14 236/15 243/14 244/7
**throughout** [1] 251/7
**thugs** [2] 232/5 236/20
**Tifa** [1] 224/8
**time** [12] 222/3 225/11 225/21 229/14 229/25 231/3 235/7 238/24 239/22 241/9 246/13 251/17
**titled** [1] 253/4
**today** [1] 234/9
**together** [3] 220/11 236/23 236/25
**told** [7] 226/1 242/1 243/18 243/18 243/25 244/17 244/18
**too** [2] 221/17 225/18
**took** [3] 227/22 228/8 231/21
**top** [3] 226/23 226/25 247/12
**topics** [1] 222/7
**totality** [1] 238/1
**toward** [5] 227/17 231/2 230/10 245/16 247/9
**towards** [3] 226/19 245/12 249/3
**transcript** [3] 214/10 215/15 253/3
**transcription** [1] 215/15
**transition** [2] 237/9 237/10
**transpiring** [3] 231/21 237/1 248/21
**travel** [1] 243/25
**traveled** [1] 220/11
**traveling** [1] 244/19
**Treason** [2] 227/20 247/21

**T**

**trial [6]** 214/10 216/22 217/2 217/25 218/6 251/18
**Troy [2]** 214/13 216/7
**Troy Edwards [1]** 216/7
**troy.edwards [1]** 214/17
**true [3]** 236/3 237/24 244/6
**Trump [10]** 222/25 223/1 226/7 227/9 227/10 233/25 234/11 234/15 234/16 234/22
**truth [1]** 248/25
**try [3]** 226/2 226/6 230/22
**trying [1]** 238/20
**turn [6]** 216/15 216/23 219/19 229/15 239/14 242/17
**twice [1]** 225/20
**two [6]** 219/7 220/12 221/2 222/8 223/23 249/25
**tyrants [1]** 222/20

**U**

**U.S [2]** 214/14 214/19
**U.S. [2]** 217/16 217/17
**U.S. Capitol [1]** 217/16
**U.S. Senate [1]** 217/17
**U.S.A [3]** 230/2 230/2 230/2
**U.S.C [3]** 217/5 217/7 242/14
**ultimately [2]** 233/15 241/3
**unable [2]** 219/14 219/17
**unclear [1]** 249/10
**understanding [3]** 223/5 223/9 224/5
**understood [6]** 223/5 231/6 234/10 235/3 241/13 242/4
**undoubtedly [2]** 227/5 236/18
**unfolding [1]** 228/3
**UNITED [6]** 214/1 214/3 214/11 216/3 217/1 242/12
**United States [1]** 217/1
**United States of [1]** 216/3
**unknown [1]** 237/14
**unlawful [9]** 218/17 220/2 232/10 232/12 233/6 237/7 233/9 233/23 236/6
**unlike [2]** 242/24 250/6
**until [3]** 219/18 220/16 221/23
**up [10]** 217/17 222/5 226/20 228/25 239/1 241/2 242/5 245/11

**upon [6]** 230/5 232/24 233/2 238/1 250/16 251/9
**urging [1]** 238/14
**us [2]** 229/10 241/24
**usdoj.gov [3]** 214/17 214/17 214/22
**use [5]** 223/7 229/10 230/9 232/10 232/12
**used [1]** 224/10
**uses [1]** 224/9
**using [2]** 229/7 229/8
**usurper [2]** 237/8 237/12
**uttering [1]** 229/8

**V**

**VA [1]** 215/8
**vantage [1]** 241/12
**verdict [4]** 214/10 216/22 218/8 250/21
**verdicts [1]** 250/19
**versus [1]** 216/4
**vest [1]** 224/20
**Vice [1]** 241/1
**video [21]** 225/19 227/14 227/21 228/6 229/3 229/17 229/23 230/1 230/5 241/8 241/9 241/19 245/17 245/18 245/23 246/24 247/3 247/8 248/9 248/13 250/11
**view [1]** 231/5
**viewing [1]** 244/11
**views [1]** 243/5
**violation [5]** 217/5 217/7 242/12 242/14 252/2
**violence [7]** 221/9 223/23 232/4 236/20 240/12 245/2 245/4
**violent [4]** 228/2 232/6 245/6 249/2
**voluntarily [1]** 248/12
**vote [18]** 217/13 219/9 219/9 219/15 226/2 228/13 230/23 230/25 231/8 233/20 234/1 234/18 235/22 236/9 237/21 242/2 246/19 249/6
**votes [1]** 233/22
**vs [1]** 214/5

**W**

**waiting [1]** 221/16
**walk [1]** 225/6
**walking [7]** 225/7 225/12 226/20 238/10 238/13 245/12 245/16
**walks [1]** 246/6
**want [1]** 250/13
**wanted [1]** 252/4
**wanting [1]** 227/7
**war [2]** 221/23 238/23
**was [68]**

**washington [4]** 214/15 214/20 215/13
**Watkins [46]**
**Watkins' [3]** 224/24 228/25 238/4
**way [5]** 219/6 225/19 226/16 232/3 234/20 237/14 239/13 240/1 240/6 240/18 247/3 248/14
**we [32]** 216/14 216/15 221/23 223/16 228/8 228/8 230/11 231/21 232/1 232/5 232/5 234/9 236/14 236/19 236/22 237/2 237/6 241/7 242/24 243/1 243/5 243/7 243/18 243/23 244/21 245/3 245/15 247/17 247/22 250/11 251/3 251/15
**We will [3]** 234/9 237/6 251/3
**we're [3]** 237/20 243/25 244/9
**we've [2]** 221/15 236/19 237/7
**wearing [5]** 224/19 224/19 224/21 235/19 245/5
**website [6]** 243/15 244/7 244/8 244/10 244/12 244/16
**well [5]** 219/13 238/4 248/3 251/10 252/8
**went [3]** 231/2 232/1 236/14
**were [25]** 217/21 217/22 219/16 219/17 223/23 227/3 227/8 228/2 229/4 231/11 232/17 234/15 238/18 239/7 239/8 239/23 240/7 241/10 241/13 241/15 242/2 244/25 246/13 247/16 248/20
**weren't [2]** 231/22 239/8
**what [38]** 221/5 221/15 223/3 223/5 224/3 224/3 224/5 225/20 228/1 228/2 228/9 231/14 231/21 233/2 235/8 237/1 237/23 237/23 238/16 238/17 241/4 241/8 242/18 243/7 244/16 244/17 245/25 246/1 246/21 247/15 247/22 248/6 248/21 249/18 249/14 249/14 250/7 250/12 251/6
**whatever [2]** 246/11 246/14
**when [5]** 225/9 228/5 231/10 238/14 241/7
**where [8]** 226/24 228/1 229/23 231/24 232/17 233/9 246/18 248/2

**whether [3]** 227/2 233/15 233/16 241/3 241/21 242/20 246/12 248/10 248/10 248/11 248/12 249/10
**which [28]** 218/9 218/19 220/1 220/3 220/5 220/17 222/6 222/17 222/19 223/9 223/20 224/17 225/7 227/15 227/25 228/7 229/24 230/14 231/20 232/16 232/25 233/7 235/24 237/6 237/20 240/13 243/6 245/17 243/6 243/6 245/17
**while [8]** 219/16 230/1 231/19 247/20 247/23 248/7 249/14 250/12
**who [16]** 217/21 217/22 222/12 225/17 227/3 227/8 229/4 229/6 229/11 231/13 234/14 234/21 234/22 236/5 237/11 247/19
**who's [5]** 224/23 227/9 227/9 234/15 234/16
**whose [4]** 217/11 230/21 231/17 234/5
**why [4]** 224/21 234/25 239/2 241/13
**will [16]** 218/6 218/7 223/13 223/15 230/25 233/16 234/9 237/6 242/17 250/19 250/21 250/25 251/3 251/19 251/23 252/6
**William [3]** 215/10 253/2 253/8
**willingness [1]** 221/8
**Wilson [1]** 215/7
**Without [1]** 250/13
**woman [2]** 237/14 237/19
**wooden [1]** 222/13
**words [14]** 223/2 226/11 227/20 229/8 229/8 230/2 230/22 233/22 233/25 236/12 238/18 238/21 238/23 245/3
**work [1]** 250/25
**working [1]** 235/20
**would [39]** 218/1 219/3 223/10 223/21 224/8 225/18 227/2 227/6 227/19 229/3 231/2 231/6 231/7 233/13 233/13 234/20 234/21 234/22 234/23 235/25 239/2 239/3 241/13 242/25 243/6 244/2 244/8 246/18 246/21 246/22 247/3 247/5 247/14 249/1 249/22 249/23 250/7 250/9 250/13
**writes [2]** 222/1 223/12
**wrongdoing [1]**

**Y**

**yellow [1]** 224/19
**Yes [4]** 231/25 236/14 249/12 251/15
**you [13]** 216/17 220/7 229/23 232/23 236/16 245/18 247/7 248/8 251/21 251/25 252/1 252/7 252/8
**you know [1]** 232/23
**you're [1]** 251/6
**young [6]** 227/17 228/16 237/18 247/19 244/8 248/9
**your [9]** 216/2 216/16 216/17 216/18 216/19 227/9 227/9 251/1 251/25
**Your Honor [7]** 216/2 216/16 216/17 216/18 216/19 251/1 251/25

**Z**

**Zaremba [3]** 215/10 253/2 253/8
**Zello [8]** 225/10 225/14 227/25 228/5 231/20 237/24 238/5 238/17